UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAN KAUFFMANN, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>  v.<br><br>HYZON MOTORS INC. f/k/a DECARBONIZATION PLUS ACQUISITION CORPORATION, ET AL.,<br><br>    Defendants. | Case No. 6:21-cv-06612-CJS<br><br>CLASS ACTION |
| MARK BRENNAN, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>  v.<br><br>HYZON MOTORS INC. f/k/a DECARBONIZATION PLUS ACQUISITION CORPORATION, ET AL.,<br><br>    Defendants. | Case No. 6:21-cv-06636-CJS<br><br>CLASS ACTION |
| ALFRED MILLER, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>  v.<br><br>HYZON MOTORS INC. f/k/a DECARBONIZATION PLUS ACQUISITION CORPORATION, ET AL.,<br><br>    Defendants. | Case No. 6:21-cv-06695-CJS<br><br>CLASS ACTION |

**STIPULATION AND ORDER GRANTING MOTION TO CONSOLIDATE THE RELATED ACTIONS**

Pursuant to Civil Local Rule 29, lead plaintiff movants Alfred Miller, M.D. (ECF No. 10), David Levy (ECF No. 7), Muhammad Samir Jassim Osman (ECF No. 8), and Douglas Brown (ECF No. 13) (collectively, "Movants") and Defendants Hyzon Motors Inc., Erik Anderson, Peter Haskopoulos, Craig Knight, and Mark Gordon (collectively, "Defendants") hereby agree and stipulate that good cause exists to consolidate the above-captioned actions (the "Related Actions").

**WHEREAS**, the Court has considered Movants' separate motions for entry of an Order consolidating the Related Actions and granting such other and further relief as the Court may deem just and proper; and

**WHEREAS**, the Court ordered on December 3, 2021, that on or before December 8, 2021, the parties' counsel shall submit a proposed order consolidating the Related Actions if the parties do not object to consolidation of the Related Actions (ECF No. 16); and

**WHEREAS**, Movants and Defendants have stipulated and agreed to consolidate the Related Actions.

**IT IS HEREBY STIPULATED AND AGREED THAT**, by and among the parties, through their undersigned counsel, subject to Court approval, as follows:

Pursuant to Rule 42(a) of the Federal Rules of Civil Procedures, *Kauffmann v. Hyzon Motors Inc. f/k/a Decarbonization Plus Acquisition Corporation, et al.*, No. 6:21-cv-06612-CJS, *Brennan v. Hyzon Motors Inc. f/k/a Decarbonization Plus Acquisition Corporation, et al.*, No. 6:21-cv-06636-CJS, and *Miller v. Hyzon Motors Inc. f/k/a Decarbonization Plus Acquisition Corporation, et al.*, No. 6:21-cv-06695-CJS are consolidated as:

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| *IN RE HYZON MOTORS INC. SECURITIES LITIGATION* | Master File No. 6:21-cv-06612-CJS <br><br> <u>CLASS ACTION</u> |
| This Document Relates To: <br> ALL ACTIONS. | |

(a)   The file in Case No. 6:21-cv-06612-CJS shall constitute the master file for every action in the consolidated action. The Clerk shall administratively close the other actions. When the document being filed pertains to all actions, the phrase "All Actions" shall appear immediately after the phrase "This Document Relates To:" When a pleading applies to some, but not all, of the actions, the document shall list, immediately after the phrase "This Document Relates To:", the docket number for each individual action to which the document applies, along with the last name of the first-listed plaintiff in said action;

(b)   All securities class actions on behalf of purchasers of Hyzon securities subsequently filed in, or transferred to, this District shall be consolidated into this action. This order shall apply to every such action, absent an order of the Court. A party objecting to such consolidation, or to any other provision of this Order, must file an application for relief from this Order within ten days after the action is consolidated into this action; and

(c)   This Order is entered without prejudice to the rights of any party to apply for severance of any claim or action, with good cause shown.

**IT IS SO STIPULATED.**

DATED: December 8, 2021

**HAGENS BERMAN SOBOL SHAPIRO LLP**

By: /s/ Nathaniel A. Tarnor
NATHANIEL A. TARNOR
322 8th Avenue, Suite 802
New York, NY 10001
Telephone: (212) 752-5455
Facsimile: (917) 310-2980
nathant@hbsslaw.com

Reed R. Kathrein (*pro hac vice* forthcoming)
Lucas E. Gilmore (*pro hac vice* forthcoming)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com

Steve W. Berman (*pro hac vice* forthcoming)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

*[Proposed] Lead Counsel for [Proposed] Lead Plaintiff Alfred Miller*

Brian J. Schall (*pro hac vice* forthcoming)
**THE SCHALL LAW FIRM**
2049 Century Park East, Suite 2460
Los Angeles, CA 90067
Telephone: 310-301-3335
Facsimile: 310-388-0192
brian@schallfirm.com

*Additional Counsel for [Proposed] Lead Plaintiff Alfred Miller*

DATED: December 8, 2021

**THE ROSEN LAW FIRM, P.A.**

/s/ Phillip Kim
Phillip Kim
275 Madison Avenue, 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: pkim@rosenlegal.com

*[Proposed] Lead Counsel for [Proposed] Lead Plaintiff Muhammad Samir Jassim Osman*

DATED: December 8, 2021

**LEVI & KORSINSKY LLP**

/s/ Daniel Tepper
Daniel Tepper
55 Broadway, 10th Floor
New York, NY 10006
Telephone: (212) 363-7500
Facsimile: (212) 363-7171
Email: Dtepper@zlk.Com

*[Proposed] Lead Counsel for [Proposed] Lead Plaintiff David Levy*

DATED: December 8, 2021

**POMERANTZ LLP**

/s/ J. Alexander Hood II
J. Alexander Hood II
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
Email: Ahood@pomlaw.Com

*[Proposed] Lead Counsel for [Proposed] Lead Plaintiff Douglas Brown*

- 1 -

DATED: December 8, 2021

**SULLIVAN & CROMWELL LLP**

/s/ *Jacob M. Croke*
Jacob M. Croke
125 Broad Street, Suite 2744
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
Email: crokej@sullcrom.com

*Counsel for Defendants Hyzon Motors Inc., Erik Anderson, Peter Haskopoulos, Craig Knight, and Mark Gordon*

- 2 -

**ORDER**

PURSUANT TO STIPULATION, **IT IS SO ORDERED.**

DATED: DEC. 13, 2021

_____
HON. CHARLES J. SIRAGUSA
UNITED STATES DISTRICT JUDGE