# EXHIBIT B



# ICEBERG RESEARCH

ABOUT   CONTACT US

## Revealing financial manipulation and accounting frauds

## HYZON MOTORS INC: TROUBLE AT THE PARENTCO

October 6, 2021 · by Iceberg Research · in Uncategorized · 10 Comments

Please refer to our disclaimer at the bottom of the report.

Blue Orca Capital published a short report on Nasdaq-listed Hyzon Motors Inc. on 28 September 2021. Having conducted our own research, we agree with its key findings. Hyzon issued a rebuttal to the report on 5 October 2021 that failed to address these issues.

This report contains new information on Hyzon. Its parent Horizon Fuel Cell Technologies Pte Ltd ("Horizon") saw its 2019 sales surge, thanks to one customer. But this client was in

### FOLLOW US ON TWITTER

Tweets by @IcebergResear

 **Iceberg Research**
@IcebergResear

Our follow-up report on $LILM: "Battery Claims: How Lilium takes Investors for a Ride" iceberg-research.com/2022/03/17/bat…

**Battery Claims: …**
After we publish…
iceberg-research…

Mar 17, 20

 **Iceberg Research**
@IcebergResear

Aerokurier is the German aviation newspaper that first challenged $LILM performance claims aerokurier.de/elektroflug/li…

financial trouble by the end of the year. This was never disclosed. Hyzon's corporate governance puts its minority shareholders at risk. Horizon holds the largest block of Hyzon shares, and controls both management and the board of the two entities.

Adding to these concerns is Horizon's unenviable track record with spin-offs. The first two have not gone well. Hyzon is its third and is likely to suffer the same fate.

Hyzon boasts of its superior fuel cell technology. We believe these claims are exaggerated. Furthermore, we think customers will be reluctant to buy trucks whose warranties are covered by Hyzon, not by original equipment manufacturers ("OEMs").

We are short Hyzon Motors.

**Horizon's Surge in 2019 Sales Was With a Major Client in Financial Distress**

The bull case for Hyzon is largely supported by the fuel cell technology and expertise of its 63%-shareholder, Singapore-based Horizon, also Hyzon's key source of hydrogen fuel cells under a supply agreement signed in January 2021.

Singapore filings show the Horizon group reported $28.9m revenue in 2019 (see below), up 540% from $4.5m in 2018, which suggests Horizon is growing fast in the nascent market for hydrogen fuel cells.

E-VTOL: Kritisc…
Ein halbes Jahr …
aerokurier.de

Mar 17, 20


Iceberg Research
@IcebergResear

One analyst thought that Customce designed $LILM batteries. What he and others have missed is that Customcells is just a manufacturing partner. The ground breaking IP is supposed to come from Lilium. Spoiler: they don't have it.



Mar 15, 20

Embed		View on Twitter

| Corporate Compliance and Financial Profile of HORIZON FUEL CELL TECHNOLOGIES PTE. LTD. (200310637H) | | | |
|---|---|---|---|
| Balance Sheet | 2019 Group | 2018 Group | 2017 Group |
| Total Assets | 32,311,228.00 | 12,202,391.00 | 13,442,244.00 |
| Total Current Assets | 27,431,885.00 | 9,873,964.00 | 11,569,226.00 |
| Total Liabilities | 34,049,223.00 | 20,220,442.00 | 19,941,232.00 |
| Total Current Liabilities | 14,053,526.00 | 1,785,531.00 | 1,506,321.00 |
| Retained Earnings (Accumulated Loss) | -26,030,159.00 | -26,042,863.00 | -23,233,200.00 |
| Profit and Loss | | | |
| Revenue | 28,896,728.00 | 4,489,463.00 | 3,422,103.00 |
| Profit(Loss) before tax from continuing operations | -145,215.00 | -3,425,936.00 | -3,279,219.00 |
| Profit(Loss) after tax from continuing operations | -145,215.00 | -3,425,936.00 | -3,279,219.00 |
| Profit(Loss) after tax from discontinued operations | * | * | * |
| EBIT | -64,661.00 | -3,425,936.00 | -3,279,219.00 |

*Source: Horizon Fuel Cell filings*

We found that almost all Horizon's sales come from its Chinese subsidiary Jiangsu Qingneng New Energy Technologies Co., Ltd －江苏清能新能源技术股份有限公司 ("Qingneng"). Qingneng was listed on China's OTC exchange — National Equities Exchange and Quotations (NEEQ) market — between June 2018 and March 2021. Qingneng's financials show most of the 2019 spike was due to one customer, Shanghai SunLong Bus Co., Ltd (上海申龙客车有限公司), which accounted for 74% (RMB 150m) of Qingneng's sales and 85% (RMB 56.5m) of trade receivables at the end of 2019.

**Qingneng's disclosure of its largest customers by sales in 2019**

| (3) 主要客户情况 | | | | |
|---|---|---|---|---|
| | | | | 单位：元 |
| 序号 | 客户 | 销售金额 | 年度销售占比% | 是否存在关联关系 |
| 1 | 上海申龙客车有限公司 | 150,000,000.00 | 74.24% | 否 |
| 2 | 南通亿能能源科技有限公司 | 18,390,605.52 | 9.10% | 否 |
| 3 | Horizon Fuel Cell Europe s.r.o. | 8,361,567.27 | 4.14% | 否 |
| 4 | 上海杰宁新能源科技有限公司 | 4,601,769.91 | 2.28% | 否 |
| 5 | Horizon Fuel Cell Americas Inc. | 3,953,594.78 | 1.96% | 否 |
| | 合计 | 185,307,537.48 | 91.72% | - |

*Source: Jiangsu Qingneng 2019 financial statements*

3/21/22, 1:14 PM
Hyzon Motors Inc.: Trouble at the ParentCo | Iceberg Research
Case 6:21-cv-06612-CJS-MJR   Document 34-2   Filed 03/21/22   Page 5 of 17

Qingneng and Horizon never disclosed that SunLong was and is still in financial distress. SunLong's parent company Shenzhen-listed Tunghsu Optoelectronic Technology defaulted on three bonds (RMB 4.7bn or ~$666m) towards the end of 2019, despite reporting a $2.6bn cash stack at the end of September. The filings of both Qingneng and Beijing SinoHytec (北京亿华通科技股份有限公司), a much larger fuel cell peer and also a SunLong supplier, show SunLong's struggles continued in 2020.

Qingneng's free cash flow plunged to negative RMB49.7m ($7m) for the 1H20 period. The drop was mainly due to sales, which fell 36% YoY to RMB 16m ($2.4m), and poor collections on its SunLong receivables. We estimate that Qingneng collected just RMB 1m of its end-2019 SunLong receivables (RMB 56.5m or $8m).

Yet, just 5% of the SunLong receivables were recognised as bad debts at the end of June 2020. Qingneng chose to sweep this problem under the carpet. By contrast, SinoHytec recognised SunLong's problems and impaired 28% of its SunLong receivables in the 1H20 period, up from 16% at the end of 2019.

Comparison of revenue and balances with SunLong - RMB million

| Company | Qingneng | | Beijing SinoHytec | |
|---|---|---|---|---|
| Period | 2019 | 1H20 | 2019 | 1H20 |
| Revenue with SunLong | 150 | - | 350 | - |
| Trade receivables with SunLong | 56.5 | 55.5 | 297.17 | 292.54 |
| Allowance for bad debts - SunLon | 2.83 | 2.78 | 46.73 | 80.68 |
| Allowance as % of trade receivables | 5.00% | 5.00% | 15.70% | 27.60% |

Source: Qingneng and Beijing SinoHytec financial statements

**Hyzon's Corporate Governance Put Its Minority Shareholders at Risk**

The same Horizon that did not disclose its customer default now has extensive control of Hyzon through its 63%-shareholding. Both entities share common directors i.e., Chairman George Gu

(顾志军) and CEO Craig Knight. The remaining shareholder base is fragmented with each owning less than 5%. Horizon is the only fuel cell supplier for Hyzon.

This may create the risk that Horizon gets access to the ~$500m cash pile Hyzon raised through the July 2021 SPAC merger, by charging Hyzon exorbitant prices to support its fuel cell business, to the detriment of minority shareholders. Hyzon will have to pay a subsidiary of Horizon at least $10m [Pg 7] by the end of this year to licence intellectual property. We call this '拆东补西' or 'pulling down the east wall to repair the west wall'.

As per the prospectus, the 155.6m Hyzon shares held by Horizon are subject to a six-month lock-up, meaning Horizon can sell its shares from January 2022.

**History of Disappointing Spinoffs**

Horizon's website shows Hyzon is its third spin-off. The first two have remained small without any meaningful growth, despite being around for at least 10 years. We believe the same will happen with Hyzon.

- Horizon Fuel Cell Europe s.r.o. (HFCE)

Czech Republic-based HFCE was Horizon's first spin-off. The company was incorporated in 2011 to develop, produce, and sell hydrogen-themed science experiment kits for students. HFCE's products are sold through its website and on Amazon. The company boasts of 50,000 customers in 150 countries, according to its website, but Czech filings show total profits from 2011-2019 were a measly CZK 11.1m ($0.5m).

- HES Energy Systems

Horizon started HES Energy in 2009, first as a hydrogen aerial mobility lab, then a move into drone development in 2017. The company was acquired in 2015 by H3 Dynamics, another Singapore-based company, as part of an MBO led by Horizon and Hyzon's strategic advisor Taras Wankewycz.

The Singapore-incorporated company's total operating losses were negative SGD 2.4m ($1.8m) over the 2018-2020 period. About SGD 1.3m (~$1m) was burnt on operations (see below).

### HES Energy's 2018-2020 financials

**Corporate Compliance and Financial Profile of HES ENERGY SYSTEMS PTE. LTD. (200917014Z)**

**Profit and Loss**

| | | | |
|---|---|---|---|
| Revenue | 516,420.00 | 574,460.00 | 485,880.00 |
| Profit(Loss) before tax from continuing operations | -289,590.00 | -197,367.00 | -1,954,858.00 |
| Profit(Loss) after tax from continuing operations | -289,590.00 | -197,367.00 | -1,954,858.00 |
| Profit(Loss) after tax from discontinued operations | * | * | * |
| EBIT | -289,590.00 | -197,367.00 | -1,954,858.00 |

**Cashflow Statement**

| | | | |
|---|---|---|---|
| Net cashflow from (used in) operating activities | -422,613.00 | 274,838.00 | -1,181,651.00 |
| Net cashflow from (used in) investing activities | 0.00 | -7,292.00 | -13,374.00 |
| Net cashflow from (used in) financing activities | 543,860.00 | -540,622.00 | 1,436,973.00 |

*Source: HES Energy filings*

### Exaggerated Technical Claims

Hyzon boasts of its technical superiority, in particular, its G3 Titan fuel cells lead the world on volumetric power density ("VPD" of 5.48-6.08) and gravimetric power density (GPD of 5.03-5.54), according to its investor presentation.

**Hyzon's comparison of its fuel cell with competitors**



*Source: Hyzon investor presentation*

However, the G3 Titan is compared to fuel cells that are already in the market. The G3 Titan is still under development and will only be launched in 2022 [Pg 33 of July 2021 Investor Presentation]. Data assessed by third-party TUV Rheinland was from 'short stack testing' and merely points to the '…potential of using full power fuel cells up to 500hp (370kW) for heavy mobility applications…'.

Hyzon's existing product — the 150 kW G2 fuel cell — underperforms most peers. Its GPD of just 2.31 kW/kg is much lower than Ballard's 140 kW FCgen – HSP at 4.7 kW/kg.

**Product brochure for G2 fuel cell**



Source: Jiangsu Qingneng website

**The Warranty Issue**

Reliable warranties are crucial to industrial clients that intensively use their vehicles. Hyzon does not build trucks. It converts OEM's internal combustion engine vehicles (e.g., DAF) to hydrogen-fueled trucks through its 50.5%-owned joint venture — Hyzon Motors Europe BV — with Netherlands-based Holthausen Clean Technology Investments BV.

We were informed by a Holthausen representative that Hyzon, not the OEM, will cover the warranty. Hyzon's clients will then have to trust that Holthausen and Hyzon are able to service the warranty. Holthausen is run by a father and son team, Carl and Max Holthausen. According to a March 2021 report by Dutch newspaper Het Financieele Dagblad, the Holthausens first

3/21/22, 1:14 PM
Hyzon Motors Inc. Trouble at the ParentCo | Iceberg Research
Case 6:21-cv-06612-CJS-MJP   Document 34-2   Filed 03/21/22   Page 10 of 17

experimented with hydrogen as a fuel about 10 years ago, first as a generator, followed by a boat, a remote controlled car, a drone, then finally a "Hesla", a hydrogen-powered Tesla Model S.

We expect many industrial customers will be reluctant to buy Hyzon's vehicles when established OEMs such as Toyota, Hino, and General Motors are lining up to launch their own hydrogen trucks. The likes of Daimler Trucks began testing its Mercedes-Benz GenH2 prototype truck in May this year while South Korea's Hyundai plans to roll out 1,600 fuel cell trucks by 2025.

*Disclaimer*

*Our research and reports express our opinions, which we have based upon generally available public information, field research, inferences and deductions through our due diligence and analytical process. To the best of our ability and belief, all information contained herein is accurate and reliable, and has been obtained from public sources we believe to be accurate and reliable, and who are not insiders or connected persons of the stock covered herein or who may otherwise owe any fiduciary duty or duty of confidentiality to the issuer. We strive for accuracy and completeness to support our opinions, and we have a good faith belief in everything we write, however, all such information is presented "as is," without warranty of any kind – whether express or implied. Iceberg Research ("Iceberg") makes no representation, express or implied, as to the accuracy, timeliness, or completeness of any such information or with regard to the results to be obtained from its use. You agree that the use of Iceberg's research is at your own risk. In no event will Iceberg be liable for any direct or indirect trading losses caused by any information available on this report. Think critically about our opinions and do your own research and analysis before making any investment decisions. You should seek the advice of a security professional regarding your stock transactions.*

*You should assume that as of the publication date of our reports and research, Iceberg may have a short position in the securities (and/or options, swaps, and other derivatives related to the stock) covered herein, and therefore may stand to realize gains in the event that the price of the covered securities declines. We may continue transacting in the securities of*

*the company covered in this report, and we may buy, sell, cover or otherwise change the form or substance of our position in the issuer regardless of our initial views set out herein.*

*This is not an offer to sell or a solicitation of an offer to buy any security, nor shall Iceberg offer, sell or buy any security to or from any person through this site or reports on this site. Iceberg is not registered as an investment advisor in any jurisdiction. You agree to do your own research and due diligence before making any investment decision with respect to securities discussed herein. You represent to Iceberg that you have sufficient investment sophistication to critically assess the information, analysis and opinions in this report.*

*We are entitled to our opinions and to the right to express such opinions in a public forum. We believe that the publication of our opinions about public companies that we research is in the public interest. This report and all statements contained herein are the opinion of Iceberg and are not statements of fact. You can publicly access any piece of evidence cited in this report or that we relied on to write this report. All expressions of opinion are subject to change without notice, and Iceberg does not undertake to update or supplement any reports or any of the information, analysis and opinion contained in them.*

*You agree that use of Iceberg's research is at your own risk. In no event will you hold Iceberg or any affiliated party liable for any direct or indirect trading losses caused by any information on this site. You further agree to do your own research and due diligence before making any investment decision with respect to securities covered herein. You represent to Iceberg that you have sufficient investment sophistication to critically assess the information, analysis and opinion on Iceberg's site and in this report. You further agree that you will not communicate the contents of this report to any other person unless that person has agreed to be bound by these same terms of service.*

*By downloading, opening and/or reading this report you knowingly and independently agree: (i) to abide by the terms of service of our website, which are hereby fully incorporated herein, (ii) that any dispute arising from your use of this report or viewing the material herein shall be governed by the laws of the State of New York, United States, without regard to any conflict of law provisions; (iii) to submit to the personal and exclusive jurisdiction of the superior courts located within the State of New York and waive your right to any other jurisdiction or applicable law; and (iv) that regardless of any statute or law to the contrary, any claim or cause of action arising out of or related to use of this*

3/21/22, 1:14 PM
Hyzon Motors Inc: Trouble at the ParentCo. | Iceberg Research
Case 6:21-cv-06612-CJS-MJP   Document 34-2   Filed 03/21/22   Page 12 of 17

website or the material herein must be filed within one (1) year after such claim or cause of action arose or be forever barred. The failure of Iceberg to exercise or enforce any right or provision of this disclaimer shall not constitute a waiver of this right or provision. If any provision of this disclaimer is found by a court of competent jurisdiction to be invalid, the parties nevertheless agree that the court should endeavor to give effect to the parties' intentions as reflected in the provision and rule that the other provisions of this disclaimer remain in full force and effect, in particular as to this governing law and jurisdiction provision.

## 10 comments



*Craig* · October 6, 2021 - 5:00 pm · Reply→

Would you please explain why you have deliberately left out the vehicles already on road and in use in Europe?

Thanks

 Like



Iceberg Research · October 7, 2021 - 9:51 pm · Reply→

1) First, there is no such thing as an "Hyzon truck" as the company likes to promote itself. These trucks are built by OEMs, and retrofitted with fuel cells and hydrogen tanks by Hyzon. There are countless companies that can do that.

2) These vehicles are used under pilot programs

3) This report is not about the mechanics of a truck. It's about the ability of Hyzon to generate future cash flows for its shareholders to support its current valuation.

3/21/22, 1:14 PM
Hyzon Motors Inc. Trouble at the ParentCo. | Iceberg Research
Case 6:21-cv-06612-CJS-MJP   Document 34-2   Filed 03/21/22   Page 13 of 17

4) Horizon has hidden lots of key information. This is most likely the reason by the way why this new company (Hyzon) was created. If the SPAC had been with Horizon, it would have been much tougher to hide the elements we found.

5) Saying that Hyzon is independent from Horizon is naive considering its corporate governance and 63% ownership.

 Like

 *Craig* · October 8, 2021 - 6:53 am ·

It is no secret that they use OEM trucks?

The possibility to return on invest is the technology being out into use, test programs, alterations and final market implementation and then sales, this is a normal business development! Have you ever run a development company? Or just analysis bits of info?

Again no mention of their trucks on the roads!

If you are a short then that explains it all.

 Like

 *Iceberg Research* · October 8, 2021 - 10:40 am · Reply→

3/21/22, 1:14 PM
Case 6:21-cv-06612-CJS-MJP    Document 34-2    Filed 03/21/22    Page 14 of 17
Hyzon Motors Inc: Trouble at the ParentCo | Iceberg Research

Your "development company" for which you obviously work should not be worth $1.6b. We will see in six months how it goes. You should be cautious considering our track record.

★ Like



*Craig* · October 8, 2021 - 10:44 am · *Reply*→

I do not work for this company, although I have run various companies in a different field.

It's just a shame that you work with only shreds of info, claiming that others doing that is wrong, and have obviously no experience in building and running a company. Your objective is clear.

This is my last remark.

Thank you

 Like



*Iceberg Research* · October 8, 2021 - 10:58 am · *Reply*→

If you ran companies as you claimed, you should know that when a customer accounting for 74% of the sales is defaulting, that is a bloody big issue. The minority shareholders of Hyzon will appreciate being left in the dark on that.

★ Like

*Craig* · October 8, 2021 - 11:35 am · *Reply*→

3/21/22, 1:14 PM
Hyzon Motors Inc: Trouble at the ParentCo | Iceberg Research
Case 6:21-cv-06612-CJS-MJP    Document 34-2    Filed 03/21/22    Page 15 of 17



Same old, same old bye bye

★ Like



Andre Toh · October 8, 2021 - 12:39 pm · Reply→

Some work with shreds of info… some hide info… right Craig..

★ Like



Jason · October 8, 2021 - 2:05 pm · Reply→

I think all of these concerns are valid. Only time will tell on where Hyzon and Horizons motives are. If they dump shares after the lockup expires or if they stay on course and build a company that will compete in the hydrogen transport sector.

I was hoping that Hyzon wouldn't be retrofitting trucks at all and focus more on selling their fuel cells, Eaxels, storage tanks and other tech/IP to legacy companies. Kind of like Cummins. If the G3 Titan really is the best in class and well ahead of peers, well, there certainly is value in that.

★ Like



Nik Patel · October 9, 2021 - 12:42 pm · Reply→

Thanks for putting this report together. At a minimum it certainly leaves many unanswered questions by Hyzon mgmt /board. A point by point rebuttal would be helpful but I suspect we will not get that anytime soon.

3/21/22, 1:14 PM
Hyzon Motors Inc. Trouble at the ParentCo | Iceberg Research
Case 6:21-cv-06612-CJS-MJP   Document 34-2   Filed 03/21/22   Page 16 of 17

It does appear that if Hyzon was intensely diligenced by a private market investor , it would be valued as a true development stage concept company that would be raising early stage series A/B capital at what I suspect is a much lower valuation.

The likely greatest concern I see is that Hyzon is competing against large multinational incumbent auto OEMs that have invested billions into hydrogen fuel cell technologies and have extraordinary capital and resource commitments to these efforts whereas Hyzons roster of engineering and technical talent is likely far far less and thus probability of success is low

I agree with Iceberg that having a handful of retrofit trucks on the road is something anyone with a mechanics garage can accomplish. This feels more like Nikola than Hyundai . The hope for the long holders Hyzon must be that they are able to wisely invest in R&D the capital raised by the SPAC transaction and "figure it out" over the next 5 years vs likely having an already established and successful R&D program on the cusp of mass manufacturing capabilities. This is the classic "Theranos" conundrum of early stage startups, they sell a bright future but highly uncertain if they have the ability to get there

★ Like

## Leave a Reply

Enter your comment here...

← Diginex's ($EQOS) inconsistent data point to massive trading volume manipulation

Hyzon Unleashes a Load of Hot Air with its 3Q21 Results →

Blog at WordPress.com.