**APPENDIX 1**
**Alleged Misstatements in Plaintiff's Consolidated Amended Complaint**

| Statement No. | Exhibit No. | Date | Alleged Speaker(s) | Alleged Misstatement (CAC ¶)[1] | Reason(s) Inactionable[2] |
|---|---|---|---|---|---|
| 1A | 1 (Feb. 9, 2021 Press Release) | February 9, 2021 | Legacy Hyzon; DCRB; Knight | "Deliveries of Hyzon fuel cell powered heavy trucks to customers in Europe and North America will occur this year, well ahead of our competitors"  (¶ 197.) | Not Materially False or Misleading as Pleaded; Forward-Looking Statement Protected by Safe Harbor |
| 1B | 1 (Feb. 9, 2021 Press Release) | February 9, 2021 | Legacy Hyzon; DCRB; Knight | "and our committed sales pipeline is proof that the world is truly recognizing the need to develop innovative solutions to mitigate climate change and accelerate efforts to move the world economy down the path to net-zero emissions."  (¶ 197.) | Not Materially False or Misleading as Pleaded; Puffery |
| 1C | 1 (Feb. 9, 2021 Press Release) | February 9, 2021 | Legacy Hyzon; DCRB; Gu | "This business combination will enable us to expand deployments of our zero-emission hydrogen fuel cell powered heavy vehicles globally, and to continue leading the hydrogen transition."  (¶ 197.) | Not Materially False or Misleading as Pleaded; Puffery |
| 2A | 2 (Feb. 9, 2021 Investor Call) | February 9, 2021 | Legacy Hyzon; DCRB; Gordon | "Hyzon forecasts to grow from $37 million on revenue on 85 units sold in 2021"  (¶ 199.) | Not Materially False or Misleading as Pleaded; Forward-Looking Statement Protected by Safe Harbor |

---

[1]    This Appendix identifies only those statements or portions of statements that Plaintiff alleges were false or misleading.  (CAC ¶¶ 194-242; *see also* ¶ 194 ("Lead Plaintiff alleges that the statements highlighted in bold and italics within this Section were materially false, misleading, and omitted to disclose material information.")

[2]    None of these alleged misstatements are pleaded with particularity.

| Statement No. | Exhibit No. | Date | Alleged Speaker(s) | Alleged Misstatement (CAC ¶)[1] | Reason(s) Inactionable[2] |
|---|---|---|---|---|---|
| 2B | 2 (Feb. 9, 2021 Investor Call) | February 9, 2021 | Legacy Hyzon; DCRB; Gordon | "Our 2021 forecast is 100 percent covered by contracts and MOUs" (¶ 199.) | Not Materially False or Misleading as Pleaded |
| 3A | 3 (Feb. 9, 2021 Investor Presentation) | February 9, 2021 | Legacy Hyzon; DCRB | "2021 backlog of ~$40 million under contract or MOU" on Slide 5. (¶ 201.) | Not Materially False or Misleading as Pleaded |
| 3B | 3 (Feb. 9, 2021 Investor Presentation) | February 9, 2021 | Legacy Hyzon; DCRB | "80% of near-term backlog to customers in Europe, Asia and Australia" on Slide 5. (¶ 201.) | Not Materially False or Misleading as Pleaded |
| 3C | 3 (Feb. 9, 2021 Investor Presentation) | February 9, 2021 | Legacy Hyzon; DCRB | Logos of "Top Tier Customers / End Users / Partners" on Slide 5. (¶ 201.) | Not Materially False or Misleading as Pleaded |
| 3D | 3 (Feb. 9, 2021 Investor Presentation) | February 9, 2021 | Legacy Hyzon; DCRB | Descriptions of the status of negotiations with certain actual and potential customers identified by logo or industry and location on Slide 18. (¶ 201.) | Not Materially False or Misleading as Pleaded |
| 3E | 3 (Feb. 9, 2021 Investor Presentation) | February 9, 2021 | Legacy Hyzon; DCRB | "Contracted Orders (100% Certain) From 13 private and public sector customers" on Slide 18. (¶ 201.) | Not Materially False or Misleading as Pleaded |
| 3F | 3 (Feb. 9, 2021 Investor Presentation) | February 9, 2021 | Legacy Hyzon; DCRB | Logos of "Vehicle Customers" on Slide 29. (¶ 201.) | Not Materially False or Misleading as Pleaded |
| 4A | 4 (Feb. 10, 2021 Investor Presentation) | February 10, 2021 | Legacy Hyzon; DCRB | Logos of "Top Tier Customers / End Users / Partners" on Slide 5. (¶ 203.) | Not Materially False or Misleading as Pleaded |
| 4B | 4 (Feb. 10, 2021 Investor Presentation) | February 10, 2021 | Legacy Hyzon; DCRB | Descriptions of the status of negotiations with certain actual and potential customers identified by logo or industry and location on Slide 18. (¶ 203.) | Not Materially False or Misleading as Pleaded |

| Statement No. | Exhibit No. | Date | Alleged Speaker(s) | Alleged Misstatement (CAC ¶)[1] | Reason(s) Inactionable[2] |
|---|---|---|---|---|---|
| 4C | 4 (Feb. 10, 2021 Investor Presentation) | February 10, 2021 | Legacy Hyzon; DCRB | Logos of "Vehicle Customers" on Slide 29. (¶ 203.) | Not Materially False or Misleading as Pleaded |
| 5A | 5 (Feb. 12, 2021 Investor Presentation) | February 12, 2021 | Legacy Hyzon; DCRB | Logos of "Top Tier Customers / End Users / Partners" on Slide 5. (¶ 205.) | Not Materially False or Misleading as Pleaded |
| 5B | 5 (Feb. 12, 2021 Investor Presentation) | February 12, 2021 | Legacy Hyzon; DCRB | Descriptions of the status of negotiations with certain actual and potential customers identified by industry and location on Slide 18. (¶ 205.) | Not Materially False or Misleading as Pleaded |
| 5C | 5 (Feb. 12, 2021 Investor Presentation) | February 12, 2021 | Legacy Hyzon; DCRB | Logos of "Vehicle Customers" on Slide 29. (¶ 205.) | Not Materially False or Misleading as Pleaded |
| 5D | 5 (Feb. 12, 2021 Investor Presentation) | February 12, 2021 | Legacy Hyzon; DCRB | "Contracted Orders (100% Certain) From private and public sector customers" on Slide 18. (¶ 205.) | Not Materially False or Misleading as Pleaded |
| 6A | 6 (Hiringa Press Release) | February 17, 2021 | Legacy Hyzon | Announcement that Hyzon and Hiringa "ha[d] signed a vehicle supply agreement, with Hyzon commissioned to build and supply Hiringa with zero emission Heavy Goods Vehicles (HGV)" (¶ 220.) | Not Materially False or Misleading as Pleaded |
| 6B | 6 (Hiringa Press Release) | February 17, 2021 | Legacy Hyzon | "the first batch of vehicles are expected to enter service in New Zealand by the end of 2021" (¶ 220.) | Not Materially False or Misleading as Pleaded; Forward-Looking Statement Protected by Safe Harbor |
| 6C | 6 (Hiringa Press Release) | February 17, 2021 | Legacy Hyzon | "Hyzon plans to have up to 1,500 fuel cell trucks on the road in New Zealand by 2026" (¶ 220.) | Not Materially False or Misleading as Pleaded; Forward-Looking Statement Protected by Safe Harbor |

| Statement No. | Exhibit No. | Date | Alleged Speaker(s) | Alleged Misstatement (CAC ¶)[1] | Reason(s) Inactionable[2] |
|---|---|---|---|---|---|
| 7 | 7 (Hyzon Hiringa Twitter Post) | February 17, 2021 | Legacy Hyzon | "an agreement for the build and supply of up to 1,500 hydrogen fuel cell-powered trucks to New Zealand's Hiringa Energy by 2026."  (¶ 222.) | Not Materially False or Misleading as Pleaded |
| 8A | 8 (Hydrogen Now Press Release) | March 8, 2021 | Legacy Hyzon | "Hyzon and Hiringa Energy (New Zealand) recently announced that the two companies had signed a vehicle supply agreement."  (¶ 224.) | Not Materially False or Misleading as Pleaded |
| 8B | 8 (Hydrogen Now Press Release) | March 8, 2021 | Legacy Hyzon | "Hyzon is targeting the delivery of 1,500 fuel cell powered heavy trucks by 2026 as part of the agreement with Hiringa." (¶ 224.) | Not Materially False or Misleading as Pleaded; Forward-Looking Statement Protected by Safe Harbor |
| 8C | 8 (Hydrogen Now Press Release) | March 8, 2021 | Legacy Hyzon | "As binding orders for those trucks are placed, Hyzon anticipates fulfilling them from the Groningen facility, with first shipments planned for the second half of 2021."  (¶ 224.) | Not Materially False or Misleading as Pleaded; Forward-Looking Statement Protected by Safe Harbor |
| 9A | 9 (Mar. 17, 2021 Proxy Statement) | March 17, 2021 | DCRB | "To date, Hyzon has received binding orders . . . . Hiringa has placed a binding order for the first 20 trucks" on Page 127. (¶ 226.) | Not Materially False or Misleading as Pleaded |
| 9B | 9 (Mar. 17, 2021 Proxy Statement) | March 17, 2021 | DCRB | "Hiringa [is] (supported by logistics companies in New Zealand)" on Page 149.  (¶ 226.) | Not Materially False or Misleading as Pleaded |
| 10A | 10 (Apr. 29, 2021 Investor Presentation) | April 29, 2021 | Legacy Hyzon; DCRB | "Announced vehicle supply agreement to supply trucks to New Zealand-based Hiringa Energy" on Slide 25.  (¶ 228.) | Not Materially False or Misleading as Pleaded |

| Statement No. | Exhibit No. | Date | Alleged Speaker(s) | Alleged Misstatement (CAC ¶)[1] | Reason(s) Inactionable[2] |
|---|---|---|---|---|---|
| 10B | 10 (Apr. 29, 2021 Investor Presentation) | April 29, 2021 | Legacy Hyzon; DCRB | "first deliveries expected by EOY 2021" on Slide 25. (¶ 228.) | Not Materially False or Misleading as Pleaded; Forward-Looking Statement Protected by Safe Harbor |
| 10C | 10 (Apr. 29, 2021 Investor Presentation) | April 29, 2021 | Legacy Hyzon; DCRB | "55 million of backlog under contract or MOU" on Slide 8. (¶ 207.) | Not Materially False or Misleading as Pleaded |
| 10D | 10 (Apr. 29, 2021 Investor Presentation) | April 29, 2021 | Legacy Hyzon; DCRB | "80% of near-term backlog to customers in Europe, Asia and Australia" on Slide 8. (¶ 207.) | Not Materially False or Misleading as Pleaded |
| 10E | 10 (Apr. 29, 2021 Investor Presentation) | April 29, 2021 | Legacy Hyzon; DCRB | Logos of "Expanding Top Tier Customers / End Users / Partners" on Slide 8. (¶ 207.) | Not Materially False or Misleading as Pleaded |
| 10F | 10 (Apr. 29, 2021 Investor Presentation) | April 29, 2021 | Legacy Hyzon; DCRB | List of "Vehicle Customers" and logos on Slide 59. (¶ 207.) | Not Materially False or Misleading as Pleaded |
| 10G | 10 (Apr. 29, 2021 Investor Presentation) | April 29, 2021 | Legacy Hyzon; DCRB | Descriptions of the status of negotiations with certain actual and potential customers identified by industry and location on Slide 35. (¶ 207.) | Not Materially False or Misleading as Pleaded |
| 11 | 11 (Fireside Chat with Bernstein) | June 16, 2021 | DCRB; Knight | "I'd like to remain a little conservative on this but providing there are no more nasty surprises in supply chains and those kind of things, we'll definitely hit this year's targets" on Page 16. (¶ 211.) | Not Materially False or Misleading as Pleaded; Forward-Looking Statement Protected by Safe Harbor |

| Statement No. | Exhibit No. | Date | Alleged Speaker(s) | Alleged Misstatement (CAC ¶)[1] | Reason(s) Inactionable[2] |
|---|---|---|---|---|---|
| 12 | 12 (Fireside Chat with IPO Edge) | June 29, 2021 | DCRB; Tichio | "the company is you know projecting $37 million of revenue [from] vehicles that will actually roll off its lot this year. . . . We still feel extraordinarily comfortable with that [] assessment" on Page 15. (¶ 213.) | Not Materially False or Misleading as Pleaded; Forward-Looking Statement Protected by Safe Harbor; Opinion |
| 13A | 13 (July 13, 2021 Press Release) | July 13, 2021 | Legacy Hyzon | "Orders and non-binding MoUs have increased to represent up to $83M[FN], up more than 50% from $55M as of April 29, 2021, and over 100% from February 12, 2021." (¶ 215.) | Not Materially False or Misleading as Pleaded |
| 13B | 13 (July 13, 2021 Press Release) | July 13, 2021 | Legacy Hyzon | "The growing list of orders and non-binding MoUs comes from the rapidly developing European market as well as Australia" (¶ 215.) | Not Materially False or Misleading as Pleaded |
| 13C | 13 (July 13, 2021 Press Release) | July 13, 2021 | Legacy Hyzon | "Simultaneously, Hyzon has successfully reduced costs in excess of $50,000 per vehicle for manufacturing components and sub-systems" (¶ 215.) | Not Materially False or Misleading as Pleaded |
| 14A | 14 (July 2021 Investor Presentation) | July 19, 2021 | Hyzon | "$55M of revenue under contract or MOU already"; "~75% of sales into Asia & Australia, ~25% into Europe" on Slide 36. (¶ 209.) | Not Materially False or Misleading as Pleaded |
| 14B | 14 (July 2021 Investor Presentation) | July 19, 2021 | Hyzon | "Summary Projected Financials" on Slide 40, reflecting projected 2021 deliveries of 85 vehicles and revenue of $37 million. (¶ 209.) | Not Materially False or Misleading as Pleaded; Forward-Looking Statement Protected by Safe Harbor |

| Statement No. | Exhibit No. | Date | Alleged Speaker(s) | Alleged Misstatement (CAC ¶)[1] | Reason(s) Inactionable[2] |
|---|---|---|---|---|---|
| 14C | 14 (July 2021 Investor Presentation) | July 19, 2021 | Hyzon | Descriptions of the status of negotiations with certain actual and potential customers identified by industry and location on Slide 23. (¶ 207.) | Not Materially False or Misleading as Pleaded |
| 15A | 15 (HongYun MOU Press Release) | September 9, 2021 | Hyzon | "the initial order of 100 vehicles is expected before the end of 2021" (¶ 233.) | Not Materially False or Misleading as Pleaded; Forward-Looking Statement Protected by Safe Harbor |
| 15B | 15 (HongYun MOU Press Release) | September 9, 2021 | Hyzon | "HongYun Automobile focuses on providing logistics solutions primarily through hydrogen-powered fuel cell electric vehicles.  The company provides operation, leasing and maintenance service for customers across the country, including one of the world's largest steelmakers." (¶ 233.) | Not Materially False or Misleading as Pleaded |
| 15C | 15 (HongYun MOU Press Release) | September 9, 2021 | Hyzon | "The core team of the company has solid operation experience and master the real time vehicle data management" (¶ 233.) | Not Materially False or Misleading as Pleaded; Puffery |
| 15D | 15 (HongYun MOU Press Release) | September 9, 2021 | Hyzon | "At present, the company is focusing on the operation of hydrogen-powered heavy duty trucks by leveraging its rich end user resources in logistics industry." (¶ 233.) | Not Materially False or Misleading as Pleaded; Puffery |
| 16A | 16 (Blue Orca Response) | October 5, 2021 | Hyzon | HongYun "is a special purpose entity seeking to provide third-party clean energy logistics services to corporate customers." (¶ 235.) | Not Materially False or Misleading as Pleaded |

| Statement No. | Exhibit No. | Date | Alleged Speaker(s) | Alleged Misstatement (CAC ¶)[1] | Reason(s) Inactionable[2] |
|---|---|---|---|---|---|
| 16B | 16 (Blue Orca Response) | October 5, 2021 | Hyzon | "HongYun is expected to order 100 trucks in 2021" (¶ 235.) | Not Materially False or Misleading as Pleaded; Forward-Looking Statement Protected by Safe Harbor |
| 16C | 16 (Blue Orca Response) | October 5, 2021 | Hyzon | "Hyzon expects that Shanghai HongYun will be able to leverage its existing relationships to enter into long-term logistics service agreements with end users for Hyzon's hydrogen-powered vehicles." (¶ 235.) | Not Materially False or Misleading as Pleaded; Forward-Looking Statement Protected by Safe Harbor |
| 16D | 16 (Blue Orca Response) | October 5, 2021 | Hyzon | "Hyzon anticipates [HongYun's purchase orders] will include upfront deposits and installment payments." (¶ 235.) | Not Materially False or Misleading as Pleaded; Forward-Looking Statement Protected by Safe Harbor |
| 16E | 16 (Blue Orca Response) | October 5, 2021 | Hyzon | "Hyzon has never suggested that Hiringa is an end user of hydrogen trucks." (¶ 230.) | Not Materially False or Misleading as Pleaded |
| 16F | 16 (Blue Orca Response) | October 5, 2021 | Hyzon | "Contrary to the short seller's claims, no customers or potential customers 'disappeared' from any investor presentation; rather, Hyzon anonymized certain customer and potential customer names in its July 2021 investor presentation." (¶ 217.) | Not Materially False or Misleading as Pleaded |
| 17 | 17 (Q3 2021 Press Release) | November 12, 2021 | Hyzon | "[Hyzon] [r]eceived the first two purchase orders, for 62 trucks in total, pursuant to terms of the previously announced MOU to supply Shanghai Hydrogen Hongyun Automotive" (¶ 237.) | Not Materially False or Misleading as Pleaded |

| Statement No. | Exhibit No. | Date | Alleged Speaker(s) | Alleged Misstatement (CAC ¶)[1] | Reason(s) Inactionable[2] |
|---|---|---|---|---|---|
| 18 | 18 (Q3 2021 Earnings Call) | November 12, 2021 | Hyzon; Knight | "Hyzon has received the first two purchase orders from Shanghai Hydrogen HongYun Automotive in China for a total of 62 trucks. The end user of these trucks is a large industrial conglomerate" on Page 3. (¶ 239.) | Not Materially False or Misleading as Pleaded |
| 19A | 19 (HongYun Delivery Press Release) | December 8, 2021 | Hyzon | "HongYun plans to provide operation, leasing and maintenance services" (¶ 241.) | Not Materially False or Misleading as Pleaded |
| 19B | 19 (HongYun Delivery Press Release) | December 8, 2021 | Hyzon | "Hong[Y]un has further orders for 33 more trucks confirmed with Hyzon." (¶ 241.) | Not Materially False or Misleading as Pleaded |