**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x
:
:
:
IN RE HYZON MOTORS INC.                    :        Case No. 6:21-cv-06612-CJS-MWP
SECURITIES LITIGATION                       :
:
:
:
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x

**DECLARATION OF JACOB M. CROKE IN SUPPORT OF DEFENDANTS'**
**MOTION TO DISMISS THE CONSOLIDATED AMENDED COMPLAINT**

I, JACOB M. CROKE, hereby affirm under penalty of perjury that the following is true

and correct:

1.      I am a member in good standing of the Bar of the State of New York and have

been admitted to practice before this Court.  I am a partner of the law firm of Sullivan &

Cromwell LLP, counsel to defendants Hyzon Motors Inc. ("Hyzon"), Erik Anderson, Peter

Haskopoulos, Craig Knight, Mark Gordon, George Gu and Robert Tichio (collectively,

"Defendants") in the above-captioned action.

2.      I submit this Declaration in support of Defendants' Motion to Dismiss the

Consolidated Amended Complaint, and to put before the Court true and correct copies, to the

best of my knowledge, of the documents described below and annexed hereto.

3.      Attached as Exhibit 1 is a true and correct copy of a press release entitled "Hyzon

Motors, the Leading Hydrogen Fuel Cell Heavy Vehicle Company, Announces Business

Combination with Decarbonization Plus Acquisition Corporation; Combined Company Expected

to be Listed on Nasdaq," as filed with the Securities and Exchange Commission ("SEC") by

Decarbonization Plus Acquisition Corporation ("DCRB") on February 9, 2021.

4.      Attached as Exhibit 2 is a true and correct copy of a transcript of an investor conference call, entitled "Hyzon Motors Business Combination with Decarbonization Plus Acquisition Corporation," as filed with the SEC by DCRB on February 9, 2021.

5.      Attached as Exhibit 3 is a true and correct copy of excerpts[1] of an investor presentation, entitled "Accelerating the Hydrogen Transition," as filed with the SEC by DCRB on February 9, 2021.

6.      Attached as Exhibit 4 is a true and correct copy of excerpts of an investor presentation, entitled "Accelerating the Hydrogen Transition," as filed with the SEC by DCRB on February 10, 2021.

7.      Attached as Exhibit 5 is a true and correct copy of excerpts of an investor presentation, entitled "Accelerating the Hydrogen Transition," as filed with the SEC by DCRB on February 12, 2021.

8.      Attached as Exhibit 6 is a true and correct copy of Hyzon's February 17, 2021 press release entitled "Hyzon Motors and Hiringa Energy advance partnership to decarbonize heavy road transport in New Zealand."

9.      Attached as Exhibit 7 is a true and correct copy of a February 17, 2021 Twitter post by Hyzon, available at https://twitter.com/hyzonmotors/status/1362043459444613124.

10.     Attached as Exhibit 8 is a true and correct copy of Hyzon's March 8, 2021 press release entitled "Hyzon Motors Announces 'Hydrogen Now™' Event To Showcase Virtual Ride

---

[1]     For certain exhibits, I have included only the excerpts that are "directly germane to the matter under consideration by the [C]ourt," as set forth in Rule 2(D)(i) of this Court's Administrative Procedures Guide for Electronic Filing.   Should the Court find it helpful, Defendants are prepared to provide the Court with complete versions of the documents referenced in these exhibits.

Along in a Zero-Emission, Hydrogen Fuel Cell Powered Truck at Hyzon's Production-Ready Groningen Facility."

11.    Attached as Exhibit 9 is a true and correct copy of excerpts of a preliminary proxy statement, as filed with the SEC by DCRB on March 17, 2021.

12.    Attached as Exhibit 10 is a true and correct copy of excerpts of an investor presentation, entitled "Hyzon Motors:  The Leader in Hydrogen Mobility," as filed with the SEC by DCRB on April 29, 2021.

13.    Attached as Exhibit 11 is a true and correct copy of a transcript of a fireside chat with Bernstein, as filed with the SEC by DCRB on June 17, 2021.

14.    Attached as Exhibit 12 is a true and correct copy of excerpts of a transcript of a fireside chat with IPO Edge, as filed with the SEC by DCRB on June 30, 2021.

15.    Attached as Exhibit 13 is a true and correct copy of Hyzon's July 13, 2021 press release, entitled "Hyzon Motors issues business update, confirms 2021 prior guidance and on track for 2022."

16.    Attached as Exhibit 14 is a true and correct copy of excerpts of Hyzon's July 19, 2021 investor presentation, entitled "Hyzon Motors:  The Leader in Hydrogen Mobility."

17.    Attached as Exhibit 15 is a true and correct copy of Hyzon's September 9, 2021 press release, entitled "Hyzon Motors to supply up to 500 hydrogen fuel cell electric vehicles to Shanghai logistics company."

18.    Attached as Exhibit 16 is a true and correct copy of Hyzon's October 5, 2021 press release, entitled "Hyzon Motors issues statement strongly rejecting misleading and inaccurate short seller report."

19.     Attached as Exhibit 17 is a true and correct copy of Hyzon's press release entitled "Hyzon Motors, Inc. Announces Third Quarter 2021 Financial and Operational Results with Significant Milestones Achieved and Building Momentum Across Asia, Europe, and North America," as filed with the SEC on November 12, 2021.

20.     Attached as Exhibit 18 is a true and correct copy of a transcript of Hyzon's November 12, 2021 third quarter 2021 earnings call.

21.     Attached as Exhibit 19 is a true and correct copy of Hyzon's December 8, 2021 press release entitled "Hyzon Motors delivers 29 hydrogen fuel cell electric heavy duty trucks to reduce carbon emissions in the steel industry."

I declare under penalty of perjury that the foregoing is true and correct.

Executed in New York, NY on May 20, 2022.

_____
Jacob M. Croke