# Exhibit 7

← Tweet

 **Hyzon Motors** ✔
@hyzonmotors

•••

We're excited to announce we have signed an agreement for the build and supply of up to 1,500 hydrogen fuel cell-powered trucks to New Zealand's Hiringa Energy by 2026. See the full announcement: hyzonmotors.com/hyzon-motors-a...

9:17 AM · Feb 17, 2021 · Planable

**43** Retweets   **15** Quote Tweets   **201** Likes

