Exhibit 12

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
### WASHINGTON, D.C. 20549

# SCHEDULE 14A

### (Rule 14a-101)

### Proxy Statement Pursuant to Section 14(a) of the
### Securities Exchange Act of 1934
### (Amendment No. __)

Filed by the Registrant ☒ Filed by a Party other than the Registrant ☐

Check appropriate box:

☐      Preliminary Proxy Statement

☐      **Confidential, For Use of the Commission Only (as permitted by Rule 14a-6(e)(2))**

☐      Definitive Proxy Statement

☒      Definitive Additional Materials

☐      Soliciting Material under Rule 14a-12

# DECARBONIZATION PLUS ACQUISITION CORPORATION
**(Name of Registrant as Specified in Its Charter)**

**(Name of Person(s) Filing Proxy Statement, if Other Than the Registrant)**

Payment of filing fee (Check the appropriate box):

☒      No fee required.

☐      Fee computed on table below per Exchange Act Rules 14a-6(i)(1) and 0-11.

     (1)      Title of each class of securities to which transaction applies:

     (2)      Aggregate number of securities to which transaction applies:

     (3)      Per unit price or other underlying value of transaction computed pursuant to Exchange Act Rule 0-11 (set forth the amount on which the filing fee is calculated and state how it was determined):

     (4)      Proposed maximum aggregate value of transaction:

     (5)      Total fee paid:

☐      Fee paid previously with preliminary materials:

☐      Check box if any part of the fee is offset as provided by Exchange Act Rule 0-11(a)(2) and identify the filing for which the offsetting fee was paid previously. Identify the previous filing by registration statement number, or the Form or Schedule and the date of its filing.

     (1)      Amount Previously Paid:

     (2)      Form, Schedule or Registration Statement No.:

     (3)      Filing Party:

     (4)      Date Filed:

Source: HYZON MOTORS INC., DEFA14A, 06/30/2021

On June 29, 2021, Craig Knight, Chief Executive Officer of Hyzon Motors, Inc., and Robert Tichio, a member of the board of directors of Decarbonization Plus Acquisition Corporation, participated in an interview at IPO Edge. A copy of the transcript is set forth below.

1
00:00:21.420 —> 00:00:30.690
John Jannarone - Editor-in-Chief, IPO Edge: Good afternoon, thank you for joining I'm John Jannarone, the editor in Chief of IPO Edge here with my co editor Jared Banks editor at large who is helping us with today's presentation.

2
00:00:31.110 —> 00:00:40.080
John Jannarone - Editor-in-Chief, IPO Edge: Before I introduce today's two guests and today's event which is going to be with Decarbonization Plus Acquisition Corp. which from here I'm going to call DCRB.

3
00:00:40.350 —> 00:00:45.630
John Jannarone - Editor-in-Chief, IPO Edge: And Hyzon Motors, we have the chairman of the DCRB and the CEO of Hyzon Motors you're gonna meet in just a moment.

Source: HYZON MOTORS INC., DEFA14A, 06/30/2021

00:05:35.850 —> 00:05:46.650

John Jannarone - Editor-in-Chief, IPO Edge: Did you look at a lot of different deals and was there something in particular a few characteristics that stood out and perhaps confidence in the financial projections, I mean that's something that I noticed is that the company is making a lot of revenue very quickly.

00:05:47.160 —> 00:06:01.740

Robert Tichio - Chairman, Decarbonization Plus Acquisition Corporation: yeah so so absolutely we we we considered scores of companies and a host of companies that have variety of categories everything that we do across all three a dispatcher we've announced three SPAC mergers only centers around a technology both some.

00:06:02.100 —> 00:06:11.250

Robert Tichio - Chairman, Decarbonization Plus Acquisition Corporation: Some company that has a technology that is either difficult to replicate or costly to try and recreate one of the things that we saw immediately.

00:06:11.940 —> 00:06:14.760

Robert Tichio - Chairman, Decarbonization Plus Acquisition Corporation: And I think your your investors would would be interested in learning.

00:06:15.120 —> 00:06:25.740

Robert Tichio - Chairman, Decarbonization Plus Acquisition Corporation: Who are some of them on this call is hydrogen fuel cells, unlike batteries have a wide dispersion of performance capabilities and so a typical battery that has going into a passenger electric vehicle car.

00:06:25.950 —> 00:06:31.920

Robert Tichio - Chairman, Decarbonization Plus Acquisition Corporation: has a fairly tight bandwidth of performance outcomes that is not the case with hydrogen fuel cells.

00:06:32.430 —> 00:06:37.830

Robert Tichio - Chairman, Decarbonization Plus Acquisition Corporation: all hydrogen fuel cells are not made equally they're not all created equally and so.

00:06:38.280 —> 00:06:52.830

Robert Tichio - Chairman, Decarbonization Plus Acquisition Corporation: Being able to identify a company that's able to commercialize the technology that they themselves developed that they don't have to simply go and outsource that technology capture it from from another cell a fuel cell provider.

43
00:06:53.340 —> 00:06:56.970
Robert Tichio - Chairman, Decarbonization Plus Acquisition Corporation: they're able to commercialize it they're able to be the interface of the customer.

44
00:06:57.720 —> 00:07:05.880
Robert Tichio - Chairman, Decarbonization Plus Acquisition Corporation: around what that truck what it looks like and no one is better equipped to understand the capabilities of the fuel cell than, then the organization that created it.

45
00:07:06.300 —> 00:07:14.640
Robert Tichio - Chairman, Decarbonization Plus Acquisition Corporation: And that's what makes this company so unique. The final point I'd make is the management team is outstanding I mean you're going to hear from Craig Knight. There is probably no better.

46
00:07:15.420 —> 00:07:27.600
Robert Tichio - Chairman, Decarbonization Plus Acquisition Corporation: Ambassador, and there is no more informed market participants for hydrogen in the transportation cattery category than Craig Knight. We are both you know delighted and frankly.

47
00:07:28.860 —> 00:07:34.170
Robert Tichio - Chairman, Decarbonization Plus Acquisition Corporation: We would not be sitting here doing this deal if it weren't for the strength and the knowledge that he brings to the category.

48
00:07:35.070 —> 00:07:42.000
John Jannarone - Editor-in-Chief, IPO Edge: All right, great Robert thanks, that was a terrific introduction we're bringing back in just a minute let's go over to Craig Craig we have the CEO here, thank you for joining Craig.

49
00:07:42.780 —> 00:07:50.700
Craig Knight - CEO, Hyzon Motors: Thank you John great pleasure to be here on on a bench and drove it said it's a great pleasure to be able to share a little bit about a story now journey.

50
00:07:51.000 —> 00:07:53.880
John Jannarone - Editor-in-Chief, IPO Edge: Perfect well before we get to the company itself Craig can you.

Source: HYZON MOTORS INC., DEFA14A, 06/30/2021

00:10:45.690 —> 00:10:51.600
Craig Knight - CEO, Hyzon Motors: I jokingly say to people it's great to be early to go party, but it's not so good to be 15 years early so.

00:10:52.050 —> 00:10:59.430
Craig Knight - CEO, Hyzon Motors: Some of us were involved in hydrogen from you know quite a long time back and the parent company Horizon was set up in 2003.

00:11:00.300 —> 00:11:10.620
Craig Knight - CEO, Hyzon Motors: We had some very patient shareholders and supporters along for that ride but frankly the parent company of Hyzon is a pretty unusual beast in in the fuel cell sector.

00:11:11.190 —> 00:11:20.280
Craig Knight - CEO, Hyzon Motors: The parent company Horizon Fuel Cell found some commercialization opportunities and was able to to make fuel cells and sell them into customer scenarios where.

00:11:20.700 —> 00:11:27.720
Craig Knight - CEO, Hyzon Motors: We were really competing to solve our problems, more than anything, not really selling to people asking for fuel cell technology.

00:11:28.230 —> 00:11:41.010
Craig Knight - CEO, Hyzon Motors: But that was a great learning experience on how to survive, how to innovate, to survive, how to make margins in in challenging environments etc so actually there's a pretty you know deep history here.

00:11:41.520 —> 00:11:54.000
Craig Knight - CEO, Hyzon Motors: Almost 20 odd years of experience with George and myself, having worked together on him fuel cell technology and even more than that, with some of the people that that have you know joined Hyzon and being part of the journey.

00:11:54.570 —> 00:11:57.660
Craig Knight - CEO, Hyzon Motors: we've worked with a number of companies, a number of people with.

76

00:11:58.440 —> 00:12:04.890

Craig Knight - CEO, Hyzon Motors: Experience from various different companies that have worked on hydrogen fuel cells hydrogen you know other parts of the ecosystem.

77

00:12:05.310 —> 00:12:15.180

Craig Knight - CEO, Hyzon Motors: Co founder Gary Robb was a long time with General Motors in their fuel cell program. We have others from other companies around the world that have been active in hydrogen for over two decades.

78

00:12:15.930 —> 00:12:27.270

John Jannarone - Editor-in-Chief, IPO Edge: Great and let's start with economics, for a second obviously there are initiatives worldwide to shift away from fossil fuels, but it's actually to the point now where it's price competitive with diesel right.

79

00:12:28.500 —> 00:12:35.040

Craig Knight - CEO, Hyzon Motors: So what we need to get to is this tipping point as we usually call it where it's no longer.

80

00:12:35.760 —> 00:12:44.970

Craig Knight - CEO, Hyzon Motors: A choice that you make, because you want to be green as much as it's a choice you make, because it just makes business sense, so we want to get to the point where the total cost of operation.

81

00:12:45.480 —> 00:12:55.020

Craig Knight - CEO, Hyzon Motors: Of the zero emission vehicle matches or beats the total cost of operation of the diesel equivalent, the diesel incumbents and so we're getting very close to that point already.

82

00:12:55.560 —> 00:13:02.670

Craig Knight - CEO, Hyzon Motors: With some of the models we're putting together and parts of Europe we're already within five to 10% of those to numbers.

83

00:13:03.060 —> 00:13:20.460

Craig Knight - CEO, Hyzon Motors: And we have recently announced a deal in California, working with Raven SR which is doing municipal waste to hydrogen in California and we believe we believe that those vehicles will be running cheaper on hydrogen, then the equivalent vehicles running on diesel before the end of 2020.

Source: HYZON MOTORS INC., DEFA14A, 06/30/2021

00:13:21.450 —> 00:13:22.020
John Jannarone - Editor-in-Chief, IPO Edge: All right.

00:13:23.400 —> 00:13:25.020
Craig Knight - CEO, Hyzon Motors: I should say get it.

00:13:25.320 —> 00:13:33.990
John Jannarone - Editor-in-Chief, IPO Edge: Now I before we bring Robert back in just one thing can you help us visualize how these networks look as we discussed when you and I spoke, the other day one one.

00:13:34.800 —> 00:13:45.420
John Jannarone—Editor-in-Chief, IPO Edge: first step is to do something like take a fleet of trucks, where they all have to go home at night, anyway, and that makes sense for refueling the hydrogen as opposed to having hydrogen stations all over the place to replace gas stations right.

00:13:47.610 —> 00:13:58.530
Craig Knight - CEO, Hyzon Motors: So absolutely we call those the back to base type operations so whether it's a urban trains or bus flee or concrete trucks or refuse delivery type trucks.

00:13:58.920 —> 00:14:03.390
Craig Knight - CEO, Hyzon Motors: refrigerated food deliveries to you know to a network of restaurants that sort of thing.

00:14:03.750 —> 00:14:10.230
Craig Knight - CEO, Hyzon Motors: A lot of these trucks as you're saying operate, out of a base and come back to the base because they've got to get more goods or whatever they have to do.

00:14:10.710 —> 00:14:22.080
Craig Knight - CEO, Hyzon Motors: So these are the ultra low hanging fruits on hydrogen, because you can set up critical mass of hydrogen fleet operations and therefore hydrogen demand.

Source: HYZON MOTORS INC., DEFA14A, 06/30/2021

92

00:14:22.650 —> 00:14:36.420

Craig Knight - CEO, Hyzon Motors: In a single location and that minimizes the investment required on the origin side to give a really strong return on that investment for the hydrogen infrastructure, but still creates that critical mass of throughput on the hydrogen.

93

00:14:37.260 —> 00:14:46.890

John Jannarone - Editor-in-Chief, IPO Edge: All right, great um Robert if you would come back and join us again here um let's talk financials if we if we can for a minute here, you know, Robert I asked you about your confidence in the financial projections but.

94

00:14:47.100 —> 00:14:54.360

John Jannarone - Editor-in-Chief, IPO Edge: let's talk about the capital through the SPAC and the PIPE where that's going to go and does that get us to profitability pretty soon.

95

00:14:55.260 —> 00:15:00.720

Robert Tichio - Chairman, Decarbonization Plus Acquisition Corporation: yeah so a couple things so I did not answer your question previously entered our confidence.

96

00:15:01.170 —> 00:15:09.030

Robert Tichio - Chairman, Decarbonization Plus Acquisition Corporation: In the financial projections that got wrapped up in the earlier question, which is very high, and we'll talk about that in a moment, with respect to how the backlog really underpins value.

97

00:15:09.420 —> 00:15:13.680

Robert Tichio - Chairman, Decarbonization Plus Acquisition Corporation: I, by the way, I would encourage everyone, we have a very comprehensive analyst presentation.

98

00:15:14.250 —> 00:15:25.080

Robert Tichio - Chairman, Decarbonization Plus Acquisition Corporation: That was posted in April online which, which contains a lot of this very important information you're going to hear from us today, but also some some additional detail on this transaction.

99

00:15:25.650 —> 00:15:36.060

Robert Tichio - Chairman, Decarbonization Plus Acquisition Corporation: Is is we have obviously are $226 million of cash in trust which we are expecting to convert largely with with minimal redemptions.

Source: HYZON MOTORS INC., DEFA14A, 06/30/2021

100

00:15:36.810 —> 00:15:46.020

Robert Tichio - Chairman, Decarbonization Plus Acquisition Corporation: Given the strength of the transaction at the at the time of closing we also went to market with a PIPE that was 350 million dollar PIPE that we wind up upsizing.

101

00:15:46.470 —> 00:15:53.460

Robert Tichio - Chairman, Decarbonization Plus Acquisition Corporation: Because it extraordinary demand that PIPE is committed at closing and so the combination of the cash and trust, plus the PIPE.

102

00:15:54.090 —> 00:16:02.430

Robert Tichio - Chairman, Decarbonization Plus Acquisition Corporation: will, in our view, put the company in a position to have a fully funded business plan and and and which, by the way we believe makes this business unique.

103

00:16:02.790 —> 00:16:10.080

Robert Tichio - Chairman, Decarbonization Plus Acquisition Corporation: Unlike a handful of other businesses in the public space without calling out names that need to continually go back to the capital markets to require funding.

104

00:16:14.910 —> 00:16:28.470

John Jannarone - Editor-in-Chief, IPO Edge: Sorry, I was muted now he's actually right for those of you who are familiar with some of the SPACs out there many and they're not predicting EBITDA positive until 2025 2026 so 2023 is is really right around the corner in that perspective so let's talk about it.

105

00:16:29.040 —> 00:16:34.170

Robert Tichio - Chairman, Decarbonization Plus Acquisition Corporation: I'm sorry just on that point, I mean one of the things that we got a lot of confidence in with respect to the financials.

106

00:16:34.320 —> 00:16:49.230

Robert Tichio - Chairman, Decarbonization Plus Acquisition Corporation: is, if you take a look at 2021 the company is you know projecting $37 million of revenue vehicles that will actually roll off its lot this year that's what we had communicated in back in February, we still feel extraordinarily comfortable with that with that assessment in that.

107

00:16:50.250 —> 00:16:58.830

Robert Tichio - Chairman, Decarbonization Plus Acquisition Corporation: belief in terms of the pathway for the company and the company has already demonstrated publicly through.

00:55:05.760 —> 00:55:06.420
Robert Tichio—Chairman, Decarbonization Plus Acquisition Corporation: exactly right.

00:55:07.290 —> 00:55:08.310
John Jannarone—Editor-in-Chief, IPO Edge: Okay, great I.

00:55:09.060 —> 00:55:10.200
Craig Knight—CEO, Hyzon Motors: cause it's within.

00:55:10.260 —> 00:55:15.510
Craig Knight—CEO, Hyzon Motors: A couple of business days of the vote, I mean it's not I don't know that we have an exact specific date yet, but the vote is 15.

00:55:16.590 —> 00:55:26.490
John Jannarone—Editor-in-Chief, IPO Edge: Correct now Craig I know we talked about your delivery schedule a little bit, but can you just get a little more detail about the first class aid and who those customers are where they were where we could see these in action.

00:55:27.240 —> 00:55:37.350
Craig Knight—CEO, Hyzon Motors: So, so we can only share, you know the public information, but you know we did disclosed certain customers taking vehicles from us in Europe, there are some government agencies.

00:55:37.980 —> 00:55:51.600
Craig Knight—CEO, Hyzon Motors: Several government agencies in the Netherlands, there are private enterprise companies such as the Austrian retailer called enterprise, which is the major kind of grocery group in Austria.

00:55:52.320 —> 00:56:00.840
Craig Knight—CEO, Hyzon Motors: They they're buying vehicles for delivery that start later this year there's a large construction contracting firm [inaudible].

00:56:01.770 —> 00:56:10.320
Craig Knight—CEO, Hyzon Motors: We announced, you know 10 heavy duty trucks for them, there are some other companies that have recently confirmed their orders we've signed our contracts, but we're not yet.

Source: HYZON MOTORS INC., DEFA14A, 06/30/2021

376

00:56:10.680 —> 00:56:17.940

Craig Knight—CEO, Hyzon Motors: Public on who they are, but they'll be more news about the who these companies are going forward there's a French trucking.

377

00:56:18.660 —> 00:56:28.650

Craig Knight—CEO, Hyzon Motors: Business private French trucking business that has you know, hundreds of thousands of employees that kind of thing that's that's standard type small number of trucks into their fleet.

378

00:56:29.430 —> 00:56:40.470

Craig Knight—CEO, Hyzon Motors: So really it's moved from mostly government initiated, you know public sector purchase of one or two kinds of vehicles street sweepers garbage collectors this sort of thing.

379

00:56:40.860 —> 00:56:46.920

Craig Knight—CEO, Hyzon Motors: it's transitioned recently in Europe to commercial fleets and there'll be more and more news on that.

380

00:56:47.460 —> 00:57:04.500

Craig Knight—CEO, Hyzon Motors: You know, over the coming three six months it's just that we can't name names until it's fully public and then in terms of trials in the North American market we haven't disclosed any of those names, yet, but it will happen soon enough oh we've announced a couple names in Australia.

381

00:57:05.580 —> 00:57:15.990

Craig Knight—CEO, Hyzon Motors: So there's and there's a company in New Zealand hearing a group that's backed by the major freight operators within New Zealand called TR group and [inaudible] and the these companies are taking trucks.

382

00:57:17.130 —> 00:57:26.250

Craig Knight—CEO, Hyzon Motors: into next year and then we're working with a mining company in Australia called west farmers called uh sorry sorry Fortescue they're taking coaches.

383

00:57:26.640 —> 00:57:28.110

Craig Knight—CEO, Hyzon Motors: And also announced that.

384

00:57:28.110 —> 00:57:31.320

Craig Knight—CEO, Hyzon Motors: they're buying trucks from us, for their gas business [inaudible]

Source: HYZON MOTORS INC., DEFA14A, 06/30/2021

385
00:57:32.250 —> 00:57:37.740
John Jannarone—Editor-in-Chief, IPO Edge: A great we're running out of time we got a couple more we're not going to get to all of them like I promise, but we were doing our best.

386
00:57:38.160 —> 00:57:42.450
John Jannarone—Editor-in-Chief, IPO Edge: someone's asking you about the leasing model and number of EV manufacturing that they were talked about doing that.

387
00:57:42.600 —> 00:57:50.490
John Jannarone—Editor-in-Chief, IPO Edge: that's not the path you're going So how are these things structured are there maintenance contracts you can't just roll one of these new regular garage and it worked on how does it how does that all structured right.

388
00:57:51.210 —> 00:58:02.220
Craig Knight—CEO, Hyzon Motors: Okay, the maintenance is super important you only see the first few trucks, if you if you can't support them in the aftermarket it's the service sales and service afterwards that gets you the rest of the orders right, so we work with.

389
00:58:02.790 —> 00:58:14.130
Craig Knight—CEO, Hyzon Motors: The existing network of dealers and workshops to train them up and get up to speed on how to how to support these trucks. Fortunately, there are a lot less technical than supporting.

390
00:58:14.400 —> 00:58:21.780
Craig Knight—CEO, Hyzon Motors: Diesel trucks because it's all about switching modules more than anything, with these kind of trucks, so we work with existing workshops and an upscale them.

391
00:58:23.370 —> 00:58:31.020
John Jannarone—Editor-in-Chief, IPO Edge: gotcha um we're running low on time there's a question here it's looking pretty far ahead, but I think it's really interesting when there's so much enthusiasm about hydrogen someone's asking.

392
00:58:31.260 —> 00:58:38.310
John Jannarone—Editor-in-Chief, IPO Edge: what's to prevent this technology for being used in regular vehicles, you know the car in my garage is that is that something good happens down the road at some point correct.

Source: HYZON MOTORS INC., DEFA14A, 06/30/2021

00:58:39.240 —> 00:58:49.860

Craig Knight—CEO, Hyzon Motors: We think that the use case for hydrogen is clearest where the utilization is very high, a fuel cell electric vehicle will still cost more than a than a battery electric people have a similar.

00:58:50.310 —> 00:58:57.960

Craig Knight—CEO, Hyzon Motors: Similar speak, but not as long range unless you need that long range at high utilization on daily basis, you know there'll be a trade off there.

00:58:58.350 —> 00:59:04.560

Craig Knight—CEO, Hyzon Motors: Ultimately, in the very long term, we think that hydrogen will become so ubiquitous and so cheap that that.

00:59:05.010 —> 00:59:16.890

Craig Knight—CEO, Hyzon Motors: A hydrogen fuel cell technology will challenge the the battery electric space, even in lighter vehicles, but for the near term we just go after the slam dunk use cases the really heavy really high utilization scenarios.

00:59:17.520 —> 00:59:22.530

John Jannarone—Editor-in-Chief, IPO Edge: All right, terrific um there are a number of questions we didn't get to, and I think most that can be addressed in the investor deck.

00:59:22.860 —> 00:59:30.300

John Jannarone—Editor-in-Chief, IPO Edge: We just told where to find it we'll put a link to it in the replay I just one last thing Jared if you could show the the slide here with the voting information.

00:59:30.780 —> 00:59:39.480

John Jannarone—Editor-in-Chief, IPO Edge: For those of you who might be having any trouble whatsoever trying to vote just go to DCRB plus dot com and get some help there or just call your broker.

00:59:40.020 —> 00:59:48.960

John Jannarone—Editor-in-Chief, IPO Edge: And they'll they'll help you get that done but gentlemen, this has been really exciting stuff we had over 40 questions there we didn't get to answer all of them, and I promise they won't go to waste I'll share them and Craig and Robert.

Source: HYZON MOTORS INC., DEFA14A, 06/30/2021

401

00:59:49.470 —> 00:59:58.710

John Jannarone—Editor-in-Chief, IPO Edge: So thank you, thank you most of all Craig and Robert for being here Jared Banks my co editor and the audience everyone who listen thanks so much, if you want to watch the replay will be up in just a couple hours thanks for tuning in everyone.

402

00:59:59.310 —> 01:00:00.240

Craig Knight—CEO, Hyzon Motors: Thank you very much.

403

01:00:00.420 —> 01:00:01.170

Robert Tichio—Chairman, Decarbonization Plus Acquisition Corporation: Thank you John.

***

**Forward Looking Statements**

The information in this filing includes "forward-looking statements" within the meaning of Section 27A of the Securities Act of 1933, as amended, and Section 21E of the Securities Exchange Act of 1934, as amended. All statements, other than statements of present or historical fact included in this filing, regarding Decarbonization Plus Acquisition Corporation's ("DCRB") proposed acquisition of Hyzon Motors Inc. ("Hyzon"), DCRB's ability to consummate the transaction, the benefits of the transaction and the combined company's future financial performance, as well as the combined company's strategy, future operations, estimated financial position, estimated revenues and losses, projected costs, prospects, plans and objectives of management are forward-looking statements. When used in this filing, the words "could," "should," "will," "may," "believe," "anticipate," "intend," "estimate," "expect," "project," the negative of such terms and other similar expressions are intended to identify forward-looking statements, although not all forward-looking statements contain such identifying words. These forward-looking statements are based on management's current expectations and assumptions about future events and are based on currently available information as to the outcome and timing of future events. Except as otherwise required by applicable law, DCRB and Hyzon disclaim any duty to update any forward-looking statements, all of which are expressly qualified by the statements in this section, to reflect events or circumstances after the date hereof. DCRB and Hyzon caution you that these forward-looking statements are subject to numerous risks and uncertainties, most of which are difficult to predict and many of which are beyond the control of either DCRB or Hyzon. In addition, DCRB cautions you that the forward-looking statements are subject to the following factors: (i) the occurrence of any event, change or other circumstances that could delay the business combination or give rise to the termination of the Business Combination Agreement and Plan of Organization, dated as of February 8, 2021, by and among DCRB, DCRB Merger Sub Inc., and Hyzon, any PIPE investor's subscription agreement, and the other agreements related to the business combination (including catastrophic events, acts of terrorism, the outbreak of war, COVID-19 and other public health events), as well as management's response to any of the foregoing; (ii) the outcome of any legal proceedings that

may be instituted against DCRB, Hyzon, their affiliates or their respective directors and officers following announcement of the transactions; (iii) the inability to complete the business combination due to the failure to obtain approval of the stockholders of DCRB, regulatory approvals, or other conditions to closing in the transaction agreement; (iv) the risk that the proposed business combination disrupts DCRB's or Hyzon's current plans and operations as a result of the announcement of the transactions; (v) Hyzon's ability to realize the anticipated benefits of the business combination, which may be affected by, among other things, competition, the pace and depth of hydrogen vehicle adoption generally, and the ability of Hyzon to accurately estimate supply and demand for its vehicles, and to grow and manage growth profitably following the business combination; (vi) risks relating to the uncertainty of the projected financial information with respect to Hyzon, including the conversion of pre-orders into binding orders; (vii) costs related to the business combination and the PIPE investment; (viii) changes in applicable laws or regulations, governmental incentives and fuel and energy prices; (ix) the possibility that Hyzon may be adversely affected by other economic, business, and/or competitive factors; (x) the amount of redemption requests by DCRB's public stockholders; and (xi) such other factors affecting DCRB that are detailed from time to time in DCRB's filings with the Securities and Exchange Commission (the "SEC"). Should one or more of the risks or uncertainties, or should underlying assumptions prove incorrect, actual results and plans could different materially from those expressed in any forward-looking statements. Additional information concerning these and other factors that may impact the operations and projections discussed herein can be found in DCRB's definitive proxy statement filed with the SEC on June 21, 2021, and its periodic filings with the SEC, including its Annual Report on Form 10-K for annual period ended December 31, 2020. DCRB's SEC filings are available publicly on the SEC's website at www.sec.gov.

**Important Information for Investors and Stockholders**

In connection with the proposed business combination, DCRB filed a definitive proxy statement with the SEC on June 21, 2021. Additionally, DCRB will file other relevant materials with the SEC in connection with the business combination. Copies may be obtained free of charge at the SEC's web site at www.sec.gov. Security holders of DCRB are urged to read the proxy statement and the other relevant materials when they become available before making any voting decision with respect to the proposed business combination because they contain or will contain important information about the business combination and the parties to the business combination.

**Participants in the Solicitation**

DCRB and its directors and officers may be deemed participants in the solicitation of proxies of DCRB's stockholders in connection with the proposed business combination. Security holders may obtain more detailed information regarding the names, affiliations and interests of certain of DCRB's executive officers and directors in the solicitation by reading DCRB's Annual Report on Form 10-K for the annual period ended December 31, 2020, and the proxy statement and other relevant materials filed with the SEC in connection with the business combination. Information concerning the interests of DCRB's participants in the solicitation, which may, in some cases, be different than those of their stockholders generally, is set forth in the proxy statement relating to the business combination.