# Exhibit 14





# Hyzon Motors
# The Leader in Hydrogen Mobility

**Investor Presentation**

HYZON MOTORS INC. | JULY 2021

# Disclaimer

FORWARD-LOOKING STATEMENTS

This presentation (this "Presentation") includes "forward-looking statements" within the meaning of the "safe harbor" provisions of the United States Private Securities Litigation Reform Act of 1995. Forward-looking statements may be identified by the use of words such as "estimate," "plan," "project," "forecast," "intend," "expect," "anticipate," "believe," "seek," or other similar expressions that predict or indicate future events or trends or that are not statements of historical matters. These forward-looking statements include, but are not limited to, statements regarding estimates and forecasts of other financial and performance metrics and projections of market opportunity and market share. These statements are based on various assumptions, whether or not identified in this Presentation, and on the current expectations of management of Hyzon Motors Inc. (formerly known as Decarbonization Plus Acquisition Corporation) ("Hyzon" or the "Company") and are not predictions of actual performance. These forward-looking statements are provided for illustrative purposes only and are not intended to serve as, and must not be relied on by any investor as, a guarantee, an assurance, a prediction or a definitive statement of fact or probability. Actual events and circumstances are difficult or impossible to predict and will differ from assumptions. Many actual events and circumstances are beyond the control of Hyzon. These forward-looking statements are subject to a number of risks and uncertainties, including changes in domestic and foreign business, market, financial, political and legal conditions; failure to realize the anticipated benefits of the business combination between Hyzon and Hyzon Motors USA Inc. (formerly known as Hyzon Motors Inc.) and related transactions (the "Business Combination"); risks relating to the uncertainty of the projected financial information with respect to Hyzon; risks related to the rollout of Hyzon's business and the timing of expected business milestones; the effects of competition on Hyzon's business;; the ability of Hyzon to issue equity or equity-linked securities in the future; and those factors discussed in Hyzon's definitive proxy statement filed with the Securities and Exchange Commission (the "SEC") on June 21, 2021 under the heading "Risk Factors" and other documents of Hyzon filed, or to be filed, with the SEC. If any of these risks materialize or our assumptions prove incorrect, actual results could differ materially from the results implied by these forward-looking statements. There may be additional risks that Hyzon presently does not know or that Hyzon currently believes are immaterial that could also cause actual results to differ from those contained in the forward-looking statements. In addition, forward-looking statements reflect Hyzon's expectations, plans or forecasts of future events and views as of the date of this Presentation. Hyzon anticipates that subsequent events and developments will cause Hyzon's assessments to change. However, while Hyzon may elect to update these forward-looking statements at some point in the future, Hyzon specifically disclaims any obligation to do so. These forward-looking statements should not be relied upon as representing Hyzon's assessments as of any date subsequent to the date of this Presentation. Accordingly, undue reliance should not be placed upon the forward-looking statements. Neither Hyzon nor any of its affiliates have any obligation to update this Presentation.

INDUSTRY AND MARKET DATA

Although all information and opinions expressed in this Presentation, including market data and other statistical information, were obtained from sources believed to be reliable and are included in good faith, Hyzon has not independently verified the information and make no representation or warranty, express or implied, as to its accuracy or completeness. Some data is also based on the good faith estimates of Hyzon, which are derived from its reviews of internal sources as well as the independent sources described above. This Presentation contains preliminary information only, is subject to change at any time and, is not, and should not be assumed to be, complete or to constitute all the information necessary to adequately make an informed decision regarding your engagement with Hyzon.

USE OF PROJECTIONS

This Presentation contains projected financial information with respect to Hyzon. Such projected financial information constitutes forward-looking information, is for illustrative purposes only and should not be relied upon as necessarily being indicative of future results. The assumptions and estimates underlying such projected financial information are inherently uncertain and are subject to a wide variety of significant business, economic, competitive and other risks and uncertainties that could cause actual results to differ materially from those contained in the projected financial information. See "Forward-Looking Statements" paragraph above. Actual results may differ materially from the results contemplated by the projected financial information contained in this Presentation, and the inclusion of such information in this Presentation should not be regarded as a representation by any person that the results reflected in such information will be achieved. Hyzon's independent auditors have not audited, reviewed, compiled or performed any procedures with respect to the projections for the purpose of their inclusion in this Presentation, and accordingly, neither of them expressed an opinion or provided any other form of assurance with respect thereto for the purpose of this Presentation.

HYZON

# Disclaimer (cont.)

FINANCIAL INFORMATION; NON-GAAP FINANCIAL MEASURES

The financial information and data contained in this Presentation is unaudited and does not conform to Regulation S-X promulgated under the Securities Act of 1933, as amended. Accordingly, such information and data may not be included in, may be adjusted in or may be presented differently in, any filing to be filed by Hyzon with the SEC. Some of the financial information and data contained in this Presentation, such as EBITDA and EBITDA Margin, have not been prepared in accordance with United States generally accepted accounting principles ("GAAP"). Hyzon believes that these non-GAAP financial measures provide useful information to management and investors regarding certain financial and business trends relating to Hyzon's financial condition and results of operations. Hyzon believes that the use of these non-GAAP financial measures provides an additional tool for investors to use in evaluating projected operating results and trends in and in comparing Hyzon's financial measures with other similar companies, many of which present similar non-GAAP financial measures to investors. Management does not consider these non-GAAP measures in isolation or as an alternative to financial measures determined in accordance with GAAP. The principal limitation of these non-GAAP financial measures is that they exclude significant expenses and income that are required by GAAP to be recorded in Hyzon's financial statements. In addition, they are subject to inherent limitations as they reflect the exercise of judgments by management about which expenses and income are excluded or included in determining these non-GAAP financial measures.

TRADEMARKS AND TRADE NAMES

Hyzon owns or has rights to various trademarks, service marks and trade names that it uses in connection with the operation of its business. This Presentation also contains trademarks, service marks and trade names of third parties, which are the property of their respective owners. The use or display of third parties' trademarks, service marks, trade names or products in this Presentation is not intended to, and does not imply, a relationship with Hyzon, or an endorsement or sponsorship by or of Hyzon. Solely for convenience, the trademarks, service marks and trade names referred to in this Presentation may appear with the ®, TM or SM symbols, but such references are not intended to indicate, in any way, that Hyzon will not assert, to the fullest extent under applicable law, their rights or the right of the applicable licensor to these trademarks, service marks and trade names.

HYZON



# Overview & Management

HYZON |

# Hyzon Motors is the Investible Hydrogen Mobility Solutions Provider

## Key investment highlights

| Company Highlights | Key Investment Highlights |
|---|---|
| **>$200B**<br>Total Addressable Market[1]<br>(Global Diesel Engine Market) | First Mover with Heavy Duty Trucks on the Road[2] |
| **~500**<br>Vehicles Powered to Date[2] | Easy Access to Hydrogen with Unique Back-to-Base Model |
| **~$970M**<br>2023 Projected Revenue | Credible Backlog with a Robust Sales Pipeline |
| **~$2B / $12.5B[3]**<br>3-Year Pipeline / 5-Year Pipeline | Asset Light Production and Assembly Strategy |
| **Highest power density of any fuel cell available today** | Captive Fuel Cell Technology and IP |
| | TAM Extends to Rail, Aviation, Marine |
| | Substantial Recurring Revenue Potential from Hydrogen Supply (Hyzon Zero Carbon) |
| | Singular Focus on Hydrogen Solutions |

### HYZON IS THE ONLY PURE-PLAY HYDROGEN HEAVY VEHICLE COMPANY

[1] Global diesel engine market estimated by third party research. [2] By Horizon before the creation of Hyzon. [3] Projected revenue for specified time periods.

HYZON



# Strategy & Operations

HYZON

# Hyzon Is a Leader in the Global Decarbonization of Commercial Transport; Strategy Anchored in Key Attributes











### Leading Technology

Nearly 20 years of development behind Hyzon's core technology – the high-power density hydrogen fuel cell

### Focus on Commercial Market

High-utilization, back-to-base business model drives superior economics; added scale and infrastructure to drive down TCO and open regional and long-haul markets

### Global Operations

Hyzon already serving customers in Europe, to build out operations in U.S. and Middle East

### Experienced Management Team

Founders and executive management have extensive experience across fuel cell and automotive sectors

### Exceptional Growth Potential

Commercial fuel cell electric vehicle market expected to grow 34% annually to 2030[1]

[1] Source: McKinsey Center for Future Mobility

HYZON

# Hyzon's Focus Is on Mobility Markets with Large Long-Term Potential

## Transportation market segmentation





Source: IEA ETP; IHS; A Portfolio of Powertrains for Europe (2010); Thiel (2014); Hydrogen Council

# Hydrogen is Superior in Heavy Duty and High Utilization Use Cases

Structural advantages versus battery alternatives

## BATTERY WEIGHT AND CHARGING TIMES ARE MATERIAL ISSUES FOR BEV TRUCKS



| Truck weight | Reduced payload from battery weight in BEV Equivalent | Payload |
|---|---|---|

### Advantages of Hydrogen over BEV

- Faster Refueling ✓
- Better Range ✓
- Environmentally Cleaner ✓
- Higher Payload ✓

In the US, the max weight allowance for Class 8 trucks is 36 tons (approximately 80,000 lbs)

The weight of the truck without the battery is ~7-8 tons and the **battery can weigh up to 5 to 8 tons[1]**

A hydrogen fuel cell truck has the potential to generate more revenue because it can carry more weight and **can operate for 24 hours without the need for long recharging times**

Hydrogen enables autonomy in high utilization, 24/7 assets with significant advantages over battery technology

**Hyzon has entered into a collaboration agreement aiming to deploy the world's first fully autonomous, zero-emission truck currently targeted for 2021**

> "
> The problem is that batteries are big and heavy. The more weight you're trying to move, the more batteries you need to power the vehicle. But the more batteries you use, the more weight you add—and the more power you need.
>
> **Even with big breakthroughs in battery technology, electric vehicles will probably never be a practical solution for things like 18-wheelers, cargo ships, and passenger jets.** Electricity works when you need to cover short distances, but we need a different solution for heavy, long-haul vehicles.
>
> **BILL GATES**
> SEP-2020
> "

[1] Public sources.

20

HYZON

# Hydrogen Fuel Cells Will Be the Most TCO Competitive Low-Carbon Solution for Many Automotive and Non-Automotive Categories

## Hydrogen competitiveness by 2030



Source: Hydrogen Council: Path to hydrogen competitiveness: A cost perspective

21

# Global Footprint to Address a Global Market

## Hyzon's Current and Planned Facilities

**Detroit, Michigan, USA**

Vehicle Innovation facility

**Groningen, The Netherlands**

Vehicle Assembly
Technology Development
Fully Operational

**Bolingbrook, Illinois, USA**

Membrane Electrode Assembly production

**Rochester, New York, USA**

Corporate headquarters
Vehicle integration center
Fuel cell production and testing facility

**NEOM, Saudi Arabia**

Vehicle Assembly
✓ Targeted annual capacity of up to 10,000 vehicles

Note: US facilities are under construction; NEOM facility expected to be developed under JV with Modern Industrial contemplated in the Tripartite MOU, which sets out the current aims of the parties with respect to the project. Such aims will not constitute binding obligations on any party thereto until definitive agreements are executed.

HYZON

# Customer Deployments Underway and Demand Is Accelerating Rapidly

Vehicles ordered and near-term pipeline – hydrogen's time is **now**



**Contracted Orders (100% Certain)**

- From private and public sector customers
- Range of applications – heavy duty, refuse, prime movers, buses
- Hydrogen supply secured

**High Probability Orders (70%+)**

- From existing and new customers
- Additive to contracted

Contracted and high probability revenue >$150mm

**APPLICATION**
Projected Delivery
Order Status
5 year Projected Units / Revenue

**HEAVY TRUCKS**
2021 Delivery
(Contract Signed, 1 / $0.5mm)
200 / $80mm
*DELIVERED – July 2021*

**Major Dairy Brand**

**HEAVY TRUCKS**
(Advanced Discussions)
500+ / $200mm+

**Leading Retailer**

**HEAVY TRUCKS**
2022 Delivery
(Advanced Discussions)
50 / $20mm+

**Industrial Gas Company**

**HEAVY TRUCKS**
2021 Delivery
(Finalizing PO, 5 / $2mm)
500+ / $200mm+

**Global Brewer**

**HEAVY TRUCKS**
2021 Delivery
(Finalizing contract, 14 / $5mm)
100 / $40mm+

**Large Trucking Operator**

**ULTRA HEAVY DUTY TRUCKS**
2022 Delivery
(Signed MOU, 2 / $3mm)
30 / $15mm+

**Specialty Metals Leader**

**HEAVY TRUCKS**
2020 Delivery
(Advanced Discussions)
100+ / $40mm+

**Large Trucking Operator**

**Energy Major**

**HEAVY TRUCKS**
2021 Delivery (Advanced Discussions, 20 / $8mm)
500+ / $200mm+

**Leading Retailer**

**HEAVY TRUCKS**
2021 Delivery
(Finalizing Contract, 2 / ~$1mm)
500+ / $200mm+

**HEAVY / MED TRUCKS**
2021 Delivery
(MOU Signed)
200 / $80mm+

**Trucking & Rail Logistics Operator**

**HEAVY TRUCKS**
On Road Today
(70 delivered to date by other OEMs with Horizon fuel cells)
300+/ $60mm+

**Leading Steel Company**

**Hydrogen-Electric Flight**

**FLIGHT**
2021 Deliveries, 2
(Confirmed PO plus MOU)
~25 systems / $20mm+

**Beverage Company**

**HEAVY TRUCKS**
2022 Delivery (Advanced Discussions)
100+ / $40mm+

**Large Trucking Operator**

**HEAVY TRUCKS**
2021 Delivery (MOU Signed, 3 / $1.5mm)
30+ / $12mm+

**Zero Emission City**

**HEAVY / MED TRUCKS**
2022 Delivery
(MOU Signed, 200 / $50mm)
500 / $150mm+

**Global Port Operator**

**HEAVY TRUCKS**
2022 Delivery (Advanced Discussions) 300 / $80mm+

**Hydrogen Infrastructure Partner**

**Infrastructure Company**

**MEDIUM TRUCKS**
2021 Delivery
(Finalizing PO, 1 / $300l)
1,300+ / $300mm+

**Leading Retailer**

**HEAVY TRUCKS**
2021 Delivery (Finalizing Contract, 4 / $2mm)
50+ / $20mm+

**HEAVY TRUCKS**
2021 Delivery (Advanced Discussions, 5 / $2mm)
50+ / $20mm+

**Heavy Truck Operator**

**Leading Miner**

**BUSES**
2021 Delivery
(Signed Contract.
10 units / ~$8mm)
100+ / $60mm+

**HEAVY TRUCKS**
2021 First 20 Units
(Signed Contract, 20 / ~$10mm)
1,400+ / $500mm+

HYZON

# Public Sector Seed Sales Lead to Large Near-Term Demand

## Light, medium and heavy-duty truck orders by municipalities and public entities

**Select Government and Municipality Customers**

| | COUNTRY | 2021 / 2022 HYZON ORDERS | REVENUE | STATUS |
|---|---|---|---|---|
| **CHINESE MUNICIPALITY** | 🇨🇳 | ~300 | ~$60M | Contracted[1] |
| **PORT OF BARCELONA** | 🇪🇸 | 100 | ~$50M | Adv. Discussions |
| **PORT OF ANTWERP** | 🇳🇱 | 50 | ~$12M | Adv. Discussions |
| **MUNICIPALITY OF GRONINGEN** | 🇳🇱 | 18 | ~$8M | Contracted[4] |
| **MUNICIPALITY OF ABERDEEN** | 🇬🇧 | 1 (+15) | ~$10M[2] | Qualified[3,4] |
| **MUNICIPALITY OF NOORDENVELD** | 🇳🇱 | 6 | ~$4M | Adv. Discussions |
| **MUNICIPALITY OF BARCELONA** | 🇪🇸 | 4 | ~$2M | Adv. Discussions |
| **MUNICIPALITY OF BERLIN** | 🇩🇪 | 1 (+4) | ~$1M[2] | Qualified[3] |
| **MUNICIPALITY OF AMSTERDAM** | 🇳🇱 | 3 | ~$1M | Contracted[4] |

> The European green deal and a global push to decarbonization is driving the public sector to seek green solutions for vehicle fleets

[1]Horizon has an MOU for future deployment of trucks to certain Chinese municipalities, a substantial portion of which are projected to be delivered by Hyzon. [2]Assumes conversion of potential orders in adjacent column to completed sales. [3]A third party firm has qualified to fulfill both of these orders and Hyzon has contracted to provide one validation unit to that firm, with all additional units pending contracting, 2022 deliveries. [4]Contracted with Holthausen Clean Technology Investments B.V., Hyzon Europe's joint venture partner. Orders are expected to be fulfilled by Hyzon under a vehicle purchase agreement between Holthausen and Hyzon Europe's joint venture with Holthausen, which is being finalized.

24

HYZON

# Hyzon's Aim Is to Grow with Existing Fleet Customers, with Each Win Having the Potential to Grow into Substantial (and Recurring) Revenue

Hyzon expects to exceed its business plan with very few additional key customers

| | SEED THE MARKET (2021 ORDERS GROWING) | | | | GROW THE MARKET (2022 – 2024, BACKLOG BUILDING) | | | MATURE VOLUMES (AFTER 2025) | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | CUSTOMER | CATEGORY | QUANTITY | $ MM | TOTAL FLEET | QUANTITY | HYZON REVENUE $MM | TOTAL FLEET | HYZON VOL. @ 20% SHARE | HYZON REVENUE $MM |
| **Customers** | Customer 1 | Class 8 | 100 | 20 | Class 6, 8 | 1,400+ | 500+ | 15,000 | 3,000 | 1,200+ |
| | Customer 2 | Class 8 | 20 | 9 | Class 8 | 1,400+ | 500+ | 8,500 | 1,700 | 800+ |
| | Customer 3 | Coach Bus | 10 | 8 | Bus, Other | 100+ | 60+ | 2,000 | 400 | 250+ |
| | Customer 4 | Class 8 | 10 | 4 | Class 6, 8 | 1,000+ | 300+ | 30,000 | 6,000 | 1,800+ |

**Vehicles[1]**

FUEL CELL — New York, Shanghai
CHASSIS — Ford, Freightliner, DAF
ASSEMBLY — Fontaine Modification, Holthausen Clean Technology

Formalize Partnership with existing rolling chassis providers
Ford, Freightliner, DAF

Development of own captive chassis with third party providers
Autocar (Class 8), Detroit Chassis LLC (Class 8)

SERVICE: HYZON + CUSTOMER | SERVICE: HYZON + CUSTOMER | SERVICE: HYZON + CUSTOMER

**Hydrogen Source**

On-site customer supply (95% of existing customers)
Existing hydrogen stations (5% of existing customers)

Hyzon-created capacity (~25%)
On-site supply and existing stations (~75%)

Hyzon network (50%)      3rd Party capacity (50%)

LEVERAGE EXISTING SUPPLY | BUILD HYZON / PARTNER SUPPLY | HYZON AND 3RD PARTY SUPPLY ESTABLISHED

Source: Management data and projections [1] Chassis and assembly suppliers indicative of anticipated relationships.

25

HYZON

# Hyzon Has the Flexibility and Business Model to Provide Various Solutions for Customers



**FCEV OFFERING TO DECARBONIZE FLEET OPERATIONS WITH HYDROGEN PROVIDED BY CUSTOMERS OR THROUGH HYZON'S SUBSCRIPTION SERVICE, ENABLED THROUGH PARTNERSHIPS WITH ENERGY PLAYERS AND GLOBAL HYDROGEN LEADERS**

[1] Bank of America has signed a mandate with Hyzon for the provision of truck lease financing in Australia, and discussions are ongoing for other regions·

# Captive Technology Allows Hyzon to Pursue Massive TAM in Transportation Adjacencies

## More than heavy duty trucks

**IN THE FUTURE, AUTOMATION TECHNOLOGY COULD ENSURE FAR GREATER ASSET UTILIZATION ACROSS ALL VEHICLE SEGMENTS, FURTHER FAVORING "FAST FUELING" HYDROGEN SOLUTIONS**

**Hyzon's fuel cell technology is suited to diesel engine substitution across industries**

### Secular Tailwinds

Emissions regulations

Green targets and mandates

Evolving financing methods incl. subsidies

Infrastructure buildout

Falling cost of technology

## >$200B

**Total diesel engine market globally**



Hyzon's initial focus is on the large heavy duty truck market, with 2.2M Class 8 tractors produced annually

**HYZON'S FUEL CELL TECHNOLOGY ADDRESSES EMISSION REDUCTION CHALLENGES ACROSS THE TRANSPORTATION INDUSTRY WHERE BATTERY TECHNOLOGY DOES NOT OFFER A VIABLE SOLUTION**



RAIL: >$30B



AVIATION: >$80B



MARINE: >$14B

Note: Market sizes estimated based on third party research. While Hyzon will be permitted to manufacture and sell products across all vehicle segments including rail, aviation and marine worldwide, Hyzon will be subject to certain restrictions with respect to its sales of standalone fuel cells for non-mobility applications generally, and for mobility applications to be commercialized in Asia, Africa or South America.

HYZON



# Financial Overview

HYZON

# Strong and Consistently Growing Backlog Underpins Value

## Hyzon is a first mover and has the most visible backlog

**RECURRING REVENUE FROM**
- Hydrogen sales
- Service and Maintenance
- Financing

### Forecasted 5 Year Ramp in Vehicles (Units)



### Forecasted 5 Year Revenue (US$ in millions)



## Total Backlog

### NEAR-TERM

**$55M of revenue under contract or MOU already, and grows to over $150M including high probability customers**

- >100 fuel cell trucks to be supplied to a wide number of corporate and government customers
- Vehicles to be deployed range in type and include Class 8 heavy duty trucks, medium duty trucks, buses, refuse trucks and pullers
- ~75% of sales into Asia & Australia, ~25% into Europe

### LONGER-TERM

**>$3.3bn 2025 projected revenue pipeline of which 30% projected under signed MOUs**

- Expect to deploy over 9,000 fuel cell trucks for almost $3bn in projected revenues in 2025
- Over 15,000 cumulative Hyzon-branded vehicles on road

## HYZON HAS A ROBUST PIPELINE WITH A HIGH NUMBER OF FUTURE ORDERS UNDER MOU

HYZON

# Hyzon Has a Robust Financial Plan

## Large TAM with proven demand for rapid topline growth

- ~500 commercial vehicles powered today[1]
- Near-term adjacent markets of other commercial vehicles, forklifts, and buses
- Longer-term, ability to expand into other sectors: aviation, marine, rail, and other transportation

## Profitable

- Uniquely positioned vs. hydrogen mobility competitors that are not able to produce their own hydrogen supply or fuel cells, an expensive and critical technology
- Secured supply contracts provide low input costs for key components such as hydrogen supply
- High margins are achievable even with competitive pricing for customers



**Key Projections**
US$ millions

Legend: 2021 | 2022 | 2023 | 2024 | 2025

FCEV Heavy Truck 36t-50t: $27, $142, $724, $1,454, $1,888
FCEV Medium Truck 12t: $-, $24, $127, $214, $350
FCEV City Bus 12m / 40ft: $8, $25, $31, $171, $342
FCEV Truck / Van Class 3: $-, $-, $66, $337, $550

## Cash-Generative

- Low capital intensity drives cash-flow generation that can be reinvested in growth in early years and returned to shareholders in future years
- Ability to slow growth and remain FCF positive

[1] Co-developed by Horizon and OEMs, using Horizon's fuel cell powertrain.

HYZON

# Key Milestones

Hyzon has a clear operational path

**HYZON WILL TARGET THE ACHIEVEMENT OF 3 KEY MILESTONES IN 2021**

**1 Vehicle Production Underway in the US and Europe**

$83mm pipeline[1], and grows to over $150mm including high probability customers

**2 Commission US Fuel Cell Manufacturing**

Build Rochester into a fully functional plant producing fuel cells to deliver to Hyzon and integration partner facilities around the globe

**3 85 Hyzon Branded Vehicles Deployed**

We expect to celebrate the 85th vehicle to be deployed before the end of 2021

**85+ Vehicles**

Expected to be produced in 2021

**20,000 Vehicles**

Expected to be produced in the next 5 years

**150,000 Vehicles**

Expected to be produced by 2030

**HYZON IS A FIRST MOVER WITH EXPECTED DELIVERIES IN 4 CONTINENTS IN 2021**

[1] Under contract or MOU.

HYZON

# Summary Projected Financials

| ($USD MILLIONS) | 2021E | 2022E | 2023E | 2024E | 2025E |
|---|---|---|---|---|---|
| **VOLUMES** | | | | | |
| **VEHICLE DELIVERY VOLUMES** | | | | | |
| **HEAVY TRUCK (36T-50T)** | 74 | 513 | 2,638 | 5,660 | 7,400 |
| **MEDIUM TRUCK (12T)** | 0 | 110 | 722 | 1,140 | 1,860 |
| **CITY BUS (12M)** | 11 | 35 | 68 | 340 | 600 |
| **CLASS 3 TRUCK / VAN** | 0 | 0 | 840 | 4,435 | 7,235 |
| **TOTAL** | **85** | **658** | **4,268** | **11,535** | **17,095** |
| **INCOME STATEMENT** | | | | | |
| **VEHICLE REVENUE** | 35 | 190 | 948 | 2,176 | 3,129 |
| **FUEL CELL REVENUE** | 2 | 6 | 17 | 43 | 105 |
| **HYZON ZERO CARBON REVENUE** | 0 | 1 | 7 | 24 | 52 |
| **TOTAL REVENUE** | **$37** | **$198** | **$972** | **$2,242** | **$3,286** |
| **% GROWTH** | nm | 412% | 392% | 131% | 47% |
| **COST OF GOODS SOLD** | | | | | |
| **(-) VEHICLE** | $24 | $132 | $665 | $1,489 | $2,139 |
| **(-) FUEL CELL** | 1 | 3 | 8 | 18 | 42 |
| **TOTAL COGS** | $25 | $135 | $673 | $1,508 | $2,181 |
| **TOTAL GROSS PROFIT** | $12 | $62 | $299 | $735 | $1,106 |
| **GROSS MARGIN %** | 32.0% | 31.5% | 30.8% | 32.8% | 33.6% |
| **EBITDA** | **($73)** | **($25)** | **$87** | **$326** | **$505** |
| **EBITDA MARGIN %** | NM | NM | 8.9% | 14.5% | 15.4% |
| **CAPEX** | ($63) | ($178) | ($161) | ($102) | ($126) |

**Reflects share of TAM of ~1% by 2025**

HYZON

# Asset-Light Production Process is Proven, Less Capex Intensive, and Key Relationships Have Already Been Formed



**Vehicle Components Provided Through Selected Manufacturing Suppliers[1]**

Ford — Chassis

Detroit Chassis LLC — Chassis

DAF — Chassis and Cab

Freightliner — Chassis and Cab

Dana — Motors

FEV — International Homologation, Powertrain Quality

Worthington Industries — Cylinders

OMB Saleri — Hydrogen Valves



**Fuel Cell Power Train Manufacturing**

HYZON

Rochester, NY and Shanghai, China



**Vehicle Assembly**

Fontaine Modification — *A Berkshire Hathaway Company*

HYZON

Holthausen Clean Technology

Multiple Locations, USA

Groningen, Netherlands

**Fuel Cell Customers**

*Leading Hydrogen-Electric Aviation Company*



**Vehicle Customers[2]**

VIVA Energy Australia, Hiringa, NEOM, Friesland Campina, Infinite Blue Energy, FMG Fortescue, Port de Barcelona, Korea Zinc, Berlin, Port of Antwerp, Russell Logistics, EDEKA, Friesland Campina, Total, Centurion

[1]This list represents suppliers who have provided components to date; discussions around long-term arrangements ongoing. [2] Customers at various stages of contract negotiations, not all subject to binding purchases.

HYZON