# Exhibit 15

# Hyzon Motors to supply up to 500 hydrogen fuel cell electric vehicles to Shanghai logistics company

ROCHESTER, N.Y., Sept. 9, 2021 /PRNewswire/ -- Hyzon Motors Inc (NASDAQ: HYZN) today announced the signing of a memorandum of understanding (MoU) with Shanghai Hydrogen HongYun Automotive Co., ltd for the purchase of 500 hydrogen-powered electric trucks.

Hyzon, a leading global supplier of zero-emission hydrogen fuel cell-powered commercial vehicles, expects, subject to execution of a definitive vehicle supply agreement, to provide 49-ton hydrogen-powered tractor trucks to HongYun. Under the non-binding MoU, the initial order of 100 vehicles is expected before the end of 2021 while the other 400 vehicles will be ordered in 2022.

HongYun Automobile focuses on providing logistics solutions primarily through hydrogen-powered fuel cell electric vehicles. The company provides operation, leasing and maintenance service for customers across the country, including one of the world's largest steelmakers. After Hyzon delivers the vehicles, HongYun will be responsible for the subsequent commercial arrangements with its end customers.

"Hydrogen fuel cell technology has been adopted more quickly in China than in the rest of the world," said Hyzon CEO Craig Knight. "This allows Hyzon to begin the critical work of decarbonizing the environment, while building experience, capacity, and expertise which will be applied globally."

Hydrogen, which is converted to electricity through a fuel cell with no tailpipe emissions, powers the vehicle through fuel cells that are compact, powerful and uniquely suited for long haul and high utilization back-to-base transport. Hydrogen fuel tanks can be refilled as fast as diesel tanks, a distinct advantage over batteries that typically take at least twice as long to recharge.

**About Hyzon**
Headquartered in Rochester, N.Y., with U.S. operations in the Chicago and Detroit areas, and international operations in the Netherlands, Singapore, Australia, Germany, and China, Hyzon is a leader in fuel cell electric mobility with an exclusive focus on the commercial vehicle market, and a near-term focus on back to base (captive fleet) operations. Utilizing its proven and proprietary hydrogen fuel cell technology, Hyzon aims to supply zero-emission heavy duty trucks and buses to customers in North America, Europe and around the world to mitigate emissions from diesel transportation, which is one of the single largest sources of carbon emissions globally. The Company is contributing to the escalating adoption of fuel cell electric vehicles through its demonstrated technology advantage, leading fuel cell performance and history of rapid innovation. Visit www.hyzonmotors.com.

**About Hongyun**
Shanghai Hongyun Automobile Co., Ltd. is committed to become the leader in hydrogen-powered fuel cell vehicle operation. The core team of the company has solid operation experience and master the real time vehicle data management, they had built up a deep cooperation with several large logistics group in China including Baowu Group, Zhejiang Eurasian Supply Chain, Jiaoyun Hubei Logistics Group, Kuodao Logistics, Changxin International Logistics etc. At present, the company is focusing on the operation of hydrogen-powered heavy duty trucks by leveraging its rich end user resources in logistics industry.

**Forward-Looking Statements**

This press release includes "forward-looking statements" within the meaning of Section 27A of the Securities Act of 1933, as amended, and Section 21E of the Securities Exchange Act of 1934, as amended. All statements, other than statements of present or historical fact included in this press release, are forward-looking statements. When used in this press release, the words "could," "should," "will," "may," "believe," "anticipate," "intend," "estimate," "expect," "project," the negative of such terms and other similar expressions are intended to identify forward-looking statements, although not all forward-looking statements contain such identifying words. These forward-looking statements, including statements about our 2021 outlook, are based on management's current expectations and assumptions about future events and are based on currently available information as to the outcome and timing of future events. Except as otherwise required by applicable law, Hyzon disclaims any duty to update any forward -looking statements, all of which are expressly qualified by the statements in this section, to reflect events or circumstances after the date of this press release. Hyzon cautions you that these forward-looking statements are subject to numerous risks and uncertainties, most of which are difficult to predict and many of which are beyond the control of Hyzon, including risks and uncertainties described in the  "Risk Factors" section of Hyzon's definitive proxy statement on Schedule 14A filed with the U.S. Securities and Exchange Commission (the "SEC") on June 21, 2021, our Registration Statement on Form S-1 filed with the SEC on July 30, 2021, and other documents filed by Hyzon from time to time with the SEC. These filings identify and address other important risks and uncertainties that could cause actual events and results to differ materially from those contained in the forward-looking statements, such as risks related to the ability to convert non-binding memoranda of understanding into binding orders or sales (including because of the current or prospective financial resources of the counterparties to Hyzon's non-binding memoranda of understanding and letters of intent), or the ability to identify additional potential customers and convert them to paying customers. Hyzon gives no assurance that Hyzon will achieve its expectations.

**Media contacts**

Hyzon Motors

Caroline Curran

Hill+Knowlton Strategies

+1 256-653-5811

caroline.curran@hkstrategies.com

For investors:

Darla Rivera

Hyzon Motors Inc

investors@hyzonmotors.com

C

SOURCE HYZON Motors