- 1 -

**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE HYZON MOTORS INC. SECURITIES LITIGATION | Case No. 6:21-cv-06612-CJS-MWP |
| *This Document Relates to:* *ALL ACTIONS* | |

**DECLARATION OF STEVEN W. BERMAN IN SUPPORT OF LEAD PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS CONSOLIDATED <u>AMENDED COMPLAINT</u>**

011054-11/1966211 V1

I, Steven W. Berman, declare:

1.      I am the managing partner of the law firm Hagens Berman Sobol Shapiro LLP, attorneys for plaintiffs and Interim Counsel appointed by the Court in the above-captioned action. Based on personal knowledge or discussions with counsel in my firm of the matters stated herein, if called upon, I could and would competently testify thereto.

2.      Attached hereto as Exhibit A is a true and correct copy of excerpted pages from Hyzon's Annual Report for 2021 as filed with the SEC on March 30, 2022 ("2021 Annual Report").

3.      Attached hereto as Exhibit B is a true and correct copy of excerpted pages from the Preliminary Proxy Statement filed by Hyzon with the SEC on Schedule 14A on March 17, 2022, which was incorporated by reference in the Complaint, *see* Compl. (Doc. No. 34, ¶ 92).

4.      Attached hereto as Exhibit C is a true and correct copy of the Statement of Changes in Beneficial Ownership filed by Defendant Mark Gordon with the SEC on Form 4 on July 26, 2021.

5.      Attached hereto as Exhibit D is a true and correct copy of a press release entitled "Hyzon Motors Inc. reports full year and fourth quarter 2021 results, delivers fuel cell vehicles, playing a pivotal role in the transition to hydrogen," as filed by Hyzon Motors Inc. ("Hyzon") with the Securities and Exchange Commission ("SEC") on Form 8-K March 23, 2022 ("2021 Annual Results Press Release").

6.      Attached hereto as Exhibit E is a true and correct copy of excerpted pages from a PowerPoint entitled "Hyzon Motors Business Update," as filed by Hyzon with the SEC on Form 8-K on March 23, 2022 ("4Q21 Financial Update").

011054-11/1966211 V1

- 2 -

7.    Attached hereto as Exhibit F is a true and correct copy of excerpted pages from a press release entitled "Hyzon Motors Inc. reports first quarter 2022 financial and operational results," as filed by Hyzon with the SEC on May 6, 2022 ("1Q22 Financial Update").

8.    Attached hereto as Exhibit G is a true and correct copy of the Initial Statement of Beneficial Ownership of Securities filed by Defendant Mark Gordon with the SEC on Form 3 July 16, 2021.

*/s/ Steven W. Berman*
STEVEN W. BERMAN

011054-11/1966211 V1