# EXHIBIT A

**Table of Contents**

---

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

---

# FORM 10-K

---

**(Mark One)**

☒ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the annual period ended December 31, 2021**

**OR**

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For transition period from _____ to _____

**Commission File Number 001-39632**

---

# Hyzon Motors Inc.
**(Exact name of registrant as specified in its charter)**

---

| | |
|---|---|
| **Delaware** | **82-2726724** |
| **State or other jurisdiction of incorporation or organization** | **(I.R.S. Employer Identification Number)** |

**475 Quaker Meeting House Road**
**Honeoye Falls, New York 14472**
**(585) 484-9337**
**(Address, including zip code, and telephone number, including area code, of registrant's principal executive offices)**

---

**Securities registered pursuant to Section 12(b) of the Act:**

| Title of each class | Trading Symbols | Name of each exchange on which registered |
|---|---|---|
| Class A Common Stock, par value $0.0001 per share | HYZN | NASDAQ Capital Market |
| Warrants, each whole warrant exercisable for one share of Class A common stock, $0.0001 par value, at an exercise price of $11.50 per share | HYZNW | NASDAQ Capital Market |

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act.   Yes ☐   No ☒

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act.   Yes ☐   No ☒

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.   Yes ☒   No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files).   Yes ☒   No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company" and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | | | |
|---|---|---|---|---|
| Large accelerated filer | ☐ | | Accelerated filer | ☐ |
| Non-accelerated filer | ☒ | | Smaller reporting company | ☒ |
| | | | Emerging growth company | ☒ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 7(a)(2)(B) of the Securities Act. ☐

Indicate by check mark whether the registrant has filed a report on and attestation to its management's assessment of the effectiveness of its internal control over financial reporting under Section 404(b) of the Sarbanes-Oxley Act (15 U.S.C. 7262(b)) by the registered public accounting firm that prepared or issued its audit report. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act):   Yes ☐   No ☒

As of June 30, 2021, the last business day of the registrant's most recently completed second fiscal quarter, the aggregate market value of the Class A common stock outstanding, other than shares held by persons who may be deemed affiliates of the registrant, computed by reference to the closing sales price for the Class A common stock on June 30, 2021, as reported on the NASDAQ Capital Market, was approximately $232.7 million.

**Table of Contents**

**Item 8. Financial Statements and Supplementary Data.**

**Report of Independent Registered Public Accounting Firm**

To the Stockholders and Board of Directors
Hyzon Motors Inc.:

*Opinion on the Consolidated Financial Statements*

We have audited the accompanying consolidated balance sheets of Hyzon Motors Inc. and subsidiaries (the Company) as of December 31, 2021 and 2020, the related statements of operations and comprehensive loss, changes in stockholders' equity, and cash flows for the year ended December 31, 2021, and for the period from January 21, 2020 (inception) to December 31, 2020, and the related notes (collectively, the consolidated financial statements). In our opinion, the consolidated financial statements present fairly, in all material respects, the financial position of the Company as of December 31, 2021 and 2020, and the results of its operations and its cash flows for the year ended December 31, 2021, and for the period from January 21, 2020 (inception) to December 31, 2020, in conformity with U.S. generally accepted accounting principles.

*Basis for Opinion*

These consolidated financial statements are the responsibility of the Company's management. Our responsibility is to express an opinion on these consolidated financial statements based on our audits. We are a public accounting firm registered with the Public Company Accounting Oversight Board (United States) (PCAOB) and are required to be independent with respect to the Company in accordance with the U.S. federal securities laws and the applicable rules and regulations of the Securities and Exchange Commission and the PCAOB.

We conducted our audits in accordance with the standards of the PCAOB. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the consolidated financial statements are free of material misstatement, whether due to error or fraud. The Company is not required to have, nor were we engaged to perform, an audit of its internal control over financial reporting. As part of our audits, we are required to obtain an understanding of internal control over financial reporting but not for the purpose of expressing an opinion on the effectiveness of the Company's internal control over financial reporting. Accordingly, we express no such opinion.

Our audits included performing procedures to assess the risks of material misstatement of the consolidated financial statements, whether due to error or fraud, and performing procedures that respond to those risks. Such procedures included examining, on a test basis, evidence regarding the amounts and disclosures in the consolidated financial statements. Our audits also included evaluating the accounting principles used and significant estimates made by management, as well as evaluating the overall presentation of the consolidated financial statements. We believe that our audits provide a reasonable basis for our opinion.

/s/ KPMG LLP

We have served as the Company's auditor since 2020.

Rochester, New York
March 30, 2022

84

**Table of Contents**

**HYZON MOTORS INC. AND SUBSIDIARIES**
**CONSOLIDATED BALANCE SHEETS**

**(in thousands, except share and per share amounts)**

| | December 31, 2021 | December 31, 2020 |
|---|---|---|
| **ASSETS** | | |
| Current assets | | |
| Cash and cash equivalents | $ 445,146 | $ 17,139 |
| Accounts receivable | 2,598 | — |
| Related party receivable | 264 | — |
| Inventory | 19,245 | — |
| Prepaid expenses and other current assets | 27,970 | 848 |
| **Total current assets** | 495,223 | 17,987 |
| Property, plant, and equipment, net | 14,311 | 418 |
| Right-of-use assets | 10,265 | 1,656 |
| Investments in equity securities | 4,948 | 122 |
| Other assets | 5,430 | 822 |
| **Total Assets** | $ 530,177 | $ 21,005 |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | |
| Current liabilities | | |
| Accounts payable | $ 8,430 | $ 215 |
| Accrued liabilities | 6,026 | 1,062 |
| Related party payables | 3,633 | 560 |
| Contract liabilities | 11,230 | 2,608 |
| Current portion of lease liabilities | 1,886 | 618 |
| **Total current liabilities** | **31,205** | **5,063** |
| Long term liabilities | | |
| Lease liabilities | 8,830 | 1,181 |
| Private placement warrant liability | 15,228 | — |
| Earnout liability | 103,761 | — |
| Other liabilities | 1,296 | — |
| **Total liabilities** | $ 160,320 | $ 6,244 |
| Commitments and contingencies (Note 14) | | |
| **Stockholders' Equity** | | |
| Common stock, $0.0001 par value; 400,000,000 shares authorized, 247,758,412 and 166,125,000 shares issued and outstanding as of December 31, 2021 and December 31, 2020, respectively. | 25 | 17 |
| Additional paid-in capital | 403,016 | 29,122 |
| Accumulated deficit | (28,117) | (14,271) |
| Accumulated other comprehensive income (loss) | 373 | (16) |
| Total Hyzon Motors Inc. stockholders' equity | 375,297 | 14,852 |
| Noncontrolling interest | (5,440) | (91) |
| **Total Stockholders' Equity** | **369,857** | **14,761** |
| **Total Liabilities and Stockholders' Equity** | $ 530,177 | $ 21,005 |

*The accompanying notes are an integral part of the consolidated financial statements.*

85

Table of Contents

**HYZON MOTORS INC. AND SUBSIDIARIES**
**CONSOLIDATED STATEMENTS OF OPERATIONS AND COMPREHENSIVE LOSS**

**(in thousands, except per share amounts)**

| | Year Ended December 31, 2021 | For the period January 21, 2020 (Inception) – December 31, 2020 |
|---|---|---|
| Revenue | $ 6,049 | $ — |
| **Operating expense:** | | |
| Cost of revenue | 21,191 | — |
| Research and development | 16,443 | 1,446 |
| Selling, general, and administrative | 69,792 | 12,785 |
| Total operating expenses | 107,426 | 14,231 |
| **Loss from operations** | **(101,377)** | **(14,231)** |
| | | |
| **Other income (expense):** | | |
| Change in fair value of private placement warrant liability | 4,167 | — |
| Change in fair value of earnout liability | 84,612 | — |
| Foreign currency exchange loss and other expense | (1,452) | (108) |
| Interest expense, net | (5,235) | (37) |
| **Total other income (expense)** | **82,092** | **(145)** |
| **Net loss** | **$ (19,285)** | **$ (14,376)** |
| Less: Net loss attributable to noncontrolling interest | (5,439) | (105) |
| **Net loss attributable to Hyzon** | **$ (13,846)** | **$ (14,271)** |
| **Comprehensive loss:** | | |
| **Net loss** | **$ (19,285)** | **$ (14,376)** |
| Foreign currency translation adjustment | 479 | (20) |
| **Comprehensive loss** | **$ (18,806)** | **$ (14,396)** |
| Less: Comprehensive loss attributable to noncontrolling interest | (5,349) | (109) |
| **Comprehensive loss attributable to Hyzon** | **$ (13,457)** | **$ (14,287)** |
| | | |
| **Net loss attributable to Hyzon per share:** | | |
| Basic | $ (0.07) | $ (0.09) |
| Diluted | $ (0.07) | $ (0.09) |
| | | |
| **Weighted average common shares outstanding:** | | |
| Basic | 203,897 | 152,650 |
| Diluted | 203,897 | 152,650 |

*The accompanying notes are an integral part of the consolidated financial statements.*

86

Table of Contents

**Earnout**

Following the closing of the Business Combination, holders of the Company's legacy common stock and outstanding equity awards (including warrant, stock option and RSU holders) were granted the right to receive up to an aggregate amount of 23,250,000 shares of Class A common stock that would vest in three tranches of (i) 9,000,000, (ii) 9,000,000 and (iii) 5,250,000 shares if the trading price of the common stock of the Company achieves $18, $20, and $35, respectively, as its last reported sales price per share for any 20 trading days within any 30 consecutive trading day period within five years following the closing date of the Business Combination, provided that in no event will the issuance of the 5,250,000 earnout shares occur prior to the one-year anniversary of the closing date. Upon forfeiture of underlying unvested equity awards prior to occurrence of targeted trading price noted above, the associated earnout shares shall be allocated pro-rata among the remaining eligible Company's common stock and equity awards holders.

The Company recognized earnout shares to Legacy Hyzon's common stockholders as a liability. The earnout liability was $103.8 million and $188.4 million as of December 31, 2021 and at the close of the Business Combination, respectively. The change in earnout liability was recorded within other income in the Consolidated Statements of Operations and Comprehensive Loss. The Company recognized the earnout shares to other equity holders as separate and incremental awards from other equity holders' underlying stock-based compensation awards in accordance with ASC 718.

Certain earnout awards accounted for under ASC 718 were vested at the time of grant, and therefore recognized immediately as compensation expense. Certain other earnout awards accounted for under ASC 718 contained performance and market-based vesting conditions, and as the performance conditions are not deemed probable at December 31, 2021, no compensation expense has been recorded related to these awards. Total compensation expense recorded for the year ended December 31, 2021 related to earnout awards was $13.1 million.

## Note 4. Revenue

For the year ended December 31, 2021, the Company recognized $6.0 million in sales of FCEVs, of which $2.2 million was recognized in the European region and $3.8 million was recognized in China. See Note 17, Related Party Transactions, discussing the assignment of certain sales contracts from our related party Holthausen. The Company had not recognized any revenue for the period from January 21, 2020 (inception) through December 31, 2020.

In accordance with ASC 606, we are required to evaluate customers' ability and intent to pay substantially all of the consideration to which the Company is entitled in exchange for the vehicles transferred to the customer, i.e., collectability of contracts with customers. Certain of our customers in China are special purpose entities established in response to China's national hydrogen fuel cell vehicle pilot program. While in the Company's estimation these customers have strong business plans and management teams, in consideration of these customers' limited operating history and extended payment terms in their contracts, the Company determined the collectability criterion is not met with respect to contract existence under ASC 606, and therefore, an alternative model of revenue recognition has been applied to this arrangement. The $3.8 million of revenue recognized under these arrangements is equal to the consideration received as of December 31, 2021, as such amounts are non-refundable, and the Company has transferred control of the vehicles delivered to the customer. As of December 31, 2021, the Company is entitled to $13.6 million in future payments for vehicles delivered in 2021. The Company will continue to monitor these customers and evaluate the collectability criterion as of each reporting period.

The total cost of FCEVs delivered to these customers in China were recorded within Cost of revenue in the Consolidated Statements of Operations and Comprehensive Loss since the Company no longer has the control of these FCEVs.

100

[Table of Contents](#)

connection with this agreement, Hyzon invested $2.5 million on July 30, 2021, to acquire a minority interest in Raven SR, and options to purchase additional common shares. The Company's investment in Raven SR was $2.5 million as of December 31, 2021.

The Company's total investments in equity securities as of December 31, 2021 and 2020, were $5.0 million and $0.1 million, respectively.

### Note 11. Investments in Non-consolidated Affiliates

Investments in non-consolidated affiliates is comprised of our interests in partially-owned affiliates of which our ownership percentages range from 25% to 40% as of December 31, 2021. We do not control these affiliates but have the ability to exercise significant influence over their operating and financial policies. We account for them using the equity method of accounting.

In July 2021, the Company entered into two joint ventures in the People's Republic of China. Hyzon China partnered with Jiushuang Tiancheng Motors Service Ltd. ("JSTC") to form Jiushuang-Hyzon Motor Services, Ltd. ("JSYS") and partnered with Jiushuang Suda Logistics Ltd. ("JSSD") to form Jiushuang-Hyzon Logistics, Ltd. ("JSHYS"), (collectively, "Jiushuang JVs"). Jiushuang JVs were established for the purpose of promoting the commercial operation of fuel cell vehicles in the Shanghai, China market. JSYS will be focused on operation of fuel cell buses and JSHYS will be focused on the operation of fuel cell logistics vehicles. The Company's direct ownership interest in the non-consolidated joint ventures JSYS and JSHYS are 40% and 25%, respectively.

We recognize the Company's equity in earnings (losses) for Jiushuang JVs on a quarter lag. Accordingly, the Company recognized the Company's share of Jiushuang JV's earnings (losses) for the period, inception through September 30, 2021 in the year ended December 31, 2021 results. As of September 30, 2021, the joint ventures had no business activity. The Company will recognize the Company's share of Jiushuang JV's earnings (losses) for the period, from October through December 2021 in the quarter ended March 31, 2022 results.

***Hongyun Warrants***

On November 23, 2021, Hyzon Motors Inc. entered into a warrant agreement to issue warrants (the "Hongyun Warrants") to Hydro Fortune Logistics (Hong Kong) Co., Limited, a subsidiary of Shanghai Qingli Hongyun Motors Co. ("Shanghai Hongyun"), to purchase up to two million shares of Class A Common Stock, $0.0001 par value per share, of Hyzon at an exercise price of $7.75 per share. The warrants become vested and exercisable as Shanghai Hongyun makes payment on the purchase price for such vehicles and are classified within equity. The vested and exercisable Hongyun Warrants will expire on December 31, 2028. As of December 31, 2021, the Company issued 31,000 warrants for 2021 vehicle deliveries and approximately 8,300 are vested. The provision of $0.2 million for the Hongyun Warrants is recorded as a reduction of revenue as they represent consideration payable to a customer, in accordance with ASC 606.

113

Table of Contents

## Note 17. Related Party Transactions

**Horizon IP Agreement**

In January 2021, the Company entered into an intellectual property agreement (the "Horizon IP Agreement") with Jiangsu Qingneng New Energy Technologies Co., Ltd. and Shanghai Qingneng Horizon New Energy Ltd. (together, "JS Horizon") both of which are affiliates of the Company's ultimate parent, Horizon. Under the Horizon IP Agreement, JS Horizon assigned to the Company a joint ownership interest in certain intellectual property rights previously developed by JS Horizon ("Background IP"), and each of Hyzon and JS Horizon granted to the other, within such other party's field of use, exclusive licenses under their respective joint ownership rights in the Background IP, as well as their rights in improvements made in the future with respect to such Background IP. Under that agreement, the Company also grants JS Horizon a perpetual non-exclusive license under certain provisional patent applications (and any patents issuing therefrom), as well as improvements thereto. On September 27, 2021, the Horizon IP Agreement was amended to add Jiangsu Horizon Powertrain Technologies Co. Ltd. ("JS Powertrain") as a party.

The Horizon IP Agreement revised and clarified the intellectual property arrangements existing as of the Company's inception, as set forth under two previous agreements. Under a license agreement made effective at the time of the Company's inception (the "License Agreement"), the Company received an exclusive license under certain of the Background IP. That agreement was later terminated and replaced with a Partial Assignment Agreement of Fuel Cell Technology, dated November 19, 2020 (the "Partial Assignment Agreement"), which contemplated a joint ownership structure with respect to certain of the Background IP similar to the structure set forth under the now existing Horizon IP Agreement. Both the original License Agreement and Partial Assignment Agreement have been superseded by the Horizon IP Agreement.

Under the terms of the Horizon IP Agreement, the Company was to pay JS Horizon and JS Powertrain $10 million as consideration for the rights it receives under the Background IP and improvements thereto. As of December 31, 2021, $6.9 million was paid and the remaining $3.1 million was paid in February 2022. Because the Company is under common control with Horizon and JS Horizon, the cost of the intellectual property transferred should equal the historical cost of the Background IP to the Company's ultimate parent, Horizon. Due to the creation of the Background IP through research and development over a long historical period of time, the historical cost of the intellectual property acquired was zero. As such, no asset was recorded for the Background IP on the Company's Consolidated Balance Sheets. The difference between the fixed amounts payable to JS Horizon and JS Powertrain and the historical cost was treated as a deemed distribution to Horizon, given the common control of the entities.

**Horizon Fuel Cell Technologies and Related Subsidiaries**

Hyzon utilizes Horizon and its affiliates to supply certain fuel cell components. In March 2021, the Company made a deposit payment to Horizon in the amount of $5.0 million to secure fuel cell components. This payment is included in prepaid expenses as none of the components have yet been received. As of December 31, 2021, the Company's Consolidated Balance Sheet includes $7.3 million of inventory, $0.7 million of fixed asset and an additional $0.3 million of prepayment from Horizon. For the year ended December 31, 2021, $0.4 million of fuel cell components purchased from Horizon and its affiliates were recorded in the Cost of goods sold in the Company's Consolidated Statements of Operations and Comprehensive Loss.

Certain employees of Horizon and its affiliates provide research and development, sales, and administrative services to the Company. Approximately $2.9 million and $0.5 million was recorded in the Company's Consolidated Statements of Operations and Comprehensive Loss related to such services for the year ended December 31, 2021, and for the period from January 21, 2020 (inception) through December 31, 2020, respectively. The related party liability to Horizon and affiliates is $3.6 million and $0.4 million as of December 31, 2021 and 2020, respectively.

114

Table of Contents

**Holthausen**

The Company entered into a joint venture agreement in 2020 to create Hyzon Europe with Holthausen. As Hyzon Europe builds out its production facilities, it relies on Holthausen for back office administrative services and certain production resources that result in related party transactions. In addition, both companies rely on certain suppliers, including Horizon.

In June 2021, the Company transferred inventory purchased from Horizon amounting to $1.2 million to Holthausen at cost and recorded a related party receivable of $1.2 million.

In July 2021, Hyzon Europe assumed certain customer sales contracts from Holthausen with an aggregate value of $5.1 million. As a result of this transaction, the Company recorded Contract liabilities of $4.1 million, work-in-process inventory of $3.4 million, and due from Holthausen of $0.7 million.

For the year ended December 31, 2021, the Company paid $0.5 million to two affiliated entities of certain executives of Hyzon Europe for their director services.

The Company currently owns 50.5% of the equity interests of Hyzon Europe. On December 31, 2021, Hyzon executed a non-binding Letter of Intent ("LOI") with Holthausen to increase its stake to 75% in Hyzon Europe. Concurrent with the signing of this LOI, €1 million refundable deposit was paid to Holthausen, approximately $1.1 million in USD. This deposit is recorded in the Consolidated Balance Sheets in Prepaid expenses and other current assets.

As of December 31, 2021, the related party receivable from Holthausen is $0.3 million. As of December 31, 2020, the related party payable due to Holthausen was $0.2 million.

**Jiushuang (Shanghai) New Energy Technology Co., Ltd.**

In December 2021, Hyzon China entered into a new energy vehicle sales contract with Jiushuang (Shanghai) New Energy Technology Co., Ltd. Hyzon delivered 20 FCEVs in 2021 and recognized revenue of $0.1 million. As discussed in Note 4, Revenue, the Company is entitled to $13.6 million in future payments from certain customer contracts in China, $2.9 million of which relates to this Jiushuang sales contract. Jiushuang (Shanghai) New Energy Technology Co., Ltd. is the parent of both JSTC and JSSD, which the Company partnered with to form Jiushuang JVs, discussed in Note 11, Investments in Non-consolidated Affiliates.

**Note 18. Loss per Share**

The following table presents the information used in the calculation of our basic and diluted earnings (loss) per share attributable to Hyzon common stockholders (in thousands, except per share data):

|  | Year Ended December 31, 2021 | For the period January 21, 2020 (Inception) – December 31, 2020 |
|---|---|---|
| Net loss attributable to Hyzon | $ (13,846) | $ (14,271) |
| **Weighted average shares outstanding:** | | |
| Basic | 203,897 | 152,650 |
| Effect of dilutive securities | — | — |
| Diluted | 203,897 | 152,650 |
| **Net loss per share attributable to Hyzon:** | | |
| Basic | $ (0.07) | $ (0.09) |
| Diluted | $ (0.07) | $ (0.09) |

The weighted average number of shares outstanding prior to Business Combination were converted at the Exchange Ratio.

115

Table of Contents

*Private Placement Warrants*

DCRB's Sponsor, certain of DCRB's independent directors consisting of Dr. Jennifer Aaker, Jane Kearns, Jim McDermott, Jeffrey Tepper and Michael Warren and WRG purchased an aggregate of 6,000,000 private placement warrants for a purchase price of $1.00 per warrant in a private placement that occurred simultaneously with the closing of DCRB's initial public offering. On November 12, 2020, DCRB completed a private placement with its Sponsor and WRG for an additional 514,500 warrants at a price of $1.00 per warrant, generating gross proceeds of approximately $514,500. As such, the interest of DCRB's Sponsor, certain of DCRB's independent directors and WRG in this transaction is valued at approximately $6,514,500.

In connection with the Closing, an additional 1,500,000 private placement warrants were also issued to the DCRB Sponsor, see "*Related Party Loans and Advances*".

Each private placement warrant entitles the holder to purchase one share of our Class A Common Stock at $11.50 per share.

*Administrative Support Agreement*

On October 19, 2020, DCRB entered into an administrative support agreement with an affiliate of its Sponsor, pursuant to which DCRB paid an affiliate of its Sponsor a total of $10,000 per month for office space, utilities and secretarial and administrative support. Upon consummation of the Business Combination, we ceased paying these monthly fees.

DCRB's Sponsor, officers and directors, or any of their respective affiliates, have been reimbursed for any out-of-pocket expenses incurred in connection with activities on DCRB's behalf. There was no cap or ceiling on the reimbursement of out-of-pocket expenses incurred by such persons in connection with activities on DCRB's behalf.

*Related Party Loans and Advances*

DCRB's liquidity needs up to its initial public offering were satisfied through receipt of a $25,000 capital contribution from DCRB's Sponsor in exchange for the issuance of DCRB Founder Shares to DCRB's Sponsor and a loan from DCRB's Sponsor for an aggregate amount of $300,000 to cover organizational expenses and expenses related to the initial public offering pursuant to a promissory note. On September 13, 2017, DCRB drew down $300,000 on this promissory note. DCRB repaid this promissory note in full to its Sponsor on October 21, 2020. Subsequent to the consummation of its initial public offering, DCRB's liquidity needs had been satisfied through the net proceeds of approximately $2.0 million from the private placement held outside of the Trust Account.

In addition to the promissory note, DCRB's Sponsor paid certain costs related to DCRB's formation and offering. Costs in the amount of $219,022 were forgiven by the Sponsor in December 2019 and were recorded within additional paid-in capital. As of October 22, 2020, DCRB owed its Sponsor $135,941 for additional offering costs, which were subsequently paid back in November 2020.

As of October 22, 2020, the Sponsor and WRG advanced $600,000 to DCRB to cover the purchase of additional private placement warrants if the over-allotment were to be exercised in full. As of October 22, 2020, advances amounting to $600,000 were outstanding. Simultaneously with the closing of the sale of the units from the underwriters' partial exercise of their over-allotment option, DCRB utilized the advance from its Sponsor and WRG to issue an additional 514,500 private placement warrants at a price of $1.00 per private placement warrant.

On June 28, 2021, DCRB issued an unsecured promissory note (the "Sponsor Note") in the principal amount of $1,500,000 to the Sponsor. Pursuant to the terms of the Sponsor Note, at the Closing of the Business Combination, the Sponsor converted $1,500,000 principal amount of the Sponsor Note into 1,500,000 private placement warrants.

139

**Table of Contents**

**SIGNATURES**

Pursuant to the requirements of Section 13 or 15(d) of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

HYZON MOTORS INC.

|  |  |
|---|---|
| Date: March 30, 2022 | /s/ Craig Knight |
|  | Craig Knight |
|  | *Chief Executive Officer* |

Each person whose signature appears below hereby constitutes and appoints each of Craig Knight, George Gu, Mark Gordon, and John Zavoli, acting alone or together with another attorney-in-fact, as his or her true and lawful attorneys-in-fact and agents, with full power of substitution and resubstitution, for such person and in his or her name, place and stead, in any and all capacities, to sign any or all amendments to this Annual Report on Form 10-K, and to file the same, with all exhibits thereto, and other documents in connection therewith, with the Securities and Exchange Commission, granting unto said attorneys-in-fact and agents, and each of them, full power and authority to do and perform each and every act and thing requisite and necessary to be done, as fully for all intents and purposes as he or she might or could do in person, hereby ratifying and confirming all that said attorneys-in-fact and agents, or his or her substitute or substitutes, may lawfully do or cause to be done by virtue hereof.

Pursuant to the requirements of the Securities Exchange Act of 1934, this report has been signed below by the following persons on behalf of the registrant and in the capacities and on the dates indicated.

| Name | Title | Date |
|---|---|---|
| /s Craig Knight | Chief Executive Officer and Director | March 30, 2022 |
| Craig Knight | (Principal Executive Officer) | |
| /s/ Mark Gordon | Chief Financial Officer and Director | March 30, 2022 |
| Mark Gordon | (Principal Financial Officer) | |
| /s/ Jiajia Wu | Chief Accounting Officer | March 30, 2022 |
| Jiajia Wu | (Principal Accounting Officer) | |
| /s/ George Gu | Executive Chairman | March 30, 2022 |
| George Gu | | |
| /s/ Erik Anderson | Director | March 30, 2022 |
| Erik Anderson | | |
| /s/ Ivy Brown | Director | March 30, 2022 |
| Ivy Brown | | |
| /s/ Dennis Edwards | Director | March 30, 2022 |
| Dennis Edwards | | |
| /s/ Viktor Meng | Director | March 30, 2022 |
| Viktor Meng | | |
| /s/ Ki Deok Park | Director | March 30, 2022 |
| Ki Deok Park | | |
| /s/ Elaine Wong | Director | March 30, 2022 |
| Elaine Wong | | |

148
