# EXHIBIT E

EX-99.2 3 d306023dex992.htm EX-99.2



# Q4 & 2021 Financial Results

Delivered 87 commercial vehicles in Asia and Europe

| $M (ex. vehicle deliveries) | Q4 2021 | FY 2021 |
|---|---|---|
| Vehicle Deliveries | 85 | 87 |
| Revenue | $5.1 | $6.0 |
| Operating Expenses: | | |
| Cost of Revenue | $20.2 | $21.2 |
| Research & Development | $7.5 | $16.4 |
| SG&A | $16.1 | $69.8 |
| **Total Operating Expenses** | $43.8 | $107.4 |
| Total Other Income: | $6.3 | $82.1 |
| Non-Controlling Interest | $(3.8) | $(5.4) |
| **Net Loss** | **$(28.6)** | **$(13.8)** |

## Full Year Highlights

- 87 Hyzon FCEV delivered; exceeding 2021 vehicle delivery guidance

- Revenues lower than expected due to geographic and product mix shift to Asia
  - Contract value of 2021 deliveries $19.6M, of which $13.6M remains to be collected
  - Total COGS recognized in 2021 related to the China sales with multi-year revenue recognition

- Continue to manage costs as we scale up our global teams and operations

- Actively navigating supply chain challenges and associated cost increases

- Focus on increasing R&D activities to further advance our technology

Note: Totals may not foot due to rounding

19

HYZON