# EXHIBIT F

Table of Contents

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

_____

# FORM 10-Q

_____

**(Mark One)**

☒   **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the quarterly period ended March 31, 2022**

**OR**

☐   **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the transition period from _____ to _____**

_____

# Hyzon Motors Inc.
**(Exact name of registrant as specified in its charter)**

_____

| | | |
|---|---|---|
| **Delaware** | **001-39632** | **82-2726724** |
| **(State or other jurisdiction** | **(Commission** | **(I.R.S. Employer** |
| **of incorporation)** | **File Number)** | **Identification No.)** |

**475 Quaker Meeting House Road**
**Honeoye Falls, NY**                                                **14472**
**(Address of principal executive offices)**                         **(Zip Code)**

**(585)-484-9337**
**(Registrant's telephone number, including area code)**

**Not Applicable**
**(Former name or former address, if changed since last report)**

_____

**Securities registered pursuant to Section 12(b) of the Act:**

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| **Common Stock, par value $0.0001 per share** | **HYZN** | **NASDAQ Capital Market** |
| **Warrants, each whole warrant exercisable for one share of Common Stock at an exercise price of $11.50 per share** | **HYZNW** | **NASDAQ Capital Market** |

_____

Indicate by check mark whether the registrant: (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.   Yes ☒   No ☐

Table of Contents

## PART I - FINANCIAL INFORMATION

### Item 1. Financial Statements

**HYZON MOTORS INC. AND SUBSIDIARIES**
**CONSOLIDATED BALANCE SHEETS**
**(in thousands, except share and per share amounts)**
**(unaudited)**

| | March 31, 2022 | December 31, 2021 |
|---|---|---|
| **ASSETS** | | |
| Current assets | | |
| Cash | $ 407,333 | $ 445,146 |
| Accounts receivable | 774 | 2,598 |
| Related party receivable | 417 | 264 |
| Inventory | 26,082 | 19,245 |
| Prepaid expenses and other current assets | 29,951 | 27,970 |
| **Total current assets** | **464,557** | **495,223** |
| Property, plant, and equipment, net | 18,249 | 14,311 |
| Right-of-use assets | 10,970 | 10,265 |
| Investments in equity securities | 17,478 | 4,948 |
| Other assets | 6,146 | 5,430 |
| **Total Assets** | **$ 517,400** | **$ 530,177** |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | |
| Current liabilities | | |
| Accounts payable | $ 7,938 | $ 8,430 |
| Accrued liabilities | 9,034 | 6,026 |
| Related party payables | 648 | 3,633 |
| Contract liabilities | 11,063 | 11,230 |
| Current portion of lease liabilities | 2,409 | 1,886 |
| **Total current liabilities** | **31,092** | **31,205** |
| Long term liabilities | | |
| Lease liabilities | 9,249 | 8,830 |
| Private placement warrant liability | 13,705 | 15,228 |
| Earnout liability | 100,520 | 103,761 |
| Deferred income taxes | 526 | — |
| Other liabilities | 1,243 | 1,296 |
| **Total liabilities** | **156,335** | **160,320** |
| Commitments and contingencies (Note 11) | | |
| **Stockholders' Equity** | | |
| Common stock, $0.0001 par value; 400,000,000 shares authorized, 247,881,568 and 247,758,412 shares issued and outstanding as of March 31, 2022 and December 31, 2021, respectively. | 25 | 25 |
| Additional paid-in capital | 404,992 | 403,016 |
| Accumulated deficit | (37,182) | (28,117) |
| Accumulated other comprehensive gain | 486 | 373 |
| **Total Hyzon Motors Inc. stockholders' equity** | **368,321** | **375,297** |
| Noncontrolling interest | (7,256) | (5,440) |
| **Total Stockholders' Equity** | **361,065** | **369,857** |
| **Total Liabilities and Stockholders' Equity** | **$ 517,400** | **$ 530,177** |

*The accompanying notes are an integral part of these unaudited consolidated financial statements*

4

**HYZON MOTORS INC. AND SUBSIDIARIES**
**CONSOLIDATED STATEMENTS OF OPERATIONS AND COMPREHENSIVE LOSS**
**(in thousands, except per share amounts)**
**(unaudited)**

| | Three Months Ended March 31, | |
|---|---|---|
| | 2022 | 2021 |
| Revenue | $ 356 | $ — |
| Operating expense: | | |
| Cost of revenue | 424 | — |
| Research and development | 6,212 | 627 |
| Selling, general, and administrative | 20,470 | 3,146 |
| Total operating expenses | 27,106 | 3,773 |
| Loss from operations | (26,750) | (3,773) |
| Other income (expense): | | |
| Change in fair value of private placement warrant liability | 1,523 | — |
| Change in fair value of earnout liability | 3,241 | — |
| Change in fair value of equity securities | 12,530 | — |
| Foreign currency exchange loss and other expense | (1,057) | (28) |
| Interest income (expense), net | 17 | (4,588) |
| Total other income (expense) | 16,254 | (4,616) |
| Net loss before income taxes | (10,496) | (8,389) |
| Income tax expense | 526 | — |
| Net loss | $ (11,022) | $ (8,389) |
| Less: Net loss attributable to noncontrolling interest | (1,957) | (242) |
| Net loss attributable to Hyzon | $ (9,065) | $ (8,147) |
| Comprehensive loss: | | |
| Net loss | $ (11,022) | $ (8,389) |
| Foreign currency translation adjustment | 254 | (29) |
| Comprehensive loss | $ (10,768) | $ (8,418) |
| Less: Comprehensive loss attributable to noncontrolling interest | (1,816) | (233) |
| Comprehensive loss attributable to Hyzon | $ (8,952) | $ (8,185) |
| Net loss per share attributable to Hyzon: | | |
| Basic | $ (0.04) | $ (0.05) |
| Diluted | $ (0.04) | $ (0.05) |
| Weighted average common shares outstanding: | | |
| Basic | 247,940 | 166,201 |
| Diluted | 247,940 | 166,201 |

*The accompanying notes are an integral part of these unaudited consolidated financial statements.*

5

Table of Contents

**HYZON MOTORS INC. AND SUBSIDIARIES**
**CONSOLIDATED STATEMENTS OF CHANGES IN STOCKHOLDERS' EQUITY**
**(in thousands, except share data)**
**(unaudited)**

| | Legacy Common Stock | | Common Stock Class A | | Additional Paid-in Capital | Retained Earnings (Accumulated Deficit) | Accumulated Other Comprehensive Loss | Total Hyzon Motors Inc. Stockholders' Equity (Deficit) | Noncontrolling Interest | Total Stockholders' Equity (Deficit) |
|---|---|---|---|---|---|---|---|---|---|---|
| | Shares | Amount | Shares | Amount | | | | | | |
| Balance as of December 31, 2021 | — | $ — | 247,758,412 | $ 25 | $ 403,016 | $ (28,117) | $ 373 | $ 375,297 | $ (5,440) | $ 369,857 |
| Exercise of stock options | — | — | 30,008 | — | 34 | — | — | 34 | — | 34 |
| Stock-based compensation | — | — | — | — | 2,133 | — | — | 2,133 | — | 2,133 |
| Vesting of RSUs | — | — | 64,815 | — | — | — | — | — | — | — |
| Net share settlement of equity awards | — | — | — | — | (160) | — | — | (160) | — | (160) |
| Common stock issued for the cashless exercise of warrants | — | — | 28,333 | — | — | — | — | — | — | — |
| Repurchase of warrants | — | — | — | — | (31) | — | — | (31) | — | (31) |
| Net loss attributable to Hyzon | — | — | — | — | — | (9,065) | — | (9,065) | — | (9,065) |
| Net loss attributable to noncontrolling interest | — | — | — | — | — | — | — | — | (1,957) | (1,957) |
| Foreign currency translation loss | — | — | — | — | — | — | 113 | 113 | 141 | 254 |
| Balance as of March 31, 2022 | — | $ — | 247,881,568 | $ 25 | $ 404,992 | $ (37,182) | $ 486 | $ 368,321 | $ (7,256) | $ 361,065 |

| | Legacy Common Stock | | Common Stock Class A | | Additional Paid-in Capital | Retained Earnings (Accumulated Deficit) | Accumulated Other Comprehensive Loss | Total Hyzon Motors Inc. Stockholders' Equity (Deficit) | Noncontrolling Interest | Total Stockholders' Equity (Deficit) |
|---|---|---|---|---|---|---|---|---|---|---|
| | Shares | Amount | Shares | Amount | | | | | | |
| Balance as of December 31, 2020 | 93,750,000 | $ 94 | — | $ — | $ 29,045 | $ (14,271) | $ (16) | $ 14,852 | $ (91) | $ 14,761 |
| Retroactive application of recapitalization | (93,750,000) | (94) | 166,125,000 | 17 | 77 | — | — | — | — | — |
| **Adjusted balance, beginning of period** | — | — | 166,125,000 | 17 | 29,122 | (14,271) | (16) | 14,852 | (91) | 14,761 |
| Exercise of stock options | — | — | 115,189 | — | 187 | — | — | 187 | — | 187 |
| Stock-based compensation | — | — | — | — | 290 | — | — | 290 | — | 290 |
| IP transaction - deemed distribution | — | — | — | — | (10,000) | — | — | (10,000) | — | (10,000) |
| Net loss attributable to Hyzon | — | — | — | — | — | (8,147) | — | (8,147) | — | (8,147) |
| Net loss attributable to noncontrolling interest | — | — | — | — | — | — | — | — | (242) | (242) |
| Foreign currency translation loss | — | — | — | — | — | — | (38) | (38) | 9 | (29) |
| Balance at March 31, 2021 | — | $ — | 166,240,189 | $ 17 | $ 19,599 | $ (22,418) | $ (54) | $ (2,856) | $ (324) | $ (3,180) |

*The accompanying notes are an integral part of these unaudited consolidated financial statements.*

Table of Contents

**SIGNATURE**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned thereunto duly authorized.

**Hyzon Motors Inc.**

Date: May 13, 2022

| | | |
|---|---|---|
| By: | /s/ Samuel Chong | |
| Name: | Samuel Chong | |
| Title: | Chief Financial Officer (Principal Financial Officer) | |

31