# EXHIBIT G

SEC Form 3

## FORM 3

### UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

### INITIAL STATEMENT OF BENEFICIAL OWNERSHIP OF SECURITIES

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0104 |
| Estimated average burden hours per response: | 0.5 |

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| 1. Name and Address of Reporting Person[*] <br> Gordon Mark R Lockhart <br><br> (Last) (First) (Middle) <br> C/O 475 QUAKER MEETING HOUSE ROAD <br> (Street) <br> HONEOYE FALLS  NY  14472 <br> (City) (State) (Zip) | 2. Date of Event Requiring Statement (Month/Day/Year) <br> 07/16/2021 | 3. Issuer Name **and** Ticker or Trading Symbol <br> Decarbonization Plus Acquisition Corp [ HYZN ] | |
|---|---|---|---|
| | | 4. Relationship of Reporting Person(s) to Issuer (Check all applicable) <br><br> X  Director          10% Owner <br> X  Officer (give title below)    Other (specify below) <br><br> **Chief Financial Officer** | 5. If Amendment, Date of Original Filed (Month/Day/Year) <br><br> 6. Individual or Joint/Group Filing (Check Applicable Line) <br> X  Form filed by One Reporting Person <br>    Form filed by More than One Reporting Person |

### Table I - Non-Derivative Securities Beneficially Owned

| 1. Title of Security (Instr. 4) | 2. Amount of Securities Beneficially Owned (Instr. 4) | 3. Ownership Form: Direct (D) or Indirect (I) (Instr. 5) | 4. Nature of Indirect Beneficial Ownership (Instr. 5) |
|---|---|---|---|
| Class A Common Stock, par value $0.0001 per share | 2,746,600[(1)(2)] | I | By Ascent Funds SPV 1 LP[(3)] |
| Class A Common Stock, par value $0.0001 per share | 6,871,667[(1)(2)] | I | By Ascent Funds Management LLC[(4)] |

### Table II - Derivative Securities Beneficially Owned
### (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 4) | 2. Date Exercisable and Expiration Date (Month/Day/Year) | | 3. Title and Amount of Securities Underlying Derivative Security (Instr. 4) | | 4. Conversion or Exercise Price of Derivative Security | 5. Ownership Form: Direct (D) or Indirect (I) (Instr. 5) | 6. Nature of Indirect Beneficial Ownership (Instr. 5) |
|---|---|---|---|---|---|---|---|
| | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | |

**Explanation of Responses:**

1. On July 16, 2021, pursuant to the Business Combination Agreement and Plan of Reorganization, dated as of February 8, 2021 (the "Business Combination Agreement"), by and among Hyzon Motors Inc. (f/k/a Decarbonization Plus Acquisition Corporation) (the "Issuer"), DCRB Merger Sub Inc. a wholly owned subsidiary of the Issuer ("Merger Sub") and Hyzon Motors USA Inc. (f/k/a Hyzon Motors Inc.) ("Old Hyzon"), Merger Sub merged with and into Old Hyzon with Old Hyzon as the surviving corporation and a wholly owned subsidiary of the Issuer (the "Merger"). At the effective time of the Merger, each share of Old Hyzon common stock (including shares of Old Hyzon common stock resulting from the conversion of options held by Ascent Funds Management LLC but excluding shares of Old Hyzon common stock resulting from the conversion of certain convertible notes) was converted into (A) the right to receive the number shares of Class A common stock of the Issuer equal to the Exchange Ratio (1.7720)

2. (Continued from footnote 1) and (B) the contingent right to receive the Earnout Shares (as defined in the Business Combination Agreement) in accordance with Section 3.03 of the Business Combination Agreement.

3. The reporting person may be deemed to beneficially own the securities of the Issuer held directly by Ascent Funds SPV 1 LP ("Ascent Funds") by virtue of his ownership

interest in Ascent Funds. The reporting person disclaims beneficial ownership of the securities reported herein, except to the extent of his pecuniary interest therein.

4. The reporting person may be deemed to beneficially own the securities of the Issuer held directly by Ascent Funds Management LLC ("Ascent Management") by virtue of his ownership interest in Ascent Management. The reporting person disclaims beneficial ownership of the securities reported herein, except to the extent of his pecuniary interest therein.

## Remarks:

See Exhibit 24 - Power of Attorney

| | |
|---|---|
| /s/ John Zavoli, Attorney-in-fact | 07/16/2021 |
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 5 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**