November 4, 2022

<u>Via CM/ECF</u>

The Honorable Charles J. Siragusa
United States District Judge
100 State Street, Room 127
Rochester, NY 14614

   Re: *In re Hyzon Motors Inc. Securities Litigation*,
     <u>No. 6:21-cv-06612-CJS-MWP (W.D.N.Y.)</u>

Dear Judge Siragusa:

   We write jointly on behalf of lead plaintiff Alfred Miller ("Lead Plaintiff"), and defendants Hyzon Motors Inc. ("Hyzon"), Erik Anderson, Peter Haskopoulos, Craig Knight, Mark Gordon, George Gu and Robert Tichio (collectively, "Defendants") to respectfully request that the Court stay the briefing schedule regarding Defendants' anticipated motion to dismiss the second amended complaint in this action (the "SAC") to allow the parties to explore whether the asserted claims can be resolved through mediation, without requiring further Court intervention.

   As background, this case is a putative securities class action filed by Hyzon shareholders. In accordance with a stipulated schedule (ECF No. 54), Lead Plaintiff filed the SAC on September 16, 2022.  (ECF No. 55.)  Defendants' anticipated motion to dismiss the SAC is currently due on November 18, 2022.

   The parties propose that, no later than January 31, 2023, they will submit a joint status report updating the Court on the status of any potential resolution.  If the parties are unable to reach a resolution, they propose submitting an amended proposed scheduling order to the Court by February 14, 2023.

   The parties respectfully submit that good cause exists for the requested stay of the briefing schedule because it will allow the parties to focus their time and resources on exploring a potential resolution, and will conserve party and judicial resources.  The requested relief also will cause no prejudice.  Granting the joint request will not delay trial, as there is no pretrial schedule or trial date set in the action.

   The parties are available at the Court's convenience should it have any questions or require any further information.  Thank you for your consideration.

Respectfully submitted,

/s/ Steve W. Berman

Steven W. Berman (*pro hac vice*)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com

Reed. R. Kathrein (*pro hac vice*)
Lucas E. Gilmore (*pro hac vice*)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com

Raffi Melanson
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1 Faneuil Hall Sq 5th Floor
Boston, MA 02109
Telephone: (617) 482-3700
Facsimile:  (617) 482-3003
raffim@hbsslaw.com

*Lead Counsel for Lead Plaintiff Alfred Miller*

Brian J. Schall (*pro hac vice* forthcoming)
**THE SCHALL LAW FIRM**
2049 Century Park East, Suite 2460
Los Angeles, CA 90067
Telephone: (310) 301-3335
Facsimile:  (310) 388-0192
brian@schallfirm.com

*Additional Counsel for Lead Plaintiff
Alfred Miller*

/s/ Jacob M. Croke

Jacob M. Croke
Arun Bodapati (*pro hac vice*)
Alexander Peacocke (*pro hac vice*)
**SULLIVAN & CROMWELL LLP**
125 Broad Street
New York, NY  10004
Telephone: (212) 558-4000
Facsimile:  (212) 558-3588
crokej@sullcrom.com
bodapatia@sullcrom.com
peacockea@sullcrom.com

Laura Kabler Oswell (*pro hac vice*)
**SULLIVAN & CROMWELL LLP**
1870 Embarcadero Road
Palo Alto, CA 94303
Tel: (650) 461-5679
Fax: (650) 461-5746
oswelll@sullcrom.com

*Counsel for Defendants Hyzon Motors Inc.,
Erik Anderson, Peter Haskopoulos, Craig
Knight, Mark Gordon, George Gu and Robert
Tichio*