## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| *IN RE HYZON MOTORS INC, SECURITIES LITIGATION* | Master File No.: 21-cv-06612-CJS-MJP |
|  | Dated:    September 13, 2023 |
| This Document Relates to: ALL ACTIONS. | **Oral Argument Requested** |

### DECLARATION OF JEFFREY CROUGH IN SUPPORT OF THE DCRB DEFENDANTS' MOTION TO DISMISS THE THIRD AMENDED AND CONSOLIDATED COMPLAINT

I, Jeffrey Crough, hereby affirm under penalty of perjury that the following is true and correct:

1.    I am a member in good standing of the Bars of the States of New York and Texas and have been admitted to practice *pro hac vice* before this Court in this action. I am a partner of the law firm of Vinson & Elkins LLP, counsel to defendants Peter Haskopoulos, Robert Tichio, Jennifer Aaker, Jane Kearns, Pierre Lapeyre, David Leuschen, Jim McDermott, Jeffrey Tepper, Michael Warren, Riverstone Investment Group LLC, Decarbonization Plus Acquisition Sponsor, LLC, and WRG DCRB Investors, LLC (collectively, the "DCRB Defendants") in the above-captioned case.

2.    I submit this Declaration in support of the DCRB Defendants' Motion to Dismiss the Third Amended and Consolidated Complaint, and to put before the Court true and correct copies, to the best of my knowledge, of the documents described below and annexed hereto.

3.    Attached hereto as **Exhibit A** is a true and correct copy of the Decarbonization Plus Acquisition Corporation ("DCRB") Prospectus dated October 19, 2020.

1

4.      Attached hereto as **Exhibit B** is a true and correct copy of the DCRB Schedule 14A Definitive Proxy Statement Pursuant to Section 14(a) of the Securities Exchange Act filed with the Securities and Exchange Commission ("SEC") on June 21, 2021.

5.      Attached hereto as **Exhibit C** is a true and correct copy of the Telephonic Bench Ruling on Defendants' Motion to Dismiss in *Malork v. Anderson, et al.*, C.A. No. 2022-0260-PAF (Del. Ch.), dated July 17, 2023.

6.      Attached hereto as **Exhibit D** is a true and correct copy of Ex. 99.3 to a DCRB Schedule 14(a) soliciting material under Rule 14a-12, including the February 9, 2021 Investor Presentation titled *Accelerating the Hydrogen Transition*, filed with the SEC on February 9, 2021.

7.      Attached hereto as **Exhibit E** is a true and correct copy of the DCRB Schedule 14(a) soliciting material under Rule 14a-12, including the February 12, 2021 Investor Presentation titled *Accelerating the Hydrogen Transition*, filed with the SEC on February 12, 2021.

8.      Attached hereto as **Exhibit F** is a true and correct copy of the DCRB Schedule 14(a) soliciting material under Rule 14a-12, including the April 2021 Analyst Day Presentation titled *Hyzon Motors[:] The Leader in Hydrogen Mobility*, filed with the SEC on April 29, 2021.

9.      Attached hereto as **Exhibit G** is a true and correct copy of the press release titled *Hyzon Motors and Hiringa Energy Advance Partnership to Decarbonize Heavy Road Transport in New Zealand*, dated February 17, 2021.

10.      Attached hereto as **Exhibit H** is a true and correct copy of the DCRB Schedule 14(a) soliciting material under Rule 14a-12, including a copy of the transcript of a fireside chat that occurred on March 10, 2021 between Jeff Osborne, managing director and senior research analyst at Cowen, Craig Knight, Chief Executive Officer of Hyzon Motors Inc.'s ("Hyzon"), Mark

Gordan, Chief Financial Officer of Hyzon, and Robert Tichio, director of DCRB, as filed with the SEC on March 10, 2021.

11.    Attached hereto as **Exhibit I** is a true and correct copy of the DCRB Schedule 14A Preliminary Proxy Statement Pursuant to Section 14(a) of the Securities Exchange Act filed with the Securities and Exchange Commission ("SEC") on March 17, 2021.

12.    Attached hereto as **Exhibit J** is a true and correct copy of the DCRB Schedule 14A Amendment No. 1 to the Preliminary Proxy Statement Pursuant to Section 14(a) of the Securities Exchange Act filed with the Securities and Exchange Commission ("SEC") on May 14, 2021.

13.    Attached hereto as **Exhibit K** is a true and correct copy of the DCRB Schedule 14A Amendment No. 2 to the Preliminary Proxy Statement Pursuant to Section 14(a) of the Securities Exchange Act filed with the Securities and Exchange Commission ("SEC") on June 4, 2021.

14.    Attached hereto as **Exhibit L** is a true and correct copy of the DCRB Schedule 14A Amendment No. 3 to the Preliminary Proxy Statement Pursuant to Section 14(a) of the Securities Exchange Act filed with the Securities and Exchange Commission ("SEC") on June 16, 2021.

15.    Attached hereto as **Exhibit M** is a true and correct copy of the DCRB Form 8-K Current Report dated July 15, 2021.

16.    Attached hereto as **Exhibit N** is a true and correct copy of the DCRB Schedule 14(a) soliciting material under Rule 14a-12, including a copy of the transcript of a fireside chat that occurred on February 28, 2021 between Alan Adler, Detroit Bureau Chief at FreightWaves, and Craig Knight, Chief Executive Officer of Hyzon, as filed with the SEC on March 4, 2021.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Dallas, Texas on September 13, 2023.

BY: _____

Jeffrey Crough