# Exhibit G

Case 6:21-cv-06612-MAV-MJP   Document 91-7   Filed 09/12/23   Page 2 of 5

 Hiringa Energy 👑    Feb 17, 2021    4 min read

# Hyzon Motors and Hiringa Energy advance partnership to decarbonize heavy road transport in NZ

17 February 2021

PRESS RELEASE

*Hyzon goal to deliver 1,500 hydrogen fuel-cell powered, zero emission heavy trucks by 2026 as Hiringa expands nationwide hydrogen refuelling infrastructure.*

Hyzon Motors Inc. ("Hyzon") and New Zealand's Hiringa Energy ("Hiringa") are pleased to announce the two companies have signed a vehicle supply agreement, with Hyzon set to build and supply Hiringa with the first 20 zero emission Heavy Goods Vehicles (HGV) this year.

The hydrogen fuel cell-powered trucks, to be assembled at Hyzon's facility in Winschoten, The Netherlands, will be manufactured in full compliance with local New Zealand requirements and the first batch of vehicles are expected to enter service in New Zealand by the end of 2021. Hyzon plans to have up to 1,500 fuel cell trucks on the road in New Zealand by 2026 as part of the agreement with Hiringa.

This follows Hyzon's announcement on February 9, 2021 that it had entered into a merger agreement with Decarbonization Plus Acquisition Corporation (Nasdaq: DCRB, DCRBU, DCRBW).

The vehicle supply agreement builds on the signing of a Heads of Agreement between the two companies in August 2020, and sets Hyzon and Hiringa on an ambitious path towards decarbonizing the New Zealand heavy transport sector through cooperation on hydrogen infrastructure and heavy-duty fuel cell electric vehicle (FCEV) deployment.

Hyzon will leverage its team's deep experience in the development and deployment of world-class fuel cell equipment in trucks internationally, to bring zero emission transport technology to New Zealand. Meanwhile, as part of the agreement, Hiringa will build a green hydrogen refuelling network for vehicle fuel supply, to establish New Zealand as the global benchmark in fuel cell-powered logistics.

Hyzon's FCEVs will be powered by green hydrogen supplied through Hiringa's nationwide refuelling infrastructure. The network is on track to commence refuelling operations in 2021, expanding to eight hydrogen stations across New Zealand's North and South Islands in 2022, servicing 100% of the North Island and 82% of the South Island's heavy freight routes. The Hyzon FCEV trucks are designed to meet New Zealand road requirements and the demands of heavy freight applications.

Case 6:21-cv-06612-MAV-MJP Document 91-7 Filed 09/13/23 Page 3 of 5

The trucks will be built in a 6x4 configuration, will include a sleeper cab option and will have a Gross Combination Mass (GCM) of 58 metric tonnes (64 US tons) and range of 680km (423 mi). In addition to the enormous clean energy output benefits, one of the key highlights of Hyzon's hydrogen fuel cell-powered trucks are their comparable-to-diesel refuelling times, providing a "drop in" solution for freight operators to replace their diesel fleets.

Hyzon Motors Chief Executive Officer Craig Knight commented, *"We see New Zealand as an attractive market for the deployment of our hydrogen fuel cell technology. The hydrogen supply network designed by Hiringa is a key enabler for the realization of our decarbonization strategy. This partnership aims to position New Zealand as a global leader in the adoption of zero emission heavy vehicle technology, and we are pleased to be playing a major role in this transition. Deploying 1,500 fuel cell trucks by 2026 is going to make a massive contribution to local decarbonization efforts."*

Hiringa Chairperson Cathy Clennett said, "*This order is a significant milestone and the culmination of many hours of work from the Hyzon and Hiringa teams. We are very excited to have New Zealand road compliant heavy trucks capable of meeting New Zealand's transport needs arriving in country this year. This is a key step to decarbonizing our road transport, a growing industry that Kiwis rely on everyday as it supplies us with food, products, and essential goods. We are pleased leading New Zealand brands are stepping up to participate in this exciting initiative. Consumers and companies are becoming more aware of emissions and together with Hyzon we are providing kiwi businesses with a viable solution."*

Hiringa Chief Executive Officer Andrew Clennett said, "*This is the next step in our strategy to roll out over 1,500 heavy FCEVs by 2026; alongside our partners, we are driving the cost of the technology down and unlocking widespread adoption of zero emission heavy transport for New Zealanders."*

**ENDS**

9/12/23, 4:04 PM
Case 6:21-cv-06612-MAV-MJP   Document 91-7   Filed 09/12/23   Page 4 of 5
Hyzon Motors and Hiringa Energy advance partnership to decarbonize heavy road transport in NZ



## About Hyzon Motors Inc.

Headquartered in Rochester, NY and with operations in Europe, Singapore, Australia and China, Hyzon is a leader in hydrogen mobility. Hyzon is led by co-founders George Gu, Craig Knight and Gary Robb and is a differentiated, pure-play, independent mobility company with an exclusive focus on hydrogen in the commercial vehicle market. Utilizing its proven and proprietary hydrogen fuel cell technology, Hyzon will produce zero emission heavy duty trucks and buses for customers across North America, Europe, Asia and Australia. The company is contributing to the escalating adoption of hydrogen vehicles through its demonstrated technology advantage, leading fuel cell performance and history of rapid innovation.

## For US media enquiries, please contact:

Brian Brooks

H+K Strategies

+1 713 752 1901

## For international media enquiries, please contact:

Fraser Beattie

Cannings Purple

+61 421 505 557

fbeattie@canningspurple.com.au

## For corporate enquiries, please contact:

Craig Knight

HYZON Motors

craig.knight@hyzonmotors.com

www.hyzonmotors.com

Case 6:21-cv-06612-MAV-MJP   Document 91-7   Filed 09/13/23   Page 5 of 5

## About Hiringa

Established in 2016, Hiringa Energy is the first company in New Zealand dedicated to the supply of green hydrogen, and providing zero-emission solutions for industry, the public sector, and transport operators. Together with partners, Hiringa is developing one of the world's first nation-wide hydrogen refuelling networks in New Zealand. Hiringa is also partnering with industry and regions to develop high impact industrial scale and export scale green hydrogen projects.

## For corporate enquiries, please contact:

Andrew Clennett

Chief Executive Director

+64 27 704 7007

aclennett@hiringa.co.nz

## For investment enquiries, please contact:

Catherine Clennett

+64 22 471 9407

cclennett@hiringa.co.nz

## For vehicles and hydrogen supply enquiries, please contact:

Ryan McDonald

+64 27 919 7961

rmcdonald@hiringa.co.nz