**APPENDIX 1**
**Alleged Misstatements in the Consolidated Third Amended Complaint**

| Statement No. | Exhibit No. | Date | Alleged Speaker(s) | Alleged Misstatement (TAC ¶)[1] | Reason(s) Inactionable[2] |
|---|---|---|---|---|---|
| 1A | 1 (Feb. 9, 2021 Press Release) | February 9, 2021 | Legacy Hyzon; Knight | "Deliveries of Hyzon fuel cell powered heavy trucks to customers in Europe and North America will occur this year, well ahead of our competitors." (¶ 288.) | No Standing; Not Materially False or Misleading as Pleaded; Forward-Looking Statement Protected by Safe Harbor |
| 1B | 1 (Feb. 9, 2021 Press Release) | February 9, 2021 | Legacy Hyzon; Knight | "and our committed sales pipeline is proof that the world is truly recognizing the need to develop innovative solutions to mitigate climate change and accelerate efforts to move the world economy down the path to net-zero emissions." (¶ 288.) | No Standing; Not Materially False or Misleading as Pleaded; Puffery |
| 1C | 1 (Feb. 9, 2021 Press Release) | February 9, 2021 | Legacy Hyzon; DCRB; Gu | "This business combination will enable us to expand deployments of our zero-emission hydrogen fuel cell powered heavy vehicles globally, and to continue leading the hydrogen transition." (¶ 288.) | No Standing; Not Materially False or Misleading as Pleaded; Forward-Looking Statement Protected by Safe Harbor; Puffery |

---

[1]    This Appendix identifies only those statements or portions of statements that Plaintiff alleges were false or misleading. (TAC ¶¶ 282-414; *see also* ¶ 282 ("Lead Plaintiff alleges that the statements highlighted in bold and italics within this Section were materially false, misleading, and omitted to disclose material information.").)

[2]    This Appendix identifies statements that are inactionable because (i) Plaintiff lacks standing, for the reasons described in Section I of the Hyzon Defendants' accompanying memorandum of law; or (ii) the statements are not materially false or misleading as pleaded, are forward-looking statements protected by the PSLRA safe harbor, or are puffery or opinion, for the reasons described in Section II. In addition, none of these alleged misstatements are pleaded with particularity (Section II), and Plaintiff does not sufficiently allege scienter (Section III) or loss causation (Section IV) with respect to any of the listed statements.

| Statement No. | Exhibit No. | Date | Alleged Speaker(s) | Alleged Misstatement (TAC ¶)[1] | Reason(s) Inactionable[2] |
|---|---|---|---|---|---|
| 1D | 1 (Feb 9, 2021 Press Release) | February 9, 2021 | Legacy Hyzon, DCRB | "Hyzon's technology already commercialized with existing global footprint, and sales pipeline with blue-chip Fortune 100s and municipalities" (¶ 288.)[3] | No Standing; Not Materially False or Misleading as Pleaded |
| 1E | 1 (Feb. 9, 2021 Press Release) | February 9, 2021 | Legacy Hyzon; DCRB; Gu | "We are incredibly excited about the dynamic mobility category as municipalities and Fortune 100 companies are rapidly embracing hydrogen as the essential pathway to a net-zero economy." (¶ 288.) | No Standing; Not Materially False or Misleading as Pleaded; Forward-Looking Statement Protected by Safe Harbor; Puffery; Opinion |
| 2A | 2 (Feb. 9, 2021 Investor Call) | Feb. 9, 2021 | Legacy Hyzon; DCRB; Tichio | "The Company has a sales pipeline for 2021 that is 100 percent under contract or MOU, providing real runway visibility, and its customers include some of the most recognizable global brands and the largest municipalities in the world." Pg. 8. (¶ 292.) | No Standing; Not Materially False or Misleading as Pleaded; Forward-Looking Statement Protected by Safe Harbor; Puffery |
| 2B | 2 (Feb. 9, 2021 Investor Call) | Feb. 9, 2021 | Legacy Hyzon; DCRB; Gordon | "Our success is not built on the outcomes of one or two trials in a location with peculiar characteristics; we're securing orders with customers of varying types, with varying criteria for long-term scaling up within their systems." Pg. 2. (¶ 292). | No Standing; Not Materially False or Misleading as Pleaded; Forward-Looking Statement Protected by Safe Harbor; Puffery |

[3]      The TAC incorrectly quotes this statement by omitting the phrase "technology already commercialized with." (TAC ¶ 288.) The omitted phrase refers to the previously commercialized fuel cell technology of Hyzon's parent Horizon. (*See id.* ¶¶ 70, 72, 75.)

| Statement No. | Exhibit No. | Date | Alleged Speaker(s) | Alleged Misstatement (TAC ¶)[1] | Reason(s) Inactionable[2] |
|---|---|---|---|---|---|
| 2C | 2 (Feb. 9, 2021 Investor Call) | February 9, 2021 | Legacy Hyzon; DCRB; Gordon | "Hyzon forecasts to grow from $37 million on revenue on 85 units sold in 2021" Pg. 6. (¶ 292.) | No Standing; Not Materially False or Misleading as Pleaded; Forward-Looking Statement Protected by Safe Harbor |
| 2D | 2 (Feb. 9, 2021 Investor Call) | February 9, 2021 | Legacy Hyzon; DCRB; Gordon | "Our 2021 forecast is 100 percent covered by contracts and MOUs" Pg. 8. (¶ 292.) | No Standing; Not Materially False or Misleading as Pleaded |
| 3A | 3 (Feb. 9, 2021 Investor Presentation) | February 9, 2021 | Legacy Hyzon; DCRB | "2021 backlog of ~$40 million under contract or MOU from blue-chip Fortune 100s" on Slide 5. (¶ 297.) | No Standing; Not Materially False or Misleading as Pleaded |
| 3B | 3 (Feb. 9, 2021 Investor Presentation) | February 9, 2021 | Legacy Hyzon; DCRB | "80% of near-term backlog to customers in Europe, Asia and Australia" on Slide 5. (¶ 297.) | No Standing; Not Materially False or Misleading as Pleaded |
| 3C | 3 (Feb. 9, 2021 Investor Presentation) | February 9, 2021 | Legacy Hyzon; DCRB | Logos of "Top Tier Customers / End Users / Partners" on Slide 5. (¶ 298.) | No Standing; Not Materially False or Misleading as Pleaded |
| 3D | 3 (Feb. 9, 2021 Investor Presentation) | February 9, 2021 | Legacy Hyzon; DCRB | Descriptions of the status of negotiations with certain actual and potential customers identified by logo or industry and location on Slide 18. (¶ 298.) | No Standing; Not Materially False or Misleading as Pleaded |
| 3E | 3 (Feb. 9, 2021 Investor Presentation) | February 9, 2021 | Legacy Hyzon; DCRB | "Contracted Orders (100% Certain) From 13 private and public sector customers" with "~40mm under contract or MOU" on Slide 18. (¶ 298.) | No Standing; Not Materially False or Misleading as Pleaded |
| 3F | 3 (Feb. 9, 2021 Investor Presentation) | February 9, 2021 | Legacy Hyzon; DCRB | Logos of "Vehicle Customers" on Slide 29. (¶ 298.) | No Standing; Not Materially False or Misleading as Pleaded |

| Statement No. | Exhibit No. | Date | Alleged Speaker(s) | Alleged Misstatement (TAC ¶)[1] | Reason(s) Inactionable[2] |
|---|---|---|---|---|---|
| 3G | 3 (Feb. 9, 2021 Investor Presentation) | February 9, 2021 | Legacy Hyzon; DCRB | "Summary Projected Financials" on Slide 39.  (¶ 298.) | No Standing; Not Materially False or Misleading as Pleaded; Forward-Looking Statement Protected by Safe Harbor |
| 4A | 4 (Feb. 10, 2021 Investor Presentation) | February 10, 2021 | Legacy Hyzon; DCRB | Logos of "Top Tier Customers / End Users / Partners" on Slide 5.  (¶ 304.) | No Standing; Not Materially False or Misleading as Pleaded |
| 4B | 4 (Feb. 10, 2021 Investor Presentation) | February 10, 2021 | Legacy Hyzon; DCRB | Descriptions of the status of negotiations with certain actual and potential customers identified by logo or industry and location on Slide 18.  (¶ 304.) | No Standing; Not Materially False or Misleading as Pleaded |
| 4C | 4 (Feb. 10, 2021 Investor Presentation) | February 10, 2021 | Legacy Hyzon; DCRB | "Contracted Orders (100% Certain) From 13 private and public sector customers" with "~40mm under contract or MOU" on Slide 18.  (¶ 304.) | No Standing; Not Materially False or Misleading as Pleaded |
| 4D | 4 (Feb. 10, 2021 Investor Presentation) | February 10, 2021 | Legacy Hyzon; DCRB | Logos of "Vehicle Customers" on Slide 29.  (¶ 304.) | No Standing; Not Materially False or Misleading as Pleaded |
| 4E | 4 (Feb. 10, 2021 Investor Presentation) | February 10, 2021 | Legacy Hyzon; DCRB | "Summary Projected Financials" on Slide 39.  (¶ 304.) | No Standing; Not Materially False or Misleading as Pleaded; Forward-Looking Statement Protected by Safe Harbor |
| 5A | 5 (Feb. 12, 2021 Investor Presentation) | February 12, 2021 | Legacy Hyzon; DCRB | Logos of "Top Tier Customers / End Users / Partners" on Slide 5.  (¶ 307.) | No Standing; Not Materially False or Misleading as Pleaded |

| Statement No. | Exhibit No. | Date | Alleged Speaker(s) | Alleged Misstatement (TAC ¶)[1] | Reason(s) Inactionable[2] |
|---|---|---|---|---|---|
| 5B | 5 (Feb. 12, 2021 Investor Presentation) | February 12, 2021 | Legacy Hyzon; DCRB | Descriptions of the status of negotiations with certain actual and potential customers identified by industry and location on Slide 18.  (¶ 307.) | No Standing; Not Materially False or Misleading as Pleaded |
| 5C | 5 (Feb. 12, 2021 Investor Presentation) | February 12, 2021 | Legacy Hyzon; DCRB | "Contracted Orders (100% Certain) From private and public sector customers" with "~40mm under contract or MOU" on Slide 18.  (¶ 307.) | No Standing; Not Materially False or Misleading as Pleaded |
| 5D | 5 (Feb. 12, 2021 Investor Presentation) | February 12, 2021 | Legacy Hyzon; DCRB | Logos of "Vehicle Customers" on Slide 29.  (¶ 307.) | No Standing; Not Materially False or Misleading as Pleaded |
| 5E | 5 (Feb. 12, 2021 Investor Presentation) | February 12, 2021 | Legacy Hyzon; DCRB | "Summary Projected Financials" on Slide 39.  (¶ 307.) | No Standing; Not Materially False or Misleading as Pleaded; Forward-Looking Statement Protected by Safe Harbor |
| 6A | 6 (Hiringa Press Release) | February 17, 2021 | Legacy Hyzon | Announcement that Hyzon and Hiringa "ha[d] signed a vehicle supply agreement, with Hyzon commissioned to build and supply Hiringa with zero emission Heavy Goods Vehicles (HGV)"  (¶ 350.) | No Standing; Not Materially False or Misleading as Pleaded |
| 6B | 6 (Hiringa Press Release) | February 17, 2021 | Legacy Hyzon | "the first batch of vehicles are expected to enter service in New Zealand by the end of 2021"  (¶ 350.) | No Standing; Not Materially False or Misleading as Pleaded; Forward-Looking Statement Protected by Safe Harbor |

| Statement No. | Exhibit No. | Date | Alleged Speaker(s) | Alleged Misstatement (TAC ¶)[1] | Reason(s) Inactionable[2] |
|---|---|---|---|---|---|
| 6C | 6 (Hiringa Press Release) | February 17, 2021 | Legacy Hyzon | "Hyzon plans to have up to 1,500 fuel cell trucks on the road in New Zealand by 2026" (¶ 350.) | No Standing; Not Materially False or Misleading as Pleaded; Forward-Looking Statement Protected by Safe Harbor |
| 7 | 7 (Hyzon Hiringa Twitter Post) | February 17, 2021 | Legacy Hyzon | "an agreement for the build and supply of up to 1,500 hydrogen fuel cell-powered trucks to New Zealand's Hiringa Energy by 2026." (¶ 353.) | No Standing; Not Materially False or Misleading as Pleaded |
| 8 | 8 (2020 DCRB Form 10-K) | March 1, 2021 | DCRB; Anderson; Haskopoulos | "Please see the Form 8-K filed with the SEC on February 9, 2021 for additional information." Pg. F-14. (¶ 310.) | *See supra* Statements 1A – 3G |
| 9 | 9 (Hydrogen Now Press Release) | March 8, 2021 | Legacy Hyzon | "As binding orders for those trucks are placed, Hyzon anticipates fulfilling them from the Groningen facility, with first shipments planned for the second half of 2021." (¶ 355.) | No Standing; Not Materially False or Misleading as Pleaded; Forward-Looking Statement Protected by Safe Harbor |
| 10 | 10 (Mar. 10, 2021 Fireside Chat with Cowen) | Mar. 10, 2021 | Legacy Hyzon; Knight | "Basically, customer commitments are documented orders, tender wins, that sort of thing, and the high probability orders – coming back to your question – are really those scenarios where you've been told you've been selected as the vendor but you haven't yet got the contract in place . . . ." Pg. 5 (¶ 313.) | No Standing; Not Materially False or Misleading as Pleaded |

| Statement No. | Exhibit No. | Date | Alleged Speaker(s) | Alleged Misstatement (TAC ¶)[1] | Reason(s) Inactionable[2] |
|---|---|---|---|---|---|
| 11A | 11 (Mar. 17, 2021 Proxy Statement) | March 17, 2021 | DCRB | "To date, Hyzon has received binding orders for Hyzon-branded commercial vehicles and coach buses in an aggregate value of approximately $18.2 million from companies around the world, including Hiringa and Fortescue Metals Group Ltd." Pg. 127  (¶ 357.) | No Standing; Not Materially False or Misleading as Pleaded |
| 11B | 11 (Mar. 17, 2021 Proxy Statement) | March 17, 2021 | DCRB | "Hiringa has placed a binding order for the first 20 trucks . . . ." Pg. 127.  (¶ 357.) | No Standing; Not Materially False or Misleading as Pleaded |
| 11C | 11 (Mar. 17, 2021 Proxy Statement) | March 17, 2021 | DCRB | "Hiringa [is] (supported by logistics companies in New Zealand)." Pg. 149.  (¶ 357.) | No Standing; Not Materially False or Misleading as Pleaded |
| 12A | 12 (Apr. 29, 2021 Investor Presentation) | April 29, 2021 | Legacy Hyzon; DCRB | "Announced vehicle supply agreement to supply trucks to New Zealand-based Hiringa Energy" on Slide 25.  (¶ 360.) | No Standing; Not Materially False or Misleading as Pleaded |
| 12B | 12 (Apr. 29, 2021 Investor Presentation) | April 29, 2021 | Legacy Hyzon; DCRB | "first deliveries expected by EOY 2021" on Slide 25.  (¶ 360.) | No Standing; Not Materially False or Misleading as Pleaded; Forward-Looking Statement Protected by Safe Harbor |
| 12C | 12 (Apr. 29, 2021 Investor Presentation) | April 29, 2021 | Legacy Hyzon; DCRB | "55 million of backlog under contract or MOU" on Slide 8.  (¶ 321.) | No Standing; Not Materially False or Misleading as Pleaded |
| 12D | 12 (Apr. 29, 2021 Investor Presentation) | April 29, 2021 | Legacy Hyzon; DCRB | "80% of near-term backlog to customers in Europe, Asia and Australia" on Slide 8.  (¶ 321.) | No Standing; Not Materially False or Misleading as Pleaded |
| 12E | 12 (Apr. 29, 2021 Investor Presentation) | April 29, 2021 | Legacy Hyzon; DCRB | Logos of "Expanding Top Tier Customers / End Users / Partners" on Slide 8.  (¶ 321.) | No Standing; Not Materially False or Misleading as Pleaded |

| Statement No. | Exhibit No. | Date | Alleged Speaker(s) | Alleged Misstatement (TAC ¶)[1] | Reason(s) Inactionable[2] |
|---|---|---|---|---|---|
| 12F | 12 (Apr. 29, 2021 Investor Presentation) | April 29, 2021 | Legacy Hyzon; DCRB | Descriptions of the status of negotiations with certain actual and potential customers identified by industry and location on Slide 35.  (¶ 321.) | No Standing; Not Materially False or Misleading as Pleaded |
| 12G | 12 (Apr. 29, 2021 Investor Presentation) | April 29, 2021 | Legacy Hyzon; DCRB | "Summary Projected Financials" on Slide 52 (¶ 321.) | No Standing; Not Materially False or Misleading as Pleaded; Forward-Looking Statement Protected by Safe Harbor |
| 12H | 12 (Apr. 29, 2021 Investor Presentation) | April 29, 2021 | Legacy Hyzon; DCRB | List of "Vehicle Customers" and logos on Slide 59.  (¶ 321.) | No Standing; Not Materially False or Misleading as Pleaded |
| 13 | 13 (1Q2021 DCRB Form 10-Q) | May 24, 2021 | DCRB; Anderson | "Please see the Form 8-K filed with the SEC on February 9, 2021 for additional information."  Pg. 15.  (¶ 325.) | *See supra* Statements 1A – 3G |
| 14 | 14 (Fireside Chat with Bernstein) | June 16, 2021 | DCRB; Knight | "I'd like to remain a little conservative on this but providing there are no more nasty surprises in supply chains and those kind of things, we'll definitely hit this year's targets." Pg. 16.  (¶ 327.) | No Standing; Not Materially False or Misleading as Pleaded; Forward-Looking Statement Protected by Safe Harbor |

| Statement No. | Exhibit No. | Date | Alleged Speaker(s) | Alleged Misstatement (TAC ¶)[1] | Reason(s) Inactionable[2] |
|---|---|---|---|---|---|
| 15A | 15 (June 21, 2021 Proxy Statement) | June 21, 2021 | DCRB | "The DCRB Board considered Hyzon's non-binding memoranda of understanding, letters of intent and a limited number of orders with various clients, including blue-chip Fortune 100 companies as well as Hyzon's rapidly growing visibility."  Pg. 101.  (¶ 315.)<br><br>(Also included in May 14, 2022, June 4, 2022, and June 16, 2022 proxy statements.) | No Standing; Not Materially False or Misleading as Pleaded |
| 15B | 15 (June 21, 2021 Proxy Statement) | June 21, 2021 | DCRB | "Hyzon has already received a limited number of orders in an aggregate value of approximately $18.2 million for Hyzon-branded trucks, sleepers and buses to Australia, New Zealand and the Netherlands, and is in advanced discussions for delivery of Hyzon-branded trucks to France and Germany, before the end of 2021." Pg. 161-62 (¶ 315.)<br><br>(Also included in May 14, 2022, June 4, 2022, and June 16, 2022 proxy statements.) | No Standing; Materially False or Misleading as Pleaded |

| Statement No. | Exhibit No. | Date | Alleged Speaker(s) | Alleged Misstatement (TAC ¶)[1] | Reason(s) Inactionable[2] |
|---|---|---|---|---|---|
| 15C | 15 (June 21, 2021 Proxy Statement) | June 21, 2021 | DCRB | "Hyzon's maintaining gross margin remains relatively consistent at 30% to 33% from 2021 to 2025, through product design and other innovations to decrease the cost of materials in a FCEV." Pg. 106 (¶ 315.)<br><br>(Also included in May 14, 2022, June 4, 2022, and June 16, 2022 proxy statements.) | No Standing; Not Materially False or Misleading as Pleaded; Forward-Looking Statement Protected by Safe Harbor |
| 16 | 16 (Fireside Chat with IPO Edge) | June 29, 2021 | DCRB; Tichio | "the company is you know projecting $37 million of revenue [from] vehicles that will actually roll off its lot this year. . . . We still feel extraordinarily comfortable with that assessment . . . ." Pg. 15  (¶ 329.) | No Standing; Not Materially False or Misleading as Pleaded; Forward-Looking Statement Protected by Safe Harbor; Opinion |
| 17A | 17 (July 13, 2021 Press Release) | July 13, 2021 | Legacy Hyzon | "Orders and non-binding MoUs have increased to represent up to $83M[FN1], up more than 50% from $55M as of April 29, 2021, and over 100% from February 12, 2021."  (¶ 331.)<br><br>FN1:  ". . . Hyzon's orders include terms permitting the counterparty to cancel or suspend some or all of their obligations thereunder without cause, with little or no prior notice and without penalty or early termination payments. Hyzon currently expects that these orders will be fulfilled." | No Standing; Not Materially False or Misleading as Pleaded |

| Statement No. | Exhibit No. | Date | Alleged Speaker(s) | Alleged Misstatement (TAC ¶)[1] | Reason(s) Inactionable[2] |
|---|---|---|---|---|---|
| 17B | 17 (July 13, 2021 Press Release) | July 13, 2021 | Legacy Hyzon | "The growing list of orders and non-binding MoUs comes from the rapidly developing European market as well as Australia" (¶ 331.) | No Standing; Not Materially False or Misleading as Pleaded |
| 17C | 17 (July 13, 2021 Press Release) | July 13, 2021 | Legacy Hyzon | "Simultaneously, Hyzon has successfully reduced costs in excess of $50,000 per vehicle for manufacturing components and sub-systems" (¶ 331.) | No Standing; Not Materially False or Misleading as Pleaded |
| 18A | 18 (July 2021 Investor Presentation) | July 19, 2021 | Hyzon | "$55M of revenue under contract or MOU already"; "~75% of sales into Asia & Australia, ~25% into Europe" on Slide 36. (¶ 334.) | Not Materially False or Misleading as Pleaded |
| 18B | 18 (July 2021 Investor Presentation) | July 19, 2021 | Hyzon | "Summary Projected Financials" on Slide 40, reflecting projected 2021 deliveries of 85 vehicles and revenue of $37 million. (¶ 334.) | Not Materially False or Misleading as Pleaded; Forward-Looking Statement Protected by Safe Harbor |
| 18C | 18 (July 2021 Investor Presentation) | July 19, 2021 | Hyzon | Descriptions of the status of negotiations with certain actual and potential customers identified by industry and location on Slide 23. (¶ 334.) | Not Materially False or Misleading as Pleaded |
| 19A | 19 (HongYun MOU Press Release) | September 9, 2021 | Hyzon | "the initial order of 100 vehicles is expected before the end of 2021" (¶ 367.) | Not Materially False or Misleading as Pleaded; Forward-Looking Statement Protected by Safe Harbor |

| Statement No. | Exhibit No. | Date | Alleged Speaker(s) | Alleged Misstatement (TAC ¶)[1] | Reason(s) Inactionable[2] |
|---|---|---|---|---|---|
| 19B | 19 (HongYun MOU Press Release) | September 9, 2021 | Hyzon | "HongYun Automobile focuses on providing logistics solutions primarily through hydrogen-powered fuel cell electric vehicles.  The company provides operation, leasing and maintenance service for customers across the country, including one of the world's largest steelmakers." (¶ 367.) | Not Materially False or Misleading as Pleaded |
| 19C | 19 (HongYun MOU Press Release) | September 9, 2021 | Hyzon | "The core team of the company has solid operation experience and master the real time vehicle data management" (¶ 367.) | Not Materially False or Misleading as Pleaded; Puffery |
| 19D | 19 (HongYun MOU Press Release) | September 9, 2021 | Hyzon | "At present, the company is focusing on the operation of hydrogen-powered heavy duty trucks by leveraging its rich end user resources in logistics industry." (¶ 367.) | Not Materially False or Misleading as Pleaded; Puffery |
| 20A | 20 (Blue Orca Response) | October 5, 2021 | Hyzon | HongYun "is a special purpose entity seeking to provide third-party clean energy logistics services to corporate customers." (¶ 372.) | Not Materially False or Misleading as Pleaded |
| 20B | 20 (Blue Orca Response) | October 5, 2021 | Hyzon | "HongYun is expected to order 100 trucks in 2021" (¶ 372.) | Not Materially False or Misleading as Pleaded; Forward-Looking Statement Protected by Safe Harbor |
| 20C | 20 (Blue Orca Response) | October 5, 2021 | Hyzon | "Hyzon expects that Shanghai HongYun will be able to leverage its existing relationships to enter into long-term logistics service agreements with end users for Hyzon's hydrogen-powered vehicles." (¶ 372.) | Not Materially False or Misleading as Pleaded; Forward-Looking Statement Protected by Safe Harbor |

| Statement No. | Exhibit No. | Date | Alleged Speaker(s) | Alleged Misstatement (TAC ¶)[1] | Reason(s) Inactionable[2] |
|---|---|---|---|---|---|
| 20D | 20 (Blue Orca Response) | October 5, 2021 | Hyzon | "Hyzon anticipates [HongYun's purchase orders] will include upfront deposits and installment payments." (¶ 372.) | Not Materially False or Misleading as Pleaded; Forward-Looking Statement Protected by Safe Harbor |
| 20E | 20 (Blue Orca Response) | October 5, 2021 | Hyzon | "Contrary to the short seller's claims, no customers or potential customers 'disappeared' from any investor presentation; rather, Hyzon anonymized certain customer and potential customer names in its July 2021 investor presentation." (¶ 337.) | Not Materially False or Misleading as Pleaded |
| 20F | 20 (Blue Orca Response) | October 5, 2021 | Hyzon | "Hyzon continues to engage in active discussions with a majority of the companies that the short seller report misleadingly claims 'disappeared' from its investor presentations, as well as with a large number of other prominent companies across the globe." (¶ 337.) | Not Materially False or Misleading as Pleaded |
| 21 | 21 (Q3 2021 Form 8-K and attached Press Release) | November 12, 2021 | Hyzon | "[Hyzon] [r]eceived the first two purchase orders, for 62 trucks in total, pursuant to terms of the previously announced MOU to supply Shanghai Hydrogen Hongyun Automotive." (¶ 377.) | Not Materially False or Misleading as Pleaded |
| 22 | 22 (Q3 2021 Earnings Call) | November 12, 2021 | Hyzon; Knight | "Hyzon has received the first two purchase orders from Shanghai Hydrogen HongYun Automotive in China for a total of 62 trucks. The end user of these trucks is a large industrial conglomerate" Pg. 3 (¶ 380.) | Not Materially False or Misleading as Pleaded |

| Statement No. | Exhibit No. | Date | Alleged Speaker(s) | Alleged Misstatement (TAC ¶)[1] | Reason(s) Inactionable[2] |
|---|---|---|---|---|---|
| 23A | 23 (3Q2021 Form 10-Q) | November 15, 2021 | Hyzon | Report of Hyzon's "first deliveries and revenues of $1.0 million."  Pg. 23 (¶ 341.) | *See supra* footnote 2. |
| 23B | 23 (3Q2021 Form 10-Q) | November 15, 2021 | Hyzon | Hyzon "recognized $1.0 million in sales of fuel cell vehicles for the three months ended September 30, 2021."  Pg. 12 (¶ 396.) | *See supra* footnote 2. |
| 23C | 23 (3Q2021 Form 10-Q) | November 15, 2021 | Hyzon | "Hyzon focuses on accelerating decarbonization starting with mobility through the manufacturing and supply of hydrogen fuel cell-powered commercial vehicles across the North American, European, and Australasian regions." Note 1.  Pg. 6 (¶ 341.) | Not Materially False or Misleading as Pleaded; Puffery |
| 23D | 23 (3Q2021 Form 10-Q) | November 15, 2021 | Hyzon | Hyzon's "commercial vehicle business is focused primarily on assembling and supplying battery-electric vehicles and fuel cell electric vehicles . . . ."  Pg. 22 (¶ 396.) | Not Materially False or Misleading as Pleaded |
| 24A | 24 (HongYun Delivery Press Release) | December 8, 2021 | Hyzon | Hyzon "deliver[ed] … 29 fuel cell electric trucks to be used by a major steel conglomerate in China through [HongYun]."  (¶ 383.) | Not Materially False or Misleading as Pleaded |
| 24B | 24 (HongYun Delivery Press Release) | December 8, 2021 | Hyzon | "HongYun plans to provide operation, leasing and maintenance services" (¶ 383.) | Not Materially False or Misleading as Pleaded; Forward-Looking Statement Protected by Safe Harbor |
| 24C | 24 (HongYun Delivery Press Release) | December 8, 2021 | Hyzon | "Hong[Y]un has further orders for 33 more trucks confirmed with Hyzon." (¶ 383.) | Not Materially False or Misleading as Pleaded |

| Statement No. | Exhibit No. | Date | Alleged Speaker(s) | Alleged Misstatement (TAC ¶)[1] | Reason(s) Inactionable[2] |
|---|---|---|---|---|---|
| 25 | 25 (FY 2021 Form 8-K and attached Press Release) | March 23, 2022 | Hyzon | Report of $5.1 million in GAAP revenue for Q4 2021, $6.0 million in revenue for FY 2021.  (¶ 402.) | *See supra* footnote 2. |
| 26A | 26 (FY 2021 Earnings Call) | March 23, 2022 | Hyzon; Gordon | "Full year revenues were $6 million."  Pg. 6 (¶ 402.) | *See supra* footnote 2. |
| 26B | 26 (FY 2021 Earnings Call) | March 23, 2022 | Hyzon; Gordon | "We took the full charge to the cost of sales for vehicles sold in China, which was only partially offset by the collected revenues for those sales in 2021."  Pg. 6 (¶ 402.) | *See supra* footnote 2. |
| 26C | 26 (FY 2021 Earnings Call) | March 23, 2022 | Hyzon; Gordon | "We expect another large portion of cash for the vehicles delivered in China during 2021 to be collected in 2022." Pg. 6 (¶ 402.) | Not Materially False or Misleading as Pleaded; Forward-Looking Statement Protected by Safe Harbor; Opinion |
| 26D | 26 (FY 2021 Earnings Call) | March 23, 2022 | Hyzon; Gordon | "Once this customer has a longer operating history, we anticipate booking more revenues upfront."  Pg. 6 (¶6 402.) | Not Materially False or Misleading as Pleaded; Forward-Looking Statement Protected by Safe Harbor; Opinion |
| 26E | 26 (FY 2021 Earnings Call) | March 23, 2022 | Hyzon; Gordon | "It's a little strange accounting treatment, but what we're waiting for is for HongYun to have more operating history."  Pg. 10 (¶ 402.) | Not Materially False or Misleading as Pleaded; Forward-Looking Statement Protected by Safe Harbor; Opinion |

| Statement No. | Exhibit No. | Date | Alleged Speaker(s) | Alleged Misstatement (TAC ¶)[1] | Reason(s) Inactionable[2] |
|---|---|---|---|---|---|
| 27A | 27 (FY 2021 Form 10-K) | March 30, 2022 | Hyzon | Hyzon "recognized $6.0 million in sales of FCEVs, of which $2.2 million was recognized in the European region." Pg. 100 (¶ 406.) | *See supra* footnote 2. |
| 27B | 27 (FY 2021 Form 10-K) | March 30, 2022 | Hyzon | "The accompanying consolidated financial statements and related disclosures have been prepared in accordance with accounting principles generally accepted in the United States of America ('U.S. GAAP') pursuant to the requirements and rules of the Securities and Exchange Commission ('SEC')." Pg. 89. (¶ 407.) | *See supra* footnote 2. |
| 27C | 27 (FY 2021 Form 10-K) | March 30, 2022 | Hyzon | "[O]ur management has performed additional analyses, reconciliations, and other post-closing procedures and has concluded that, notwithstanding the material weakness in our internal control over financial reporting, the consolidated financial statements for the periods covered by and included in this Annual Report on Form 10-K fairly present, in all material respects, our financial position, results of operations and cash flows for the periods presented in conformity with U.S. GAAP." Pg. 118 (¶ 407.) | Not Materially False or Misleading as Pleaded |
| 27D | 27 (FY 2021 Form 10-K) | March 30, 2022 | Hyzon | Description of Hyzon's policy for revenue recognition. Pg. 90 (¶ 408.) | *See supra* footnote 2. |

| Statement No. | Exhibit No. | Date | Alleged Speaker(s) | Alleged Misstatement (TAC ¶)[1] | Reason(s) Inactionable[2] |
|---|---|---|---|---|---|
| 27E | 27 (FY 2021 Form 10-K) | March 30, 2022 | Knight; Gordon | "Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report." Exhibits. 31.1 and 31.2 (¶ 411.) | Not Materially False or Misleading as Pleaded |
| 27F | 27 (FY 2021 Form 10-K) | March 30, 2022 | Knight; Gordon | "The registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions): . . . Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting."  Exhibits 31.1 and 31.2 (¶ 411.) | Not Materially False or Misleading as Pleaded |
| 28 | 28 (Q1 2022 Form 8-K and attached Press Release) | May 6, 2022 | Hyzon | Report of $0.4 million in revenue for Q1 2022.  (¶ 414.) | *See supra* footnote 2. |
| 29 | 29 (Q1 2022 Earnings Call) | May 6, 2022 | Hyzon | Report of $0.4 million in revenue for Q1 2022.  Pg. 7 (¶ 414.) | *See supra* footnote 2. |

| Statement No. | Exhibit No. | Date | Alleged Speaker(s) | Alleged Misstatement (TAC ¶)[1] | Reason(s) Inactionable[2] |
|---|---|---|---|---|---|
| 30 | 30 (Q1 2022 Form 10-Q) | May 13, 2022 | Hyzon | Report of $0.4 million in revenue for Q1 2022.  Pg. 9 (¶ 414.) | *See supra* footnote 2. |