**APPENDIX 2**
**Additional Documents Relied on in Plaintiff's Consolidated Third Amended Complaint**

| Exhibit No. | Date | Description | Citation (TAC ¶)[1] |
|---|---|---|---|
| 31 | Sept. 28, 2021 | Blue Orca Report | 14, 16, 74, 159-71, 174, 240-41, 351, 368, 428, 448, 454-55, 460, 493 |
| 32 | Oct. 6, 2021 | Iceberg Report | 71, 179, 493 |
| 33 | Nov. 23, 2021 and June 23, 2023 | Historical Hyzon Share Prices, Yahoo Finance | 185[2] |
| 34 | Apr. 12, 2022 | Press Release, Hyzon Motors Appoints Samuel Chong as Chief Financial Officer | 206 |
| 35 | Aug. 4, 2022 | Current Report on Form 8-K | 19, 209, 392, 417, 493 |
| 36 | Mar. 13, 2023 | Current Report on Form 8-K | 22-23, 221-26 |
| 37 | Mar. 14, 2023 | Amended Quarterly Report on Form 10-Q/A for the period ended September 30, 2021 (Q3 2021) | 22, 227-28 |
| 38 | Mar. 14, 2023 | Amended Annual Report on Form 10-K/A for the period ended December 31, 2021 (FY 2021) | 22, 227, 186, 229-34, 403, 409, 421 |
| 39 | Mar. 14, 2023 | Amended Quarterly Report on Form 10-Q/A for the period ended March 31, 2022 (Q1 2022) | 22, 227, 235 |

[1]     This Appendix identifies certain additional documents that Plaintiff relies on in the TAC, but which are not alleged to contain misstatements, as relevant to Defendants' motion to dismiss. *Kabrovski* v. *City of Rochester, New York*, 149 F. Supp. 3d 413, 418 (W.D.N.Y. 2015) (considering documents referenced by plaintiff as "integral to the [c]omplaint" when deciding motion to dismiss).

[2]     The Court may take judicial notice of Hyzon's historical stock price. *Acticon AG* v. *China N.E. Petroleum Holdings Ltd.*, 692 F.3d 34, 37 n.2 (2d Cir. 2012) ("We are entitled to take judicial notice of well publicized stock prices without converting the motion to dismiss into one for summary judgment.").

| Exhibit No. | Date | Description | Citation (TAC ¶)[1] |
|---|---|---|---|
| 40 | June 6, 2023 | Annual Report on Form 10-K for the year ended December 31, 2022 (FY 2022) | 236-39 |