UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                                               :
                                                               :
                                                               :
IN RE HYZON MOTORS INC.                                        :      Case No. 6:21-cv-06612-CJS-MWP
SECURITIES LITIGATION                                          :
                                                               :
                                                               :
                                                               :
                                                               :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

**DECLARATION OF LAURA KABLER OSWELL
IN SUPPORT OF HYZON DEFENDANTS' MOTION TO DISMISS
THE THIRD AMENDED CONSOLIDATED CLASS ACTION COMPLAINT**

LAURA KABLER OSWELL hereby declares under penalty of perjury as follows:

I am a member in good standing of the Bar of the State of California and have been admitted *pro hac vice* to practice before this Court.  (ECF Nos. 42, 51.)  I am a partner of the law firm of Sullivan & Cromwell LLP, counsel to defendants Hyzon Motors Inc. ("Hyzon"), Erik Anderson, Mark Gordon, George Gu, and Craig Knight (collectively, "Defendants") in the above-captioned action.

I submit this Declaration in support of Defendants' Motion to Dismiss the Third Amended Consolidated Class Action Complaint, and to put before the Court true and correct copies, to the best of my knowledge, of the documents described below and annexed hereto.

1.      Attached as Exhibit 1 is a true and correct copy of a press release entitled "Hyzon Motors, the Leading Hydrogen Fuel Cell Heavy Vehicle Company, Announces Business Combination with Decarbonization Plus Acquisition Corporation; Combined Company Expected to be Listed on Nasdaq," as filed with the Securities and Exchange Commission ("SEC") by Decarbonization Plus Acquisition Corporation ("DCRB") on February 9, 2021.

2.      Attached as Exhibit 2 is a true and correct copy of a transcript of an investor conference call, entitled "Hyzon Motors Business Combination with Decarbonization Plus Acquisition Corporation," as filed with the SEC by DCRB on February 9, 2021.

3.      Attached as Exhibit 3 is a true and correct copy of excerpts[1] of an investor presentation, entitled "Accelerating the Hydrogen Transition," as filed with the SEC by DCRB on February 9, 2021.

4.      Attached as Exhibit 4 is a true and correct copy of excerpts of an investor presentation, entitled "Accelerating the Hydrogen Transition," as filed with the SEC by DCRB on February 10, 2021.

5.      Attached as Exhibit 5 is a true and correct copy of excerpts of an investor presentation, entitled "Accelerating the Hydrogen Transition," as filed with the SEC by DCRB on February 12, 2021.

6.      Attached as Exhibit 6 is a true and correct copy of a press release, entitled "Hyzon Motors and Hiringa Energy advance partnership to decarbonize heavy road transport in New Zealand," which was issued by the pre-merger Hyzon Motors Inc. ("Legacy Hyzon") on February 17, 2021.

7.      Attached as Exhibit 7 is a true and correct copy of a February 17, 2021 Twitter post made by Legacy Hyzon, available at https://twitter.com/hyzonmotors/ status/1362043459444613124.

---

[1]      For certain exhibits, I have included only the excerpts that are "directly germane to the matter under consideration by the [C]ourt," as set forth in Rule 2(D)(i) of this Court's Administrative Procedures Guide for Electronic Filing.  Should the Court find it helpful, Defendants are prepared to provide the Court with complete versions of the documents referenced in these exhibits.

8.      Attached as Exhibit 8 is a true and correct copy of excerpts to the Annual Report on Form 10-K for the fiscal year ended December 31, 2020, as filed with the SEC by DCRB on March 1, 2021.

9.      Attached as Exhibit 9 is a true and correct copy of a press release, entitled "Hyzon Motors Announces 'Hydrogen Now™' Event To Showcase Virtual Ride Along in a Zero-Emission, Hydrogen Fuel Cell Powered Truck at Hyzon's Production-Ready Groningen Facility," which was issued by Legacy Hyzon on March 8, 2021.

10.     Attached as Exhibit 10 is a true and correct copy of a transcript of a fireside chat with Cowen, as filed with the SEC by DCRB on March 10, 2021.

11.     Attached as Exhibit 11 is a true and correct copy of excerpts of a preliminary proxy statement, as filed with the SEC by DCRB on March 17, 2021.

12.     Attached as Exhibit 12 is a true and correct copy of excerpts of an investor presentation, entitled "Hyzon Motors:  The Leader in Hydrogen Mobility," as filed with the SEC by DCRB on April 29, 2021.

13.     Attached as Exhibit 13 is a true and correct copy of excerpts to the Quarterly Report on Form 10-Q for the quarterly period ended March 31, 2020, as filed with the SEC by DCRB on May 24, 2021.

14.     Attached as Exhibit 14 is a true and correct copy of a transcript of a fireside chat with Bernstein, as filed with the SEC by DCRB on June 17, 2021.

15.     Attached as Exhibit 15 is a true and correct copy of excerpts of a definitive proxy statement, as filed with the SEC by DCRB on June 21, 2021.

16.     Attached as Exhibit 16 is a true and correct copy of excerpts of a transcript of a fireside chat with IPO Edge, as filed with the SEC by DCRB on June 30, 2021.

17.     Attached as Exhibit 17 is a true and correct copy of a press release, entitled "Hyzon Motors issues business update, confirms 2021 prior guidance and on track for 2022," which was issued by Legacy Hyzon on July 13, 2021.

18.     Attached as Exhibit 18 is a true and correct copy of excerpts of a July 19, 2021 investor presentation, entitled "Hyzon Motors: The Leader in Hydrogen Mobility."

19.     Attached as Exhibit 19 is a true and correct copy of a press release, entitled "Hyzon Motors to supply up to 500 hydrogen fuel cell electric vehicles to Shanghai logistics company," which was issued by Hyzon on September 9, 2021.

20.     Attached as Exhibit 20 is a true and correct copy of a press release, entitled "Hyzon Motors issues statement strongly rejecting misleading and inaccurate short seller report," which was issued by Hyzon on October 5, 2021.

21.     Attached as Exhibit 21 is a true and correct copy of a press release entitled "Hyzon Motors, Inc. Announces Third Quarter 2021 Financial and Operational Results with Significant Milestones Achieved and Building Momentum Across Asia, Europe, and North America," as filed with the SEC by Hyzon on November 12, 2021.

22.     Attached as Exhibit 22 is a true and correct copy of excerpts of a transcript of Hyzon's November 12, 2021 earnings call for the third quarter of 2021.

23.     Attached as Exhibit 23 is a true and correct copy of excerpts of the Quarterly Report on Form 10-Q for the quarterly period ended September 30, 2021 as filed with the SEC by Hyzon on November 12, 2021.

24.     Attached as Exhibit 24 is a true and correct copy of a press release, entitled "Hyzon Motors delivers 29 hydrogen fuel cell electric heavy duty trucks to reduce carbon emissions in the steel industry," which was issued by Hyzon on December 8, 2021.

-4-

25.     Attached as Exhibit 25 is a true and correct copy of a Current Report on Form 8-K and attached press release, entitled "Hyzon Motors Inc. reports full year and fourth quarter 2021 results, delivers fuel cell vehicles, playing a pivotal role in the transition to hydrogen," as filed with the SEC on March 23, 2022.

26.     Attached as Exhibit 26 is a true and correct copy of excerpts of a transcript of Hyzon's March 23, 2022 earnings call for the fourth quarter and full year of 2021.

27.     Attached as Exhibit 27 is a true and correct copy of excerpts to the Annual Report on Form 10-K for the fiscal year ended December 31, 2021, as filed with the SEC by Hyzon on March 30, 2022.

28.     Attached as Exhibit 28 is a true and correct copy of a Current Report on Form 8-K and attached press release entitled "Hyzon Motors Inc. reports first quarter 2022 financial and operational results," as filed with the SEC by Hyzon on May 6, 2022.

29.     Attached as Exhibit 29 is a true and correct copy of a transcript of Hyzon's May 6, 2022 first quarter 2022 earnings call.

30.     Attached as Exhibit 30 is a true and correct copy of excerpts to the Quarterly Report on Form 10-Q for the quarterly period ended March 31, 2022 as filed with the SEC by Hyzon on May 13, 2022.

31.     Attached as Exhibit 31 is a true and correct copy of a September 28, 2021 report regarding Hyzon Motors Inc. published by Blue Orca Capital.

32.     Attached as Exhibit 32 is a true and correct copy of an October 6, 2021 report regarding Hyzon Motors Inc. published by Iceberg Research.

33.     Attached as Exhibit 33 is a true and correct copy of the market price of Hyzon shares, as listed on Yahoo Finance, for the dates November 23, 2021 and June 23, 2023.

34.     Attached as <u>Exhibit 34</u> is a true and correct copy of a press release entitled "Hyzon Motors Appoints Samuel Chong as Chief Financial Officer," which was issued by Hyzon on April 12, 2022.

35.     Attached as <u>Exhibit 35</u> is as true and correct copy of a Current Report on Form 8-K, as filed with the SEC by Hyzon on August 4, 2022.

36.     Attached as <u>Exhibit 36</u> is a true and correct copy of a Current Report on Form 8-K, as filed with the SEC by Hyzon on March 13, 2023.

37.     Attached as <u>Exhibit 37</u> is a true and correct copy of excerpts to the Amended Quarterly Report on Form 10-Q/A for the quarterly period ended September 30, 2021, as filed with the SEC by Hyzon on March 14, 2023.

38.     Attached as <u>Exhibit 38</u> is a true and correct copy of excerpts to the Amended Annual Report on Form 10-K/A for the annual period ended December 31, 2021, as filed with the SEC by Hyzon on March 14, 2023.

39.     Attached as <u>Exhibit 39</u> is a true and correct copy of excerpts to the Amended Quarterly Report on Form 10-Q/A for the quarterly period ended March 31, 2022, as filed with the SEC by Hyzon on March 14, 2023.

40.     Attached as <u>Exhibit 40</u> is a true and correct copy of excerpts to the Annual Report on Form 10-K for the annual period ended December 31, 2022, as filed with the SEC by Hyzon on May 31, 2023.

41.     Attached as <u>Exhibit 41</u> is a true and correct copy of the July 17, 2023 transcript of the Telephonic Bench Ruling on Defendants' Motion to Dismiss in *Malork* v. *Anderson*, No. 2022-0260 (Del. Ch. July 7, 2023).

I declare under penalty of perjury that the foregoing is true and correct.

-7-

Executed in Palo Alto, California on September 13, 2023.

_/s/ Laura Kabler Oswell_
Laura Kabler Oswell