# Exhibit 7



**Hyzon Motors**
@hyzonmotors

···

We're excited to announce we have signed an agreement for the build and supply of up to 1,500 hydrogen fuel cell-powered trucks to New Zealand's Hiringa Energy by 2026. See the full announcement:
hyzonmotors.com/hyzon-motors-a...



9:17 AM · Feb 17, 2021

**40** Reposts    **16** Quotes    **190** Likes    **4** Bookmarks

