# Exhibit 9

# Hyzon Motors Announces "Hydrogen Now™" Event To Showcase Virtual Ride Along in a Zero-Emission, Hydrogen Fuel Cell Powered Truck at Hyzon's Production-Ready Groningen Facility

This live event has concluded.
You can watch the replay here.

**March 8, 2021, Rochester, NY and Groningen, Netherlands:** Hyzon Motors Inc. ("Hyzon" or "the Company"), a leading global supplier of zero-emission hydrogen fuel cell powered commercial vehicles, today announced that it will hold the "Hydrogen Now" livestreaming event, which will feature an online livestream of a virtual ride along in one of the Company's hydrogen fuel cell powered trucks. The virtual ride along will stream live from Hyzon's European facility in the Groningen area of the Netherlands. Opportunities for Q&A will follow for pre-registered members of the media.

As announced on February 9, 2021, Hyzon has entered into definitive agreement for a business combination with Decarbonization Plus Acquisition Corporation (NASDAQ: DCRB, DCRBW, DCRBU), a publicly-traded special purpose acquisition company (SPAC) that would result in Hyzon becoming a publicly listed company. Completion of the proposed transaction is subject to customary closing conditions, and is expected to occur in the second quarter of 2021.

Interested participants are invited to attend the virtual "Hydrogen Now" event to get a live look at the Hyzon fuel cell system, take a virtual seat behind the wheel, and go for a drive in a hydrogen fuel cell powered truck prior to its delivery to a local customer in Europe.

**What**: Hyzon Motors "Hydrogen Now" event with Virtual Ride Along in a Hydrogen Fuel Cell Powered Truck

**When**: Wednesday, March 17, 2021, 9:00 a.m. to 9:20 a.m. US Eastern Standard Time

**Where**: The livestream can be accessed at: www.hyzonmotors.com/virtualdrive0321

**Who**: Hyzon executives will provide brief remarks ahead of the "Hydrogen Now" event and will be available to press for Q&A following the event. Media may request a virtual press pass from Hyzon's US media contact.

Hyzon's European operations were formed through a joint venture between Hyzon Motors and Holthausen Clean Technology B.V. to produce high quality, locally built, zero-emission commercial vehicles.

The Groningen facility is already assembling hydrogen fuel cell powered heavy vehicles, and Hyzon is taking orders for deliveries of Hyzon-branded commercial vehicles worldwide. In fact, Hyzon and Hiringa Energy (New Zealand) recently announced that the two companies had signed a vehicle supply agreement. Hyzon is targeting the delivery of 1,500 fuel cell powered heavy trucks by 2026 as part of

Page 1

the agreement with Hiringa. As binding orders for those trucks are placed, Hyzon anticipates fulfilling them from the Groningen facility, with first shipments planned for the second half of 2021.

## Forward-Looking Statements

This press release includes "forward-looking statements" within the meaning of Section 27A of the Securities Act, and Section 21E of the Securities Exchange Act. All statements, other than statements of present or historical fact included in this press release, including those regarding Decarbonization Plus Acquisition Corporation's ("DCRB") proposed acquisition of the Company and DCRB's ability to consummate the transaction, are forward-looking statements. When used in this press release, the words "could," "should," "will," "may," "believe," "anticipate," "intend," "estimate," "expect," "project," the negative of such terms and other similar expressions are intended to identify forward-looking statements, although not all forward-looking statements contain such identifying words. These forward-looking statements are based on management's current expectations and assumptions about future events and are based on currently available information as to the outcome and timing of future events. Except as otherwise required by applicable law, DCRB and the Company disclaim any duty to update any forward looking statements, all of which are expressly qualified by the statements in this section, to reflect events or circumstances after the date of this press release. DCRB and the Company caution you that these forward-looking statements are subject to numerous risks and uncertainties, most of which are difficult to predict and many of which are beyond the control of either DCRB or the Company, including risks and uncertainties described in the "Risk Factors" section of Exhibit 99.3 of DCRB's Current Report on Form 8-K filed with the SEC on February 9, 2021 and other documents filed by DCRB from time to time with the SEC. These filings identify and address other important risks and uncertainties that could cause actual events and results to differ materially from those contained in the forward-looking statements. Hyzon gives no assurance that Hyzon will achieve its expectations.

## Hyzon Motors Contacts

**For US, Europe and Asia Media:**
Brian Brooks
H+K Strategies
713.858.8842
brian.brooks@hkstrategies.com

**For Australian Media:**
Fraser Beattie Cannings Purple
fbeattie@canningspurple.com.au

**For Investors:**
Caldwell Bailey ICR, Inc.
HyzonMotorsIR@icrinc.com