# Exhibit 12

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
WASHINGTON, D.C. 20549

**SCHEDULE 14A**
(Rule 14a-101)

**Proxy Statement Pursuant to Section 14(a) of the**
**Securities Exchange Act of 1934**

(Amendment No.   )

Filed by the Registrant ☒ Filed by a Party other than the Registrant ☐

Check appropriate box:
☐  Preliminary Proxy Statement
☐  **Confidential, For Use of the Commission Only (as permitted by Rule 14a-6(e)(2))**
☐  Definitive Proxy Statement
☐  Definitive Additional Materials
☒  Soliciting Material under Rule 14a-12

# DECARBONIZATION PLUS ACQUISITION CORPORATION
(Name of Registrant as Specified in Its Charter)

(Name of Person(s) Filing Proxy Statement, if Other Than the Registrant)

Payment of filing fee (Check the appropriate box):

☒  No fee required.

☐  Fee computed on table below per Exchange Act Rules 14a-6(i)(1) and 0-11.

(1)  Title of each class of securities to which transaction applies:

(2)  Aggregate number of securities to which transaction applies:

(3)  Per unit price or other underlying value of transaction computed pursuant to Exchange Act Rule 0-11 (set forth the amount on which the filing fee is calculated and state how it was determined):

(4)  Proposed maximum aggregate value of transaction:

(5)  Total fee paid:

☐  Fee paid previously with preliminary materials:

☐  Check box if any part of the fee is offset as provided by Exchange Act Rule 0-11(a)(2) and identify the filing for which the offsetting fee was paid previously. Identify the previous filing by registration statement number, or the Form or Schedule and the date of its filing.

(1)  Amount Previously Paid:

(2)  Form, Schedule or Registration Statement No.:

(3)  Filing Party:

(4)  Date Filed:



# Disclaimer

FORWARD-LOOKING STATEMENTS

This presentation (this "Presentation") includes "forward-looking statements" within the meaning of the "safe harbor" provisions of the United States Private Securities Litigation Reform Act of 1995. Forward-looking statements may be identified by the use of words such as "estimate," "plan," "project," "forecast," "intend," "expect," "anticipate," "believe," "seek," or other similar expressions that predict or indicate future events or trends or that are not statements of historical matters. These forward-looking statements include, but are not limited to, statements regarding estimates and forecasts of other financial and performance metrics and projections of market opportunity and market share. These statements are based on various assumptions, whether or not identified in this Presentation, and on the current expectations of management of Hyzon Motors Inc. ("Hyzon" or the "Company") and Decarbonization Plus Acquisition Corporation ("DCRB") and are not predictions of actual performance. These forward-looking statements are provided for illustrative purposes only and are not intended to serve as, and must not be relied on by any investor as, a guarantee, an assurance, a prediction or a definitive statement of fact or probability. Actual events and circumstances are difficult or impossible to predict and will differ from assumptions. Many actual events and circumstances are beyond the control of Hyzon and DCRB. These forward-looking statements are subject to a number of risks and uncertainties, including changes in domestic and foreign business, market, financial, political and legal conditions; the inability of the parties to successfully or timely consummate the proposed business combination between Hyzon and DCRB and related transactions (the "Proposed Business Combination"), including the risk that any required regulatory approvals are not obtained, are delayed or are subject to unanticipated conditions that could adversely affect the combined company or the expected benefits of the Proposed Business Combination or that the approval of the stockholders of DCRB or Hyzon is not obtained; failure to realize the anticipated benefits of the Proposed Business Combination; risks relating to the uncertainty of the projected financial information with respect to Hyzon; risks related to the rollout of Hyzon's business and the timing of expected business milestones; the effects of competition on Hyzon's business; the amount of redemption requests made by DCRB's public stockholders; the ability of DCRB or the combined company to issue equity or equity-linked securities in connection with the Proposed Business Combination or in the future; and those factors discussed in DCRB's preliminary proxy statement filed with the Securities and Exchange Commission (the "SEC") on March 17, 2021 under the heading "Risk Factors" and other documents of DCRB filed, or to be filed, with the SEC. If any of these risks materialize or our assumptions prove incorrect, actual results could differ materially from the results implied by these forward-looking statements. There may be additional risks that neither DCRB nor Hyzon presently know or that DCRB and Hyzon currently believe are immaterial that could also cause actual results to differ from those contained in the forward-looking statements. In addition, forward-looking statements reflect DCRB's and Hyzon's expectations, plans or forecasts of future events and views as of the date of this Presentation. DCRB and Hyzon anticipate that subsequent events and developments will cause DCRB's and Hyzon's assessments to change. However, while DCRB and Hyzon may elect to update these forward-looking statements at some point in the future, DCRB and Hyzon specifically disclaim any obligation to do so. These forward-looking statements should not be relied upon as representing DCRB's and Hyzon's assessments as of any date subsequent to the date of this Presentation. Accordingly, undue reliance should not be placed upon the forward-looking statements. Neither Hyzon, DCRB, nor any of their respective affiliates have any obligation to update this Presentation.

INDUSTRY AND MARKET DATA

Although all information and opinions expressed in this Presentation, including market data and other statistical information, were obtained from sources believed to be reliable and are included in good faith, Hyzon and DCRB have not independently verified the information and make no representation or warranty, express or implied, as to its accuracy or completeness. Some data is also based on the good faith estimates of Hyzon and DCRB, which are derived from their respective reviews of internal sources as well as the independent sources described above. This Presentation contains preliminary information only, is subject to change at any time and, is not, and should not be assumed to be, complete or to constitute all the information necessary to adequately make an informed decision regarding your engagement with Hyzon and DCRB.

USE OF PROJECTIONS

This Presentation contains projected financial information with respect to Hyzon. Such projected financial information constitutes forward-looking information, is for illustrative purposes only and should not be relied upon as necessarily being indicative of future results. The assumptions and estimates underlying such projected financial information are inherently uncertain and are subject to a wide variety of significant business, economic, competitive and other risks and uncertainties that could cause actual results to differ materially from those contained in the projected financial information. See "Forward-Looking Statements" paragraph above. Actual results may differ materially from the results contemplated by the projected financial information contained in this Presentation, and the inclusion of such information in this Presentation should not be regarded as a representation by any person that the results reflected in such information will be achieved. Neither DCRB's nor Hyzon's independent auditors have audited, reviewed, compiled or performed any procedures with respect to the projections for the purpose of their inclusion in this Presentation, and accordingly, neither of them expressed an opinion or provided any other form of assurance with respect thereto for the purpose of this Presentation.

IMPORTANT INFORMATION FOR INVESTORS AND SHAREHOLDERS

In connection with the Proposed Business Combination, DCRB will file a definitive proxy statement and other relevant documents with the SEC. Stockholders and other interested persons are urged to read the proxy statement and any other relevant documents filed with the SEC when they become available because they will contain important information about DCRB, Hyzon and the Proposed Business Combination. Stockholders will be able to obtain a free copy of the proxy statement (when filed), as well as other filings containing information about DCRB, Hyzon and the Proposed Business Combination, without charge, at the SEC's website located at www.sec.gov.

HYZON | DCRB+

2

[Page 2]

# Disclaimer (cont.)

PARTICIPANTS IN SOLICITATION

DCRB, Hyzon and their directors and executive officers and other persons may be deemed to be participants in the solicitations of proxies from DCRB's stockholders in respect of the Proposed Business Combination and the other matters set forth in the definitive proxy statement. Information regarding DCRB's directors and executive officers is available under the heading "Information About DCRB" in DCRB's preliminary proxy statement related to the Proposed Business Combination filed with the SEC on March 17, 2021. Additional information regarding the participants in the proxy solicitation and a description of their direct and indirect interests, by security holdings or otherwise, will be contained in the proxy statement relating to the Proposed Business Combination when it becomes available.

FINANCIAL INFORMATION; NON-GAAP FINANCIAL MEASURES

The financial information and data contained in this Presentation is unaudited and does not conform to Regulation S-X promulgated under the Securities Act of 1933, as amended. Accordingly, such information and data may not be included in, may be adjusted in or may be presented differently in, any proxy statement to be filed by DCRB with the SEC. Some of the financial information and data contained in this Presentation, such as EBITDA and EBITDA Margin, have not been prepared in accordance with United States generally accepted accounting principles ("GAAP"). DCRB and Hyzon believe that these non-GAAP financial measures provide useful information to management and investors regarding certain financial and business trends relating to Hyzon's financial condition and results of operations. DCRB and Hyzon believe that the use of these non-GAAP financial measures provides an additional tool for investors to use in evaluating projected operating results and trends in and in comparing Hyzon's financial measures with other similar companies, many of which present similar non-GAAP financial measures to investors. Management does not consider these non-GAAP measures in isolation or as an alternative to financial measures determined in accordance with GAAP. The principal limitation of these non-GAAP financial measures is that they exclude significant expenses and income that are required by GAAP to be recorded in Hyzon's financial statements. In addition, they are subject to inherent limitations as they reflect the exercise of judgments by management about which expenses and income are excluded or included in determining these non-GAAP financial measures.

TRADEMARKS AND TRADE NAMES

Hyzon and DCRB own or have rights to various trademarks, service marks and trade names that they use in connection with the operation of their respective businesses. This Presentation also contains trademarks, service marks and trade names of third parties, which are the property of their respective owners. The use or display of third parties' trademarks, service marks, trade names or products in this Presentation is not intended to, and does not imply, a relationship with Hyzon or DCRB, or an endorsement or sponsorship by or of Hyzon or DCRB. Solely for convenience, the trademarks, service marks and trade names referred to in this Presentation may appear with the ®, TM or SM symbols, but such references are not intended to indicate, in any way, that Hyzon or DCRB will not assert, to the fullest extent under applicable law, their rights or the right of the applicable licensor to these trademarks, service marks and trade names.

3

HYZON | DCRB⁺

[Page 3]



[Page 5]

# Transaction Summary

| | |
|---|---|
| **Offering Size** | • Decarbonization Plus Acquisition Corporation (NASDAQ: DCRB) is a publicly listed special purpose acquisition company with approximately $226 million of cash held in trust. DCRB entered into a business combination agreement with Hyzon in Q1 2021<br>• Committed PIPE of $400 million, with Blackrock, Fidelity, Wellington, Federated Hermes and others |
| **Valuation** | • Transaction reflects a $2.1 billion enterprise value for Hyzon with a strong balance sheet<br>• Implies a steep discount to peer trading levels |
| **Pro-Forma Capital Structure** | • Net of transaction expenses, Hyzon will have $576 million of cash to fund operations and growth[1]<br>• No additional capital requirements necessary to deliver on near-term business plan |
| **Pro-Forma Ownership[2]** | • ~75% existing Hyzon shareholders, ~10% SPAC and founder shares, 15% PIPE investors |
| **Listing / Ticker** | • NASDAQ: HYZN (post-merger) |

**Decarbonization Team & Investment Focus**

**Erik Anderson | Chief Executive Officer**
- Founder & CEO, WestRiver Group
- Exclusive focus on innovation economy, disrupter/attacker business models, brand leaders in breakthrough categories
- Early-stage investor history: Docusign, Teledoc, TopGolf

**Robert Tichio | Chairman**
- 14-year history, Riverstone Holdings LLC
- Partner; Menlo Park & New York
- ESG & Sustainability investment strategy oversight

- DCRB priced IPO in October 2020
- Evaluated over two dozen platforms in target verticals since IPO
- Exclusive focus on six decarbonization families

1. Electrification of transport
2. Greening of fossil fuels
3. Grid flexibility & resilience
4. Agriculture
5. Next generation liquids fuels (e.g., hydrogen)
6. Next horizon resource use (e.g., smart buildings)

[1] Assumes no redemptions from public stockholders of DCRB. [2] Over 50% of the pro-forma ownership to be held by Horizon.

Today's speakers   6


HYZON | DCRB

[Page 6]

# Investment Overview

**Select Thesis Highlights**

- Hyzon provides equity investors with **the only pure-play, independent hydrogen mobility company** targeting the Commercial Vehicle and Heavy Duty transportation segments

- **$55 million of backlog under contract or MOU** (up from $40 million in February 9, 2021 transaction announcement **presentation)**; commercial relationships include blue-chip Fortune 100s and municipalities with exceptional (and rapidly growing) 2022+ visibility

- Revenues rooted in sales to customers with **existing and secured hydrogen production / supply** – hydrogen infrastructure investments will be opportunistic, with recurring revenue potential

- 80% of near-term backlog to customers in **Europe, Asia and Australia**

- Existing **global footprint with 150,000 square feet of facilities** in New York and The Netherlands (including Hyzon Engineering Center established in the former GM Fuel Cell facility in Honeoye Falls, New York)

- Captive, proven fuel cell technology with superior competitive performance against other fuel cell products; Hyzon plans to **produce its own fuel cells**

- **Experienced fuel cell and automotive sector management team**

- 100% of existing investors, including Total and Piëch-Nordhoff family (Porsche family office), to roll equity, with **no secondary proceeds**

**Expanding Top Tier Customers / End Users / Partners**

FrieslandCampina | VIVA Energy Australia | FMG Fortescue | Korea Zinc | NEOM | MAUFFREY TRANSPORT ET LOGISTIQUE | RUSSELL Logistics

CENTURION | BANK OF AMERICA | Berlin | Port of Antwerp | Port de Barcelona | TOTAL | EDEKA | Gemeente Groningen | AXA

8

HYZON | DCRB

# Hyzon Motors is the Investible Hydrogen Mobility Solutions Provider

Key investment highlights

| Company Highlights | Key Investment Highlights |
|---|---|
| **>$200B**<br>Total Addressable Market[1]<br>(Global Diesel Engine Market) | First Mover with Heavy Duty Trucks on the Road[2] |
| **~500**<br>Vehicles Powered to Date[2] | Easy Access to Hydrogen with Unique Back-to-Base Model |
| | Credible Backlog with a Robust Sales Pipeline |
| **~$970M**<br>2023 Projected Revenue | Asset Light Production and Assembly Strategy |
| | Captive Fuel Cell Technology and IP |
| **~$2B / $12.5B[3]**<br>3-Year Pipeline / 5-Year Pipeline | TAM Extends to Rail, Aviation, Marine |
| | Substantial Recurring Revenue Potential from Hydrogen Supply (Hyzon Zero Carbon) |
| **Highest power density of any fuel cell available today** | Singular Focus on Hydrogen Solutions |

### HYZON IS THE ONLY PURE-PLAY HYDROGEN HEAVY VEHICLE COMPANY

[1] Global diesel engine market estimated by third party research. [2] By Horizon before the creation of Hyzon. [3] Projected revenue for specified time periods.

9

HYZON | DCRB⁺



**Strategy & Operations**

Craig Knight – Chief Executive Officer, Hyzon Motors

HYZON | DCRB⁺

STRATEGY & OPERATIONS

## Hyzon Is a Leader in the Global Decarbonization of Commercial Transport; Strategy Anchored in Key Attributes

    

| Leading Technology | Focus on Commercial Market | Global Operations | Experienced Management Team | Exceptional Growth Potential |
|---|---|---|---|---|
| Nearly 20 years of development behind Hyzon's core technology – the high-power density hydrogen fuel cell | High-utilization, back-to-base business model drives superior economics; added scale and infrastructure to drive down TCO and open regional and long-haul markets | Hyzon already serving customers in Europe, to build out operations in U.S. and Middle East | Founders and executive management have extensive experience across fuel cell and automotive sectors | Commercial fuel cell electric vehicle market expected to grow 34% annually to 2030[1] |

[1] Source: McKinsey Center for Future Mobility

24

HYZON | DCRB

[Page 24]

STRATEGY & OPERATIONS

## Select Hyzon News Since Deal Announcement on February 9, 2021

### Commercial

Announced that production of 15 hydrogen vehicles for delivery to Groningen Municipality has begun and is ongoing; first deliveries expected in Q3 2021

Announced vehicle supply agreement to supply trucks to New Zealand-based Hiringa Energy; first deliveries expected by EOY 2021

### Strategic

U.S.' largest membrane electrode assembly (MEA) production facility outside Chicago under construction

Launched commercial vehicle leasing service for customers in the European Union

### Leadership

Appointed Adam Kroll to newly created position of Chief Administrative Officer

Appointed Barry Hollingsworth as Controller

### Partnerships

Announced collaboration with NEOM project in Saudi Arabia to pursue a joint venture to provide commercial vehicles for $500 billion zero-carbon city development

Announced partnership with Raven SR for construction of waste-to-fuel hydrogen production hubs to serve truck fleets

Announced the founding of Hyzon Zero Carbon Alliance along with 9 international partners to promote the transition to cleaner hydrogen fuel cell electric vehicles

**HYZON IS ON TRACK TO DELIVER VEHICLES TO CUSTOMERS ON FOUR CONTINENTS IN 2021**

25

HYZON | DCRB

[Page 25]

# Hyzon Announces Entry to Middle East Market

Tripartite MOU between Hyzon, NEOM and Modern Industrial to launch Hyzon presence in the GCC region

## Hyzon Middle East (ME)

**NEAR-TERM**

**Building on Hyzon's operations in Asia-Pacific, Europe and North America, Hyzon ME intends to develop an assembly facility at NEOM with a nameplate capacity of 10,000 vehicles per annum[1]**

- Hyzon ME recently announced a partnership with Modern Industrial, a leading Saudi Arabian industrials group, and NEOM, a planned zero carbon city in the Kingdom of Saudi Arabia
- Hyzon aims to begin to supply vehicles to NEOM in 2021
- Hyzon ME anticipates working closely with NEOM partners and stakeholders and anticipates significant fleet deployments within NEOM

**LONGER-TERM**

**As the Kingdom of Saudi Arabia (KSA), and the countries in the Gulf Cooperation Council (GCC) decarbonize…**

- Hyzon ME plans to position itself to be able to assemble medium and heavy commercial vehicles to serve the needs of the whole of KSA
- The export market beyond KSA is significant, with several high-profile hydrogen projects across the GCC

## Introduction to NEOM and Modern

**Neom and Modern, ideal partners to launch an exciting new phase in Hyzon's development**

- Neom has the largest announced green hydrogen project in the world, and is focused on developing a zero-carbon, green energy-powered city of the future
- Modern Industrial Investment Holding Group is a diversified industrial group, with interests in chemicals, mining, steel and healthcare




**THE GULF REGION – WITH ABUNDANT SUNSHINE AND WIND – REPRESENTS ONE OF THE LARGEST GROWTH FRONTIERS FOR GREEN HYDROGEN**

[1] The Tripartite MOU sets out the current aims of the parties with respect to the project, but such aims will not constitute binding obligations on any party thereto until definitive agreements are executed.

26

HYZON | DCRB

[Page 26]

## Hyzon Announces Initial Rollout of Waste-to-Hydrogen Hubs in California

### California, USA



Initial hubs expected

Hyzon to acquire a minority interest in Raven SR as part of a new strategic partnership[1]

The partnership will include the construction of up to 100 waste-to-hydrogen hubs

First 2 hubs planned to be built in California in 2022

Each hub is expected to produce between 4 and 15 tons of hydrogen per day, fueling up to 300 heavy-duty trucks

In California, the cost of hydrogen will be negative with the LCFS credits, allowing Hyzon to sell at competitive prices

The hubs are expected to produce hydrogen through a Steam/$CO_2$ reforming process that involves no incineration and therefore no pollutants

This process produces a cleaner syngas that is richer in hydrogen (by approximately 50-60%) and has greater hydrogen yield than many competing technologies

The hydrogen will be used to fuel garbage trucks as well as other local vehicles

Localized hydrogen from localized waste

The MOU sets out the current aims of the parties with respect to the strategic partnership, but such aims will not constitute binding obligations on any party thereto until definitive agreements are executed.

27

HYZON | DCRB⁺

[Page 27]

# Hyzon's Focus Is on Mobility Markets with Large Long-Term Potential

Transportation market segmentation





Source: IEA ETP; IHS; A Portfolio of Powertrains for Europe (2010); Thiel (2014); Hydrogen Council

31

HYZON | DCRB

[Page 31]



## Hydrogen is Superior in Heavy Duty and High Utilization Use Cases

Structural advantages versus battery alternatives

BATTERY WEIGHT AND CHARGING TIMES ARE MATERIAL ISSUES FOR BEV TRUCKS

STRATEGY & OPERATIONS

**Advantages of Hydrogen over BEV**

- Faster Refueling ✓
- Better Range ✓
- Environmentally Cleaner ✓
- Higher Payload ✓

In the US, the max weight allowance for Class 8 trucks is 36 tons (approximately 80,000 lbs)

The weight of the truck without the battery is ~7-8 tons and the **battery can weigh up to 5 to 8 tons[1]**

A hydrogen fuel cell truck has the potential to generate more revenue because it can carry more weight and **can operate for 24 hours without the need for long recharging times**

Hydrogen enables autonomy in high utilization, 24/7 assets with significant advantages over battery technology
**Hyzon has entered into a collaboration agreement aiming to deploy the world's first fully autonomous, zero-emission truck currently targeted for 2021**

> The problem is that batteries are big and heavy. The more weight you're trying to move, the more batteries you need to power the vehicle. But the more batteries you use, the more weight you add—and the more power you need.
>
> Even with big breakthroughs in battery technology, electric vehicles will probably never be a practical solution for things like 18-wheelers, cargo ships, and passenger jets. Electricity works when you need to cover short distances, but we need a different solution for heavy, long-haul vehicles.
>
> **BILL GATES**
> SEP-2020

[1] Public sources.

32

HYZON | DCRB

[Page 32]



STRATEGY & OPERATIONS

## Global Footprint to Address a Global Market

Hyzon's Current and Planned Facilities

**Detroit, Michigan, USA**
Vehicle Innovation facility

**Bolingbrook, Illinois, USA**
Membrane Electrode Assembly production

**Rochester, New York, USA**
Corporate headquarters
Vehicle integration center
Fuel cell production and testing facility

**Groningen, The Netherlands**
Vehicle Assembly
Technology Development
Fully Operational

**NEOM, Saudi Arabia**
Vehicle Assembly
✓ Targeted annual capacity of up to 10,000 vehicles

Note: US facilities are under construction; NEOM facility expected to be developed under JV with Modern Industrial contemplated in the Tripartite MOU, which sets out the current aims of the parties with respect to the project. Such aims will not constitute binding obligations on any party thereto until definitive agreements are executed.

34

HYZON | DCRB⁺

[Page 34]





**STRATEGY & OPERATIONS**

## Public Sector Seed Sales Lead to Large Near-Term Demand

Light, medium and heavy-duty truck orders by municipalities and public entities

Select Government and Municipality Customers

| | COUNTRY | 2021 / 2022 HYZON ORDERS | REVENUE | STATUS |
|---|---|---|---|---|
| CHINESE MUNICIPALITY | | ~300 | ~$60M | Contracted[1] |
| PORT OF BARCELONA | | 100 | ~$50M | Adv. Discussions |
| PORT OF ANTWERP | | 50 | ~$12M | Adv. Discussions |
| MUNICIPALITY OF GRONINGEN | | 18 | ~$8M | Contracted[4] |
| MUNICIPALITY OF ABERDEEN | | 1 (+15) | ~$10M[2] | Qualified[3,4] |
| MUNICIPALITY OF NOORDENVELD | | 6 | ~$4M | Adv. Discussions |
| MUNICIPALITY OF BARCELONA | | 4 | ~$2M | Adv. Discussions |
| MUNICIPALITY OF BERLIN | | 1 (+4) | ~$1M[2] | Qualified[3] |
| MUNICIPALITY OF AMSTERDAM | | 3 | ~$1M | Contracted[4] |

The European green deal and a global push to decarbonization is driving the public sector to seek green solutions for vehicle fleets

[1]Horizon has an MOU for future deployment of trucks to certain Chinese municipalities, a substantial portion of which are projected to be delivered by Hyzon. [2]Assumes conversion of potential orders in adjacent column to completed sales. [3]A third party firm has qualified to fulfill both of these orders and Hyzon has contracted to provide one validation unit to that firm, with all additional units pending contracting, 2022 deliveries. [4] Contracted with Holthausen Clean Technology Investments B.V., Hyzon Europe's joint venture partner. Orders are expected to be fulfilled by Hyzon under a vehicle purchase agreement between Holthausen and Hyzon Europe's joint venture with Holthausen, which is being finalized.

36

HYZON | DCRB⁺

## Hyzon's Aim Is to Grow with Existing Fleet Customers, with Each Win Having the Potential to Grow into Substantial (and Recurring) Revenue

Hyzon expects to exceed its business plan with very few additional key customers



| | | SEED THE MARKET (2021 ORDERS GROWING) | | | GROW THE MARKET (2022 – 2024, BACKLOG BUILDING) | | | MATURE VOLUMES (AFTER 2025) | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | CUSTOMER | CATEGORY | QUANTITY | $ MM | TOTAL FLEET | QUANTITY | HYZON REVENUE $MM | TOTAL FLEET | HYZON VOL. @ 20% SHARE | HYZON REVENUE $MM |
| **Customers** | Customer 1 | Class 8 | 100 | 20 | Class 6, 8 | 1,400+ | 500+ | 15,000 | 3,000 | 1,200+ |
| | Customer 2 | Class 8 | 20 | 9 | Class 8 | 1,400+ | 500+ | 8,500 | 1,700 | 800+ |
| | Customer 3 | Coach Bus | 10 | 8 | Bus, Other | 100+ | 60+ | 2,000 | 400 | 250+ |
| | Customer 4 | Class 8 | 10 | 4 | Class 6, 8 | 1,000+ | 300+ | 30,000 | 6,000 | 1,800+ |

**Vehicles[1]**

| | |
|---|---|
| FUEL CELL | New York, Shanghai |
| CHASSIS | Ford   FREIGHTLINER   DAF |
| ASSEMBLY | FONTAINE   HOLTHAUSEN |

GROW THE MARKET: Formalize Partnership with existing rolling chassis providers — Ford   FREIGHTLINER   DAF

MATURE VOLUMES: Development of own captive chassis with third party providers — Autocar (Class 8)   DETROIT CHASSIS LLC (Class 8)

| SERVICE: HYZON + CUSTOMER | SERVICE: HYZON + CUSTOMER | SERVICE: HYZON + CUSTOMER |
|---|---|---|

**Hydrogen Source**

| | | |
|---|---|---|
| On-site customer supply (95% of existing customers) Existing hydrogen stations (5% of existing customers) | Hyzon-created capacity (~25%) On-site supply and existing stations (~75%) | Hyzon network (50%)   3rd Party capacity (50%) |
| LEVERAGE EXISTING SUPPLY | BUILD HYZON / PARTNER SUPPLY | HYZON AND 3RD PARTY SUPPLY ESTABLISHED |

Source: Management data and projections [1] Chassis and assembly suppliers indicative of anticipated relationships.

37

HYZON | DCRB

[Page 37]



STRATEGY & OPERATIONS

# Captive Technology Allows Hyzon to Pursue Massive TAM in Transportation Adjacencies

More than heavy duty trucks

**IN THE FUTURE, AUTOMATION TECHNOLOGY COULD ENSURE FAR GREATER ASSET UTILIZATION ACROSS ALL VEHICLE SEGMENTS, FURTHER FAVORING "FAST FUELING" HYDROGEN SOLUTIONS**

Hyzon's fuel cell technology is suited to diesel engine substitution across industries

**Secular Tailwinds**

Emissions regulations
Green targets and mandates
Evolving financing methods incl. subsidies
Infrastructure buildout
Falling cost of technology

### >$200B

**Total diesel engine market globally**



Hyzon's initial focus is on the large heavy duty truck market, with 2.2M Class 8 tractors produced annually

**HYZON'S FUEL CELL TECHNOLOGY ADDRESSES EMISSION REDUCTION CHALLENGES ACROSS THE TRANSPORTATION INDUSTRY WHERE BATTERY TECHNOLOGY DOES NOT OFFER A VIABLE SOLUTION**



RAIL: >$30B



AVIATION: >$80B



MARINE: >$14B

Note: Market sizes estimated based on third party research. While Hyzon will be permitted to manufacture and sell products across all vehicle segments including rail, aviation and marine worldwide, Hyzon will be subject to certain restrictions with respect to its sales of standalone fuel cells for non-mobility applications generally, and for mobility applications to be commercialized in Asia, Africa or South America.

39

HYZON | DCRB+

[Page 39]



**Financial Overview**

Mark Gordon – CFO, Hyzon Motors

HYZON | DCRB



FINANCIAL OVERVIEW

# Strong and Consistently Growing Backlog Underpins Value

Hyzon is a first mover and has the most visible backlog

RECURRING REVENUE FROM
- Hydrogen sales
- Service and Maintenance
- Financing

**Forecasted 5 Year Ramp in Vehicles (Units)**



**Total Backlog**

**NEAR-TERM**

**$55M of revenue under contract or MOU already, and grows to over $150M including high probability customers**

- >100 fuel cell trucks to be supplied to a wide number of corporate and government customers
- Vehicles to be deployed range in type and include Class 8 heavy duty trucks, medium duty trucks, buses, refuse trucks and pullers
- ~75% of sales into Asia & Australia, ~25% into Europe

**Forecasted 5 Year Revenue (US$ in millions)**



**LONGER-TERM**

**>$3.3bn 2025 projected revenue pipeline of which 30% projected under signed MOUs**

- Expect to deploy over 9,000 fuel cell trucks for almost $3bn in projected revenues in 2025
- Over 15,000 cumulative Hyzon-branded vehicles on road

**HYZON HAS A ROBUST PIPELINE WITH A HIGH NUMBER OF FUTURE ORDERS UNDER MOU**

48

HYZON | DCRB

[Page 48]

# Hyzon Has a Robust Financial Plan

### Large TAM with proven demand for rapid topline growth

- ~500 commercial vehicles powered today[1]
- Near-term adjacent markets of other commercial vehicles, forklifts, and buses
- Longer-term, ability to expand into other sectors: aviation, marine, rail, and other transportation

### Profitable

- Uniquely positioned vs. hydrogen mobility competitors that are not able to produce their own hydrogen supply or fuel cells, an expensive and critical technology
- Secured supply contracts provide low input costs for key components such as hydrogen supply
- High margins are achievable even with competitive pricing for customers

### Key Projections
US$ millions



### Cash-Generative

- Low capital intensity drives cash-flow generation that can be reinvested in growth in early years and returned to shareholders in future years
- Ability to slow growth and remain FCF positive

[1] Co-developed by Horizon and OEMs, using Horizon's fuel cell powertrain.

49

HYZON | DCRB

[Page 49]

FINANCIAL OVERVIEW

# Key Milestones with Visibility to Strong Public Debut

Hyzon has a clear path following the transaction

**HYZON WILL TARGET THE ACHIEVEMENT OF 3 KEY MILESTONES IN 2021**

| **1** Vehicle Production Underway in the US and Europe | **2** Commission US Fuel Cell Manufacturing | **3** 85 Hyzon Branded Vehicles Deployed |
|---|---|---|
| $55mm pipeline¹, and grows to over $150mm including high probability customers | Build Rochester into a fully functional plant producing fuel cells to deliver to Hyzon and integration partner facilities around the globe | Hyzon branded trucks and buses expected to be deployed from the end of 2020; we expect to celebrate the 85th vehicle to be deployed before the end of 2021 |

| **85+ Vehicles** | **20,000 Vehicles** | **150,000 Vehicles** |
|---|---|---|
| Expected to be produced in 2021 | Expected to be produced in the next 5 years | Expected to be produced by 2030 |

**HYZON IS A FIRST MOVER WITH EXPECTED DELIVERIES IN 4 CONTINENTS IN 2021**

¹ Under contract or MOU.

51

HYZON | DCRB⁺

[Page 51]

## Summary Projected Financials

| ($USD MILLIONS) | 2021E | 2022E | 2023E | 2024E | 2025E |
|---|---|---|---|---|---|
| **VOLUMES** | | | | | |
| **VEHICLE DELIVERY VOLUMES** | | | | | |
| HEAVY TRUCK (36T-50T) | 74 | 513 | 2,638 | 5,660 | 7,400 |
| MEDIUM TRUCK (12T) | 0 | 110 | 722 | 1,140 | 1,860 |
| CITY BUS (12M) | 11 | 35 | 68 | 340 | 600 |
| CLASS 3 TRUCK / VAN | 0 | 0 | 840 | 4,435 | 7,235 |
| **TOTAL** | **85** | **658** | **4,268** | **11,535** | **17,095** |
| **INCOME STATEMENT** | | | | | |
| VEHICLE REVENUE | 35 | 190 | 948 | 2,176 | 3,129 |
| FUEL CELL REVENUE | 2 | 6 | 17 | 43 | 105 |
| HYZON ZERO CARBON REVENUE | 0 | 1 | 7 | 24 | 52 |
| **TOTAL REVENUE** | **$37** | **$198** | **$972** | **$2,242** | **$3,286** |
| % GROWTH | nm | 412% | 392% | 131% | 47% |
| **COST OF GOODS SOLD** | | | | | |
| (-) VEHICLE | $24 | $132 | $665 | $1,489 | $2,139 |
| (-) FUEL CELL | 1 | 3 | 8 | 18 | 42 |
| **TOTAL COGS** | **$25** | **$135** | **$673** | **$1,508** | **$2,181** |
| **TOTAL GROSS PROFIT** | **$12** | **$62** | **$299** | **$735** | **$1,106** |
| GROSS MARGIN % | 32.0% | 31.5% | 30.8% | 32.8% | 33.6% |
| **EBITDA** | **($73)** | **($25)** | **$87** | **$326** | **$505** |
| EBITDA MARGIN % | NM | NM | 8.9% | 14.5% | 15.4% |
| CAPEX | ($63) | ($178) | ($161) | ($102) | ($126) |

No additional equity required between PIPE and going to market, achieving positive cash-flow

**Reflects share of TAM of ~1% by 2025**

52

HYZON | DCRB⁺

[Page 52]



## Asset-Light Production Process is Proven, Less Capex Intensive, and Key Relationships Have Already Been Formed

[Page 59]

APPENDIX

# Risk Factors

All references to the "Company," "we," "us" or "our" refer to the business of Hyzon Motors Inc. and its consolidated subsidiaries. The risks presented below are certain of the general risks related to the business of the Company, and such list is not exhaustive. The list below is qualified in its entirety by disclosures contained in future documents filed or furnished by the Company and Decarbonization Plus Acquisition Corporation ("Acquiror"), with the United States Securities and Exchange Commission ("SEC"), including the documents filed or furnished in connection with the proposed transactions between the Company and Acquiror. The risks presented in such filings will be consistent with those that would be required for a public company in its SEC filings, including with respect to the business and securities of the Company and Acquiror and the proposed transactions between the Company and Acquiror, and may differ significantly from and be more extensive than those presented below.

The risks described below are not the only ones we face. Additional risks that we currently do not know about or that we currently believe to be immaterial may also impair our business, financial condition or results of operations. You should review the investor presentation and perform your own due diligence prior to making an investment in the Company and Acquiror.

## Risks Related to Hyzon's Business and Industry

- Our business model has yet to be tested and any failure to commercialize our strategic plans would have a material adverse effect on our operating results and business, harm our reputation and could result in substantial liabilities that exceed our resources.

- We may need to raise additional funds, and these funds may not be available on terms favorable to us or our stockholders or at all when needed.

- We have a limited operating history as a stand-alone company making it difficult to evaluate our future business prospects, which may increase the risk to investors.

- Complex software and technology systems will need to be developed, both in-house and in coordination with vendors and suppliers, for us to successfully produce our hydrogen-powered commercial vehicles and hydrogen fuel cell systems, and there can be no assurance that such systems will be successfully developed.

- We may be unable to keep up with changes in commercial vehicle or fuel cell technology as new entrants and existing, larger manufacturers enter the non-carbon emitting commercial vehicle space.

- We have a limited number of current customers and pending orders, and there is no assurance that non-binding memoranda of understanding and letters of intent will be converted into binding orders or sales.

- Our sales efforts involve considerable time and expense and our sales cycle is often long and unpredictable.

- We may expend substantial cost and managerial time in preparing bids and proposals for potential customers that use competitive bidding processes, and there is no assurance that we will win awards.

62

HYZON | DCRB⁺

[Page 62]

# Risk Factors (cont.)

### Risks Related to Hyzon's Business and Industry (cont.)

- We are only permitted to operate in the European market through our joint venture with Holthausen Clean Technology Investments B.V.
- We may be unable to successfully produce our hydrogen-powered commercial vehicles or hydrogen fuel cell systems in appropriate volumes, at competitive costs, or at all, which may adversely affect our business, prospects, financial condition and operating results.
- We and our partners and suppliers may rely on complex machinery for production of our hydrogen-powered commercial vehicles and fuel cell systems, which involves a significant degree of risk and uncertainty in terms of operational performance and costs.
- Our future growth is dependent upon the willingness of customers in the commercial vehicle market, including but not limited to operators of commercial vehicle fleets and heavy-duty transport, to adopt hydrogen-powered commercial vehicles and on our ability to produce, sell and service products that meet their needs. If the market for hydrogen-powered solutions does not develop or develops slower than we expect, our business, prospects, financial condition and operating results will be adversely affected.
- Demand for our hydrogen-powered commercial vehicles and hydrogen fuel cell systems will ultimately depend on demand from target customers, some of which operate in cyclical or regulated industries, which may subject us to that cyclicality or regulatory uncertainty and result in volatility and uncertainty and in the demand for our products, which could have a material adverse effect on our business, prospects, financial condition and operating results.
- If there is inadequate availability of hydrogen or we fail to secure hydrogen supply at competitive prices or with a competitive emissions profile, our business will be materially and adversely affected.
- Our business may be subject to risks associated with construction, cost overruns and delays, and other contingencies that may arise in the course of constructing or servicing hydrogen infrastructure or refueling stations for certain customers, and such risks may increase in the future as we expand the scope of such services.
- We depend upon key personnel and will need to hire and train additional personnel.

### Risks Related to Hyzon's Business and Industry (cont.)

- We currently face and will continue to face significant competition and many of our current and future competitors have or will have significantly more resources.
- Until we complete our hydrogen fuel cell production facilities, which may be delayed or not occur at all, we are and expect to be dependent on Horizon as a single source supplier of our hydrogen fuel cell systems, and the inability of Horizon to deliver such fuel cell systems for our commercial vehicles at prices, volumes, and specifications acceptable to us could have a material adverse effect on our business, prospects, financial condition and operating results.
- We depend on third parties for the supply of components and the assembly of our hydrogen-powered commercial vehicles.
- We depend upon our relationship with our parent company Horizon and Horizon's subsidiaries, including in respect of certain supply and IP agreements with Horizon and its subsidiaries.
- We may be unable to expand on our intellectual property portfolio or otherwise develop the technology needed to operate our business.
- Certain of our directors, officers and employees are now affiliated with Horizon, which is engaged in business activities similar to ours, and, accordingly, may have conflicts of interest in allocating their time and determining to which entity a particular business opportunity should be presented.

### Risks Related to Intellectual Property

- We may need to defend ourself against patent, copyright, trademark, trade secret or other intellectual property infringement or misappropriation claims, which may be time-consuming and cause us to incur substantial costs.
- Our business may be adversely affected if we are unable to protect our intellectual property rights from unauthorized use by third parties.
- Our patent applications may not issue or if issued, may not provide sufficient protection, which may have a material adverse effect on our ability to prevent others from commercially exploiting products similar to ours.

HYZON | DCRB

# Risk Factors (cont.)

### Risks Related to the Hydrogen Fuel Cell Industry

- Our hydrogen vehicles compete for market share with vehicles powered by other technologies that may prove to be more attractive to customers. Decreases in the price of gasoline and natural gas and the availability of alternative powered vehicles could delay or prevent transition to hydrogen vehicles.
- Our products use flammable fuels and some generate high voltages, which could subject our business to product safety, product liability, other claims, product recalls, or negative publicity.

### Risks Related to Litigation and Regulations

- We operate in a highly regulated industry. The failure to comply with laws or regulations could subject us to significant regulatory risk, and changing laws and regulations and changing enforcement policies and priorities could adversely affect our business, prospects, financial condition and operating results.
- We depend on global customers and suppliers, and adverse changes in governmental policy or trade regimes could significantly impact the competitiveness of our products.

### Other Risks

- As a private company, we have not been required to document and test our internal controls over financial reporting nor we been required to certify the effectiveness of our internal controls and our auditors have not been required to opine on the effectiveness of our internal control over financial reporting. Failure to maintain adequate financial, information technology and management processes and controls could result in material weaknesses and errors in our financial reporting, which could adversely affect our business.
- We will incur increased costs as a result of operating as a public company, and our management will devote substantial time to new compliance initiatives.
- Our management has limited experience in operating a public company.
- We face risks related to health epidemics, including the ongoing COVID-19 pandemic, which could have a material adverse effect on our business and results of operations.
- Cyber incidents or attacks directed at us could result in information theft, data corruption, operational disruption and/or financial loss.
- Increased focus on sustainability or other ESG matters could impact our operations.
- Changes to applicable tax laws and regulations or exposure to additional income tax liabilities could affect our business and future profitability.

HYZON | DCRB

64

[Page 64]