# Exhibit 14

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**WASHINGTON, D.C. 20549**

# SCHEDULE 14A
**(Rule 14a-101)**

**Proxy Statement Pursuant to Section 14(a) of the Securities Exchange Act of 1934**
**(Amendment No. __)**

Filed by the Registrant ☒ Filed by a Party other than the Registrant ☐

Check appropriate box:

☐ Preliminary Proxy Statement

☐ **Confidential, For Use of the Commission Only (as permitted by Rule 14a-6(e)(2))**

☐ Definitive Proxy Statement

☐ Definitive Additional Materials

☒ Soliciting Material under Rule 14a-12

# DECARBONIZATION PLUS ACQUISITION CORPORATION
**(Name of Registrant as Specified in Its Charter)**

**(Name of Person(s) Filing Proxy Statement, if Other Than the Registrant)**

Payment of filing fee (Check the appropriate box):

☒ No fee required.

☐ Fee computed on table below per Exchange Act Rules 14a-6(i)(1) and 0-11.

(1) Title of each class of securities to which transaction applies:
(2) Aggregate number of securities to which transaction applies:
(3) Per unit price or other underlying value of transaction computed pursuant to Exchange Act Rule 0-11 (set forth the amount on which the filing fee is calculated and state how it was determined):
(4) Proposed maximum aggregate value of transaction:
(5) Total fee paid:

☐ Fee paid previously with preliminary materials:

☐ Check box if any part of the fee is offset as provided by Exchange Act Rule 0-11(a)(2) and identify the filing for which the offsetting fee was paid previously. Identify the previous filing by registration statement number, or the Form or Schedule and the date of its filing.

(1) Amount Previously Paid:
(2) Form, Schedule or Registration Statement No.:
(3) Filing Party:
(4) Date Filed:

On June 16, 2021, Craig Knight, Chief Executive Officer of Hyzon Motors, Inc., participated in a Bernstein fireside chat. A copy of the transcript is set forth below.

Neil:

What I'm going to do... Let me pass over to Craig. Craig, how are you?

Craig:

Very well, thanks, Neil. How are you?

Neil:

Thanks very much for joining us, it's great to see you again. I think we talked you were down in Australia. Where are you today?

Craig:

I was back in Australia for a couple months. Now I'm Stateside once more, so in Rochester right now.

Craig:

It's a very different beast, especially to the passenger care scenario, and I already mentioned before about our view on the hydrogen. We think you have to have a strategic and selective approach to hydrogen production based on the location, the available resources, and the off take scenario and therefor scaling it appropriately. We believe in ensuring that the demand side is a reasonably match for the supply side, so you're not creating an asset that struggles to hit reasonable levels of utilization, because you're building the capacity to serve the demand you're creating.

Neil:

Right. Turning maybe slightly to a different topic, battery electric vehicles and the competition from batteries, I think you held a strong view on this, I'm sure Craig, but we've seen I think certain companies talk about expanding the battery electric vehicle offering into light to medium trucks, and in some cases heavy duty trucks. There are certainly a lot of questions from investors around where is the boundary between fuel cell vehicles and batteries going to be drawn?

Craig:

Frankly, we need batteries. A lot of these batteries for electrification, don't get me wrong. Our view of the mobility opportunities is it kind of narrows the Toyota and Hyundai match to a fair degree, which we find quite logical. Toyota and Hyundai are both very public about the fact that they view the lighter vehicles, especially the personal use for light vehicles is clearly a battery electric space for quite a while into the future, and the further up you go on weight and utilization, it becomes increasingly difficult to equip those vehicles with only batteries to get off fossil fuels.

Craig:

We think that that's a sensible mantra to have. There are many cases where you simply don't have time for a vehicle to be off the road because it's extremely highly utilized and there are some time critical things to do. You got to keep to the bus schedule, you got people on the side of the road or you got to do whatever you go to do, you got to get the food to the restaurant before they open for dinner and all that sort of thing, right? You can't just choose to charge for an hour.

Craig:

So there are many use cases where it makes sense for hydrogen because of the high availability on the vehicle. The fact that routes aren't comprised compared to diesel routes, this is something I hear frequently. Companies try batteries in certain trucking, especially lighter trucking and some of the bus applications, and they work fine for some portion of their activities, but almost invariably every fleet operator will say that the battery vehicles have limitations in their operation. Very genuine ones relating to infrastructure, space, charging capability, grid connect, grid limits, grid power draw limits, all sorts of stuff, and route duration, number of hours the driver can be out there doing his work before he's got to come back to charge and all that sort of stuff.

Craig:

What we are after is the sweet spot for hydrogen. We just stay right out on the curve with high utilization heavy duty. And we believe over time what the focus and the commercial uptake in those heavy mobility applications will do is force such dramatically improved economics around hydrogen, and some of the systems around the fuel cell electric vehicles in that you expand the relevance of hydrogen further down the curve over time. And in our view, 10 years from now, every driven mile on hydrogen will be cheaper in most scenarios than any driven mile on electricity.

Neil:

That's a very provocative comment. Yeah. Turning to, again, some questions on the internet here, what is Paccar's financial interest in Hyzon being a leader in fuel cell vehicles?

Craig:

No financial interest, there is no financial interest. There's no shareholding by Paccar in Hyzon. I mean, obviously, a lot of conversations go on, but there's absolutely nothing there. I don't want to mislead anybody on that.

Neil:

Right. And who owns you? Is Hyzon separate to Horizon?

Craig:

Yes. Hyzon is still largely owned by Horizon. We have our own shareholders that came in not long after we set the business up, but we've signed a merger agreement with [inaudible 00:44:08] company and that's been going through the usual digestion process with the SEC and so on. The SEC had some rule changes around financial treatment of warrants and things, which resulted in refiling paperwork with the SEC, but at this stage, we do expect to finalize that transaction in the first half of July, which means that the DCRB ticker will convert to HYZN and we'll be off and running as a public company on the next step in July.

Neil:

Okay. That's fantastic to hear. In terms of the outlook, Craig, you've got some very strong targets that you set to increase revenue, like $3.2 billion by 2025 and sell around 10,000 units a year, if I'm correct. How's that looking at the moment? Obviously, that's only four years out, but you're quite confident that you can get there or is it still a lot of uncertainties?

Craig:

This year has been an interesting year. Not to mention [crosstalk 00:45:25] That process and other things. So having access to a much bigger capital pool a little earlier would have been helpful, but we've been executing to our plan. And the other thing we've had to do is order a lot of work in progress materials earlier than we would normally have had, because of supply chain challenges in the market and all the rest of it. I'd like to remain a little conservative on this but providing there are no more nasty surprises in supply chains and those kind of things, we'll definitely hit this year's targets.

Craig:

We see ourselves making this year's goal, making this year's targets, and we are working very hard to have the foundations there so that next year's targets are very achievable. I do believe that a lot of next year's sales will be pretty firm well before the end of this year. I think our [inaudible 00:46:22] will have a very good idea of what next year looks like, simply because there are substantial lead times on development for a lot of this stuff.

Craig:

We've publicly stated that our [inaudible 00:46:31] has been growing reasonably well and kind of in line with some expectations. We see that the main challenge for us is not in the next 12 to 18 months, it's in the 24 to 30 month timeframe, because this is where we'll really go through a bit of an infliction point, and in scaling some of the operations side, and while we have a lot of experience, frankly, with the management team on board, we've got a lot of experience in scaling fuel cells in particular, we've been building the team with more and more experience on the operation side for a lot of the vehicle design optimization, electric drive integration, all that stuff. We've been building that out, but it remains an execution risk that we're very comfortable with, but it remains an execution risk.

Craig:

I think for the 12 to 18 months, things are very much on track and we can foresee how the results looks. Beyond that, it's still more a challenge, but we're up for the challenge, and frankly, that's the whole reason we're here. It's a phenomenal opportunity to leverage technology that the core team have worked on decades, but now finally the world's asking for it. And I sometimes explain to people that what you're backing with Hyzon is a management team who've gone through thick and thin on hydrogen to a great extent, and we survived within Horizon. George and I survived within Horizon for a long period of time when nobody was asking for fuel cells.

Craig:

Nobody asked for fuel cells. They were just looking for solutions to power problems. We were offering fuel cells, and we were selling fuel cells and we were making them viable, and making money and all that stuff. Most fuel cell companies have never learned what it is to make a meaningful margin. We were making money and all that stuff while continuing to improve our [inaudible 00:48:29], continuing to file more and more patents, continuing to develop the team, scale the production and all the rest of it, automate over time. That's a fairly unique set of DNA in the space. We kind of know what it takes to survive, we know what it takes to continually innovate to survive, and we bring that. We bring that to this business.

Craig:

We think that's highly valuable in a market that's still early, still a little uncertain and still has a lot of challenges.

Neil:

Yeah. Well, Craig, unfortunately we've run out of time. Listen, it's been great to have you this morning. Thank you very, very much for joining. We wish you all the best for the rest of the year and with your listing in July, and we look forward to speaking to you again to get an update on the story later in the year. With that, thank you, Craig. That brings us to the end of the session, so the next session is with...

***

**Forward Looking Statements**

The information in this filing includes "forward-looking statements" within the meaning of Section 27A of the Securities Act of 1933, as amended, and Section 21E of the Securities Exchange Act of 1934, as amended. All statements, other than statements of present or historical fact included in this filing, regarding Decarbonization Plus Acquisition Corporation's ("DCRB") proposed acquisition of Hyzon Motors Inc. ("Hyzon"), DCRB's ability to consummate the transaction, the benefits of the transaction and the combined company's future financial performance, as well as the combined company's strategy, future operations, estimated financial position, estimated revenues and losses, projected costs, prospects, plans and objectives of management are forward-looking statements. When used in this filing, the words "could," "should," "will," "may," "believe," "anticipate," "intend," "estimate," "expect," "project," the negative of such terms and other similar expressions are intended to identify forward-looking statements, although not all forward-looking statements contain such identifying words. These forward-looking statements are based on management's current expectations and assumptions about future events and are based on currently available information as to the outcome and timing of future events. Except as otherwise required by applicable law, DCRB and Hyzon disclaim any duty to update any forward-looking statements, all of which are expressly qualified by the statements in this section, to reflect events or circumstances after the date hereof. DCRB and Hyzon caution you that these forward-looking statements are subject to numerous risks and uncertainties, most of which are difficult to predict and many of which are beyond the control of either DCRB or Hyzon. In addition, DCRB cautions you that the forward-looking statements are subject to the following factors: (i) the occurrence of any event, change or other circumstances that could delay the business combination or give rise to the termination of the Business Combination Agreement and Plan of Organization, dated as of February 8, 2021, by and among DCRB, DCRB Merger Sub Inc., and Hyzon, any PIPE investor's subscription agreement, and the other agreements related to the business combination (including catastrophic events, acts of terrorism, the outbreak of war, COVID-19 and other public health events), as well as management's response to any of the foregoing; (ii) the outcome of any legal proceedings that may be instituted against DCRB, Hyzon, their affiliates or their respective directors and officers following announcement of the transactions; (iii) the inability to complete the business combination due to the failure to obtain approval of the stockholders of DCRB, regulatory approvals, or other conditions to closing in the transaction agreement; (iv) the risk that the proposed business combination disrupts DCRB's or Hyzon's current plans and operations as a result of the announcement of the transactions; (v) Hyzon's ability to realize the anticipated benefits of the business combination, which may be affected by, among other things, competition, the pace and depth of hydrogen vehicle adoption generally, and the ability of Hyzon to accurately estimate supply and demand for its vehicles, and to grow and manage growth profitably following the business combination; (vi) risks relating to the uncertainty of the projected financial information with respect to Hyzon, including the conversion of pre-orders into binding orders; (vii) costs related to the business combination and the PIPE investment; (viii) changes in applicable laws or regulations, governmental incentives and fuel

and energy prices; (ix) the possibility that Hyzon may be adversely affected by other economic, business, and/or competitive factors; (x) the amount of redemption requests by DCRB's public stockholders; and (xi) such other factors affecting DCRB that are detailed from time to time in DCRB's filings with the Securities and Exchange Commission (the "SEC"). Should one or more of the risks or uncertainties, or should underlying assumptions prove incorrect, actual results and plans could different materially from those expressed in any forward-looking statements. Additional information concerning these and other factors that may impact the operations and projections discussed herein can be found in DCRB's proxy statement, which was initially filed with the SEC on March 17, 2021, and its periodic filings with the SEC, including its Annual Report on Form 10-K for annual period ended December 31, 2020. DCRB's SEC filings are available publicly on the SEC's website at www.sec.gov.

**Important Information for Investors and Stockholders**

In connection with the proposed business combination, DCRB initially filed a proxy statement with the SEC on March 17, 2021. Additionally, DCRB will file other relevant materials with the SEC in connection with the business combination. Copies may be obtained free of charge at the SEC's web site at www.sec.gov. Security holders of DCRB are urged to read the proxy statement and the other relevant materials when they become available before making any voting decision with respect to the proposed business combination because they contain or will contain important information about the business combination and the parties to the business combination.

**Participants in the Solicitation**

DCRB and its directors and officers may be deemed participants in the solicitation of proxies of DCRB's stockholders in connection with the proposed business combination. Security holders may obtain more detailed information regarding the names, affiliations and interests of certain of DCRB's executive officers and directors in the solicitation by reading DCRB's Annual Report on Form 10-K for the annual period ended December 31, 2020, and the proxy statement and other relevant materials filed with the SEC in connection with the business combination. Information concerning the interests of DCRB's participants in the solicitation, which may, in some cases, be different than those of their stockholders generally, is set forth in the proxy statement relating to the business combination.