Exhibit 16

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
### WASHINGTON, D.C. 20549

# SCHEDULE 14A

### (Rule 14a-101)

### Proxy Statement Pursuant to Section 14(a) of the
### Securities Exchange Act of 1934
### (Amendment No. __)

Filed by the Registrant ☒ Filed by a Party other than the Registrant ☐

Check appropriate box:

☐  Preliminary Proxy Statement

☐  **Confidential, For Use of the Commission Only (as permitted by Rule 14a-6(e)(2))**

☐  Definitive Proxy Statement

☒  Definitive Additional Materials

☐  Soliciting Material under Rule 14a-12

# DECARBONIZATION PLUS ACQUISITION CORPORATION
### (Name of Registrant as Specified in Its Charter)

### (Name of Person(s) Filing Proxy Statement, if Other Than the Registrant)

Payment of filing fee (Check the appropriate box):

☒  No fee required.

☐  Fee computed on table below per Exchange Act Rules 14a-6(i)(1) and 0-11.

(1)  Title of each class of securities to which transaction applies:

(2)  Aggregate number of securities to which transaction applies:

(3)  Per unit price or other underlying value of transaction computed pursuant to Exchange Act Rule 0-11 (set forth the amount on which the filing fee is calculated and state how it was determined):

(4)  Proposed maximum aggregate value of transaction:

(5)  Total fee paid:

☐  Fee paid previously with preliminary materials:

☐  Check box if any part of the fee is offset as provided by Exchange Act Rule 0-11(a)(2) and identify the filing for which the offsetting fee was paid previously. Identify the previous filing by registration statement number, or the Form or Schedule and the date of its filing.

(1)  Amount Previously Paid:

(2)  Form, Schedule or Registration Statement No.:

(3)  Filing Party:

(4)  Date Filed:

On June 29, 2021, Craig Knight, Chief Executive Officer of Hyzon Motors, Inc., and Robert Tichio, a member of the board of directors of Decarbonization Plus Acquisition Corporation, participated in an interview at IPO Edge. A copy of the transcript is set forth below.

00:00:21.420 —> 00:00:30.690

John Jannarone - Editor-in-Chief, IPO Edge: Good afternoon, thank you for joining I'm John Jannarone, the editor in Chief of IPO Edge here with my co editor Jared Banks editor at large who is helping us with today's presentation.

00:00:31.110 —> 00:00:40.080

John Jannarone - Editor-in-Chief, IPO Edge: Before I introduce today's two guests and today's event which is going to be with Decarbonization Plus Acquisition Corp. which from here I'm going to call DCRB.

00:00:40.350 —> 00:00:45.630

John Jannarone - Editor-in-Chief, IPO Edge: And Hyzon Motors, we have the chairman of the DCRB and the CEO of Hyzon Motors you're gonna meet in just a moment.

00:13:21.450 —> 00:13:22.020
John Jannarone - Editor-in-Chief, IPO Edge: All right.

00:13:23.400 —> 00:13:25.020
Craig Knight - CEO, Hyzon Motors: I should say get it.

00:13:25.320 —> 00:13:33.990
John Jannarone - Editor-in-Chief, IPO Edge: Now I before we bring Robert back in just one thing can you help us visualize how these networks look as we discussed when you and I spoke, the other day one one.

00:13:34.800 —> 00:13:45.420
John Jannarone—Editor-in-Chief, IPO Edge: first step is to do something like take a fleet of trucks, where they all have to go home at night, anyway, and that makes sense for refueling the hydrogen as opposed to having hydrogen stations all over the place to replace gas stations right.

00:13:47.610 —> 00:13:58.530
Craig Knight - CEO, Hyzon Motors: So absolutely we call those the back to base type operations so whether it's a urban trains or bus flee or concrete trucks or refuse delivery type trucks.

00:13:58.920 —> 00:14:03.390
Craig Knight - CEO, Hyzon Motors: refrigerated food deliveries to you know to a network of restaurants that sort of thing.

00:14:03.750 —> 00:14:10.230
Craig Knight - CEO, Hyzon Motors: A lot of these trucks as you're saying operate, out of a base and come back to the base because they've got to get more goods or whatever they have to do.

00:14:10.710 —> 00:14:22.080
Craig Knight - CEO, Hyzon Motors: So these are the ultra low hanging fruits on hydrogen, because you can set up critical mass of hydrogen fleet operations and therefore hydrogen demand.

[Page 13]

00:14:22.650 —> 00:14:36.420

Craig Knight - CEO, Hyzon Motors: In a single location and that minimizes the investment required on the origin side to give a really strong return on that investment for the hydrogen infrastructure, but still creates that critical mass of throughput on the hydrogen.

00:14:37.260 —> 00:14:46.890

John Jannarone - Editor-in-Chief, IPO Edge: All right, great um Robert if you would come back and join us again here um let's talk financials if we if we can for a minute here, you know, Robert I asked you about your confidence in the financial projections but.

00:14:47.100 —> 00:14:54.360

John Jannarone - Editor-in-Chief, IPO Edge: let's talk about the capital through the SPAC and the PIPE where that's going to go and does that get us to profitability pretty soon.

00:14:55.260 —> 00:15:00.720

Robert Tichio - Chairman, Decarbonization Plus Acquisition Corporation: yeah so a couple things so I did not answer your question previously entered our confidence.

00:15:01.170 —> 00:15:09.030

Robert Tichio - Chairman, Decarbonization Plus Acquisition Corporation: In the financial projections that got wrapped up in the earlier question, which is very high, and we'll talk about that in a moment, with respect to how the backlog really underpins value.

00:15:09.420 —> 00:15:13.680

Robert Tichio - Chairman, Decarbonization Plus Acquisition Corporation: I, by the way, I would encourage everyone, we have a very comprehensive analyst presentation.

00:15:14.250 —> 00:15:25.080

Robert Tichio - Chairman, Decarbonization Plus Acquisition Corporation: That was posted in April online which, which contains a lot of this very important information you're going to hear from us today, but also some some additional detail on this transaction.

00:15:25.650 —> 00:15:36.060

Robert Tichio - Chairman, Decarbonization Plus Acquisition Corporation: Is is we have obviously are $226 million of cash in trust which we are expecting to convert largely with with minimal redemptions.

100
00:15:36.810 —> 00:15:46.020
Robert Tichio - Chairman, Decarbonization Plus Acquisition Corporation: Given the strength of the transaction at the at the time of closing we also went to market with a PIPE that was 350 million dollar PIPE that we wind up upsizing.

101
00:15:46.470 —> 00:15:53.460
Robert Tichio - Chairman, Decarbonization Plus Acquisition Corporation: Because it extraordinary demand that PIPE is committed at closing and so the combination of the cash and trust, plus the PIPE.

102
00:15:54.090 —> 00:16:02.430
Robert Tichio - Chairman, Decarbonization Plus Acquisition Corporation: will, in our view, put the company in a position to have a fully funded business plan and and and which, by the way we believe makes this business unique.

103
00:16:02.790 —> 00:16:10.080
Robert Tichio - Chairman, Decarbonization Plus Acquisition Corporation: Unlike a handful of other businesses in the public space without calling out names that need to continually go back to the capital markets to require funding.

104
00:16:14.910 —> 00:16:28.470
John Jannarone - Editor-in-Chief, IPO Edge: Sorry, I was muted now he's actually right for those of you who are familiar with some of the SPACs out there many and they're not predicting EBITDA positive until 2025 2026 so 2023 is is really right around the corner in that perspective so let's talk about it.

105
00:16:29.040 —> 00:16:34.170
Robert Tichio - Chairman, Decarbonization Plus Acquisition Corporation: I'm sorry just on that point, I mean one of the things that we got a lot of confidence in with respect to the financials.

106
00:16:34.320 —> 00:16:49.230
Robert Tichio - Chairman, Decarbonization Plus Acquisition Corporation: is, if you take a look at 2021 the company is you know projecting $37 million of revenue vehicles that will actually roll off its lot this year that's what we had communicated in back in February, we still feel extraordinarily comfortable with that with that assessment in that.

107
00:16:50.250 —> 00:16:58.830
Robert Tichio - Chairman, Decarbonization Plus Acquisition Corporation: belief in terms of the pathway for the company and the company has already demonstrated publicly through.

00:16:59.970 —> 00:17:12.870
Robert Tichio - Chairman, Decarbonization Plus Acquisition Corporation: Through its online virtual tour with respect to its actual vehicles that were that that that are on the road that are functioning that they are all regaining fantastic commercial traction around.

00:17:13.830 —> 00:17:20.880
John Jannarone - Editor-in-Chief, IPO Edge: Great and when we look further ahead, Robert and Craig I either one of you so there's a lot of revenue that's locked in there 2021 but.

00:17:21.030 —> 00:17:29.400
John Jannarone - Editor-in-Chief, IPO Edge: How does it how does the contracts look when you start to go further, are you negotiating them or, or they sometimes for long term delivery so it's not all in one go, so you can have visibility, over a period of years.

00:17:30.270 —> 00:17:37.320
Robert Tichio - Chairman, Decarbonization Plus Acquisition Corporation: yeah absolutely I'll let Craig Craig talk about the customer deployments specifically when we talk about a near term pipeline.

00:17:37.620 —> 00:17:49.080
Robert Tichio - Chairman, Decarbonization Plus Acquisition Corporation: But keep in mind, we have two sort of buckets which is contracted orders hundred percent certainty, those are from public and private sector customers range of applications heavy duty refuse prime movers buses.

00:17:49.620 —> 00:17:56.190
Robert Tichio - Chairman, Decarbonization Plus Acquisition Corporation: Many of those instances those customers have their hydrogen supply secure than there are high probability orders and those are.

00:17:57.240 —> 00:18:06.840
Robert Tichio - Chairman, Decarbonization Plus Acquisition Corporation: companies that have that many times have expressed indications to scale their their their their truck orders and grow the conversion of their fleets over time.

00:18:07.470 —> 00:18:14.850
Robert Tichio - Chairman, Decarbonization Plus Acquisition Corporation: As they begin to to adapt hydrogen more more robustly that's what we really expect to see in the 23 and beyond timeframe.

00:18:15.240 —> 00:18:28.380
Robert Tichio - Chairman, Decarbonization Plus Acquisition Corporation: And and and we you know this management team gains confidence in its ability to deliver those those forecasts based on based on the strength and the desire of the customers that frankly they're already interacted with today.

00:18:30.900 —> 00:18:32.790
Craig Knight - CEO, Hyzon Motors: we're going to add a little flavor there to Robert's.

00:18:32.790 —> 00:18:43.770
Craig Knight - CEO, Hyzon Motors: Comments yet clearly John we were dealing with a lot of these ones and twos types of orders at the moment, one or two vehicles, at a time, this is the kind of technical validation that.

00:18:44.220 —> 00:18:48.060
Craig Knight - CEO, Hyzon Motors: that people need to do when they're dealing with a loan from the air or a new technology.

00:18:48.870 —> 00:19:00.990
Craig Knight - CEO, Hyzon Motors: But we're seeing some very nice up taking in order volume, particularly in Europe at the moment and we have some pretty aggressive customers as well in Australia, New Zealand.

00:19:01.770 —> 00:19:09.900
Craig Knight - CEO, Hyzon Motors: We've announced also a new a new project in in the Middle East which hadn't been in our investor deck earlier in February.

00:19:10.260 —> 00:19:17.130
Craig Knight - CEO, Hyzon Motors: But was featured in the analyst day presentation and we are planning to build a assembly facility in Saudi.

00:19:17.760 —> 00:19:30.420
Craig Knight - CEO, Hyzon Motors: So definitely there's growth around the world and the nature of the customer engagement is that you nearly all get you always get those one or two you know initial legal orders before you get the 10s and 20s.

[Page 17]

00:59:49.470 —> 00:59:58.710

John Jannarone—Editor-in-Chief, IPO Edge: So thank you, thank you most of all Craig and Robert for being here Jared Banks my co editor and the audience everyone who listen thanks so much, if you want to watch the replay will be up in just a couple hours thanks for tuning in everyone.

00:59:59.310 —> 01:00:00.240

Craig Knight—CEO, Hyzon Motors: Thank you very much.

01:00:00.420 —> 01:00:01.170

Robert Tichio—Chairman, Decarbonization Plus Acquisition Corporation: Thank you John.

***

**Forward Looking Statements**

The information in this filing includes "forward-looking statements" within the meaning of Section 27A of the Securities Act of 1933, as amended, and Section 21E of the Securities Exchange Act of 1934, as amended. All statements, other than statements of present or historical fact included in this filing, regarding Decarbonization Plus Acquisition Corporation's ("DCRB") proposed acquisition of Hyzon Motors Inc. ("Hyzon"), DCRB's ability to consummate the transaction, the benefits of the transaction and the combined company's future financial performance, as well as the combined company's strategy, future operations, estimated financial position, estimated revenues and losses, projected costs, prospects, plans and objectives of management are forward-looking statements. When used in this filing, the words "could," "should," "will," "may," "believe," "anticipate," "intend," "estimate," "expect," "project," the negative of such terms and other similar expressions are intended to identify forward-looking statements, although not all forward-looking statements contain such identifying words. These forward-looking statements are based on management's current expectations and assumptions about future events and are based on currently available information as to the outcome and timing of future events. Except as otherwise required by applicable law, DCRB and Hyzon disclaim any duty to update any forward-looking statements, all of which are expressly qualified by the statements in this section, to reflect events or circumstances after the date hereof. DCRB and Hyzon caution you that these forward-looking statements are subject to numerous risks and uncertainties, most of which are difficult to predict and many of which are beyond the control of either DCRB or Hyzon. In addition, DCRB cautions you that the forward-looking statements are subject to the following factors: (i) the occurrence of any event, change or other circumstances that could delay the business combination or give rise to the termination of the Business Combination Agreement and Plan of Organization, dated as of February 8, 2021, by and among DCRB, DCRB Merger Sub Inc., and Hyzon, any PIPE investor's subscription agreement, and the other agreements related to the business combination (including catastrophic events, acts of terrorism, the outbreak of war, COVID-19 and other public health events), as well as management's response to any of the foregoing; (ii) the outcome of any legal proceedings that

may be instituted against DCRB, Hyzon, their affiliates or their respective directors and officers following announcement of the transactions; (iii) the inability to complete the business combination due to the failure to obtain approval of the stockholders of DCRB, regulatory approvals, or other conditions to closing in the transaction agreement; (iv) the risk that the proposed business combination disrupts DCRB's or Hyzon's current plans and operations as a result of the announcement of the transactions; (v) Hyzon's ability to realize the anticipated benefits of the business combination, which may be affected by, among other things, competition, the pace and depth of hydrogen vehicle adoption generally, and the ability of Hyzon to accurately estimate supply and demand for its vehicles, and to grow and manage growth profitably following the business combination; (vi) risks relating to the uncertainty of the projected financial information with respect to Hyzon, including the conversion of pre-orders into binding orders; (vii) costs related to the business combination and the PIPE investment; (viii) changes in applicable laws or regulations, governmental incentives and fuel and energy prices; (ix) the possibility that Hyzon may be adversely affected by other economic, business, and/or competitive factors; (x) the amount of redemption requests by DCRB's public stockholders; and (xi) such other factors affecting DCRB that are detailed from time to time in DCRB's filings with the Securities and Exchange Commission (the "SEC"). Should one or more of the risks or uncertainties, or should underlying assumptions prove incorrect, actual results and plans could different materially from those expressed in any forward-looking statements. Additional information concerning these and other factors that may impact the operations and projections discussed herein can be found in DCRB's definitive proxy statement filed with the SEC on June 21, 2021, and its periodic filings with the SEC, including its Annual Report on Form 10-K for annual period ended December 31, 2020. DCRB's SEC filings are available publicly on the SEC's website at www.sec.gov.

**Important Information for Investors and Stockholders**

In connection with the proposed business combination, DCRB filed a definitive proxy statement with the SEC on June 21, 2021. Additionally, DCRB will file other relevant materials with the SEC in connection with the business combination. Copies may be obtained free of charge at the SEC's web site at www.sec.gov. Security holders of DCRB are urged to read the proxy statement and the other relevant materials when they become available before making any voting decision with respect to the proposed business combination because they contain or will contain important information about the business combination and the parties to the business combination.

**Participants in the Solicitation**

DCRB and its directors and officers may be deemed participants in the solicitation of proxies of DCRB's stockholders in connection with the proposed business combination. Security holders may obtain more detailed information regarding the names, affiliations and interests of certain of DCRB's executive officers and directors in the solicitation by reading DCRB's Annual Report on Form 10-K for the annual period ended December 31, 2020, and the proxy statement and other relevant materials filed with the SEC in connection with the business combination. Information concerning the interests of DCRB's participants in the solicitation, which may, in some cases, be different than those of their stockholders generally, is set forth in the proxy statement relating to the business combination.