# Exhibit 17

# Hyzon Motors issues business update, confirms 2021 prior guidance and on track for 2022

- Hyzon expects to meet 2021 sales guidance provided in February 2021, on-track to meet 2022 outlook with orders, non-binding commitments from global customer base

- Continued technological innovations, commercial partnership developments support growing customer pipeline

---

NEWS PROVIDED BY
**HYZON Motors →**
13 Jul, 2021, 08:32 ET

---

ROCHESTER, N.Y., July 13, 2021 /PRNewswire/ -- Hyzon Motors Inc., a leading global supplier of zero-emission hydrogen fuel cell-powered commercial vehicles, announced today updates to orders and non-binding memoranda of understanding (MoUs) and technological developments, ahead of the proposed business combination with Decarbonization Plus Acquisition Corporation (NASDAQ: DCRB). The consummation of the proposed business combination is subject to satisfaction or waiver of customary closing conditions.

Orders and non-binding MoUs have increased to represent up to $83M[1], up more than 50% from $55M as of April 29, 2021, and over 100% from February 12, 2021. Expected 2022 deliveries include up to 70 trucks from Austrian grocery retailer MPREIS currently under an MoU.

The growing list of orders and non-binding MoUs comes from the rapidly developing European market as well as Australia, thanks to the company's international footprint. To meet the growing demand for fuel cell electric commercial vehicles, Hyzon is on track with the buildout

of its local vehicle assembly capabilities in Europe and the U.S., along with expansion plans in Australia and China.

Hyzon's fuel cell performance has allowed the company to serve multiple heavy industries, including freight, construction, and mining. Final specifications for an ultra-heavy-duty truck have been confirmed; Ark Energies, a subsidiary of Korea Zinc, is expected to receive the first five units of trucks capable of loading to more than 150 tons in 2022.

In addition to building its pipeline, Hyzon has actively invested in projects to expand its lead in core FCEV technologies. The company's next-generation fuel cell achieves a power density above 6 kilowatts per liter and has already been ordered by a leader in zero-emissions aerospace. Hyzon has developed proprietary eAxle technology and is focused on improving its battery technology, to boost electrical efficiency of its vehicles' powertrains.

Hyzon's innovations extends beyond the fuel cell as the company seeks to ease the transition to hydrogen for fleet operators. Through a recently announced agreement with Chart Industries, the partners expect to develop an ultra-heavy-duty truck with a range of 1,000 miles, powered by liquid hydrogen.

Simultaneously, Hyzon has successfully reduced costs in excess of $50,000 per vehicle for manufacturing components and sub-systems, with savings over 80% for certain auxiliary power systems, power distribution unit and on-board chargers and over 40% for battery, eMotor, and inverter components. These savings are expected to grow as operations scale and Hyzon continues to evolve vehicle and component designs.

To address growing hydrogen infrastructure needs, the company is investing in developing the initial hydrogen production and supply hubs as it builds out the previously announced global hydrogen hub network. Through these hubs, fleet operators should be able to access local, scalable hydrogen with projected total cost of ownership to reach parity with diesel vehicles in 12-18 months, without subsidies. The first hub is expected to be built in California with Raven

SR, subject to signing a definitive agreement; two more are expected to open in the Netherlands this fall. Additional hubs providing gaseous and liquid hydrogen are being developed with other partners globally.

Supporting the global hydrogen ecosystem, Hyzon launched the Hyzon Zero Carbon Alliance on Earth Day 2021. The alliance, a consortium of companies that operate along all points of the hydrogen value chain, includes founding members such as Bank of America, TotalEnergies, AXA and NEOM. The consortium aims to align organizations that are currently active participants in the hydrogen economy, leveraging their experience and expertise to accelerate the transition to a zero-emissions reality. In an initial expansion, the alliance recently admitted Woodside Energy, Australia's leading natural gas producer.

**About Hyzon Motors Inc.**

Headquartered in Rochester, NY with US operations also in Chicago and Detroit, and international operations in the Netherlands, Singapore, Australia and China, Hyzon is a leader in hydrogen mobility. Hyzon is a hydrogen mobility company with an exclusive focus on the commercial vehicle market. Utilizing its proven and proprietary hydrogen fuel cell technology, Hyzon aims to supply zero-emission heavy duty trucks and buses to customers in North America, Europe, and around the world. The company is contributing to the escalating adoption of hydrogen vehicles through its demonstrated technology advantage, leading fuel cell performance and history of rapid innovation. Visit www.hyzonmotors.com.

**Forward-Looking Statements**

This press release includes "forward-looking statements" within the meaning of Section 27A of the Securities Act of 1933, as amended, and Section 21E of the Securities Exchange Act of 1934, as amended. All statements, other than statements of present or historical fact included in this press release, including those regarding Decarbonization Plus Acquisition Corporation's ("DCRB") proposed acquisition of Hyzon and DCRB's ability to consummate the transaction, are forward-looking statements. When used in this press release, the words "could," "should," "will," "may," "believe," "anticipate," "intend," "estimate," "expect," "project," the negative of such terms and other similar expressions are intended to identify forward-looking statements, although

not all forward-looking statements contain such identifying words. These forward-looking statements herein include, but are not limited to, Hyzon's order bookings and booking that will lead to actual sales, expectations of realizing cost reductions in its products, investments in hydrogen hubs and other hydrogen production operations, its new technologies and whether they will be successful or accepted by customers, and are based on management's current expectations and assumptions about future events and are based on currently available information as to the outcome and timing of future events. Except as otherwise required by applicable law, DCRB and Hyzon disclaim any duty to update any forward -looking statements, all of which are expressly qualified by the statements in this section, to reflect events or circumstances after the date of this press release. DCRB and Hyzon caution you that these forward-looking statements are subject to numerous risks and uncertainties, most of which are difficult to predict and many of which are beyond the control of either DCRB or Hyzon, including risks and uncertainties described in the "Risk Factors" section of Exhibit 99.3 of DCRB's Current Report on Form 8-K filed with the U.S. Securities and Exchange Commission (the "SEC") on February 9, 2021, the "Risk Factors" section of DCRB's definitive proxy statement on Schedule 14A filed with the SEC on June 21, 2021, and other documents filed by DCRB from time to time with the SEC. These filings identify and address other important risks and uncertainties that could cause actual events and results to differ materially from those contained in the forward-looking statements, such as risks related to the ability to convert non-binding memoranda of understanding into binding orders or sales (including because of the current or prospective financial resources of the counterparties to Hyzon's non-binding memoranda of understanding and letters of intent), or the ability to identify additional potential customers and convert them to paying customers. Hyzon gives no assurance that Hyzon will achieve its expectations.

**Important Information for Investors and Stockholders**

In connection with the proposed business combination, DCRB filed a proxy statement and other relevant documents with the SEC. Stockholders and other interested persons are urged to read the proxy statement and any other relevant documents filed with the SEC because they contain important information about DCRB, Hyzon and the proposed business combination.

Stockholders may obtain a free copy of the proxy statement, as well as other filings containing information about DCRB, Hyzon and the proposed business combination, without charge, at the SEC's website located at www.sec.gov.

**Participants in the Solicitation**

DCRB, Hyzon and their directors and executive officers and other persons may be deemed to be participants in the solicitations of proxies from DCRB's stockholders in respect of the proposed business combination and the other matters set forth in the proxy statement. Information regarding DCRB's directors and executive officers is available in DCRB's Annual Report on Form 10-K for the annual period ended December 31, 2020, and under the heading "Information About DCRB" in DCRB's definitive proxy statement related to the proposed business combination filed with the SEC on June 21, 2021. Additional information regarding the participants in the proxy solicitation and a description of their direct and indirect interests, by security holdings or otherwise, is set forth in the proxy statement relating to the proposed business combination.

**Media contacts**

**Hyzon Motors' contacts**

For U.S., Europe and Asia media:

Caroline Curran

Hill+Knowlton Strategies

+1 256-653-5811

caroline.curran@hkstrategies.com

For Australasian media:

Fraser Beattie

Cannings Purple

+61 421 505 557

fbeattie@canningspurple.com.au

For investors:
Caldwell Bailey
ICR, Inc.
HyzonMotorsIR@icrinc.com

[1] Includes orders contracted with Holthausen Clean Technology Investments B.V., Hyzon Europe's joint venture partner. Such orders are expected to be fulfilled by Hyzon under a vehicle purchase agreement between Holthausen and Hyzon Europe's joint venture with Holthausen, which is being finalized. Hyzon's orders include terms permitting the counterparty to cancel or suspend some or all of their obligations thereunder without cause, with little or no prior notice and without penalty or early termination payments. Hyzon currently expects that these orders will be fulfilled.

SOURCE HYZON Motors

Related Links

https://hyzonmotors.com