# Exhibit 22

C Corrected Transcript

12-Nov-2021

# Hyzon Motors, Inc. (HYZN)

**Q3 2021 Earnings Call**

**FACTSET:call**street
1-877-FACTSET   www.callstreet.com

Total Pages: 24
Copyright © 2001-2021 FactSet CallStreet, LLC

## Hyzon Motors, Inc. *(HYZN)*
Q3 2021 Earnings Call

**Ⓒ Corrected Transcript**
12-Nov-2021

# CORPORATE PARTICIPANTS

**Darla Rivera**
*Senior Manager-Investor Relations & FPA, Hyzon Motors, Inc.*

**Parker Meeks**
*Chief Strategy Officer, Hyzon Motors, Inc.*

**Craig M. Knight**
*Chief Executive Officer, Co-Founder & Director, Hyzon Motors, Inc.*

**Mark Gordon**
*Chief Financial Officer & Director, Hyzon Motors, Inc.*

# OTHER PARTICIPANTS

**Rob Wertheimer**
*Analyst, Melius Research LLC*

**Daniel Ives**
*Analyst, Wedbush Securities, Inc.*

**Jerry Revich**
*Analyst, Goldman Sachs & Co. LLC*

**Michael Shlisky**
*Analyst, D.A. Davidson & Co.*

**Bill Peterson**
*Analyst, JPMorgan Securities LLC*

**Steven B. Fox**
*Analyst, Fox Advisors LLC*

# MANAGEMENT DISCUSSION SECTION

[Abrupt Start]

## Unverified Participant

...conference call. As a reminder, today's call is being recorded. At this time, all participants are in a listen-only mode. A question-and-answer session will follow the formal presentation. At this time for opening remarks and introductions, I would like to turn the call over to Darla Rivera, Investor Relations Manager of Hyzon.

## Darla Rivera
*Senior Manager-Investor Relations & FPA, Hyzon Motors, Inc.*

Good morning and welcome to Hyzon's third quarter 2021 earnings call. I'm Darla Rivera, Senior Manager of Investor Relations. On today's call are Craig Knight, our Chief Executive Officer; Parker Meeks, Chief Strategy Officer; and Mark Gordon, our Chief Financial Officer.

Hyzon issued our results today in a press release that can be found on our website, hyzonmotors.com, in the Investors section. As a reminder, our comments within this call may contain forward-looking statements, which may include expectations and assumptions regarding the company's future operations and financial performance, including the impact of COVID-19 pandemic and are subject to various risks and uncertainties. Please refer to our forward-looking statement posted on our website under the Investors section.

Copyright © 2001-2021 FactSet CallStreet, LLC

# Hyzon Motors, Inc. *(HYZN)*
Q3 2021 Earnings Call

**Corrected Transcript**
12-Nov-2021

For a more completed discussion of the risks and uncertainties that could cause actual results to differ materially from any forward-looking statements, please refer to our filings with the SEC, including the press release issued this morning, which was furnished on Form 8-K with the SEC. Except as required by law, we assume no responsibility for updating forward-looking statements.

During this call, we also refer to certain non-GAAP financial measures, including EBITDA and adjusted EBITDA. More detailed information about these measures and a reconciliation to the nearest US GAAP measures is contained in the press release issued this morning, which is available in the Investors section of our website and was furnished on Form 8-K with the SEC.

And with that, I'm pleased to turn the call over to Craig Knight, Chief Executive Officer of Hyzon.

## Craig M. Knight
*Chief Executive Officer, Co-Founder & Director, Hyzon Motors, Inc.*

Thank you, Darla. And thanks to everyone for joining us this morning. Just a quick sound check, Darla.

## Darla Rivera
*Senior Manager-Investor Relations & FPA, Hyzon Motors, Inc.*

You're good.

## Craig M. Knight
*Chief Executive Officer, Co-Founder & Director, Hyzon Motors, Inc.*

Hyzon's third quarter was a very successful one from both an operational and financial perspective. During the quarter, Hyzon executed to plan, furthered the strategy we have been communicating and continued to build out our high caliber team. We achieved several milestones in terms of vehicle deployment, revenue, receiving additional orders, significant advances in our hydrogen infrastructure partnerships, and ongoing investment in extending our technology advantage. Hyzon has made solid progress even in the face of well-documented supply chain challenges that have deeply affected the manufacturing industry globally.

Today, we are again reaffirming our guidance of expecting to ship 85 vehicles by the end of 2021. We continue to expect to meet this target due to the strength of the global footprint of Hyzon's business, with facilities and operations in Asia, North America and Europe, a feature which has shown enormous benefits during the current dislocations and which we expect will underpin our competitive advantage well into the future.

Hyzon believes the progress we have made within a few short months of becoming a public company is testament to our technology, our hardworking operations and technical personnel, and an experienced management team that is working hard to protect shareholder interests. Hyzon is a purpose-driven company determined to play an important role in accelerating the energy transition.

As a result of that global footprint and our deep historical relationships within Asia, when global supply chain challenges worsened, especially in the last few months, we were able to make a conscious decision to shift the mix of delivery locations from predominantly European to predominantly Asian customers, in China specifically. We did that because we could. Hyzon's near-term focus is getting our vehicles on the road and into customers' hands. And wherever we can do that, letting customers see for themselves the advantages of fuel cell electric vehicles that are available today, we will do it, and we have done exactly that.

Copyright © 2001-2021 FactSet CallStreet, LLC

# Hyzon Motors, Inc. *(HYZN)*
Q3 2021 Earnings Call

**C** Corrected Transcript
12-Nov-2021

During the third quarter, Hyzon delivered two vehicles to customers in Europe, one to the municipality of Groningen, one to the municipality of Rotterdam, both in the Netherlands. In earlier communications, Hyzon had flagged several government agencies in Europe as early adopters in validating fuel cell trucks for their needs, and we highlighted that the commercial sector was following closely behind. These first two deliveries are not trials. They were deliveries of vehicles to be used by these customers in real-world everyday applications. This resulted in Hyzon's first vehicle revenues, which totaled $1 million in the third quarter.

In our previous earnings call, we noted our expectation was to have first vehicle deliveries and revenue recorded in the third quarter, and that is exactly what we accomplished. We are proud to reach this milestone, but these sales are obviously just the beginning, the seed sales that many of you have heard me talk about for some time. We are currently engaged in discussions to expand our relationships with many repeat customers who have previously placed orders, including some who have not yet received their first deliveries. With one example of the recently announced agreement with a subsidiary of Sha Steel Group, the world's largest private steel company, for a 60-day trial at Sha Steel Group's operating base in China.

For those new to the Hyzon story, we have always articulated our view that the market for our use cases would develop through a series of seed or pilot sales, then batch orders, then fleet conversions, and we are seeing the market progress just as we have articulated and believed it would.

Importantly, given the pivot we were able to make in our near-term focus from Europe to Asia, we haven't had a slowdown in the pace of our orders. As we announced this morning, Hyzon has received the first two purchase orders from Shanghai Hydrogen HongYun Automotive in China for a total of 62 trucks. The end user of these trucks is a large industrial conglomerate.

Along with the milestones in Europe and Asia, we also continue our push into the North American market, where the build out of our facilities in Rochester, New York, and Bolingbrook, Illinois are anticipated to be online by mid-2022. While the commencement of US operations is slightly delayed due to availability of manufacturing equipment, the Hyzon model is designed to ensure that we limit the damage as we continue to source fuel cell systems from the parent company in the interim. While we obviously benefit from the parent company's installed base of fuel cell manufacturing in these early stages, we are eager to get these two additional US manufacturing facilities up and running to complement our existing R&D facility in Detroit.

The North American market has seen enthusiasm for hydrogen-powered commercial transport grow quickly, even since the beginning of the year, and Hyzon plans to be among the first to deliver hydrogen fuel cell electric trucks to customers in the US. If the fleet interest shown during the ride and drive event of our two Hyzon Class 8 fuel cell electric trucks at the September ACT Clean Fleet Expo in Long Beach, California is anything to go by, we have plenty to look forward to.

The soon to be signed $1.2 trillion infrastructure bill supporting the energy transition includes $8 billion for hydrogen hubs, which closely aligns with the hydrogen supply strategy already being pursued by Hyzon to support back to base fleet operations. We are actively shaping Hyzon's participation in submissions under the Hydrogen Hub Program, amongst other grant activities.

Along with the entire leadership team at Hyzon, I'm incredibly proud of what we have been able to accomplish since becoming a public company in the second half of July 2021. We believe that commercial and operational progress has been consistent with the plans we outlined, and we continue to do everything we can to maintain our leading position, including the expansion of our portfolio of intellectual property and continued robust spend on R&D.

# Hyzon Motors, Inc. *(HYZN)*
## Q3 2021 Earnings Call

We still expect 600 to 700 vehicles to be delivered next year, and we expect it to grow through the year on a quarterly basis.

---

**Jerry Revich**
*Analyst, Goldman Sachs & Co. LLC*

Q

So, Mark, just to make sure we're on the same page, you're anticipating production to be up sequentially first quarter of 2022 versus fourth quarter of 2021?

---

**Mark Gordon**
*Chief Financial Officer & Director, Hyzon Motors, Inc.*

A

Correct.

---

**Jerry Revich**
*Analyst, Goldman Sachs & Co. LLC*

Q

Okay. Okay. And in terms of the types of orders that you folks are seeing and the interest that you've described over the course of the call, can you talk about what are the specifications that you're seeing increasing interest? It sounds like it's at the heavy end of your product range based on what you described, but maybe just give us some more color on what products you're seeing in terms of orders that are coming out?

---

**Craig M. Knight**
*Chief Executive Officer, Co-Founder & Director, Hyzon Motors, Inc.*

A

Yes. I can take that, Jerry. Definitely, the heavier trucks have an automatically kind of enthusiastic response from the customers that have started to try this technology and the potential customers. There's really isn't a broad acceptance that for heavy duty trucks that are used, driven many hours a day that people just don't see any other option besides hydrogen. So we kind of naturally have a very receptive audience when we speak to customers about our heavy truck offerings.

I will say though that it's not only heavy trucks that have a lot of promise here, and we do expect to be supplying quite a few of the kind of medium duty rigid trucks as well in the next couple of years and we've also got in our plan Class 3 lighter trucks within the next couple of years becoming a significant feature and becoming a volume driver over time.

And there's a very good reason for that, Jerry. As we penetrate the really low hanging fruit, the kind of sweet spot markets of the heavy trucks, high daily use case back to base, as we penetrate these markets, what we're doing is we are justifying and even sponsoring the investment in the hydrogen infrastructure, which comes with very compelling economics when you have substantial demand right next door.

So with those local hydrogen hubs that Parker was speaking about before close to the strong demand centers for heavy trucks, you're driving a whole new set of economics around the hydrogen. And then that will immediately translate to adjacent vehicle applications and adjacent vehicle hubs, all of a sudden becoming very compelling on hydrogen because the driven mile on hydrogen will be cheaper than driven mile on either diesel or electricity.

---

**Jerry Revich**
*Analyst, Goldman Sachs & Co. LLC*

Q

Okay. Appreciate the discussion. Thanks.

---

## Hyzon Motors, Inc. *(HYZN)*
Q3 2021 Earnings Call

**Corrected Transcript**
12-Nov-2021

---

### Craig M. Knight
*Chief Executive Officer, Co-Founder & Director, Hyzon Motors, Inc.*

A

Thanks, Jerry.

---

**Operator**: Our next question comes from the line of Bill Peterson from JPMorgan. You may begin.

---

### Bill Peterson
*Analyst, JPMorgan Securities LLC*

Q

Yeah. Hi. Good morning. Thanks for taking the questions. First, just housekeeping. When you say deliveries of 83, is that also you're expecting revenue recognition on those or some of these for some sort of trials? And I guess, more importantly, when you look at your 2022 plans, it seems like you're mitigating the supply constraints fairly well. Is this due to you guys executing take or pay much earlier on than other people? Like what gives you the confidence in your vehicle delivery expectations for next year? And are there any areas of supply that you still need to overcome as it relates your build plan for next year?

---

### Mark Gordon
*Chief Financial Officer & Director, Hyzon Motors, Inc.*

A

You want me to take that Craig?

---

### Craig M. Knight
*Chief Executive Officer, Co-Founder & Director, Hyzon Motors, Inc.*

A

Yeah.

---

### Mark Gordon
*Chief Financial Officer & Director, Hyzon Motors, Inc.*

A

So revenues, we absolutely expect to recognize on those trucks, the 85 trucks that we anticipate being delivered by year end. What I will point out though is the reason we're able to do this, as Craig mentioned in his opening remarks, is that – is the pivot towards China. The supply chain constraints in China are obviously a lot less because everything's made there. So it's easier for us to execute there.

But as we've said in the past, the ASPs of vehicles in China are substantially below what they are in Europe. So our backlog continues to grow and it's mostly European vehicles, which have gotten sort of caught in the pipe, like the pig and the python, or whatever analogy you want to use. But we are confident that we can see large deliveries and it's really thankful – thanks to us being a global company.

---

### Craig M. Knight
*Chief Executive Officer, Co-Founder & Director, Hyzon Motors, Inc.*

A

And let me come back, Bill, to the question on the expectations and whether or not there's any differentiation there versus others. I mean, partly if you look at the physical numbers of forecasts, you might want to look at comparable groups of recently [indiscernible] (00:39:28) new energy vehicle sector players. If you look at the forecast numbers, when we rank, we had to look at these kind of peer group of 16 companies, we were the fourth most conservative on margin forecast and second most conservative in terms of number of vehicles expecting to ship here in the next few years. So probably the volumes themselves are a little smaller and so access to the parts and components may not be as much of a challenge with smaller physical numbers.

---



# Hyzon Motors, Inc. *(HYZN)*
Q3 2021 Earnings Call

 Corrected Transcript
12-Nov-2021

And the second thing on that is that part of what happens in the first half of 2022 is that we finally have in our hands a lot of the inventory that we ordered back around the middle of the year, which we were anticipating would have enabled us to deploy dozens of vehicles in Europe, for example. So these vehicles are all of a sudden delivered in the first half of next year. So we actually do have a backlog of inventory that was ordered earlier that didn't get here in time for assembly and deployment as early as we would have liked, but it's still coming in.

The other thing we did is we ordered substantial inventories for 2022 production some months back. With the worsening lead times, particularly in Europe, we pulled the trigger on a lot of orders well ahead of when you would normally order. That actually will have a detrimental effect on some cash position numbers before the end of this year. But it will have a beneficial effect on our ability to assemble vehicles and deliver them and recognize the revenue in 2022.

---

### Bill Peterson
*Analyst, JPMorgan Securities LLC*

Q

Yeah. Thanks for that color. The way I interpreted some of your prepared remarks is when you say focused on vehicles and hydrogen and service, I sense that means you're not looking to sell fuel cells, and I think you shipped a fuel cell to an aviation customer, if I'm not mistaken, or going to. So just want to understand, is this a pivot and when you say you're more focused on hydrogen, is that to say – and I think we'd like to go through some of the economics of when you look at the announcements of Raven and TC, can you help us understand are you going to see more upside in the fueling over the coming years? And what are your contributions in terms of capital expenditures or OpEx or whatever for this hydrogen infrastructure enablement?

---

### Craig M. Knight
*Chief Executive Officer, Co-Founder & Director, Hyzon Motors, Inc.*

A

Sure. So two parts to that question. I'll just make a brief comment on the first part of your question around focus on fuel cells or otherwise. The supply of fuel cells for off-road applications, for example, mining ships, trains, aircraft, whatever, hasn't been a core focus, but it's always been part of our business model and our capability because we own that core technology, right? So we've always acknowledged that we will sell fuel cells into other applications besides the on-road trucks.

But in terms of where we invest our money and resources and build our teams and execution capabilities, that's really around the vehicle applications that we've continued to focus on and highlight. So it's not like we won't sell fuel cells, but it definitely is not where we're investing in the facilities and the teams that we've been speaking about as we speak about building our capabilities. So that's one thing because the ability to sell fuel cells goes back more to the core technology itself. And of course, we continue to invest in that core technology, but we don't invest heavily in the applications beyond our trucking and heavy vehicle applications.

So I'm assuming that's reasonably clear. I'll hand over to Parker for some comment on the Hydrogen Hub strategy, partnering model and what we expect to see for the Hyzon business in terms of the investments we are likely to make and the value that those investments are likely to bring to the company.

---

### Parker Meeks
*Chief Strategy Officer, Hyzon Motors, Inc.*

A

Yeah. Thanks so much, Craig. Thanks, Bill, for the question. So as we elaborated in the commentary, we do have our first hub coming online in second half of 2022 and two more hubs lined up behind that.

---



Copyright © 2001-2021 FactSet CallStreet, LLC

# Hyzon Motors, Inc. *(HYZN)*
Q3 2021 Earnings Call

Corrected Transcript
12-Nov-2021

## Craig M. Knight
*Chief Executive Officer, Co-Founder & Director, Hyzon Motors, Inc.*

Thank you very much, everybody. We appreciate your time.

**Operator**: And this will conclude our conference call for today. Thank you for participating. You may now disconnect.

Disclaimer

The information herein is based on sources we believe to be reliable but is not guaranteed by us and does not purport to be a complete or error-free statement or summary of the available data. As such, we do not warrant, endorse or guarantee the completeness, accuracy, integrity, or timeliness of the information. You must evaluate, and bear all risks associated with, the use of any information provided hereunder, including any reliance on the accuracy, completeness, safety or usefulness of such information. This information is not intended to be used as the primary basis of investment decisions. It should not be construed as advice designed to meet the particular investment needs of any investor. This report is published solely for information purposes, and is not to be construed as financial or other advice or as an offer to sell or the solicitation of an offer to buy any security in any state where such an offer or solicitation would be illegal. Any information expressed herein on this date is subject to change without notice. Any opinions or assertions contained in this information do not represent the opinions or beliefs of FactSet CallStreet, LLC. FactSet CallStreet, LLC, or one or more of its employees, including the writer of this report, may have a position in any of the securities discussed herein.

THE INFORMATION PROVIDED TO YOU HEREUNDER IS PROVIDED "AS IS," AND TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, FactSet CallStreet, LLC AND ITS LICENSORS, BUSINESS ASSOCIATES AND SUPPLIERS DISCLAIM ALL WARRANTIES WITH RESPECT TO THE SAME, EXPRESS, IMPLIED AND STATUTORY, INCLUDING WITHOUT LIMITATION ANY IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, ACCURACY, COMPLETENESS, AND NON-INFRINGEMENT. TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, NEITHER FACTSET CALLSTREET, LLC NOR ITS OFFICERS, MEMBERS, DIRECTORS, PARTNERS, AFFILIATES, BUSINESS ASSOCIATES, LICENSORS OR SUPPLIERS WILL BE LIABLE FOR ANY INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL OR PUNITIVE DAMAGES, INCLUDING WITHOUT LIMITATION DAMAGES FOR LOST PROFITS OR REVENUES, GOODWILL, WORK STOPPAGE, SECURITY BREACHES, VIRUSES, COMPUTER FAILURE OR MALFUNCTION, USE, DATA OR OTHER INTANGIBLE LOSSES OR COMMERCIAL DAMAGES, EVEN IF ANY OF SUCH PARTIES IS ADVISED OF THE POSSIBILITY OF SUCH LOSSES, ARISING UNDER OR IN CONNECTION WITH THE INFORMATION PROVIDED HEREIN OR ANY OTHER SUBJECT MATTER HEREOF.

The contents and appearance of this report are Copyrighted FactSet CallStreet, LLC 2021 CallStreet and FactSet CallStreet, LLC are trademarks and service marks of FactSet CallStreet, LLC. All other trademarks mentioned are trademarks of their respective companies. All rights reserved.