# Exhibit 24

**DEC 8**

# HYZON MOTORS DELIVERS 29 HYDROGEN FUEL CELL ELECTRIC HEAVY DUTY TRUCKS TO REDUCE CARBON EMISSIONS IN THE STEEL INDUSTRY

Rochester, NY – December 08 – Hyzon Motors Inc. (NASDAQ: HYZN), a leading supplier of zero-emission, hydrogen fuel cell-powered commercial vehicles, today announced the delivery of 29 fuel cell electric trucks to be used by a major steel conglomerate in China through Shanghai Hydrogen HongYun Automotive Co. ("HongYun").

The 49-ton trucks, which were delivered in November, utilize a 170-kilowatt fuel cell stack, and are expected to haul steel coils in the conglomerate's fleet in coming months. HongYun plans to provide operation, leasing and maintenance services for industrial and municipal customers in targeted locations in China, which is expected to be a massive market for fuel cell technologies in the coming years. Hongyun has further orders for 33 more trucks confirmed with Hyzon.

Each 49-ton heavy truck is expected to eliminate an estimated 140 tons of CO2 emission a year; over the course of the 7-year expected life span of the vehicles, the initial order of trucks is expected to eliminate an aggregate of over 30,000 tons of CO2 emissions.




"Hyzon's focus is on decarbonizing heavy transport – today," said Hyzon CEO Craig Knight. "We expect that this initial order will make an immediate environmental impact, while also providing Hyzon the opportunity to

continue enhancing capacity and expertise for future deployments across the globe. The steel industry is under intense scrutiny regarding their emissions, both manufacturing operations as well as logistics activities; we are here to take logistics out of that equation."

Hydrogen, which is converted to electricity through a fuel cell with no tailpipe emissions, powers the vehicle through fuel cells that are compact, powerful and uniquely suited for long haul and high utilization back-to-base transport. Hydrogen fuel tanks can be refilled in 15 minutes, approximately as fast as diesel tanks, a distinct advantage over battery electric vehicles (BEVs) that typically take multiple hours to recharge. In fact, the US Clean Air Task Force estimates that the number of truck stops would need to increase eight-fold if all US heavy vehicles transitioned to BEV, while the existing infrastructure would suffice if the trucks instead operated on hydrogen.

**About Hyzon**

Hyzon is a global leader in fuel cell electric mobility, with US operations in the Rochester, Chicago and Detroit areas, and international operations in the Netherlands, China, Singapore, Australia, and Germany. Hyzon is an energy transition accelerator and technology innovator, providing end-to-end solutions primarily for the commercial mobility sector with a focus on the supplying vehicles and solving the hydrogen supply challenge for fleet operators. Utilizing its proven and proprietary hydrogen fuel cell technology, Hyzon aims to supply zero-emission heavy duty trucks and buses to customers in North America, Europe and around the world to mitigate emissions from diesel transportation, which is one of the single largest sources of carbon emissions globally. The Company is contributing to the escalating adoption of fuel cell electric vehicles through its demonstrated technology advantage, leading fuel cell performance and history of rapid innovation.

**Forward-Looking Statements**

This press release includes "forward-looking statements" within the meaning of Section 27A of the Securities Act of 1933, as amended, and Section 21E of the Securities Exchange Act of 1934, as amended. All statements, other than statements of present or historical fact included in this press release, are forward-looking statements. When used in this press release, the words "could," "should," "will," "may," "believe," "anticipate," "intend," "estimate," "expect," "project," the negative of such terms and other similar expressions are intended to identify forward-looking statements, although not all forward-looking statements contain such identifying words. These forward-looking statements, including statements about future definitive orders and the delivery of vehicles, are based on management's current expectations and assumptions about future events and are based on currently available information as to the outcome and timing of future events. Except as otherwise required by applicable law, Hyzon disclaims any duty to update any forward -looking statements, all of which are expressly qualified by the statements in this section, to reflect

events or circumstances after the date of this press release. Hyzon cautions you that these forward-looking statements are subject to numerous risks and uncertainties, most of which are difficult to predict and many of which are beyond the control of Hyzon, including risks and uncertainties described in the "Risk Factors" section of Hyzon's definitive proxy statement on Schedule 14A filed with the U.S. Securities and Exchange Commission (the "SEC") on June 21, 2021, our Registration Statement on Form S-1 filed with the SEC on July 30, 2021, and other documents filed by Hyzon from time to time with the SEC. These filings identify and address other important risks and uncertainties that could cause actual events and results to differ materially from those contained in the forward-looking statements, such as risks related to the ability to convert non-binding memoranda of understanding into binding orders or sales (including because of the current or prospective financial resources of the counterparties to Hyzon's non-binding memoranda of understanding and letters of intent), or the ability to identify additional potential customers and convert them to paying customers. Hyzon gives no assurance that Hyzon will achieve its expectations.

SOURCE HYZON Motors

**Media contacts**

**Hyzon Motors**
hyzon@kivvit.com

**For investors:**
Darla Rivera
Hyzon Motors Inc
ir@hyzonmotors.com

**MEDIA RELEASE**

‹ **A HYDROGEN FUTURE SEES HYZON AND WOODSIDE JOIN FORCES**

**HYZON MOTORS AND WOODSIDE ANNOUNCE COLLABORATION FOR COMMERCIAL HYDROGEN PRODUCTION AND DEMAND CREATION OPPORTUNITIES** ›

