Exhibit 26



23-Mar-2022

# Hyzon Motors, Inc. (HYZN)

**Q4 2021 Earnings Call**

Total Pages: 32
Copyright © 2001-2022 FactSet CallStreet, LLC

# CORPORATE PARTICIPANTS

**Darla Rivera**
*Senior Manager-Investor Relations, Hyzon Motors, Inc.*

**Patrick M. Griffin**
*President-Vehicle Operations, Hyzon Motors, Inc.*

**Craig M. Knight**
*Chief Executive Officer, Co-Founder & Director, Hyzon Motors, Inc.*

**Mark Gordon**
*Chief Financial Officer & Director, Hyzon Motors, Inc.*

# OTHER PARTICIPANTS

**Jerry Revich**
*Analyst, Goldman Sachs & Co. LLC*

**Michael Shlisky**
*Analyst, D.A. Davidson & Co.*

**Courtney Yakavonis**
*Analyst, Morgan Stanley & Co. LLC*

**Steven B. Fox**
*Analyst, Fox Advisors LLC*

**Rob Wertheimer**
*Analyst, Melius Research LLC*

**Donovan Schafer**
*Analyst, Colliers Securities LLC*

**William R. Peterson**
*Analyst, JPMorgan Securities LLC*

**Noel Parks**
*Analyst, Tuohy Brothers*

**Jed Dorsheimer**
*Analyst, Canaccord Genuity LLC*

# MANAGEMENT DISCUSSION SECTION

**Operator**: Good morning and welcome to the Hyzon Motors Fourth Quarter and Full Year 2021 Conference Call. As a reminder, today's call is being recorded. At this time, all participants are in a listen-only mode. A question-and-answer session will follow the formal presentation. At this time, for opening remarks and introductions, I would like to turn the call over to Darla Rivera, Investor Relations Manager of Hyzon.

## Darla Rivera
*Senior Manager-Investor Relations, Hyzon Motors, Inc.*

Good morning and welcome to Hyzon's fourth quarter and full year 2021 earnings call. I'm Darla Rivera, Senior Manager of Investor Relations. On today's call are Craig Knight, our Chief Executive Officer; Pat Griffin, President of Vehicle Operations; and Mark Gordon, our Chief Financial Officer.

Hyzon issued our results today in a press release and presentation that can be found on our website at hyzonmotors.com in the Investors section. As a reminder, our comments within this call may contain forward-looking statements, which may include expectations and assumptions regarding the company's future operations and financial performance, including the impact of supply chain disruptions and global uncertainties and our customers' performance under product orders in existing and future contracts and are subject to various risks and uncertainties.

# Hyzon Motors, Inc. *(HYZN)*
Q4 2021 Earnings Call

 Corrected Transcript
23-Mar-2022

We are seeing increasing demand as evident in our growing backlog, which now stands at $287 million, an increase of well over 200% since our last backlog update was provided as of July 2021. We define our backlog as vehicles with a purchase order or an MoU where we have clear indication of commercial terms. We have a significant number of vehicles under MoU that are pending confirmation of specifications and commercial terms and therefore are not counted in our backlog.

Further proof is on hand through a recently received order to supply 18 Hyzon trucks in Europe for daily operations with a leading global logistics company as the end user. And more details will be shared in a press release in the coming weeks, as well as the successful start-up of another of our European customers, first green hydrogen production this week, which will be combined with truck fueling capability in the coming months to fuel their first batch of Hyzon fuel cell trucks.

Our near term focus is getting our vehicles on the road and into customers' hands, letting them experience for themselves the advantages of fuel cell electric vehicles that are available today, with Hyzon gaining highly valuable real world experience and performance data.

After a slow start due to the delays in procuring equipment for our operations, North America is progressing apace. Our first customer demo Class 8 fuel cell truck was recently delivered to TTSI at the Port of Long Beach in California. The truck is being tested in daily [indiscernible] (00:07:59) over about two months, and we look forward to providing more updates on the performance of the truck as it faces the challenges of long days and long routes within the TTSI operation. TTSI's just the start of our North America trials. There is incredible enthusiasm for hydrogen-powered trucks and we expect to have 10 to 15 Hyzon fuel cell demonstration vehicles deployed to major fleet trial customers by year-end. And we will share information on those trials as appropriate in due course. Efforts to decarbonize trucking are experiencing significant tailwinds as government mandates and attractive subsidies enable faster adoption of zero-emission vehicles by fleet operators. Additionally, we are making excellent progress scaling up our US operations. I'm particularly excited by the recent commissioning work occurring on Hyzon's Membrane Electrode Assembly production line, and we look forward to producing the first Made in the USA Hyzon fuel cell system before the end of 2022.

Just to remind everyone, the MEA is the most important element of a fuel cell, having an outsized impact on both performance and cost when building what we affectionately call the heart of zero-emission trucks, the fuel cell itself. To support demand as it evolves, we continue to focus on expanding capabilities around the globe with a particular focus on Europe to support the well-publicized building wave of hydrogen investment and adoption there. The Hyzon family continues to grow at a rapid rate. Our global team has grown to over 200 employees. I'm excited for the years ahead. I know we are well positioned for success. As we build out our team with top global talent, many of whom turned down many other opportunities to come to work at Hyzon, because they sense the dawn of something incredible and feel good working towards something so meaningful, not for ourselves, but for our children and grandchildren. While 2022 continues to bring macroeconomic challenges, and the recent COVID lockdowns in China is just one more example of supply chain difficulties and the terrible Ukraine situation adds further uncertainty in Europe in particular, we remain optimistic and energized for our journey as we enable the adoption of zero-emission commercial vehicles and broaden our partnerships with like-minded companies to accelerate the transition to hydrogen even further.

As some of you may recall, during our last earnings call, we introduced Parker Meeks, Hyzon's Chief Strategy Officer, who is leading our strategy around fueling and hydrogen infrastructure. Parker provided a deep dive into how we are growing the fuel supply side of the equation to make it easy for fleets to convert to zero-emission operations with zero compromise. And this quarter, I'd like to introduce Pat Griffin, President of Vehicle Operations, who joined Hyzon last October. Pat brings a wealth of knowledge in truck assembly operations and

# Hyzon Motors, Inc. *(HYZN)*
Q4 2021 Earnings Call

has been able to leverage that experience from day one to help us scale Hyzon global operations. Pat will provide some details on our path to commercial production and an update on our US operations.

## Patrick M. Griffin
*President-Vehicle Operations, Hyzon Motors, Inc.*

Thanks, Craig. And thanks to everyone on the call. As we scale our operations from prototyping to commercial production, I'd like to provide some color around our path forward. We are keenly focused on development and completion of our core differentiating technologies and when coupled with our modularized designs for assembly, we expect it will provide rapid and synergistic vehicle commercialization across our global locations. A key enabler to this initiative is the Hyzon Innovation Center located in the Chicagoland area. Comprised of approximately 100,000 square feet, it will produce our domestic proprietary fuel cell systems. Just this past month we achieved a significant milestone and validated important stages in the Membrane Electrode Assembly line, which is the heart of our fuel cell stack. We expect to be producing Hyzon fuel cell systems in the United States by the end of 2022, supporting our global vehicle build.

Our Rochester facility is also progressing to plan. Having already completed prototype and demonstration vehicle builds, it will continue to scale and provide various subassembly modules, such as the vehicle's hydrogen storage system as example. Utilizing both US facilities allows us to support selected subassembly modules for both US and European production. As we ramp production in the US, final vehicle assembly will initially be performed via third-party upfitters such as Fontaine Modification, which has the capacity to build tens of thousands of vehicles per year. Our vehicle production in China follows a similar model in which we utilize OE vehicle assembly partners during early stages.

Until vehicle volume supports dedicated Hyzon facilities, this approach to scale production allows us to be nimble while aligning with our capital light model. Once vehicle demand reaches a tipping point, we plan to build dedicated production lines by region, strategically positioned to meet the increasing demand. For trucks in Europe and Australia, we currently have our own facilities to assemble vehicles through our ventures and our partnerships to meet early, a growing demand in those regions. Due to strong interest in Australia, we already have plans to increase our production capacity there. Based on Europe's demand for hydrogen-powered vehicles, we've established a path forward, taking advantage of existing facilities and reconfiguring our operation to provide production capacity of 1,000 vehicles per year on a two-shift basis. We believe our global footprint and multi-region platform offerings will enable us to meet customer demand where the adoption of hydrogen fuel cell vehicles is accelerating to get our trucks on the road, gaining real use case experience. We are pleased with the progress our teams have made in just a few short months and look forward to providing updates as we begin to scale production.

Now I'd like to hand the call over to Hyzon's Chief Financial Officer, Mark Gordon.

## Mark Gordon
*Chief Financial Officer & Director, Hyzon Motors, Inc.*

Thanks, Pat, and thanks everyone for joining the call today. Since our last quarterly call, the security of energy supply has become a paramount issue. It is imperative that this unfolding crisis be addressed immediately with a viable path towards a long term, sustainable solution. Before the Ukraine conflict, oil, natural gas and coal prices had all steadily increased, driven by compounding years of low investment. Climate change concerns forced the energy industry to cut capital spending, lowering supply before the energy transition could lower demand. The Ukraine conflict has now exposed the fragility of the global energy system in a way that will not be forgotten. While the IEA has called for emergency measures to curb energy demand, a comprehensive and revolutionary

Copyright © 2001-2022 FactSet CallStreet, LLC

# Hyzon Motors, Inc. *(HYZN)*
Q4 2021 Earnings Call

**ᶜ Corrected Transcript**
23-Mar-2022

energy solution is called for. The global rollout of waste to hydrogen has the potential to replace a large portion of oil demand by converting municipal waste to a clean, green hydrogen. This has the important additional benefit of solving the overflowing landfill issue. Even plastics and biohazard waste can be used as a feedstock. The conversion process advocated by Hyzon is non-combustion, so it avoids adding pollutants to the atmosphere.

According to calculations based on the Raven system, converting all municipal waste to hydrogen could theoretically offset 25% of oil demand. This percentage could be substantially increased if agricultural waste were included as a feedstock. Most importantly, the process can generate its own electricity using a fuel cell or microturbine. This means the hydrogen production process can be completely grid independent. Already in Europe, electricity prices have made a grid-based solution to the energy transition impossible and misguided. With coal and natural gas making up the majority of electricity generation globally, grid independence is a problem for the energy transition from both a security of supply and the decarbonization perspective. It is imperative that the energy transition have a grid independent path forward.

Hydrogen has multiple infrastructure advantages. Most importantly, hydrogen can be produced off-grid. A large scale expansion of the grid is ill considered given the massive infrastructure investment required and the unknown or the availability of natural resources such as copper. More specific to Hyzon, the charging or fueling infrastructure needed for long haul heavy trucks could be 8 times greater for battery electric vehicles versus fuel cell vehicles as estimated by the Clean Air Task Force. Finally, hydrogen will be produced locally. This avoids dependency on imported energy and allows virtually any region of the world to be energy independent. When looked at from the perspective of a complete transition away from fossil fuels, hydrogen is the only viable path forward. We believe mass conversion of vehicles to battery electric will not work. Cobalt, nickel, copper and lithium are scarce resources with prices already increasing despite minimal BEV penetration. All of these resources have their own security of supply issues.

For fuel cell electric vehicles, platinum is a modest percentage of the total vehicle cost, and platinum resources will free up as fewer catalytic converters are built for internal combustion engines. From an infrastructure perspective, BEVF requires a much greater investment than fuel cell and that investment is often not included in the total cost of ownership calculations. The frequently cited efficiency argument for BEV does not take into account energy economics. For example, at $0.22 a kilowatt hour, electricity prices in California are currently trading at $360 per barrel of oil equivalent when the BTU basis of the energy is considered. In Western Europe today, where electricity prices are now double California, electricity is more than $700 per barrel of oil equivalent. It does not matter if a BEV vehicle is 2.5 to 3 times more energy efficient if the input energy is 3 to 7 times more expensive. Never before has the need for a hydrogen economy been greater, and only now is it possible thanks to advancements in fuel cell technology. Hyzon's market leading fuel cell and our thought leadership make us the key to the hydrogen economy. A rapid transition is critical not only to meet decarbonization goals, but also to provide energy security in an increasingly unpredictable world.

Turning to the financials, I will discuss our 2021 full year results and 2022 business outlook. Hyzon finished the year with $445 million in cash on the balance sheet as the company continues to manage its expenses prudently with an art of making every dollar count. We are in line with the cash forecast we laid out when we went public. Full year revenues were $6 million. Total operating expenses were $107 million. We took the full charge to the cost of sales for vehicles sold in China, which was only partially offset by the collected revenues for those sales in 2021. We expect another large portion of cash for the vehicles delivered in China during 2021 to be collected in 2022. Once this customer has a longer operating history, we anticipate booking more revenues upfront. As we have discussed previously, the end user of those vehicles is one of the largest steel companies in the world, truly a great validation of Hyzon's heavy-duty trucks.

Copyright © 2001-2022 FactSet CallStreet, LLC

# Hyzon Motors, Inc. *(HYZN)*
Q4 2021 Earnings Call

Operating expenses for the year were comprised mainly of $16 million in research and development costs and $70 million for SG&A. Within SG&A were charges totaling $33.5 million which were essentially one-time in nature relating to foundational equity grants for senior executives and expense related to retirement of our former CTO as well as transaction costs. For the full year, we reported a net loss attributable to Hyzon of $14 million. Hyzon also reported a negative EBITDA of $13 million due to changes in the fair value of earnout and private placement warrant liabilities. Adjusted EBITDA for the full year was negative $64 million after backing out the one-time charges as well as non-cash items primarily related to the change in fair value of the earnout and private placement warrant liabilities.

For Hyzon's 2022 business outlook, we expect to deliver 300 to 400 commercial vehicles with deliveries heavily weighted towards the back half of the year. In 2022, we expect the geographic mix will continue to be weighted to regions with lower margins. We expect the geographic mix to shift towards regions with more favorable margins in 2023. While demand for our trucks is stronger than ever, as our backlog increase testifies, we anticipate the supply chain issues to persist through 2022. We expect to commence assembling vehicles using our high-powered density proprietary fuel cell made in our US facilities during the second half of 2022. We have made solid progress on this front and we anticipate showcasing our facilities later in the year. We also expect an increasing number of North American trials of our Class 8 trucks as our facilities ramp.

Trials continue to increase in the rest of the world. We expect our backlog to grow as we progress towards commercial discussion – ongoing commercial discussions and as demand of zero emission vehicles grows exponentially. By year-end, we expect the first Hyzon-Raven gas-to-hydrogen hub and waste-to-hydrogen hub to be online. We intend to drive innovations and increase the Hyzon content within our vehicles. Bringing the manufacturing of our fuel cells in-house is just one step in this direction. Our continuous innovation efforts are expected to deliver both vehicle CapEx and fuel operating savings, which lowers the total cost of ownerships even further. We reaffirm our medium term EBITDA margins in excess of 15% by 2025.

And with that, I now like to turn the call back to Craig for closing remarks.

## Craig M. Knight
*Chief Executive Officer, Co-Founder & Director, Hyzon Motors, Inc.*

Thanks, Mark and Pat. In closing, I'd like to reinforce Hyzon's role as the key to the hydrogen economy as it pertains to commercial vehicles. We are the hydrogen technology company that decouples heavy mobility from fossil fuels and facilitates energy independence in the process. The world is at an inflection point and a new energy infrastructure is needed. Hydrogen is emerging as a highly versatile clean solution for high utilization commercial vehicles. The advances in Hyzon's technology and the visible momentum in hydrogen adoption through government mandates, expanding subsidy availability and significant investment in green hydrogen production underscore the phenomenal opportunity for our company in the coming years. Our purpose is clear. We won't rest until we have made a significant positive impact in this world, as underscored by our recent announcement that Hyzon joined The Climate Pledge, which commits over 300 leading corporations to reaching net zero by 2040, a full decade ahead of the Paris Agreement on climate change.

Thank you all again for your time and attention and with that, let's open up the line for questions.

## Hyzon Motors, Inc. *(HYZN)*
Q4 2021 Earnings Call

Corrected Transcript
23-Mar-2022

### Jerry Revich
*Analyst, Goldman Sachs & Co. LLC*

Q

I appreciate that. And in terms of the free cash flow outlook over the course of 2022, Mark, I'm wondering if you could just update us on your CapEx outlook and given the moving pieces that Craig spoke about, how should we think about free cash use over the course of 2022 as you folks ramp up?

### Mark Gordon
*Chief Financial Officer & Director, Hyzon Motors, Inc.*

A

So as I said in my prepared remarks where we ended the year with cash is where we had anticipated to be when we went public, and that is how we feel that 2022 will unfold as well.

### Jerry Revich
*Analyst, Goldman Sachs & Co. LLC*

Q

Sorry, Mark, just so I'm on the same page with you, so the outlook that you folks have previously laid out for cash for year-end 2022 still holds is your point?

### Mark Gordon
*Chief Financial Officer & Director, Hyzon Motors, Inc.*

A

Correct.

### Jerry Revich
*Analyst, Goldman Sachs & Co. LLC*

Q

Okay. Super. Thanks.

### Craig M. Knight
*Chief Executive Officer, Co-Founder & Director, Hyzon Motors, Inc.*

A

Thank you, Jerry.

**Operator**: Our next question coming from the line of Courtney Yakavonis with Morgan Stanley. Your line is open.

### Courtney Yakavonis
*Analyst, Morgan Stanley & Co. LLC*

Q

Hi, good morning, guys. Can you just give us an update on where the Bolingbrook and Rochester facilities are? I think originally you were anticipating them to be online maybe end of the first half of 2022. Now it sounds like the target has moved towards the second half of 2022, but I think you were awaiting some equipment because of supply chain issues. Is that in place? And are we now just – just give us an update on what kind of the hurdle is to get those facilities online and what's the expectation for the timeline is?

### Craig M. Knight
*Chief Executive Officer, Co-Founder & Director, Hyzon Motors, Inc.*

A

Sure. Thanks, Courtney. Thanks for the question. I'll take that one. Bolingbrook is definitely making some great leaps in being built out. We've been testing our MEA – some of our MEA facilities. It's a multi-stage process to make a fuel cell system, but that first and very important part of it making the multi-layered MEA, the Membrane Electrode Assembly, this has been commissioned at the moment. So we've been running some tests on MEA

## Hyzon Motors, Inc. *(HYZN)*
Q4 2021 Earnings Call

 
equipment in the last four to six weeks. We will start making fuel cell stacks here in the next four to six weeks and we will be able to make complete systems sometime during the second half, probably much closer to the middle of the year than the end of the year to be honest, but just during the second half of the year.

And as for system build, the subsystems for the vehicle include hydrogen storage, electric propulsion, the fuel cell system itself, etcetera. Some of these subsystems have some capability already being set up in Rochester, for example. And there's also vehicle prototyping going on in Rochester now as well. We also have some vehicle prototyping activities in Bolingbrook as well. But we expect to see that internal hydrogen fuel cell production – in-house hydrogen fuel cell production feeding the Hyzon vehicle assembly requirements before the end of the year. And that's the most important thing because that back integrates us right back through that fuel cell production and improves the gross margins as Mark was alluding before [indiscernible] (00:32:58) we have to buy fuel cells from Horizon we're buying from the market at a commercial rate and it greatly improves our margins when the most expensive part of the vehicle is made in-house.

### Courtney Yakavonis
*Analyst, Morgan Stanley & Co. LLC*

Q

Great. Thanks. And then just on the back of the earlier question about the [indiscernible] (00:33:17) understanding that it's tough to predict, can you at least give us some – your thoughts on the HongYun contract and do you anticipate a higher production for them next year relative to this year because I think Mark alluded to the full costs will be flowing through, but you should start to get some incremental sales flow through from the order or from the deliveries from this year, so I'm just trying to understand how much more the P&L will be labored by cost associated with that next year and then what is the timeline until you would start to see those revenues flow through at a full rate? You kind of mentioned they need to have a long enough operating history, is that two or three years or just more like six or seven?

### Craig M. Knight
*Chief Executive Officer, Co-Founder & Director, Hyzon Motors, Inc.*

 A

Okay, so if I can touch on the first part of that question, just in relation to the business we have, we expect the business in China to materialize and then Mark can speak a little bit about some of the efforts to – and some of the expectations around improving the revenue recognition treatment of those deployments in China. So we have a number of significant project and vehicle deployment opportunities in China. It's not only the HongYun activities for the steel company end users, but also we've announced initial trials with Foshan, which is one of the UN hydrogen demonstration cities in China and receiving a lot of support from federal government, etcetera, down there. And we expect to be able to share information on at least one or two interesting vehicle deployment opportunities beyond the HongYun heavy-duty truck deployments. Now, in terms of how that flows through to the bottom line, to earnings, etcetera, I'll let Mark comment and just provide a bit of information about when we expect revenue recognition treatment to maybe change.

### Mark Gordon
*Chief Financial Officer & Director, Hyzon Motors, Inc.*

A

Sure. Thanks, Craig. So Courtney I think it's important to think through how we will be receiving revenues for the trucks delivered this year with no cost over the next few years and the bulk of those revenues for the trucks delivered last year will come in 2022, so that will effectively be pure margin. It's a little strange accounting treatment, but what we're waiting for is for HongYun to have more operating history and we plan to re-evaluate this method of accounting for the revenues in the fourth quarter of this year, at which point we hope that we'll be able to account for the revenues more normally.



Copyright © 2001-2022 FactSet CallStreet, LLC

## Hyzon Motors, Inc. *(HYZN)*
Q4 2021 Earnings Call

**Corrected Transcript**
23-Mar-2022

---

### Courtney Yakavonis
*Analyst, Morgan Stanley & Co. LLC*

**Q**

Thank you.

---

### Craig M. Knight
*Chief Executive Officer, Co-Founder & Director, Hyzon Motors, Inc.*

**A**

Thanks Courtney.

---

**Operator**: And our next question coming from the line of Rob Wertheimer with Melius Research. Your line is open.

---

### Craig M. Knight
*Chief Executive Officer, Co-Founder & Director, Hyzon Motors, Inc.*

**A**

Hi, Rob.

---

### Rob Wertheimer
*Analyst, Melius Research LLC*

**Q**

I'm so sorry. I'm so sorry. Good morning, everybody. Craig, I wonder if you could talk a bit about how your expectations for 2022 have evolved over the last couple months, [indiscernible] (00:36:55) still expecting a little bit higher number of truck deliveries. Maybe your backlog even implies you could do more. I don't know whether the 300 to 500 is production limited or whether orders have been percolating but [indiscernible] (00:37:10) if you could just talk about the evolution there?

---

### Craig M. Knight
*Chief Executive Officer, Co-Founder & Director, Hyzon Motors, Inc.*

**A**

Yeah. Thank you, Rob. Great question. We would love to deliver more trucks, but you're absolutely right the 300 to 400 vehicle range from our standpoint is a reflection of supply constraints in a couple of the markets that are really starting to build momentum and that is Europe and Australia in particular, and we've been cautious in our outlook for how many vehicles we think we'll deploy in those two markets, even though customer orders are building and customer interest is building. And we continue to sign vehicle supply agreements where we're tending to commit to only a very small portion of the contracted quantities by the end of 2022 with a much larger portion of those contracts falling into 2023. We're not doing that to pump up 2023. We're simply doing that because it's still a reality that supply chains are still very constrained and unpredictable. If things improve dramatically by the middle of this year, say in the next three to four months, we will be able to do better on deliveries than our kind of more conservative estimations, but, at the moment, we're still very much tempering the forecast and expected deliveries with those supply chain factors, which continue to be quite challenging.

---

### Rob Wertheimer
*Analyst, Melius Research LLC*

**Q**

Okay. I think that's clear. Could you walk through what makes the outlook so backend loaded? You talked a little bit about US production. What is a similar kind of a story in Europe and what kind of gets better in order to drive those deliveries in back half, kind of what needs to happen in order to hit as opposed to even raise the guide?

---

### Craig M. Knight
*Chief Executive Officer, Co-Founder & Director, Hyzon Motors, Inc.*

**A**

---

# Hyzon Motors, Inc. *(HYZN)*

Q4 2021 Earnings Call

 Corrected Transcript

23-Mar-2022

Accounting, Oversight Standards Board or whatever that puts that together, they could be kind of in the spirit of two lines of thinking where one, you can talk about operating history, it makes me think of kind of a similar line of thinking to the sort of like allowance for doubtful accounts type thing or bad debt, just in the spirit of it or the other one being like the nature of the contract, almost like a year to year rental agreement or something, so just – what would you sort of Google in terms of keywords to understand what the [indiscernible] (01:17:46)

**Mark Gordon** <span style="float:right">A</span>
*Chief Financial Officer & Director, Hyzon Motors, Inc.*

So [indiscernible] (01:17:47)

**Craig M. Knight** <span style="float:right">A</span>
*Chief Executive Officer, Co-Founder & Director, Hyzon Motors, Inc.*

[indiscernible] (01:17:48)

**Mark Gordon** <span style="float:right">A</span>
*Chief Financial Officer & Director, Hyzon Motors, Inc.*

Yeah. [indiscernible] (01:17:50)

**Craig M. Knight** <span style="float:right">A</span>
*Chief Executive Officer, Co-Founder & Director, Hyzon Motors, Inc.*

[indiscernible] (01:17:51)

**Mark Gordon** <span style="float:right">A</span>
*Chief Financial Officer & Director, Hyzon Motors, Inc.*

Go ahead, Craig.

**Craig M. Knight** <span style="float:right">A</span>
*Chief Executive Officer, Co-Founder & Director, Hyzon Motors, Inc.*

Go ahead Mark.

**Mark Gordon** <span style="float:right">A</span>
*Chief Financial Officer & Director, Hyzon Motors, Inc.*

I was just going to say...

[indiscernible] (01:17:56)

**Craig M. Knight** <span style="float:right">A</span>
*Chief Executive Officer, Co-Founder & Director, Hyzon Motors, Inc.*

...the main factor here was the treatment of collectability, the assessment of collectability by our [indiscernible] (01:18:03), they're saying we just don't have enough kind of enforcement power to go out and make sure that money gets collected. Now the end user of the zero emission vehicle services is one of the largest steel companies in the world, and we think it's highly unlikely they'll default or stop using trucks anytime soon. So we don't find that an unacceptable business risk. But from an accounting treatment standpoint, because there's a new intermediary involved in the provision of the service for the vehicles, then it's considered a collectability risk. But as that company has more operating history, then the collectability would become clearer. And I'm sorry we both tried to answer the question same time there. Mark, do you want to add anything?

### Mark Gordon
*Chief Financial Officer & Director, Hyzon Motors, Inc.*

A

So, I think you did a good job answering there, Craig. I'll just add now that if you want we're happy to have you speak with our Chief Accounting Officer and she is...

### Donovan Schafer
*Analyst, Colliers Securities LLC*

Q

Okay.

### Mark Gordon
*Chief Financial Officer & Director, Hyzon Motors, Inc.*

A

...far in the weeds in all this and can explain to you.

### Donovan Schafer
*Analyst, Colliers Securities LLC*

Q

Okay. Great. And then I'll ask my last question.

### Craig M. Knight
*Chief Executive Officer, Co-Founder & Director, Hyzon Motors, Inc.*

A

[indiscernible] (01:19:01) just want to say Donovan – Donovan, I just also want to say that it's really a short term issue. It really doesn't affect the viability of the trucks. It doesn't affect the attractiveness of those deployments and the extent to which we learn from the operations and from all the data we get out of all the vehicle operations and it's getting us where we need to be, which is in the market with a whole lot of trucks validated by a whole lot of customers, right? So it's a short term issue, whether we recognize the revenue next year or the year after, frankly, it's not a huge deal. It's unattractive to have shipped vehicles that you haven't recognized all the revenue on, it doesn't make us feel good, but at the end of the day, it's a very minor pain point.

### Donovan Schafer
*Analyst, Colliers Securities LLC*

Q

Sure. Okay. That's great. And then just my last question kind of taking a stab at the green – well, blue versus gray hydrogen. I don't know – I'm actually not familiar with the specific breakouts, but I – someone – I used to be a petroleum engineer and so the whole flaring process in Bakersfield and stuff and, correct me if I'm wrong, but just at kind of high level logic, my understanding is something like that at least conceptually it would be seen as green because, as an oil and gas producer, you're required to flare those methane emissions. So you're making the $CO_2$ no matter what. Like, it doesn't matter everything else aside the $CO_2$ it's just happening because you're under laws, probably going back a couple decades, you're being required to just combust that methane for absolutely no benefit – well to convert it...

### Craig M. Knight
*Chief Executive Officer, Co-Founder & Director, Hyzon Motors, Inc.*

A

Correct.

### Donovan Schafer
*Analyst, Colliers Securities LLC*

Q

...from methane to carbon dioxide, so the logic of the green would be, well, it's happening no matter what. So if instead of just having that be waste heat, going off into the [indiscernible] (01:20:54) like essentially a campfire

Copyright © 2001-2022 FactSet CallStreet, LLC

# Hyzon Motors, Inc. *(HYZN)*
## Q4 2021 Earnings Call

**C** Corrected Transcript

23-Mar-2022

with nobody around it, you might as well capture it, and then if you're capturing that and it's creating a vehicle that is being powered and that vehicle is displacing a vehicle that would otherwise be powered by fossil fuels that would also have carbon tailpipe emissions, that's a – is that the logic. Just want to...

### Mark Gordon
*Chief Financial Officer & Director, Hyzon Motors, Inc.*

A

So that's the logic [indiscernible] (01:21:19)...

### Craig M. Knight
*Chief Executive Officer, Co-Founder & Director, Hyzon Motors, Inc.*

A

Donovan – yeah, yeah, exactly. You hit on it. And it's because it's an end-to-end carbon accounting consideration, it's – what is the feedstock and where did it come from as well as what happens through the process and what's the output of the process. So it's end-to-end carbon accounting that CARB looks at when they assess the carbon intensity and you're absolutely right. It's also the reason why when you, for example, take dairy waste and make hydrogen from it, you get a really massive negative carbon intensity score because what you're abating is straight methane. And you just mentioned that the conversion of $CH_4$ to $CO_2$ has been mandated for many years in a lot of countries because the ozone depletion effect of $CH_4$ is so much worse than $CO_2$, that's why they're forced to burn it. So if you're abating $CH_4$, you get a hugely negative CI score. If you're abating $CO_2$ being released without displacing fuel, then you're getting a negative CI benefit. And if you're actually carbon capturing, then that's blue even if it's just natural gas, for example. But it would also be a negative CI green if the methane was from a renewable source. Sorry, Mark.

### Mark Gordon
*Chief Financial Officer & Director, Hyzon Motors, Inc.*

A

Okay. Yeah. I was just going to say it's the same logic for waste to hydrogen and the negative CI score there. I mean it's where gas would be going up into the environment no matter what and same with the methane produced from a landfill. And so what we really need is a color for this type of hydrogen, a color to describe garbage to hydrogen. But what we would argue with the help of CARB is that this is more green than electrolysis using solar or wind because that CARB score or carbon intensity score is like close to zero and we're now dealing with negative scores, in some cases, very negative scores.

### Donovan Schafer
*Analyst, Colliers Securities LLC*

Q

All right. Thank you, guys.

### Craig M. Knight
*Chief Executive Officer, Co-Founder & Director, Hyzon Motors, Inc.*

A

Thanks Donovan.

**Operator**: And our last question coming from the line of Noel Parks from Tuohy Brothers. Your line is open.

### Noel Parks
*Analyst, Tuohy Brothers*

Q

Hi, good morning.

# Hyzon Motors, Inc. *(HYZN)*
Q4 2021 Earnings Call

 Corrected Transcript
23-Mar-2022

**Disclaimer**

The information herein is based on sources we believe to be reliable but is not guaranteed by us and does not purport to be a complete or error-free statement or summary of the available data. As such, we do not warrant, endorse or guarantee the completeness, accuracy, integrity, or timeliness of the information. You must evaluate, and bear all risks associated with, the use of any information provided hereunder, including any reliance on the accuracy, completeness, safety or usefulness of such information. This information is not intended to be used as the primary basis of investment decisions. It should not be construed as advice designed to meet the particular investment needs of any investor. This report is published solely for information purposes, and is not to be construed as financial or other advice or as an offer to sell or the solicitation of an offer to buy any security in any state where such an offer or solicitation would be illegal. Any information expressed herein on this date is subject to change without notice. Any opinions or assertions contained in this information do not represent the opinions or beliefs of FactSet CallStreet, LLC. FactSet CallStreet, LLC, or one or more of its employees, including the writer of this report, may have a position in any of the securities discussed herein.

THE INFORMATION PROVIDED TO YOU HEREUNDER IS PROVIDED "AS IS," AND TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, FactSet CallStreet, LLC AND ITS LICENSORS, BUSINESS ASSOCIATES AND SUPPLIERS DISCLAIM ALL WARRANTIES WITH RESPECT TO THE SAME, EXPRESS, IMPLIED AND STATUTORY, INCLUDING WITHOUT LIMITATION ANY IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, ACCURACY, COMPLETENESS, AND NON-INFRINGEMENT. TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, NEITHER FACTSET CALLSTREET, LLC NOR ITS OFFICERS, MEMBERS, DIRECTORS, PARTNERS, AFFILIATES, BUSINESS ASSOCIATES, LICENSORS OR SUPPLIERS WILL BE LIABLE FOR ANY INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL OR PUNITIVE DAMAGES, INCLUDING WITHOUT LIMITATION DAMAGES FOR LOST PROFITS OR REVENUES, GOODWILL, WORK STOPPAGE, SECURITY BREACHES, VIRUSES, COMPUTER FAILURE OR MALFUNCTION, USE, DATA OR OTHER INTANGIBLE LOSSES OR COMMERCIAL DAMAGES, EVEN IF ANY OF SUCH PARTIES IS ADVISED OF THE POSSIBILITY OF SUCH LOSSES, ARISING UNDER OR IN CONNECTION WITH THE INFORMATION PROVIDED HEREIN OR ANY OTHER SUBJECT MATTER HEREOF.

The contents and appearance of this report are Copyrighted FactSet CallStreet, LLC 2022 CallStreet and FactSet CallStreet, LLC are trademarks and service marks of FactSet CallStreet, LLC. All other trademarks mentioned are trademarks of their respective companies. All rights reserved.