# Exhibit 29



06-May-2022

# Hyzon Motors, Inc. (HYZN)

**Q1 2022 Earnings Call**

**FACTSET: call**street
1-877-FACTSET    www.callstreet.com

Total Pages: 21
Copyright © 2001-2022 FactSet CallStreet, LLC

**Hyzon Motors, Inc.** *(HYZN)*
Q1 2022 Earnings Call

Corrected Transcript
06-May-2022

# CORPORATE PARTICIPANTS

**Darla Rivera**
*Senior Manager-Investor Relations, Hyzon Motors, Inc.*

**Mark Gordon**
*Senior Advisor & Director, Hyzon Motors, Inc.*

**Craig M. Knight**
*Chief Executive Officer, Co-Founder & Director, Hyzon Motors, Inc.*

**Samuel Chong**
*Chief Financial Officer, Hyzon Motors, Inc.*

# OTHER PARTICIPANTS

**Rob Wertheimer**
*Analyst, Melius Research LLC*

**Jerry Revich**
*Analyst, Goldman Sachs & Co. LLC*

**Michael Shlisky**
*Analyst, D.A. Davidson & Co.*

**Steven B. Fox**
*Analyst, Fox Advisors LLC*

**Bill Peterson**
*Analyst, JPMorgan Securities LLC*

**Noel Parks**
*Analyst, Tuohy Brothers*

# MANAGEMENT DISCUSSION SECTION

**Operator**: Good morning and welcome to the Hyzon Motors First Quarter 2022 conference call. As a reminder, today's call is being recorded. At this time, all participants are in listen-only mode. A question-and-answer session will follow the formal presentation.

At this time, for opening remarks and introductions, I would like to turn the call over to Darla Rivera from – Investor Relations Manager of Hyzon. Please go ahead, Darla.

## Darla Rivera
*Senior Manager-Investor Relations, Hyzon Motors, Inc.*

Good morning, and welcome to Hyzon's first quarter 2022 earnings call. I'm Darla Rivera, Senior Manager of Investor Relations. On today's call are Craig Knight, our Chief Executive Officer; Sam Chong, our Chief Financial Officer, accompanied by Mark Gordon, Senior Adviser and former Hyzon CFO.

Hyzon issued our results today in a press release and presentation that can be found on our website at hyzonmotors.com in the Investors section. As a reminder, our comments within this call may contain forward-looking statements, which may include expectations and assumptions regarding the company's future operations and financial performance, including the impact of supply chain disruptions and global uncertainties and our customers' performance under product orders in existing and future contracts and are subject to various risks and uncertainties.

For a more complete discussion of the risks and uncertainties that could cause actual results to differ materially from any forward-looking statements, please refer to our filings with the SEC, including the press release issued

Important advances in the total cost of ownership for fuel cell electric vehicle solutions are rapidly eliminating legacy advantages that incumbent battery solutions enjoy. Ultimately, the fuel cell will be cheaper than the battery electric solution. According to industry estimates for Class 8 fuel cell vehicles, 160-kilowatt fuel cell, 110-kilowatt-per-hour battery pack and hydrogen storage together cost approximately 30% to 50% lower than the 750-kilowatt-hour battery pack used for a Class 8 BEV truck with a similar range and payload.

The rest of the materials are essentially the same. So at manufacturing scale, the hydrogen vehicle will be cheaper. Furthermore, the BEV system weighs 5 to 6 times more than our system. As we discussed on the last call, hydrogen has a distinct infrastructure advantage when it comes to commercial vehicles with BEV needing to build 6 to 12 times the refueling infrastructure along with a substantial expansion of the grid. Moreover, the marginal cost of hydrogen is dropping, while the marginal cost of electricity and oil are increasing. While BEVs do have a substantial efficiency advantage over fuel cells, this advantage does not take into account the cost of electricity. Waste to hydrogen will be able to produce hydrogen at costs that offset the efficiency advantage. On a TCO basis, at manufacturing scale, hydrogen will be the clear winner for large commercial vehicles.

Today, battery electric makes more sense than fuel cell electric for passenger cars. But that advantage comes from the minimal infrastructure needed and the lack of a competing hydrogen infrastructure. This BEV advantage does not exist for commercial vehicles, as significant charging or refilling infrastructure must be built. When the hydrogen infrastructure is ultimately built, that will lose its advantage even for passenger cars. Both the BEV and a fuel cell electric vehicle benefit from an electric drive train. So, both have excellent acceleration, a silent ride and no vibrations. A BEV passenger car will be heavier because of the weight of the battery, so it will have slower acceleration than a fuel cell electric vehicle.

While BEVs have the potential advantage of charging at home, the fuel cell electric vehicles have very fast fueling times and longer range. Once the hydrogen infrastructure is built, fuel cell passenger cars will become a compelling alternative. At that point, Hyzon will be in a position to supply fuel cells to OEM manufacturers.

A battery future is not a green future. The end-of-life disposal of batteries creates a whole host of widely documented problems. Moreover, the carbon intensity of the battery electric vehicle depends on the carbon intensity of the grid.

According to BCG, the lifetime carbon intensity of a BEV vehicle is greater than an ICE vehicle in regimes where coal is the dominant part of the electricity grid. For example, in China, India and Germany, BEVs are more carbon-intensive than ICE vehicles on a full lifecycle basis. While this is not true in countries like Norway or France, on a sales weighted basis, BEV vehicles, as a whole, increase carbon emissions given China's large market share.

Now that coal has started to grow again in many jurisdictions around the world, a transition to a BEV future needs to be questioned. At Hyzon, we intend to be the leader in the energy transition. Our waste-to-hydrogen solution enables green hydrogen to be produced locally at competitive prices. As Craig alluded in his remarks, we will be offering a solution to refurbish current on-the-road diesel fleets into fuel cell fleets.

Our partner Fontaine Modification will be assisting in this endeavor. Most importantly, refurbishing current fleets enables a substantially faster energy transition. It also alleviates supply chain issues with the chassis and it expands our TAM. We will be officially announcing our program next week at ACT and we will provide much greater detail about the benefits for Hyzon and the world at our Analyst Day in early June.

# Hyzon Motors, Inc. *(HYZN)*
Q1 2022 Earnings Call

 Corrected Transcript
06-May-2022

While the world is now expanding coal generation to create energy security, Hyzon is offering a truly revolutionary vision. As those who have covered the company know, the CFO role for me was interim and I remained in the position much longer than expected. This enabled us to interview dozens of candidates until we found the perfect fit. Sam brings to the company a wealth of experience, a deep appreciation of finance, and a great understanding of the energy transition.

His background in the battery space in particular makes him very aware of the pitfalls of that path. I'm very proud of the team Hyzon has assembled, and I am proud to be associated with such a revolutionary company.

With that, I pass the mantle to our new CFO, Sam Chong.

## Samuel Chong
*Chief Financial Officer, Hyzon Motors, Inc.*

Thank you very much, Mark, and thank you to everyone who is on the call today. It's a pleasure to join Hyzon as Chief Financial Officer and I look forward to building relationships with our customers, shareholders and analysts and as we gain momentum in the global energy transition. We announced a significant strategic step to increase the stake in our Hyzon Motors Europe joint venture from 50.5% to 75%.

Investing in Hyzon at today's market valuation is particularly compelling. Our European ownership increase positions us well to meet increasing demand as investments in hydrogen infrastructure accelerate to meet decarbonization goals and advance the energy transition. We are focused and committed on capturing the European demand for zero emissions.

As Craig and Mark have already mentioned, the increase in global awareness, demand and efficacy of hydrogen technology can be seen in each of our distinctive markets. We are continuing to see growth in our backlog and will continue to provide periodic updates.

In addition, we are also actively working on expanding our total addressable market by being agile and setting new technological standards and accelerating paths to markets. The aforementioned customer-led solution is a great example of a nimble market disruptor that is able to formulate solutions with potential customers whose demand for hydrogen fuel cell trucks continues to grow despite macro supply chain constraints.

Turning to the financials, I will discuss our first quarter 2022 results. We finished the quarter with $407 million in cash and cash equivalents on the balance sheet. We are focused on cash management which actively balances growth, investments and expenses as we accelerate our R&D, production capabilities and hydrogen infrastructure. We remain on plan with the cash forecast laid out when the company went public.

First quarter revenues were $356,000 from the sale of fuel cell systems. Total operating expenses for the quarter were $27.1 million, which were comprised mainly of $6.2 million in research and development costs and $20.5 million of selling, general and administrative costs. Within SG&A where expenses totaling $4.8 million related to stock-based compensation expense, legal fees incurred in connection with the short seller report. Other income and expenses included non-cash gains from a change in fair value of an earnout liability of $3.2 million and private placement warrant liability of $1.5 million. In addition, we recognized a non-cash gain of $12.5 million due to a fair value change in equity securities related to our Raven investments.

For the first quarter, we recorded a net loss attributable to high volume of $8.5 million. Hyzon also reported a negative EBITDA of $9.6 million. Adjusted EBITDA for the quarter was negative $22 million after backing out the one-time charges, as well as non-cash items primarily related to the change in fair value of the earnout liability,

# Hyzon Motors, Inc. *(HYZN)*
Q1 2022 Earnings Call

 Corrected Transcript
06-May-2022

equity securities, private placement warrant liabilities, as well as stock-based compensation and legal fees incurred in connection with the short seller report.

For Hyzon's 2022 business outlook, we are actively monitoring impacts due the Shanghai COVID lockdown, geopolitical uncertainties disrupting supply chains globally. We will provide an update in the second half of the year as we gain more visibility as it relates to deliveries.

And with that, I would like to turn the call back to Craig for closing remarks.

### Craig M. Knight
*Chief Executive Officer, Co-Founder & Director, Hyzon Motors, Inc.*

Thanks, Mark, and thanks, Sam. Hyzon continues to execute the plan, laying a solid foundation for the creation of long-term shareholder value. We are laser-focused on our goal as a key player in building out a hydrogen economy through mobility. Thank you all again for your time and attention.

And with that, let's open up the call for questions.

# QUESTION AND ANSWER SECTION

**Operator**: Thank you. [Operator Instructions] Our first question comes from Rob Wertheimer from Melius Research. Please go ahead, Rob.

### Rob Wertheimer
*Analyst, Melius Research LLC*

Q

Hi. Good morning, everybody. Thanks for the overview. Question just on the outlook, and you referenced a couple of times and at the end. Did you not reiterate backlog or delivery guidance because of Shanghai and you're just not sure if you'd be able to produce? Is it perhaps a change in focus and messaging on what you want to emphasize quarter-to-quarter? Is it availability of chassis and so forth? Maybe just talk through your messaging there.

### Craig M. Knight
*Chief Executive Officer, Co-Founder & Director, Hyzon Motors, Inc.*

A

Hello, Rob. I'll take that one. So we provided guidance in the Q4 call and expecting to deliver 300 to 400 vehicles globally in 2022. As you know, we don't specifically break out by region, but we do expect the deliveries to be weighted towards China. China is a very important market to play in. The adoption of hydrogen there is much farther ahead than most countries. And while margins there aren't so glamorous, the deployment of our trucks in many real-world settings provides really, really useful operating data. And that enables us to continually improve our technology and our vehicles. And that type of experience is invaluable for proponents of any new technology.

So, we do see from 2022 into 2023 being less dependent on deliveries to China, so a growing uptake in Europe and Australia in particular, and the US gathering steam from there. So, none of that has really changed, Rob.

Certainly, at the moment, the market's been disrupted by all sorts of things from supply chain challenges, the war in Ukraine to unexpected additional lockdowns on COVID Zero in China, and we do still expect to have



Copyright © 2001-2022 FactSet CallStreet, LLC

# Hyzon Motors, Inc. *(HYZN)*
Q1 2022 Earnings Call

Corrected Transcript
06-May-2022

**Disclaimer**

The information herein is based on sources we believe to be reliable but is not guaranteed by us and does not purport to be a complete or error-free statement or summary of the available data. As such, we do not warrant, endorse or guarantee the completeness, accuracy, integrity, or timeliness of the information. You must evaluate, and bear all risks associated with, the use of any information provided hereunder, including any reliance on the accuracy, completeness, safety or usefulness of such information. This information is not intended to be used as the primary basis of investment decisions. It should not be construed as advice designed to meet the particular investment needs of any investor. This report is published solely for information purposes, and is not to be construed as financial or other advice or as an offer to sell or the solicitation of an offer to buy any security in any state where such an offer or solicitation would be illegal. Any information expressed herein on this date is subject to change without notice. Any opinions or assertions contained in this information do not represent the opinions or beliefs of FactSet CallStreet, LLC. FactSet CallStreet, LLC, or one or more of its employees, including the writer of this report, may have a position in any of the securities discussed herein.

THE INFORMATION PROVIDED TO YOU HEREUNDER IS PROVIDED "AS IS," AND TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, FactSet CallStreet, LLC AND ITS LICENSORS, BUSINESS ASSOCIATES AND SUPPLIERS DISCLAIM ALL WARRANTIES WITH RESPECT TO THE SAME, EXPRESS, IMPLIED AND STATUTORY, INCLUDING WITHOUT LIMITATION ANY IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, ACCURACY, COMPLETENESS, AND NON-INFRINGEMENT. TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, NEITHER FACTSET CALLSTREET, LLC NOR ITS OFFICERS, MEMBERS, DIRECTORS, PARTNERS, AFFILIATES, BUSINESS ASSOCIATES, LICENSORS OR SUPPLIERS WILL BE LIABLE FOR ANY INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL OR PUNITIVE DAMAGES, INCLUDING WITHOUT LIMITATION DAMAGES FOR LOST PROFITS OR REVENUES, GOODWILL, WORK STOPPAGE, SECURITY BREACHES, VIRUSES, COMPUTER FAILURE OR MALFUNCTION, USE, DATA OR OTHER INTANGIBLE LOSSES OR COMMERCIAL DAMAGES, EVEN IF ANY OF SUCH PARTIES IS ADVISED OF THE POSSIBILITY OF SUCH LOSSES, ARISING UNDER OR IN CONNECTION WITH THE INFORMATION PROVIDED HEREIN OR ANY OTHER SUBJECT MATTER HEREOF.

The contents and appearance of this report are Copyrighted FactSet CallStreet, LLC 2022 CallStreet and FactSet CallStreet, LLC are trademarks and service marks of FactSet CallStreet, LLC. All other trademarks mentioned are trademarks of their respective companies. All rights reserved.