# Exhibit 33

Finance Home    Watchlists    My Portfolio    Markets    News    Videos    Yahoo Finance Plus 🟣    Screeners    ⋯

## Hyzon Motors Inc. (HYZN)
NasdaqGS - NasdaqGS Real Time Price. Currency in USD

Follow

Visitors trend  2W ↓  10W ↑  9M ↑

Quote Lookup

### 1.2800 -0.0200 (-1.5385%)
As of 11:55AM EDT. Market open.

Summary    Company Insights 🟣    Chart    Conversations    Statistics    **Historical Data**    Profile    Financials    Analysis    Options    Holders    Sustainability

| Time Period: | Sep 13, 2022 - Sep 13, 2023 ⌄ | | Show: Historical Prices ⌄ | | Frequency: Daily ⌄ | |
|---|---|---|---|---|---|---|

Apply

Currency in USD

↓ Download

| Date | Open | High | Low | Close* | Adj Close** | Volume |
|---|---|---|---|---|---|---|
| Nov 23, 2021 | 8.2500 | 8.4400 | 7.5000 | 7.7500 | 7.7500 | 4,206,400 |

*Close price adjusted for splits.    **Adjusted close price adjusted for splits and dividend and/or capital gain distributions.

yahoo!finance

**NEW: EXPERIENCE OUR BEST CHARTS YET.**

Explore new charts

### People Also Watch

| Symbol | Last Price | Change | % Change |
|---|---|---|---|
| **ZEV** Lightning eMotors, Inc. | 2.0050 | +0.1950 | +10.77% |
| **FFIE** Faraday Future Intelligent Electric Inc. | 4.8020 | +0.9220 | +23.7629% |
| **ARVL** Arrival | 1.5350 | -0.0150 | -0.9677% |
| **XOS** Xos, Inc. | 0.3600 | +0.0050 | +1.4085% |
| **MVST** | 2.2150 | +0.0150 | +0.6818% |

## Hyzon Motors Inc. (HYZN)
NasdaqGS - NasdaqGS Real Time Price. Currency in USD

Follow    Visitors trend  2W →  10W ↑  9M ↑

Quote Lookup

**1.2800** -0.0400 (-3.0303%)    **1.3300** +0.05 (+3.91%)
At close: 04:00PM EDT                    After hours: 05:47PM EDT

Summary    Company Insights ⓨ⁺    Chart    Conversations    Statistics    **Historical Data**    Profile    Financials    Analysis    Options    Holders    Sustainability

◄ ══════════════════════════════════ ►

Time Period: Jun 22, 2023 - Jun 23, 2023 ⌄    Show: Historical Prices ⌄    Frequency: Daily ⌄

Apply

Currency in USD                                                    ↓ Download

| Date | Open | High | Low | Close* | Adj Close** | Volume |
|------|------|------|-----|--------|-------------|--------|
| Jun 23, 2023 | 0.8890 | 1.0000 | 0.8520 | 0.8930 | 0.8930 | 11,059,900 |

*Close price adjusted for splits.    **Adjusted close price adjusted for splits and dividend and/or capital gain distributions.

**yahoo/finance**

## NEW: EXPERIENCE OUR BEST CHARTS YET.

Explore new charts

### People Also Watch

| Symbol | Last Price | Change | % Change |
|--------|-----------|--------|----------|
| **ZEV** Lightning eMotors, Inc. | 1.6800 | 0.0000 | 0.00% |
| **FFIE** Faraday Future Intelligent Electric Inc. | 3.5550 | -0.2050 | -5.45% |
| **ARVL** Arrival | 1.5300 | +0.0300 | +2.00% |
| **XOS** Xos, Inc. | 0.3111 | +0.0091 | +3.01% |
| **MVST** Microvast Holdings, Inc. | 2.1900 | +0.0800 | +3.79% |

### Similar to HYZN

| Symbol | Last Price | Change | % Change |
|--------|-----------|--------|----------|
| **GOEV** Canoo Inc. | 0.5203 | +0.0237 | +4.77% |
| **FFIE** Faraday Future Intelligent Electric Inc. | 3.5550 | -0.2050 | -5.45% |
| **WKHS** Workhorse Group Inc. | 0.6280 | +0.0438 | +7.50% |
| **ARVL** Arrival | 1.5300 | +0.0300 | +2.00% |
| **SOLO** Electrameccanica Vehicles Corp. | 0.7063 | -0.0037 | -0.52% |