Exhibit 38

**Table of Contents**

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

———————————

# FORM 10-K/A

Amendment No. 1

———————————

**(Mark One)**

☒ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the annual period ended December 31, 2021

OR

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For transition period from _____ to _____

Commission File Number 001-39632

———————————

# Hyzon Motors Inc.
**(Exact name of registrant as specified in its charter)**

———————————

| | |
|---|---|
| **Delaware** | **82-2726724** |
| **State or other jurisdiction of incorporation or organization** | **(I.R.S. Employer Identification Number)** |

**475 Quaker Meeting House Road**
**Honeoye Falls, New York 14472**
**(585) 484-9337**
**(Address, including zip code, and telephone number, including area code, of registrant's principal executive offices)**

———————————

**Securities registered pursuant to Section 12(b) of the Act:**

| Title of each class | Trading Symbols | Name of each exchange on which registered |
|---|---|---|
| **Class A Common Stock, par value $0.0001 per share** | **HYZN** | **NASDAQ Capital Market** |
| **Warrants, each whole warrant exercisable for one share of Class A common stock, $0.0001 par value, at an exercise price of $11.50 per share** | **HYZNW** | **NASDAQ Capital Market** |

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. Yes ☐ No ☒

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act. Yes ☐ No ☒

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☐ No ☒

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). Yes ☐ No ☒

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company" and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | | | |
|---|---|---|---|---|
| Large accelerated filer | ☐ | | Accelerated filer | ☐ |
| Non-accelerated filer | ☒ | | Smaller reporting company | ☒ |
| | | | Emerging growth company | ☒ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 7(a)(2)(B) of the Securities Act. ☐

Indicate by check mark whether the registrant has filed a report on and attestation to its management's assessment of the effectiveness of its internal control over financial reporting under Section 404(b) of the Sarbanes-Oxley Act (15 U.S.C. 7262(b)) by the registered public accounting firm that prepared or issued its audit report. ☐

[i.]

If securities are registered pursuant to Section 12(b) of the Act, indicate by check mark whether the financial statements of the registrant included in the filing reflect the correction of an error to previously issued financial statements.☐

Indicate by check mark whether any of those error corrections are restatements that required a recovery analysis of incentive-based compensation received by any of the registrant's executive officers during the relevant recovery period pursuant to §240.10D-1(b). ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act): Yes ☐ No ☒

As of June 30, 2021, the last business day of the registrant's most recently completed second fiscal quarter, the aggregate market value of the Class A common stock outstanding, other than shares held by persons who may be deemed affiliates of the registrant, computed by reference to the closing sales price for the Class A common stock on June 30, 2021, as reported on the NASDAQ Capital Market, was approximately $232.7 million.

As of March 1, 2023, there were approximately 244,559,301 shares of the registrant's common stock outstanding, par value $0.0001 per share, outstanding.

PCAOB ID: 0185                    Auditor Name: KPMG LLP                    Auditor Location: Rochester, New York

[ii.]

**Table of Contents**

**EXPLANATORY NOTE**

Hyzon Motors Inc. ("Hyzon", the "Company", "we", "our" or "us") filed our Annual Report on Form 10-K for the year ended December 31, 2021 (the "Original Filing") with the Securities and Exchange Commission ("SEC") on March 30, 2022. This Amendment No. 1 on Form 10-K/A (this "Form 10-K/A") is being filed to amend and restate certain items contained in the Original Filing (the "Restatement").

**Restatement Background**

As previously reported in the Company's Current Report on Form 8-K filed with the SEC on August 17, 2022, the Audit Committee of the Board of Directors (the "Board") of the Company (the "Audit Committee"), based on the recommendation of management, determined that the Company's previously issued financial statements included in the Company's Original Filing and the Company's previously issued financial statements included in the Company's Quarterly Report on Form 10-Q for the period ended March 31, 2022 should no longer be relied upon and require restatement because of issues regarding revenue recognition and internal controls and procedures, primarily pertaining to our China operations.

As further previously reported in the Company's Current Report on Form 8-K filed with the SEC on February 9, 2023, the Audit Committee, based on the recommendation of management, determined that the Company's previously issued financial statements included in the Company's Quarterly Report on Form 10-Q for the period ended September 30, 2021 should no longer be relied upon and also require restatement primarily because of issues regarding revenue recognition relating to its European joint venture operations.

For a more detailed discussion of the Restatement, refer to Note 2. Restatement of Previously Issued Financial Statements to the consolidated financial statements of the Company included herein.

**Special Committee Investigation**

As previously reported in the Company's Current Report on Form 8-K filed with the SEC on August 4, 2022, in connection with the preparation of the Company's financial results for the period ended June 30, 2022, the Board appointed a committee of Board members (the "Special Committee") to investigate, with the assistance of outside counsel and other advisors, the issues described above regarding revenue recognition and internal controls and procedures that were brought to the attention of the Board by management (the "Investigation"). The preliminary findings of the Investigation were completed in January 2023, and the final findings were issued in March 2023 as discussed in this Explanatory Note below.

*Investigation with Respect to China Operations*

On January 12, 2022, the Company announced the delivery of 87 fuel cell powered heavy-duty vehicles in 2021, which included 82 vehicles delivered to customers in China. In July 2022, management discovered and brought to the attention of the Board that certain vehicles may not have met the criteria necessary to recognize revenue as of December 31, 2021. The Special Committee was formed to conduct an investigation regarding the Company's revenue recognition timing and internal controls and procedures, primarily pertaining to the Company's China operations during the second half of 2021 and the first half of 2022.

The Investigation confirmed matters discovered by management in July 2022 that certain vehicles delivered to customers in China in December 2021 were not operable on hydrogen at the time of delivery (i.e., were not commissioned). As part of its internal review, the Company determined that the assembly of those vehicles was complete at the time of initial delivery but they had not undergone final commissioning, which generally consists of injecting hydrogen through the fuel cell powertrain system and conducting other tests necessary to ensure that the hydrogen fuel cell will power the vehicle. Additionally, based on the Investigation's findings, the Company determined that it did not have an appropriate control environment focused on certain operational processes and procedures such as a formalized commissioning policy and a quality assurance process.

[iii.]

Table of Contents

Based on the Investigation's findings, the Company concluded that the Company's contractual performance obligation to deliver functioning fuel cell electric vehicles ("FCEVs") was not fully satisfied for revenue recognition purposes under Accounting Standards Codification ("ASC") Topic 606, *Revenue from Contracts with Customers* ("ASC 606"). For additional information regarding the corrections to the financial statements, refer to Note 2. Restatement of Previously Issued Financial Statements to the consolidated financial statements of the Company included herein. Correction of the errors is also reflected in the restated interim financial statements for the period ended March 31, 2022 included in the Company's amended Quarterly Report on Form 10-Q/A.

*Investigation with Respect to European Operations*

The Special Committee identified certain issues associated with Hyzon Motors Europe B.V. ("Hyzon Europe"), the Company's European joint venture. The Investigation revealed that certain former members of Hyzon Europe's senior management team created a workplace culture where employees did not feel comfortable raising concerns. Additionally, the Investigation revealed that for five vehicles for which Hyzon Europe recognized revenue in 2021, Hyzon Europe subsequently performed various levels of work and repair efforts on such vehicles after revenue had been recognized.

Consequently, the Company conducted an internal accounting review for its European customer arrangements. This internal accounting review concluded that for the Hyzon Europe customer contracts which were assumed from Holthausen Clean Technology B.V. in July 2021, the Company did not appropriately analyze and record revenue and related balances associated with these arrangements. More specifically, the Company determined that instead of manufacturing or assembling FCEVs that it owned for sale to customers, Hyzon Europe was providing these customers with vehicle retrofit services to convert the customers' internal combustion engine ("ICE") powered vehicles to hydrogen FCEVs. Therefore, Hyzon Europe should have recognized revenue over time utilizing an input method rather than recording revenue at a point in time. For additional information regarding the corrections to the financial statements, refer to Note 2. Restatement of Previously Issued Financial Statements to the consolidated financial statements of the Company included herein. Correction of the errors is also reflected in the interim financial statements for the periods ended September 30, 2021 and March 31, 2022 included in the Company's amended Quarterly Reports on Form 10-Q/A.

**Transaction Costs**

On July 16, 2021, legacy Hyzon Motors Inc. ("Legacy Hyzon") and now named Hyzon Motors USA Inc. consummated the transactions contemplated by the Business Combination Agreement and Plan of Reorganization (the "Business Combination"), dated February 8, 2021, with Decarbonization Plus Acquisition Corporation ("DCRB") to effect a business combination between DCRB and Legacy Hyzon with DCRB Merger Sub Inc., a wholly owned subsidiary of DCRB, merging with and into Legacy Hyzon, with Legacy Hyzon surviving the merger as a wholly owned subsidiary of DCRB. The Company has adjusted its prior allocation of transaction costs incurred in connection with the Business Combination to reflect the allocation of the correct balance of Company incurred transaction costs between the liability classified earnout arrangement and the newly issued equity instruments in the Business Combination in the third quarter of 2021. The adjustment resulted in a reduction of amounts previously allocated to the earnout liability and recognized as expense, offset by an equal increase of transaction costs allocated to the newly issued equity instruments and recorded against additional paid-in capital. For additional information regarding the corrections to the financial statements, refer to Note 2. Restatement of Previously Issued Financial Statements to the consolidated financial statements of the Company included herein. Correction of the error is also reflected in the restated interim financial statements for the periods ended September 30, 2021 and March 31, 2022 included in the Company's amended Quarterly Reports on Form 10-Q/A.

**Other Immaterial Errors**

In addition to the errors described above, the Company's previously issued financial statements included in the Company's Original Filing and the Company's previously issued unaudited interim financial information included in the Company's Quarterly Reports on Form 10-Q for the periods ended September 30, 2021 and March 31, 2022 have been corrected in the amended filings to include previously unrecorded immaterial adjustments (the "Other Immaterial Errors"). For additional information regarding the Other Immaterial Errors, refer to Note 2. Restatement of Previously Issued Financial Statements to the consolidated financial statements of the Company included herein.

The errors described above and the Other Immaterial Errors in this amended Annual Report on Form 10-K/A did not impact cash or the economics of the Company's existing commercial arrangements.

[iv.]

Table of Contents

**Internal Control Considerations**

In connection with the Restatement, the Company has concluded there were material weaknesses in the Company's internal control over financial reporting as of December 31, 2021 and its disclosure controls and procedures were not effective as of December 31, 2021. Management is taking steps to remediate the material weaknesses in our internal control over financial reporting.

For a discussion of management's consideration of our disclosure controls and procedures, internal control over financial reporting, and the material weaknesses identified, see Part II, Item 9A. Controls and Procedures of this Form 10-K/A.

**Items Amended in this Form 10-K/A**

This Form 10-K/A presents the Original Report, amended and restated with modifications as necessary to reflect the correction of Restatement Items and Other Immaterial Errors. The following items have been amended:

- Part 1 - Item 1A. Risk Factors
- Part II - Item 7. Management's Discussion and Analysis of Financial Condition and Results of Operations
- Part II - Item 8. Financial Statements and Supplementary Data
- Part II - Item 9A. Controls and Procedures
- Part IV - Item 15. Exhibit and Financial Statement Schedules

Except as described above and in Note 21. Subsequent Events (unaudited), this Form 10-K/A does not amend, update or change any other items or disclosures in the Original Filing and does not purport to reflect any information or events subsequent to the filing thereof. As such, this Form 10-K/A speaks only as of the date the Original Filing was filed, and the Company has not undertaken herein to amend, supplement, or update any information contained in the Original Filing to give effect to any subsequent events. Among other things, forward-looking statements made in the Original Filing have not been revised to reflect events, results or developments that occurred or facts that became known to us after the date of the Original Filing, other than the Restatement. In addition, in accordance with SEC rules, this Form 10-K/A includes updated certifications from our Chief Executive Officer as Exhibits 31.1 and 32.1 dated as of the filing date of this Form 10-K/A. Accordingly, this Form 10-K/A should be read in conjunction with our filings made with the SEC subsequent to the filing of the Original Filing, including any amendments to those filings.

[v.]

**Table of Contents**

**CAUTIONARY NOTE REGARDING FORWARD- LOOKING STATEMENTS**

This Form 10-K/A contains forward-looking statements within the meaning of the Section 27A of the Securities Act of 1933, as amended, and Section 21E of the Securities Exchange Act of 1934, as amended (the "Exchange Act"). These statements include, without limitation, statements regarding the financial position, business strategy and the plans and objectives of management for future operations, and any statements that refer to characterizations of future events or circumstances, including any underlying assumptions. These statements constitute projections, forecasts and forward-looking statements, and are not guarantees of performance. Such statements can be identified by the fact that they do not relate strictly to historical or current facts. When used in this report, the words "could," "should", "will," "may," "anticipate," "believe," "expect," "estimate," "intend," "plan," "project," the negative of such terms and other similar expressions are intended to identify forward looking statements, although not all forward- looking statements contain such identifying words. Such forward-looking statements are based on management's current expectations and assumptions about future events and are based on currently available information as to the outcome and timing of future events.

Except with respect to statements in this Form 10-K/A revised or provided to reflect the effects of the Restatement, forward-looking statements herein are as of the Original Filing, filed with the SEC on March 30, 2022, unless specifically stated to be made as of a different date, and the Company has not updated forward-looking statements or information to reflect events occurring after the Original Filing.

Forward-looking statements are subject to a number of risks and uncertainties including, but not limited to, those described below and under the section entitled "*Risk Factors*" in this Report and in subsequent reports that we file with the SEC, including this Form 10-K/A for the year ended December 31, 2021.

- our ability to commercialize our products and strategic plans, including our ability to establish facilities to produce our vehicles or secure hydrogen supply in appropriate volumes, at competitive costs or with competitive emissions profiles;

- our ability to effectively compete in the heavy-duty transportation sector, and withstand intense competition and competitive pressures from other companies worldwide in the industries in which we operate;

- our ability to convert non-binding memoranda of understanding into binding orders or sales (including because of the current or prospective resources of our counterparties) and the ability of our counterparties to make payments on orders;

- our ability to invest in hydrogen production, distribution and refueling operations to supply our customers with hydrogen at competitive costs to operate their fuel cell electric vehicles;

- disruptions to the global supply chain, including as a result of the COVID-19 pandemic and geopolitical events, and shortages of raw materials, and the related impacts on our third party suppliers and assemblers

- our ability to maintain the listing of our common stock on NASDAQ;

- our ability to raise financing in the future;

- our ability to retain or recruit, or changes required in, our officers, key employees or directors;

- our ability to protect, defend or enforce intellectual property on which we depend; and

- the impacts of legal proceedings, regulatory disputes, and governmental inquiries.

Should one or more of the risks or uncertainties described above, or should underlying assumptions prove incorrect, actual results and plans could differ materially from those expressed in any forward-looking statements.

The forward-looking statements contained in this report are based on our current expectations and beliefs concerning future developments and their potential effects on us and speak only as of the date of this report. Except as otherwise required by applicable law, we disclaim any duty to update any forward-looking statements, all of which are expressly qualified by the statements in this section, to reflect events or circumstances after the date of this report. You should, however, review additional disclosures we make in subsequent filings with the SEC.

Table of Contents

**Table of Contents**

PART I                                                                                                                          4
    Item 1A. Risk Factors                                                                                  4
Part II                                                                                                                        38
    Item 7. Management's Discussion and Analysis of Financial Condition and Results of Operations     38
    Item 8. Financial Statements and Supplementary Data                                               55
    Item 9A. Controls and Procedures                                                                  95
Part IV                                                                                                                        98
    Item 15. Exhibit and Financial Statement Schedules                                                98
    Signatures                                                                                       100

Table of Contents

**PART I**

**Item 1A. Risk Factors**

*Summary of Risk Factors*

The following is a summary of some of the risks and uncertainties that could materially adversely affect our business, financial condition and results of operations. You should read this summary together with the more detailed risk factors contained below.

- Our business model has yet to be tested and we may fail to commercialize our strategic plans.

- We recently completed the Business Combination with Decarbonization Plus Acquisition Corporation ("DCRB") in which we raised gross proceeds net of redemption and transaction costs totaling approximately $509.0 million. Nevertheless, we may need to raise additional funds, and these funds may not be available on terms favorable to us or our stockholders or at all when needed.

- Increases in costs, disruption of supply or shortage of raw materials, could harm our business.

- We qualify as an "emerging growth company' as defined in Section 2(a)(19) of the Securities Act, as modified by the JOBS Act, and we take advantage of certain exemptions from various reporting requirements that are applicable to other public companies, including the auditor attestation requirements with respect to internal control over financial reporting under Section 404 of the Sarbanes-Oxley Act. As a result, our shareholders may not have access to certain information they deem important.

- We have identified material weaknesses in our internal control over financial reporting which, if not corrected, could affect the reliability of our consolidated financial statements, affect our ability to record, process, and report financial information accurately, impair our ability to prepare financial statements, negatively affect our relationships with suppliers and customers, negatively affect investor confidence, cause reputational harm, and have other adverse consequences. Additionally, failure to timely implement and maintain adequate financial, information technology and management processes, controls and procedures could result in further material weaknesses which could lead to errors in our financial reporting and adversely affect our business.

- Our Class A Common Stock commenced trading on the NASDAQ Global Select Market on July 19, 2021, and we have limited experience operating as a publicly traded company. We need to implement various policies, procedures and controls pertaining to our operations and governance as required by SEC and NASDAQ rules and regulations.

- We have a limited number of current customers, and there is no assurance as to whether our sales pipeline will result in sales and revenues, or that we will be able to convert non-binding letters of intent or memoranda of understanding into orders or sales (including because of the current or prospective financial resources of the counterparties to our non-binding memoranda of understanding and letters of intent, the liability accounting for our warrants or customer contractual demands), or that we will be able to identify additional potential customers and convert them to paying customers.

- We also face and will continue to face significant competition in all aspects of our business and operations, and many of our current and future competitors have or will have significantly more resources than us, and may outcompete us for customers, employees, and suppliers.

- We may not succeed in investing in hydrogen production, distribution and refueling operations critical to supplying our customers with hydrogen to operate our fuel cell electric vehicles ("FCEVs") either at all or in part, and/or at the cost required to achieve TCO for potential Hyzon FCEV customers to drive their purchases of our trucks.

- There is no assurance that there will be, or that we will be able to supply, hydrogen at prices or with an emissions profile that allow our FCEVs to be competitive with commercial vehicles powered by other energy sources.

- We may face legal challenges and other resistance attempting to sell our vehicles which could materially adversely affect our sales and costs. Additionally, unfavorable publicity, or a failure to respond effectively to adverse publicity, could harm our reputation and adversely affect our business.

4

Table of Contents

- If we engage in mergers or acquisitions, we may assume liabilities - both disclosed and undisclosed - by contract or under operation of law of the target or acquired company which could materially adversely affect our business and financial results.

- To date, we have produced only technology validation or evaluation FCEVs and there is no assurance that we will be able to establish and operate facilities capable of producing our FCEVs in appropriate volumes and at competitive costs or at all.

- We have limited experience servicing our FCEVs. If we are unable address the service requirements of our customers, our business will be materially and adversely affected. Additionally, insufficient warranty reserves to cover future warranty claims could materially adversely affect our business, prospects, financial condition, and operating results.

- Threats to information technology, including unauthorized control of our vehicles or interruption of our systems, could adversely affect our business.

- We may be unsuccessful in meeting various local, national and international safety and emissions rules and regulations for our products.

- We depend on third parties, including Horizon, for supply of key inputs and components for our products.

- We will depend on Horizon as a sole source supplier for our fuel cell systems, until such time we are able to commence manufacturing fuel cell systems inhouse.

**Risk Factors Relating to Our Business and Industry**

***Our business model has yet to be tested and any failure to execute our strategic plans would have a material adverse effect on our operating results and business, harm our reputation and could result in substantial liabilities that exceed our resources.***

The estimated costs and timelines that we have developed in planning for full scale commercial production of our vehicles are subject to the risks and uncertainties inherent in transitioning from a start-up company focused on proof-of-concept activities to the design and large-scale integration, assembly, and manufacture of hydrogen-powered commercial vehicles, and large-scale integration and manufacture of hydrogen fuel cell systems and hydrogen production, distribution and refueling. We have not secured contractual relationships with all component suppliers to produce our products. We may not be able to accurately estimate the demand for our hydrogen-powered commercial vehicles or hydrogen fuel cell systems, or, should we decide to produce them, electric batteries or battery electric vehicles which could result in a variety of inefficiencies in our business and hinder our ability to generate revenue. Additionally, we may not be able to accurately estimate the demand for the hydrogen fuel produced by our hydrogen production plant investments or the ability of our partners to build and operate those facilities at the cost, schedule and operating performance anticipated. These risks could result in a loss of revenue and/or an inability to provide fuel to our fleet customers leading to a delay in customer vehicle deployments or order cancellations, and/or increased costs and reduced margins. If we fail to accurately predict supply and demand for our products and other integration, assembly and manufacturing requirements, or if we fail to timely invest in people, processes and capital equipment to meet demand, we could incur additional costs or experience delays. In addition, there can be no assurance that our estimates related to the costs and timing necessary to complete design and engineering of our facilities will prove accurate. The likelihood of our success must be considered in light of these risks, expenses, complications, delays and the competitive environment in which we operate. Therefore, there can be no assurances that our business plan will prove successful.

We will continue to encounter risks and difficulties frequently experienced by many early-stage companies, including scaling up our infrastructure and headcount, and may encounter unforeseen expenses, difficulties or delays in connection with pursuing our growth plans. In addition, as a result of the capital-intensive nature of our business, we can be expected to continue sustaining substantial operating expenses without generating sufficient revenues to cover expenditures. Any investment in us is therefore highly speculative and could result in the loss of your entire investment.

**Table of Contents**

***We may need to raise additional funds, and these funds may not be available on terms favorable to us or our stockholders or at all when needed.***

The manufacture, integration, assembly and sale of hydrogen-powered commercial vehicles, hydrogen fuel cell systems, and investments in hydrogen production, distribution and refueling are highly capital-intensive businesses. Our business plan to manufacture, integrate, assemble, sell, and service hydrogen-powered commercial vehicles and hydrogen fuel cell systems is expected to require continued capital investment to fund operations, continue research and development, and build or improve facilities. While we completed the Business Combination with DCRB and raised gross proceeds, net of redemption and transaction costs, of approximately $509.0 million, there can be no assurance that we will have access to additional capital we may need on favorable terms when required or at all. As a result of the proceeds from the Business Combination and other financings, we expect that we will have sufficient capital to fund our planned operations for the next 12 months; however, we expect that we will need to raise additional capital in the near future. We may raise additional funds through the issuance of equity, equity related or debt securities, strategic partnerships, licensing arrangements, and/or through obtaining credit from government or financial institutions. This capital will be necessary to fund our ongoing operations, continue research, development and design efforts, improve infrastructure, and introduce new vehicles. We are currently exploring raising additional capital through our subsidiary, Hyzon Zero Carbon, Inc., to invest in hydrogen production, distribution and fueling capabilities.

If we cannot raise additional funds when we need them, our financial condition, business, prospects, and results of operations could be materially adversely affected. We may raise funds through the issuance of debt securities or through loan arrangements, the terms of which could require significant interest payments, contain covenants that restrict our business, or other unfavorable terms. We may also raise funds through the sale of additional equity securities which could dilute our stockholders.

***We have a limited operating history as a stand-alone company thereby making it difficult to evaluate our future business prospects and which may increase the risk of your investment.***

We face significant risks and difficulties as an early-stage company. We have a limited operating history, which increases the risk to your investment. As we scale from limited production of units deployed for technology validation to production for operational fleet validation to volume production and sales to support full fleet conversions, it is difficult, if not impossible, to forecast our future results. We have limited insight into trends that may emerge and affect our business. Moreover, we intend to derive a majority of our revenues initially from the sale or lease of our hydrogen fuel cell heavy commercial vehicles. In addition, we have engaged in limited marketing activities to date, so there can be no assurance that customers will embrace our commercial vehicles in significant numbers. The majority of our commercial vehicle deliveries in 2021 were made to customers in China where our average selling prices are substantially lower than in Europe and where we expect to recognize initial revenues upon collections, due in part to our lack of experience selling to our customers in China and contract payment terms which may extend over several years.

It is difficult to predict our future revenues or budget for our expenses. In the event that actual results differ from our estimates, or we adjust our estimates in future periods, our operating results and financial position could be materially affected. The projected results depend on the successful implementation of our management's growth strategies and are based on assumptions and events over which we have only partial or no control. The assumptions underlying such projected information require the exercise of judgment, and the projections are subject to uncertainty because of economic, business, competitive, regulatory, legislative, political and other changes.

***Increases in costs, disruption of supply or shortage of raw materials, could harm our business.***

Disruptions in the supply chain, including those caused by the COVID-19 pandemic, may impact our ability to adequately source raw materials or components, including battery packs, semiconductors, and integrated circuits, as well as cabs and chassis from heavy vehicle OEMs. Certain production ready components such as displays may not arrive at our facilities in time to meet production planning, which could cause delays in validation and testing for these components, as well as the final assembly of certain of our vehicle orders. Our business also depends on sourcing hydrogen fuel cells and stacks from Horizon, which also could be impacted by supply chain challenges in procuring raw materials and components to manufacture fuel cells for us. Any such supply interruption could materially negatively impact our business, prospects, financial condition, and operating results. Additionally, we source many critical components referenced above from countries around the world, which may become subject to geopolitical impacts, trade and tariff policy changes, and other supply disruptions outside of our direct control.

6

Table of Contents

*Horizon Supply Agreement*

In January 2021, Hyzon entered into a supply agreement with Jiangsu Horizon New Energy Technologies Co. Ltd, a wholly owned subsidiary of Horizon, to supply certain fuel cell components. The Company made a deposit payment to Horizon in the amount of $5.0 million for long lead time components. This payment is included in prepaid expenses as the components have yet been received as of December 31, 2021. The Company currently relies and expects to rely on Horizon as a single source supplier of hydrogen fuel cell systems until completion of Hyzon hydrogen fuel cell manufacturing facilities.

*Holthausen and Affiliates*

The Company entered into a joint venture agreement in 2020 to create Hyzon Europe with Holthausen. As Hyzon Europe builds out its production facilities, it relies on Holthausen for certain production resources that result in related party transactions. In addition, both companies rely on certain suppliers including Horizon.

In June 2021, the Company transferred inventory purchased from Horizon amounting to $1.2 million to Holthausen at cost and recorded a related party receivable of $1.2 million.

In July 2021, Hyzon Europe assumed certain retrofit service contracts from Holthausen Clean Technology B.V. The Company incurred $0.1 million to acquire these contracts. The Company currently owns 50.5% of the equity interests of Hyzon Europe. On December 31, 2021, Hyzon executed a non-binding Letter of Intent ("LOI") with Holthausen to increase its stake to 75% in Hyzon Europe. Concurrent with the signing of this LOI, a €1.0 million refundable deposit was paid to Holthausen, approximately $1.1 million in USD. This deposit is recorded in the Consolidated Balance Sheets in Prepaid expenses and other current assets.

For the year ended December 31, 2021, the Company paid $0.5 million to Carl Holthausen and Max Holthausen as managing directors of Hyzon Europe.

As of December 31, 2021, the related party receivable from Holthausen is $0.3 million. As of December 31, 2020, the related party payable due to Holthausen was $0.2 million.

**Table of Contents**

**Item 8. Financial Statements and Supplementary Data**

**Report of Independent Registered Public Accounting Firm**

To the Stockholders and Board of Directors
Hyzon Motors Inc.:

*Opinion on the Consolidated Financial Statements*

We have audited the accompanying consolidated balance sheets of Hyzon Motors Inc. and subsidiaries (the Company) as of December 31, 2021 and 2020, the related consolidated statements of operations and comprehensive loss, changes in stockholders' equity, and cash flows for the year ended December 31, 2021, and for the period January 21, 2020 (inception) to December 31, 2020 and the related notes (collectively, the consolidated financial stateme
nts). In our opinion, the consolidated financial statements present fairly, in all material respects, the financial position of the Company as of December 31, 2021 and 2020, and the results of its operations and its cash flows for the year ended December 31, 2021, and for the period January 21, 2020 (inception) to December 31, 2020, in conformity with U.S. generally accepted accounting principles.

*Correction of Misstatements*

As discussed in Note 2 to the consolidated financial statements, the 2021 consolidated financial statements have been restated to correct misstatements.

*Basis for Opinion*

These consolidated financial statements are the responsibility of the Company's management. Our responsibility is to express an opinion on these consolidated financial statements based on our audits. We are a public accounting firm registered with the Public Company Accounting Oversight Board (United States) (PCAOB) and are required to be independent with respect to the Company in accordance with the U.S. federal securities laws and the applicable rules and regulations of the Securities and Exchange Commission and the PCAOB.

We conducted our audits in accordance with the standards of the PCAOB. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the consolidated financial statements are free of material misstatement, whether due to error or fraud. The Company is not required to have, nor were we engaged to perform, an audit of its internal control over financial reporting. As part of our audits, we are required to obtain an understanding of internal control over financial reporting but not for the purpose of expressing an opinion on the effectiveness of the Company's internal control over financial reporting. Accordingly, we express no such opinion.

Our audits included performing procedures to assess the risks of material misstatement of the consolidated financial statements, whether due to error or fraud, and performing procedures that respond to those risks. Such procedures included examining, on a test basis, evidence regarding the amounts and disclosures in the consolidated financial statements. Our audits also included evaluating the accounting principles used and significant estimates made by management, as well as evaluating the overall presentation of the consolidated financial statements. We believe that our audits provide a reasonable basis for our opinion.

/s/ KPMG LLP

We have served as the Company's auditor since 2020.

Rochester, New York
March 30, 2022, except for Note 2, as to which the date is March 14, 2023

55

Table of Contents

**HYZON MOTORS INC. AND SUBSIDIARIES**
**CONSOLIDATED BALANCE SHEETS**

**(in thousands, except share and per share amounts)**

| | December 31, 2021 | | December 31, 2020 |
|---|---|---|---|
| | (As Restated) | | |
| **ASSETS** | | | |
| Current assets | | | |
| Cash | $ 445,146 | $ | 17,139 |
| Accounts receivable | 2,956 | | - |
| Related party receivable | 264 | | - |
| Inventory | 20,927 | | - |
| Prepaid expenses and other current assets | 26,852 | | 848 |
| **Total current assets** | 496,145 | | 17,987 |
| Property, plant, and equipment, net | 14,346 | | 418 |
| Right-of-use assets | 10,265 | | 1,656 |
| Investments in equity securities | 4,948 | | 122 |
| Other assets | 4,575 | | 822 |
| **Total Assets** | $ 530,279 | $ | 21,005 |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | | |
| Current liabilities | | | |
| Accounts payable | $ 7,980 | $ | 215 |
| Accrued liabilities | 6,770 | | 1,062 |
| Related party payables | 3,695 | | 560 |
| Contract liabilities | 10,925 | | 2,608 |
| Current portion of lease liabilities | 1,886 | | 618 |
| **Total current liabilities** | 31,256 | | 5,063 |
| Long term liabilities | | | |
| Lease liabilities | 8,830 | | 1,181 |
| Private placement warrant liability | 15,228 | | - |
| Earnout liability | 103,761 | | - |
| Other liabilities | 1,139 | | - |
| **Total liabilities** | $ 160,214 | $ | 6,244 |
| Commitments and contingencies (Note 15) | | | |
| **Stockholders' Equity** | | | |
| Common stock, $0.0001 par value; 400,000,000 shares authorized, 247,758,412 and 166,125,000 shares issued and outstanding as of December 31, 2021 and December 31, 2020, respectively. | 25 | | 17 |
| Additional paid-in capital | 400,826 | | 29,122 |
| Accumulated deficit | (26,412) | | (14,271) |
| Accumulated other comprehensive income (loss) | 378 | | (16) |
| Total Hyzon Motors Inc. stockholders' equity | 374,817 | | 14,852 |
| Noncontrolling interest | (4,752) | | (91) |
| **Total Stockholders' Equity** | 370,065 | | 14,761 |
| **Total Liabilities and Stockholders' Equity** | $ 530,279 | $ | 21,005 |

*The accompanying notes are an integral part of the consolidated financial statements.*

56

**Table of Contents**

**Liquidity and Capital Resources**

The Company has incurred losses from operations since inception. The Company incurred net losses of $16.9 million and $ 14.4 million for the year ended December 31, 2021 and the period from January 21, 2020 (inception) through December 31, 2020, respectively. Accumulated deficit amounts to $26.4 million and $ 14.3 million as of December 31, 2021 and 2020, respectively. Net cash used in operating activities was $94.3 million and $1.2 million for the year ended December 31, 2021 and the period from January 21, 2020 (inception) through December 31, 2020, respectively.

On July 16, 2021, the Company received $509.0 million in cash, net of redemption and transaction costs as a result of the Business Combination (see Note 4. Business Combination). As of December 31, 2021, the Company has $445.1 million in unrestricted cash. Management expects that the Company's current source of liquidity including cash, after taking consideration of the current projections of cash flows used in operating and investing activities, will be sufficient to meet its liquidity requirements for at least one year from the issuance date of these consolidated financial statements. Based on the above considerations, the Company's consolidated financial statements have been prepared on a going concern basis, which contemplates the realization of assets and liquidation of liabilities during the normal course of operations.

**Risks and Uncertainties**

The Company is subject to a variety of risks and uncertainties common to early-stage companies with a history of losses and are expected to incur significant expenses and continuing losses for the foreseeable future. The risks and uncertainties include, but not limited to, further development of its technology, marketing and distribution channels, further development of its supply chain and manufacturing, development by competitors of new technological innovations, dependence on key personnel, protection of proprietary technology, and the ability to secure additional capital to fund operations.

Table of Contents

**Note 2.**
**Restatement of Previously Issued Financial Statements**

Management, in concurrence with the Company's Audit Committee, concluded that the Company's previously issued financial statements included in the Company's Annual Report on Form 10-K for the year ended December 31, 2021 and the Company's previously issued unaudited interim financial information included in the Company's Quarterly Reports on Form 10-Q for the periods ended September 30, 2021 and March 31, 2022 (collectively the " Affected Financial Statements") should no longer be relied upon. Details of the restated consolidated financial statements as of and for the fiscal year ended December 31, 2021 are provided below ("Restatement Items"). The Company evaluated the materiality of these errors both qualitatively and quantitatively in accordance with Staff Accounting Bulletin ("SAB") No. 99, *Materiality* and SAB No. 108*, Considering the Effects of Prior Year Misstatements in Current Year Financial Statements*, and determined the effect of the corrections was material to the Affected Financial Statements. As a result of the material misstatements, the Company has restated its Affected Financial Statements, in accordance with ASC 250, *Accounting Changes and Error Corrections*.

The Restatement Items primarily reflect adjustments to correct errors related to the recognition of revenue and associated balances for China fuel cell electric vehicle ("FCEV") transactions, and adjustments to correct errors related to the recognition of revenue and associated balances for European FCEV transactions. In addition to the correction of the errors discussed above, the Company has corrected for Other Immaterial Errors in all Affected Financial Statements.

The Company has also updated all accompanying footnotes and disclosures affected by Restatements Items and Other Immaterial Errors, respectively, within Note 1. Nature of Business and Basis of Presentation, Note 3. Summary of Significant Accounting Policies, Note 4. Business Combination, Note 5. Revenue, Note 6. Inventory, Note 7. Prepaid Expenses and Other Current Assets, Note 8. Property, Plant, and Equipment, net, Note 9. Accrued Liabilities, Note 13. Income Taxes, Note 14. Fair Value Measurements, Note 17. Stockholders' Equity, Note 18. Related Party Transactions, and Note 19. Loss per Share.

**Restatement Items**

A. **Hyzon China revenue transactions** - In July 2022, management discovered and brought to the attention of the Board that certain vehicles in China may not have met the criteria necessary to recognize revenue as of December 31, 2021. The Special Committee was formed to conduct an investigation regarding the Company's revenue recognition timing and internal controls and procedures for both China and Europe operations. The Company determined that it incorrectly recorded revenue and cost of revenue related to certain FCEVs delivered to customers in China in the fourth quarter of 2021, as the Company did not meet all relevant revenue recognition requirements under U.S. GAAP related to these vehicles. The Company determined that for all Hyzon China revenue transactions the alternative method for revenue recognition was appropriate because the contract existence criteria were not met. For 62 FCEVs, while control of such FCEVs was transferred to the customer prior to December 31, 2021, the Company's obligation to deliver functioning FCEVs was not fully satisfied for revenue recognition purposes as of December 31, 2021, as certain of the FCEVs were not commissioned prior to December 31, 2021. For the other 20 FCEVs, the Company concluded it incorrectly recorded revenue in the fourth quarter of 2021, as it had not yet transferred control of the FCEVs to the customer, nor fully satisfied the obligation to deliver fully functioning FCEVs until the third quarter of 2022. Additionally, for both of the Hyzon China revenue transactions, the Company incorrectly recorded VAT receivable from customers totaling $1.8 million as of December 31, 2021. The Company determined that consideration received from those customers should have first been applied against any VAT receivables and then recorded within contract liabilities until the revenue recognition criteria under the Alternative Method of Revenue Recognition are met. Correction of the errors decreased Revenue by $4.0 million and Cost of revenue by $3.1 million, increased Selling, general and administrative expense by $0.3 million, decreased Prepaid expenses and other current assets by $0.9 million, Other long-term assets by $0.9 million, and Other long-term liabilities by $0.9 million, and increased Inventory by $2.9 million, Accrued liabilities by $0.7 million and Contract liabilities by $2.5 million.

Table of Contents

B. **Hyzon Europe revenue transactions** - The Investigation revealed that for five vehicles for which Hyzon Europe recognized revenue in 2021, Hyzon Europe subsequently performed various levels of work and repair efforts on such vehicles after revenue had been recognized. Consequently, the Company conducted an internal accounting review for its European customer arrangements. The Company determined that the accounting analysis previously applied to certain Hyzon Europe customer contracts, which were assumed from Holthausen Clean Technology B.V. in July 2021, was incorrect. More specifically, the Company previously determined that Hyzon Europe had acquired title to work-in-process vehicles from Holthausen Clean Technology B.V. and had been manufacturing and assembling these FCEVs for subsequent sale to customers. Hyzon Europe had instead assumed service contracts related to the retrofit services to convert the customers' own ICE powered vehicles to hydrogen FCEVs. Therefore, the Company revised its revenue recognition analysis and concluded that Hyzon Europe should not have recorded the assumption of these contracts as inventory and associated contract liabilities, and also should have recognized revenue related to these service contract arrangements on an over-time basis utilizing an input method rather than recording revenue at a point in time. Correction of the error decreased Revenue by $2.1 million, Cost of revenue by $2.5 million, Research and development expense by $0.8 million, increased Selling, general and administrative expense by $0.1 million, decreased Inventory by $0.9 million, Accrued liabilities by $0.1 million, and Contract liabilities by $1.9 million.

C. **Transaction costs** - The Company has adjusted its prior allocation of transaction costs incurred in connection with the Business Combination to reflect the allocation of the correct balance of Company incurred transaction costs between the liability classified earnout arrangement and the newly issued equity instruments in the Business Combination in the third quarter of 2021. The adjustment resulted in a reduction of amounts previously allocated to the earnout liability and recognized as expense, offset by an equal increase of transaction costs allocated to the newly issued equity instruments and recorded against additional paid-in capital. Correction of the error decreased Selling, general, and administrative expense and Additional paid-in capital by $3.1 million.

**Other Immaterial Errors**

In addition to the Restatement Items, the Company has corrected Other Immaterial Errors. While these Other Immaterial Errors are quantitatively and qualitatively immaterial, individually and in the aggregate, because the Company is correcting for the material errors, the Company has decided to correct these Other Immaterial Errors as well. Additionally, certain items previously reported in specific financial statements captions have been reclassified to conform to the to the current presentation in the consolidated financial statements and the accompanying notes. Correction of miscellaneous immaterial errors decreased Research and development expenses by $0.2 million, increased Selling, general, and administrative expenses by $0.9 million, Accounts receivable by $0.4 million, Accrued liabilities by $0.2 million, Other long-term liabilities by $0.7 million, and Additional paid-in capital by $0.9 million, decreased Inventory by $0.4 million, Prepaid expenses and other current assets by $0.2 million, Accounts payable by $0.4 million, and Contract liabilities by $0.9 million .

63

Table of Contents

*Summary Impact of Restatement Items and Other Immaterial Errors*

The following tables present the effect of the Restatement Items, as well as Other Immaterial Errors, on the Company's consolidated balance sheet for the period indicated (in thousands, except per share):

| | As of December 31, 2021 | | | |
| --- | --- | --- | --- | --- |
| | As Previously Reported | Restatement Adjustments | Restatement References | As Restated |
| **ASSETS** | | | | |
| Current assets | | | | |
| Cash | $ 445,146 | $ - | | $ 445,146 |
| Accounts receivable | 2,598 | 358 | | 2,956 |
| Related party receivable | 264 | - | | 264 |
| Inventory | 19,245 | 1,682 | (A), (B) | 20,927 |
| Prepaid expenses and other current assets | 27,970 | (1,118) | (A) | 26,852 |
| **Total current assets** | **495,223** | **922** | | **496,145** |
| Property, plant, and equipment, net | 14,311 | 35 | | 14,346 |
| Right-of-use assets | 10,265 | - | | 10,265 |
| Investments in equity securities | 4,948 | - | | 4,948 |
| Other assets | 5,430 | (855) | (A) | 4,575 |
| **Total Assets** | **$ 530,177** | **$ 102** | | **$ 530,279** |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | | | |
| Current liabilities | | | | |
| Accounts payable | $ 8,430 | $ (450) | | 7,980 |
| Accrued liabilities | 6,026 | 744 | (A), (B) | 6,770 |
| Related party payables | 3,633 | 62 | | 3,695 |
| Contract liabilities | 11,230 | (305) | (A), (B) | 10,925 |
| Current portion of lease liabilities | 1,886 | - | | 1,886 |
| **Total current liabilities** | **31,205** | **51** | | **31,256** |
| Long term liabilities | | | | |
| Lease liabilities | 8,830 | - | | 8,830 |
| Private placement warrant liability | 15,228 | - | | 15,228 |
| Earnout liability | 103,761 | - | | 103,761 |
| Other liabilities | 1,296 | (157) | (A) | 1,139 |
| **Total liabilities** | **160,320** | **(106)** | | **160,214** |
| Commitments and contingencies | | | | |
| **Stockholders' Equity** | | | | |
| Common stock, $0.0001 par value; 400,000,000 shares authorized, 247,758,412 and 166,125,000 shares issued and outstanding as of December 31, 2021 and December 31, 2020, respectively | 25 | - | | 25 |
| Additional paid-in capital | 403,016 | (2,190) | (C) | 400,826 |
| Accumulated deficit | (28,117) | 1,705 | | (26,412) |
| Accumulated other comprehensive income (loss) | 373 | 5 | | 378 |
| **Total Hyzon Motors Inc. stockholders' equity** | **375,297** | **(480)** | | **374,817** |
| Noncontrolling interest | (5,440) | 688 | | (4,752) |
| **Total Stockholders' Equity** | **369,857** | **208** | | **370,065** |
| **Total Liabilities and Stockholders' Equity** | **$ 530,177** | **$ 102** | | **$ 530,279** |

64

Table of Contents

The following table reconciles the elements of the Business Combination to the Consolidated Statements of Cash Flows for the year ended December 31, 2021 (in thousands):

|  | Recapitalization |
|---|---|
| Cash - DCRB trust and cash, net of redemptions and liabilities recorded by DCRB of $24.9 million | $ 179,727 |
| Cash - PIPE Financing, net of transaction costs of $14.2 million | 340,797 |
| Less: transaction costs allocated to equity | (11,531) |
| **Effect of Business Combination, net of redemption and transaction costs** | **$ 508,993** |

The Company issued equity classified common shares and certain liability classified earnout shares. Transaction costs of $3.3 million attributable to the liability classified earnout shares were expensed. The rest was attributable to the equity classified common shares and recorded as a reduction to Additional paid-in capital in the Consolidated Balance Sheets.

The following table reconciles the elements of the Business Combination to the Consolidated Statements of Changes in Stockholders' Equity for the year ended December 31, 2021 (in thousands):

|  | Recapitalization |
|---|---|
| Cash - DCRB trust and cash, net of redemptions and liabilities recorded by DCRB of $24.9 million | $ 179,727 |
| Cash - PIPE Financing, net of transaction costs of $14.2 million | 340,797 |
| Conversion of convertible notes into common stock | 50,198 |
| Recognize earnout liability | (188,373) |
| Recognize Private Placement Warrants liability | (19,395) |
| Recapitalization of Legacy Hyzon common shares | 75 |
| Less: transaction costs allocated to equity | (11,531) |
| **Effect of Business Combination, net of redemption and transaction costs** | **$ 351,498** |

**Warrants**

On October 22, 2020, DCRB consummated the Initial Public Offering of 22,572,502 units and each unit consists of one share of Class A common stock and one-half of one public warrants (the "Public Warrants"). Simultaneously with the closing of the Initial Public Offering, DCRB consummated the private sale of 6,514,500 warrants (the "Private Placement Warrants"), including 514,500 warrants as a result of the underwriters' partial exercise of their over-allotment option on November 12, 2020, at a price of $1.00 per Private Placement Warrant in a private placement to Decarbonization Plus Acquisition Sponsor, LLC (the "Sponsor"), DCRB's independent directors and an affiliate of DCRB's chief executive officer. At the closing of the Business Combination, DCRB and the Sponsor entered into a note agreement, whereby the Sponsor agreed to loan DCRB an aggregate of $1,500,000 to cover working capital requirements. The note agreement converted at the Business Combination date into 1,500,000 additional Private Placement Warrants. Upon the closing of the Business Combination, Hyzon assumed these outstanding warrants. See Note 17. Stockholders' Equity.

**Earnout**

Following the closing of the Business Combination, holders of the Company's legacy common stock and outstanding equity awards (including warrant, stock option and RSU holders) were granted the right to receive up to an aggregate amount of 23,250,000 shares of Class A common stock that would vest in three tranches of (i) 9,000,000, (ii) 9,000,000 and (iii) 5,250,000 shares if the trading price of the common stock of the Company achieves $18, $20, and $35, respectively, as its last reported sales price per share for any 20 trading days within any 30 consecutive trading day period within five years following the closing date of the Business Combination, provided that in no event will the issuance of the 5,250,000 earnout shares occur prior to the one-year anniversary of the closing date. Upon forfeiture of underlying unvested equity awards prior to occurrence of targeted trading price noted above, the associated earnout shares shall be allocated pro-rata among the remaining eligible Company's common stock and equity awards holders.

The Company recognized earnout shares to Legacy Hyzon's common stockholders as a liability. The earnout liability was $103.8 million and $188.4 million as of December 31, 2021 and at the close of the Business Combination, respectively.

Table of Contents

The change in earnout liability was recorded within other income in the Consolidated Statements of Operations and Comprehensive Loss. The Company recognized the earnout shares to other equity holders as separate and incremental awards from other equity holders' underlying stock-based compensation awards in accordance with ASC 718.

Certain earnout awards accounted for under ASC 718 were vested at the time of grant, and therefore recognized immediately as compensation expense. Certain other earnout awards accounted for under ASC 718 contained performance and market-based vesting conditions, and as the performance conditions are not deemed probable at December 31, 2021, no compensation expense has been recorded related to these awards. Total compensation expense recorded for the year ended December 31, 2021 related to earnout awards was $14.0 million.

**Note 5.**
**Revenue**

For the year ended December 31, 2021, the Company recorded $0.1 million of revenue related to retrofit services performed by Hyzon Europe, offset by the recognition of $(0.2) million of contra revenue associated with the issuance of warrants to a customer for FCEV deliveries in China. During 2021, the Company transferred control of 62 FCEVs to a customer in China, and recognized cost of revenue related to these FCEVs in the consolidated statement of operations in 2021. The Company did not generate revenue for the period from January 21, 2020 (inception) to December 31, 2020.

As discussed in Note 2. Restatement of Previously Issued Financial Statements, control was transferred to a customer for 62 FCEVs delivered prior to December 31, 2021 in China. As of December 31, 2021 the Company collected $2.5 million of consideration related to this arrangement, which is non-refundable and recognized within Contract liabilities because the criteria to recognize revenue under the Alternative Method of Revenue Recognition were not met.

**Contract Balances**

Contract liabilities relate to the advance consideration invoiced or received from customers for products and services prior to satisfying a performance obligation or in excess of amounts allocated to a previously satisfied performance obligation.

The current portion of contract liabilities is recorded within Contract liabilities in the Consolidated Balance Sheets and totaled $10.9 million and $2.6 million as of December 31, 2021, and 2020, respectively. The long term portion of contract liabilities is recorded within Other liabilities in the Consolidated Balance Sheets and totaled $1.0 million as of December 31, 2021. The Company did not have any long term contract liabilities as of December 31, 2020.

Significant changes in the contract liabilities balances including cash received from 62 FCEV arrangement in China are as follows (in thousands):

| | Year Ended December 31, 2021 | For the period January 21, 2020 (Inception) - December 31, 2020 |
|---|---|---|
| Contract liabilities - beginning of period | $ 2,608 | $ - |
| Increases during the period | 9,257 | 2,608 |
| Revenue recognized, included in the contract liability balance in the beginning of the period | - | - |
| **Contract liabilities - end of period** | $ 11,865 | $ 2,608 |

**Remaining Performance Obligations**

The transaction price associated with remaining performance obligations for commercial vehicles and other contracts with customers was $19.7 million and $10.0 million as of December 31, 2021 and 2020, respectively. The Company expects to recognize substantially all its remaining performance obligations as revenue over the next 12 months.

77

**Table of Contents**

**Note 6.**
**Inventory**

Inventory consisted of the following (in thousands):

| | | December 31, 2021 | | December 31, 2020 |
|---|---|---|---|---|
| Raw materials | $ | 16,099 | $ | - |
| Work in process | | 4,828 | | - |
| Total inventory | $ | 20,927 | $ | - |

The Company writes-down inventory for any excess or obsolete inventories or when the Company believes that the net realizable value of inventories is less than the carrying value. Inventory write-downs recognized in cost of revenue for the year ended December 31, 2021 were nil. The Company had no inventory as of December 31, 2020.

**Note 7.**
**Prepaid Expenses and Other Current Assets**

Prepaid expenses and other current assets consisted of the following (in thousands):

| | | December 31, 2021 | | December 31, 2020 |
|---|---|---|---|---|
| Deposit for fuel cell components (see Note 18) | $ | 5,008 | $ | - |
| Vehicle inventory deposits | | 10,171 | | 577 |
| Production equipment deposits | | 1,169 | | - |
| Other prepaid expenses | | 3,266 | | 271 |
| Prepaid insurance | | 5,079 | | - |
| VAT receivable from government | | 2,159 | | - |
| Total prepaid expenses and other current assets | $ | 26,852 | $ | 848 |

**Note 8.**
**Property, Plant, and Equipment, net**

Property, plant, and equipment, net consisted of the following (in thousands):

| | | December 31, 2021 | | December 31, 2020 |
|---|---|---|---|---|
| Land and building | $ | 2,818 | $ | - |
| Machinery and equipment | | 8,827 | | 371 |
| Software | | 507 | | - |
| Leasehold improvements | | 746 | | - |
| Construction in progress | | 2,139 | | 60 |
| Total Property, plant, and equipment | | 15,037 | | 431 |
| Less: Accumulated depreciation and amortization | | (691) | | (13) |
| Property, plant and equipment, net | $ | 14,346 | $ | 418 |

Depreciation and amortization expense totaled $
0.7 million for the year ended December 31, 2021. Depreciation and amortization expense was negligible for the period from January 21, 2020 (inception) to December 31, 2020. The Company capitalized $1.4 million in Machinery and equipment for vehicles deployed under a trial lease in China as of December 31, 2021.

**Table of Contents**

On September 16, 2020, Hyzon entered into a purchase agreement ("Purchase Agreement") with the purchasers named therein (collectively the "Purchasers") to sell up to 17,720,000 common shares ("Round A Transaction"). The Round A Transaction closed on various dates between October 7, 2020 and November 12, 2020. The Company raised $20.0 million and issued 17,720,000 common shares upon the close of the Round A Transaction. The Company incurred $1.0 million in costs that were both direct and incremental to the issuance of these common shares, which was recorded as a reduction of the proceeds received in additional paid-in capital.

On July 27, 2020, Hyzon entered into an agreement (the "Option Agreement") with Ascent to induce Ascent to make an initial purchase of $3.0 million of Hyzon common stock as part of a subscription in the Round A Transaction by granting Ascent an option to purchase up to 3.9 million shares of Legacy Hyzon common stock at an exercise price of $2.73 per share. Ascent options were automatically exercised upon the execution of the Business Combination (see Note 4. Business Combination).

**Warrants**

As of December 31, 2021, there were 11,286,242 Public Warrants and 8,014,500 Private Placement Warrants outstanding, for a total of 19,300,742 warrants outstanding. Each whole warrant entitles the registered holder to purchase one share of common stock at a price of $11.50 per share, subject to adjustment as discussed below. Only whole warrants are exercisable. The warrants will expire on the earlier to occur of: (i) the fifth anniversary of the completion of the Company's Business Combination, (ii) their redemption or (iii) the liquidation of the Company.

Once the warrants become exercisable, the Company may redeem the outstanding warrants for cash:

- in whole and not in part;
- at a price of $ 0.01 per warrant;
- upon a minimum of 30 days' prior written notice of redemption, which the Company refers to as the "30-day redemption period"; and
- if, and only if, the last reported sale price of the Company's common stock has been at least $18.00 per share (as adjusted for stock splits, stock dividends, reorganizations, recapitalizations, and the like) on each of 20 trading days within the 30-trading day period ending on the third business day prior to the date on which the notice of redemption is given.

Once the warrants become exercisable, the Company may redeem the outstanding warrants for common stock:

- in whole and not in part;
- at a price of $0.10 per warrant;
- upon a minimum of 30 days' prior written notice of redemption;
- if, and only if, the last reported sale price of the Company's common stock equals or exceeds $10.00 per share (as adjusted for stock splits, stock dividends, reorganizations, recapitalizations, and the like) on the trading day prior to the date on which the notice of redemption is given; and
- if the last sale price of the Company's common stock on the trading day prior to the date on which the notice of redemption is given is less than $18.00 per share (as adjusted for stock splits, stock dividends, reorganizations, recapitalizations, and the like), the Private Placement Warrants must also be concurrently called for redemption on the same terms as the outstanding Public Warrants.

The terms of the Private Placement Warrants are identical to the Public Warrants as described above, except that the Private Placement Warrants are not redeemable (except as described above) so long as they are held by the sponsor or its permitted transferees.

The Public Warrants are classified as equity and subsequent remeasurement is not required. The Private Placement Warrants are classified as liabilities and are initially recorded at their fair value, within warrant liability on the Consolidated Balance Sheets, and remeasured at each subsequent reporting date. Changes in the fair value of these instruments are recognized within Change in fair value of warrant liabilities in the Consolidated Statements of Operations and Comprehensive Loss.

Table of Contents

The fair value of the Private Placement Warrants on July 16, 2021, in the amount of $
19.4 million was recorded as a Warrant liability and a reduction to Additional paid-in capital on the Consolidated Balance Sheets. The change in fair value for the year ended December 31, 2021, in the amount of $4.2 million was recorded as a reduction in Warrant liability on the Consolidated Balance Sheets and a gain from Change in fair value of warrant liability on the Consolidated Statements of Operations and Comprehensive Loss.

**Ardour Subscription Agreement**

In connection with the execution of the February 8, 2021 Business Combination Agreement, DCRB, ACP Mgmt Corp., Ardour Capital Investment LLC ("Ardour") and Hyzon entered into a subscription agreement (the "Ardour Subscription Agreement"), pursuant to which ACP Mgmt Corp. agreed, in full satisfaction of Ardour's right to receive a warrant to purchase shares of Legacy Hyzon Common Stock for its services as a financial advisor to Hyzon, to purchase, and DCRB agreed to sell to ACP Mgmt Corp., such number of warrants exercisable for one share of Class A Common Stock at an exercise price of $2.20 (the "Ardour Warrants"), subject to the terms of the warrant agreement, dated as of July 16, 2021, by and between DCRB and Continental Stock Transfer & Trust Company (the "Ardour Warrant Agreement"), equal to (x) 184,000 multiplied by (y) the Exchange Ratio. On the close date of the Business Combination, a total of 326,048 Ardour Warrants were issued to Ardour. Such warrants are governed by and exercisable subject to the terms and conditions of the Ardour Warrant Agreement. The Ardour Warrants are equity classified and accounted for under ASC 718, as they relate to advisory services provided to the Company.

As of December 31, 2021, there were 275,048 Ardour Warrants outstanding. Each whole warrant entitles the registered holder to purchase one share of common stock at a price of $2.20 per share, subject to adjustment per the Ardour Warrant Agreement. Only whole warrants are exercisable. The warrants will expire on the earlier to occur of: (i) the fifth anniversary of the completion of the Business Combination, (ii) the liquidation of the Company or (iii) their redemption.

**Equity Repurchase Program**

On November 17, 2021, the Company's board of directors authorized the repurchase of up to $5.0 million of its outstanding common stock and/or Public Warrants. The timing and amount of any share repurchases under the Company's share repurchase authorization will be determined by management based on market conditions and other considerations; such repurchases may be executed in the open market. As of December 31, 2021, the Company repurchased 256,977 public warrants for $0.5 million.

**Hongyun Warrants**

On November 23, 2021, Hyzon Motors Inc. entered into a warrant agreement to issue warrants (the "Hongyun Warrants") to Hydro Fortune Logistics (Hong Kong) Co., Limited, a subsidiary of Shanghai Qingli Hongyun Motors Co. ("Shanghai Hongyun"), to purchase up to two million shares of Class A Common Stock, $0.0001 par value per share, of Hyzon at an exercise price of $7.75 per share. The warrants become vested and exercisable as Shanghai Hongyun makes payment on the purchase price for such vehicles and are classified within equity. The vested and exercisable Hongyun Warrants will expire on December 31, 2028. As of December 31, 2021, the Company issued 31,000 warrants for 2021 vehicle deliveries and approximately 8,300 are vested. The provision of $0.2 million for the Hongyun Warrants is recorded as a reduction of revenue as they represent consideration payable to a customer, in accordance with ASC 606.

Table of Contents

**Note 18. Related Party Transactions**

**Horizon IP Agreement**

In January 2021, the Company entered into an intellectual property agreement (the "Horizon IP Agreement") with Jiangsu Qingneng New Energy Technologies Co., Ltd. and Shanghai Qingneng Horizon New Energy Ltd. (together, "JS Horizon") both of which are affiliates of the Company's ultimate parent, Horizon. Under the Horizon IP Agreement, JS Horizon assigned to the Company a joint ownership interest in certain intellectual property rights previously developed by JS Horizon ("Background IP"), and each of Hyzon and JS Horizon granted to the other, within such other party's field of use, exclusive licenses under their respective joint ownership rights in the Background IP, as well as their rights in improvements made in the future with respect to such Background IP. Under that agreement, the Company also grants JS Horizon a perpetual non-exclusive license under certain provisional patent applications (and any patents issuing therefrom), as well as improvements thereto. On September 27, 2021, the Horizon IP Agreement was amended to add Jiangsu Horizon Powertrain Technologies Co. Ltd. ("JS Powertrain") as a party.

The Horizon IP Agreement revised and clarified the intellectual property arrangements existing as of the Company's inception, as set forth under two previous agreements. Under a license agreement made effective at the time of the Company's inception (the "License Agreement"), the Company received an exclusive license under certain of the Background IP. That agreement was later terminated and replaced with a Partial Assignment Agreement of Fuel Cell Technology, dated November 19, 2020 (the "Partial Assignment Agreement"), which contemplated a joint ownership structure with respect to certain of the Background IP similar to the structure set forth under the now existing Horizon IP Agreement. Both the original License Agreement and Partial Assignment Agreement have been superseded by the Horizon IP Agreement.

Under the terms of the Horizon IP Agreement, the Company was to pay JS Horizon and JS Powertrain $ 10.0 million as consideration for the rights it receives under the Background IP and improvements thereto. As of December 31, 2021, $6.9 million was paid and the remaining $3.1 million was paid in February 2022. Because the Company is under common control with Horizon and JS Horizon, the cost of the intellectual property transferred should equal the historical cost of the Background IP to the Company's ultimate parent, Horizon. Due to the creation of the Background IP through research and development over a long historical period of time, the historical cost of the intellectual property acquired was zero. As such, no asset was recorded for the Background IP on the Company's Consolidated Balance Sheets. The difference between the fixed amounts payable to JS Horizon and JS Powertrain and the historical cost was treated as a deemed distribution to Horizon, given the common control of the entities.

**Horizon Fuel Cell Technologies and Related Subsidiaries**

Hyzon utilizes Horizon and its affiliates to supply certain fuel cell components. In March 2021, the Company made a deposit payment to Horizon in the amount of $5.0 million to secure fuel cell components. This payment is included in prepaid expenses as none of the components have yet been received. As of December 31, 2021, the Company's Consolidated Balance Sheet includes $7.5 million of inventory, $0.7 million of fixed asset and an additional $0.3 million of prepayment from Horizon. For the year ended December 31, 2021, $0.2 million of fuel cell components purchased from Horizon and its affiliates were recorded in the Cost of goods sold in the Company's Consolidated Statements of Operations and Comprehensive Loss.

Certain employees of Horizon and its affiliates provide research and development, sales, and administrative services to the Company. Approximately $2.9 million and $0.5 million was recorded in the Company's Consolidated Statements of Operations and Comprehensive Loss related to such services for the year ended December 31, 2021, and for the period from January 21, 2020 (inception) through December 31, 2020, respectively. The related party liability to Horizon and affiliates is $3.7 million and $0.4 million as of December 31, 2021 and 2020, respectively.

**Holthausen and Affiliates**

The Company entered into a joint venture agreement in 2020 to create Hyzon Europe with Holthausen. As Hyzon Europe builds out its production facilities, it relies on Holthausen for back office administrative services and certain production resources that result in related party transactions. In addition, both companies rely on certain suppliers, including Horizon.

In June 2021, the Company transferred inventory purchased from Horizon amounting to $1.2 million to Holthausen at cost and recorded a related party receivable of $1.2 million.

90

Table of Contents

**Note 20.**
**Leases**

The Company has entered into various non-cancellable operating and finance lease agreements for certain offices, warehouses, R&D and manufacturing locations, equipment and vehicles worldwide. The Company determines if an arrangement is a lease, or contains a lease, at inception and records the leases in the consolidated financial statements upon lease commencement, which is the date when the underlying asset is made available for use by the lessor.

The following table presents supplemental balance sheet information related to leases (in thousands):

|  | December 31, 2021 | | December 31, 2020 | |
|---|---|---|---|---|
| **Operating leases:** | | | | |
| Operating lease right-of-use assets | $ | 9,933 | $ | 943 |
| Operating lease liabilities | $ | (10,062) | $ | (942) |
| **Finance leases:** | | | | |
| Finance lease right-of-use assets | $ | 332 | $ | 713 |
| Finance lease liabilities | $ | (654) | $ | (857) |
| **Weighted average remaining lease term:** | | | | |
| Operating leases | | 7.3 years | | 4.9 years |
| Finance leases | | 1.4 years | | 2.4 years |
| **Weighted average discount rate:** | | | | |
| Operating leases | | 5.7 % | | 7.1 % |
| Finance leases | | 7.0 % | | 6.9 % |

The components of the lease expenses are as follows (in thousands):

|  | Year Ended December 31, 2021 | | For the period January 21, 2020 (Inception) - December 31, 2020 | |
|---|---|---|---|---|
| Operating lease cost | $ | 862 | $ | 19 |
| Variable lease cost | | 205 | | 30 |
| Finance lease cost: | | | | |
| Amortization of right-of-use assets | | 381 | | 172 |
| Interest on lease liabilities | | 53 | | 35 |
| **Total lease cost** | $ | **1,501** | $ | **256** |

Supplemental cash flows information related to leases is as follows (in thousands):

|  | Year Ended December 31, 2021 | | For the period January 21, 2020 (Inception) - December 31, 2020 | |
|---|---|---|---|---|
| Cash paid for amount included in the measurement of lease liabilities: | | | | |
| Operating cash flows from operating leases | $ | 739 | $ | 19 |
| Operating cash flows from finance leases | $ | 53 | $ | 35 |
| Financing cash flows from finance leases | $ | 203 | $ | 29 |
| Right-of-use assets obtained in exchange for new lease liabilities: | | | | |
| Operating leases | $ | 9,588 | $ | 780 |
| Finance leases | $ | - | $ | 886 |

93

Table of Contents

The maturities of operating and finance lease liabilities (excluding short-term leases) are as follows (in thousands):

|  | As of December 31, 2021 | |
|---|---|---|
|  | Operating Leases | Finance Leases |
| 2022 | $ 1,978 | $ 448 |
| 2023 | 1,894 | 240 |
| 2024 | 1,806 | - |
| 2025 | 1,745 | - |
| 2026 and thereafter | 4,737 | - |
| **Total minimum lease payments** | 12,160 | 688 |
| Less: imputed interest | 2,098 | 34 |
| Present value of lease obligations | 10,062 | 654 |
| Less: current portion | 1,453 | 433 |
| **Long-term portion of lease obligations** | $ **8,609** | $ **221** |

**Note 21.**
**Subsequent Events (Unaudited)**

**Global NRG H2 Limited**

During the quarter ended June 30, 2022, the Company determined that there was a full impairment of the Company's $2.5 million investment in NRG. For additional information regarding the NRG investment refer to Note 11. Investments in Equity Securities to the consolidated financial statements.

**Holthausen and Affiliates**

In December 2022, the Company acquired the remaining 49.5% stake, or 1,485,000 A Shares par value €0.01 in Hyzon Europe from Holthausen. The Company now holds
100% ownership in Hyzon Europe. The consideration paid by the Company to Holthausen was €5.52 million (approximately $5.84 million in USD), consisting of €4.50 million (approximately $4.76 million in USD) in cash, including prepaid balances, and €1.02 million (approximately $1.08 million in USD) (excluding any VAT) of certain inventory. In addition, Hyzon Europe transferred all of the assumed retrofit service contracts including after-sales obligations back to Holthausen Clean Technology B.V. upon closing of the transaction.

**Delaware Court of Chancery Section 205**

On February 13, 2023, the Company filed a petition under the caption *In re Hyzon Motors Inc.*, C.A. No. 2023-0177-LWW (Del. Ch) in the Delaware Court of Chancery pursuant to Section 205 of the Delaware General Corporation Law ("DGCL"), which permits the Court of Chancery, in its discretion, to validate potentially defective corporate acts due to developments regarding potential interpretations of the DGCL stemming from the Court's recent decision in *Garfield v. Boxed, Inc.,* 2022 WL 17959766 (Del. Ch. Dec. 27, 2022). On March 6, 2023, the Court of Chancery granted our petition, holding that any defects that may have existed with respect to the conduct of the Special Meeting of Shareholders held on July 15, 2021 to approve the increase in the Company's authorized share capital were ratified as of the meeting.

The Company continues to believe that, notwithstanding the relief the Delaware Court of Chancery granted to the Company under Section 205, at the time of DCRB Shareholder Meeting on July 16, 2021, the increase in the Company's authorized share capital was validly approved by DCRB's shareholders under Delaware law.

**Table of Contents**

**Item 9A. Controls and Procedures**

**(a) Evaluation of Disclosure Controls and Procedures**

The term disclosure controls and procedures means controls and other procedures that are designed to ensure that information required to be disclosed in our reports filed or submitted under the Exchange Act is recorded, processed, summarized and reported within the time periods specified in the SEC's rules and forms. Disclosure controls and procedures include, without limitation, controls and procedures designed to ensure that information required to be disclosed in company reports filed or submitted under the Exchange Act is accumulated and communicated to management, including our Chief Executive Officer to allow timely decisions regarding required disclosure.

We do not expect that our disclosure controls and procedures or our internal control over financial reporting will prevent all errors and all instances of fraud due to inherent limitation of internal controls. Because of these inherent limitations there is a risk that material misstatements will not be prevented or detected on a timely basis by internal control over financial reporting. However, these inherent limitations are known features of the financial reporting process. Therefore, it is possible to design into the process safeguards to reduce, though not eliminate, this risk.

Our Chief Executive Officer has evaluated the effectiveness of the design and operation of our disclosure controls and procedures (as defined in Rules 13a-15(e) and 15d-15(e) under the Exchange Act), as of December 31, 2021. Based on such evaluation, our Chief Executive Officer has concluded that as of December 31, 2021 our disclosure controls and procedures were not effective because of the material weaknesses in internal control over financial reporting described below.

In light of the material weaknesses described below, our management has performed additional analyses, reconciliations, and other post-closing procedures and has concluded that, notwithstanding the ineffectiveness of our disclosure controls and procedures as well as material weaknesses in our internal control over financial reporting as of December 31, 2021, the consolidated financial statements for the periods covered by and included in this Form 10-K/A fairly present, in all material respects, our financial position, results of operations and cash flows as of and for the periods presented in conformity with U.S. GAAP.

**(b) Management's Report on Internal Control over Financial Reporting**

As discussed elsewhere in this report, we completed the Business Combination on July 16, 2021. Prior to the Business Combination, we were a special purpose acquisition company formed for the purpose of effecting a merger, capital stock exchange, asset acquisition, stock purchase, reorganization or other similar business combination with one or more operating businesses. As a result, previously existing internal controls are no longer applicable or comprehensive enough as of the assessment date as our operations prior to the Business Combination were insignificant compared to those of the consolidated entity post-Business Combination. The design of internal control over financial reporting for the Company post-Business Combination has required and will continue to require significant time and resources from management and other personnel. As a result, management was unable, without incurring unreasonable effort or expense to conduct an assessment of our internal control over financial reporting as of December 31, 2021. Accordingly, we are excluding management's report on internal control over financial reporting pursuant to Section 215.02 of the SEC Division of Corporation Finance's Regulation S-K Compliance & Disclosure Interpretations.

Notwithstanding the foregoing, while preparing the Company's consolidated financial statements, our management identified the following material weaknesses in internal control over financial reporting:

- The Company did not demonstrate a commitment to attract, develop, and retain competent individuals in alignment with objectives and accordingly did not have sufficient qualified resources.

- The Company did not have an effective risk assessment process that successfully identified and assessed risks of material misstatement to ensure controls were designed and implemented to respond to those risks.

- The Company did not have an effective internal information and communication process to ensure that relevant and reliable information was communicated on a timely basis across the organization, to enable financial personnel to effectively carry out their financial reporting and internal control roles and responsibilities.

Table of Contents

- The Company did not sufficiently establish structures, reporting lines and appropriate authorities and responsibilities in the pursuit of objectives.

As a consequence, the Company did not effectively design, implement and operate process-level control activities related to revenue recognition, complex accounting transactions, and the financial close process to mitigate risks to an acceptable level.

Those control deficiencies resulted in material misstatements that were identified and corrected in the consolidated financial statements as of and for the year ended December 31, 2021 primarily affecting revenue, cost of revenue, inventory, contract liabilities, and selling, general, and administrative expenses, as further described in Note 2. Restatement of Previously Issued Financial Statements to the consolidated financial statements. Because there is a reasonable possibility that material misstatement of the consolidated financial statements will not be prevented or detected on a timely basis, we concluded that these deficiencies represent material weaknesses in our internal control over financial reporting and that our internal control over financial reporting was not effective as of December 31, 2021.

A material weakness is a deficiency, or a combination of deficiencies, in internal control over financial reporting such that there is a reasonable possibility that a material misstatement of our annual or interim financial statements will not be prevented or detected on a timely basis. These deficiencies could result in misstatements to our financial statements that would be material and would not be prevented or detected on a timely basis.

**(c) Remediation Plan and Status**

With oversight from the Audit Committee and input from the Board of Directors, management has begun designing and implementing changes in processes and controls to remediate the material weaknesses described above. Management and the Board of Directors, including the Audit Committee, are working to remediate the material weaknesses identified herein. While the Company expects to take other remedial actions, actions taken to date include:

- appointed new Chief Executive Officer and created a new role of President of International Operations;

- hired additional finance and accounting personnel over time to augment our accounting staff, including third-party resources with the appropriate technical accounting expertise;

- engaged with external consultants with public company and technical accounting experience to facilitate accurate and timely accounting closes and to accurately prepare and review the consolidated financial statements and related footnote disclosures;

- enhanced existing Disclosure Committee responsibilities through a formal review and sign off process; and

- implemented a formal regional general manager financial statement review and certification process for each SEC filing.

In addition to the remedial actions taken to date, the Company is taking, or plans to take, the following actions to remediate the material weaknesses identified herein:

- designing and implementing a comprehensive and continuous risk assessment process to identify and assess risks of material misstatements and to ensure that the impacted financial reporting processes and related internal controls are properly designed, maintained, and documented to respond to those risks in our financial reporting;

- further developing and implementing formal policies, processes and documentation procedures relating to financial reporting, including revenue recognition and other complex accounting matters, and consulting with independent accounting experts and advisors;

- formalizing the design of the processes and controls related to sales of our products and services, as well as vendor contracting, fuel cell acceptance, transfer of control of our products to customers, tracking our vehicles' post-sale performance, and archiving documentation in a central system; and

Table of Contents

- completing ethics training globally and in addition, providing general public company periodic training for Company personnel, including on potential topics such as the responsibilities of a public company, the core values of the Company's accounting and finance function, and best practices to implement those values.

As we work to improve our internal control over financial reporting, we will report regularly to the Company's Audit Committee on the progress and results of the remediation plan, including the identification, status, and resolution of internal control deficiencies. We may modify our remediation plan and may implement additional measures as we continue to review, optimize and enhance our financial reporting controls and procedures in the ordinary course. We will not be able to fully remediate these material weaknesses until these steps have been completed and have been operating effectively for a sufficient period of time. If we are unable to successfully remediate the material weaknesses, or if in the future, we identify further material weaknesses in our internal control over financial reporting, we may not detect errors on a timely basis and our consolidated financial statements may be materially misstated.

**(d) Changes in Internal Control over Financial Reporting**

There have not been any changes in our internal control over financial reporting (as such term is defined in Rules 13a-15(f) and 15d-15(f) under the Exchange Act) during the quarter ended December 31, 2021, that have materially affected, or are reasonably likely to affect, our internal control over financial reporting.

97

Table of Contents

**PART IV**

**Item 15. Exhibit and Financial Statement Schedules.**

      1.    Financial Statements: The information concerning the consolidated financial statements and Report of Independent Registered Public Accounting Firm required by this Item is incorporated by reference herein to the section of this Annual Report on Form 10-K/A in Item 8, titled "Financial Statements and Supplementary Data."

      2.    Financial Statement Schedules: No schedules are required

(b) *Exhibits*. The exhibits listed in the following Index to Exhibits are filed or incorporated by reference as part of this report.

| Exhibit No. | Exhibit |
|---|---|
| 2.1† | Business Combination Agreement and Plan of Reorganization, dated as of February 8, 2021, by and among Decarbonization Plus Acquisition Corp., DCRB Merger Sub Inc. and Hyzon Motors Inc. (incorporated by reference to Exhibit 2.1 of the Company's Current Report on Form 8-K filed with the SEC on February 8, 2021). |
| 3.1 | Second Amended and Restated Certificate of Incorporation of Hyzon Motors Inc. (incorporated by reference to Exhibit 3.1 of the Company's Current Report on Form 8-K filed with the SEC on July 22, 2021). |
| 3.2 | Amended and Restated Bylaws of Hyzon Motors Inc. (incorporated by reference to Exhibit 3.2 of the Company's Current Report on Form 8-K filed with the SEC on July 22, 2021). |
| 4.1 | Specimen Class A Common Stock Certificate (incorporated by reference to Exhibit 4.2 of the Company's Registration Statement on Form S-1 filed with the SEC on September 20, 2020). |
| 4.2 | Specimen Warrant Certificate (incorporated by reference to Exhibit 4.3 of the Company's Registration Statement on Form S-1 filed with the SEC on September 20, 2020). |
| 4.3 | Warrant Agreement, dated as of October 19, 2020, by and between Decarbonization Plus Acquisition Corp. and Continental Stock Transfer & Trust Company (incorporated by reference to Exhibit 4.4 of the Company's Current Report on Form 8-K filed with the SEC on October 22, 2020). |
| 4.4 | Ardour Warrant Agreement, dated as of July 16, 2021, by and between Decarbonization Plus Acquisition Corp. and Continental Stock Transfer & Trust Company (incorporated by reference to Exhibit 4.4 of the Company's Current Report on Form 8-K filed with the SEC on July 22, 2021). |
| 4.5* | Description of Registered Securities |
| 10.1 | Form of Lock-Up Agreement (incorporated by reference to Exhibit 10.1 of the Company's Current Report on Form 8-K filed with the SEC on February 8, 2021). |
| 10.2 | Founder Warrant Agreement, dated as of February 8, 2021 by and among Decarbonization Plus Acquisition Corp., Decarbonization Plus Acquisition Sponsor, LLC and the other parties thereto (incorporated by reference to Exhibit 10.2 of the Company's Current Report on Form 8-K filed with the SEC on February 8, 2021). |
| 10.3 | Form of Subscription Agreement (incorporated by reference to Exhibit 10.3 of the Company's Current Report on Form 8-K filed with the SEC on February 8, 2021). |
| 10.4 | Ardour Subscription Agreement, dated as of February 8, 2021 by and among Decarbonization Plus Acquisition Corp., Ardour Capital and Hyzon Motors Inc. (incorporated by reference to Exhibit 10.4 of the Company's Current Report on Form 8-K filed with the SEC on February 8, 2021). |
| 10.5 | Amended and Restated Registration Rights Agreement, dated as of July 16, 2021, by and among Decarbonization Plus Acquisition Corp. and certain security holders (incorporated by reference to Exhibit 10.5 of the Company's Current Report on Form 8-K filed with the SEC on July 22, 2021). |
| 10.6# | Hyzon Motors Inc. 2021 Equity and Incentive Compensation Plan (incorporated by reference to Exhibit 10.6 of the Company's Current Report on Form 8-K filed with the SEC on July 22, 2021). |
| 10.7# | Employment Agreement, dated as of July 9, 2021, between Hyzon Motors Inc. and Craig Knight (incorporated by reference to Exhibit 10.7 of the Company's Current Report on Form 8-K filed with the SEC on July 22, 2021). |