# Exhibit 40

**Table of Contents**

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

———————————————

# FORM 10-K

———————————————

**(Mark One)**

☒ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the annual period ended December 31, 2022**

**OR**

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For transition period from _____ to _____

Commission File Number 001-39632

———————————————

# Hyzon Motors Inc.

**(Exact name of registrant as specified in its charter)**

———————————————

| | |
|---|---|
| **Delaware** | **82-2726724** |
| **State or other jurisdiction of incorporation or organization** | **(I.R.S. Employer Identification Number)** |

**475 Quaker Meeting House Road**
**Honeoye Falls, New York 14472**
**(585) 484-9337**
**(Address, including zip code, and telephone number, including area code, of registrant's principal executive offices)**

———————————————

**Securities registered pursuant to Section 12(b) of the Act:**

| Title of each class | Trading Symbols | Name of each exchange on which registered |
|---|---|---|
| **Class A Common Stock, par value $0.0001 per share** | **HYZN** | **Nasdaq Capital Market** |
| **Warrants, each whole warrant exercisable for one share of Class A common stock, $0.0001 par value, at an exercise price of $11.50 per share** | **HYZNW** | **Nasdaq Capital Market** |

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. Yes ☐ No ☒

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act. Yes ☐ No ☒

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☐ No ☒

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). Yes ☐ No ☒

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company" and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | | |
|---|---|---|---|
| Large accelerated filer | ☐ | Accelerated filer | ☐ |
| Non-accelerated filer | ☒ | Smaller reporting company | ☒ |
| | | Emerging growth company | ☒ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 7(a)(2)(B) of the Securities Act. ☐

Indicate by check mark whether the registrant has filed a report on and attestation to its management's assessment of the effectiveness of its internal control over financial reporting under Section 404(b) of the Sarbanes-Oxley Act (15 U.S.C. 7262(b)) by the registered public accounting firm that prepared or issued its audit report. ☐

If securities are registered pursuant to Section 12(b) of the Act, indicate by check mark whether the financial statements of the registrant included in the filing reflect the correction of an error to previously issued financial statements. ☐

Indicate by check mark whether any of those error corrections are restatements that required a recovery analysis of incentive-based compensation received by any of the registrant's executive officers during the relevant recovery period pursuant to §240.10D-1(b). ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act): Yes ☐ No ☒

As of June 30, 2022, the last business day of the registrant's most recently completed second fiscal quarter, the aggregate market value of the Class A common stock outstanding, other than shares held by persons who may be deemed affiliates of the registrant, computed by reference to the closing sales price for the Class A common stock on June 30, 2022, as reported on the Nasdaq Capital Market, was approximately $270.9 million.

As of April 30, 2023, there were approximately 244,599,212 shares of the registrant's common stock outstanding, par value $0.0001 per share, outstanding.

PCAOB ID: 0185                    Auditor Name: KPMG LLP                    Auditor Location: Rochester, New York

Table of Contents

**Note 3.**
**Business Combination**

As discussed in Note 1, on July 16, 2021, Legacy Hyzon consummated the transaction contemplated by the Business Combination. Immediately upon the completion of the Business Combination and the other transactions contemplated by the Business Combination, Legacy Hyzon became a direct, wholly-owned subsidiary of DCRB. In connection with these transactions, DCRB changed its name to "Hyzon Motors Inc."

The Business Combination was accounted for as a reverse recapitalization in accordance with U.S. GAAP, with no goodwill or other intangible assets recorded and the net assets of Legacy Hyzon consolidated with DCRB at historical cost. Under this method of accounting, DCRB is treated as the "acquired" company for financial reporting purposes. The reverse recapitalization is retrospectively adjusted in the consolidated statements of changes in stockholders' equity to reflect the Company's equity structure for all periods presented.

As a result of the Business Combination, each share of common stock of Legacy Hyzon, par value $0.001 per share, was converted to 1.772 shares of Class A common stock (the "Exchange Ratio"), par value $0.0001 per share of the Company, resulting in the issuance of approximately 173.4 million shares of Class A common stock. Additionally, the Company reserved for issuance approximately 21.7 million shares of Class A common stock in respect to outstanding options and RSUs issued in exchange for options, RSUs and warrants of the Company.

Immediately prior to the Business Combination, Legacy Hyzon issued to Hymas approximately 4.1 million shares of Legacy Hyzon common stock without any consideration, which was converted to approximately 7.2 million of Class A common stock.

DCRB held subscription agreements with certain investors to issue and sell an aggregate of 35,500,000 shares of Class A common stock of DCRB for $10.00 per share for an aggregate commitment of $355,000,000 (the "PIPE Financing"). At the closing of the Business Combination, DCRB consummated the PIPE Financing, and those proceeds became part of the Company's capital.

Pursuant to the terms of the Convertible Notes described in Note 9, immediately prior to the Business Combination the outstanding principal of $45 million as well as the accrued interest on the Convertible Notes automatically converted into shares of the Company at a price per share equal to 90% of the price per share paid by the PIPE Financing investors, and upon the closing, converted into 5,022,052 shares of common stock of the post-combination company.

In accordance with an agreement executed in July 2020, Ascent Funds Management LLC ("Ascent") was granted options to purchase shares of Legacy Hyzon common stock (the "Ascent Options") at an exercise price of $2.73 per share. Immediately prior to the consummation of the Business Combination, the Ascent Options were automatically exercised in full on a cashless basis into approximately 3.9 million shares of Legacy Hyzon common stock, which converted into approximately 6.9 million shares of Class A common stock in connection with the Business Combination.

Immediately after giving effect to the Business Combination, PIPE Financing, Convertible Note conversion, and Ascent Options exercise described above, there were 246,994,209 shares of Class A common stock of the Company issued and outstanding.

The number of shares of common stock issued immediately following the consummation of the Business Combination:

|  | Shares |
|---|---|
| Common stock of DCRB | 20,483,179 |
| DCRB Founders | 5,643,125 |
| **Total DCRB** | **26,126,304** |
| Conversion of Ascent options (post-cashless exercise) | 6,871,667 |
| Conversion of convertible notes | 5,022,052 |
| PIPE shares | 35,500,000 |
| **Reverse recapitalization transaction** | **73,520,023** |
| Legacy Hyzon Shares after conversion [1] | 173,474,186 |
| **Total shares of Common stock immediately after Business Combination** | **246,994,209** |

(1) The number of Legacy Hyzon shares was determined from the 97,897,396 shares of Legacy Hyzon common stock outstanding immediately prior to the closing of the Business Combination converted at the Exchange Ratio of 1.772. All fractional shares were rounded down.

The following table reconciles the elements of the Business Combination to the Consolidated Statements of Cash Flows for the year ended December 31, 2021 (in thousands):

|  | | Recapitalization |
|---|---|---|
| Cash - DCRB trust and cash, net of redemptions and liabilities recorded by DCRB of $24.9 million | $ | 179,727 |
| Cash - PIPE Financing, net of transaction costs of $14.2 million | | 340,797 |
| Less: transaction costs allocated to equity | | (11,531) |
| **Effect of Business Combination, net of redemption and transaction costs** | $ | **508,993** |

The Company issued equity classified common shares and certain liability classified earnout shares. Transaction costs of $3.3 million attributable to the liability classified earnout shares were expensed. The rest was attributable to the equity classified common shares and recorded as a reduction to Additional paid-in capital in the Consolidated Balance Sheets.

The following table reconciles the elements of the Business Combination to the Consolidated Statements of Changes in Stockholders' Equity for the year ended December 31, 2021 (in thousands):

|  | | Recapitalization |
|---|---|---|
| Cash - DCRB trust and cash, net of redemptions and liabilities recorded by DCRB of $24.9 million | $ | 179,727 |
| Cash - PIPE Financing, net of transaction costs of $14.2 million | | 340,797 |

| | |
|---|---:|
| Conversion of convertible notes into common stock | 50,198 |
| Recognize earnout liability | (188,373) |
| Recognize Private Placement Warrants liability | (19,395) |
| Recapitalization of Legacy Hyzon common shares | 75 |
| Less: transaction costs allocated to equity | (11,531) |
| **Effect of Business Combination, net of redemption and transaction costs** | $ **351,498** |

**Warrants**

On October 22, 2020, DCRB consummated the Initial Public Offering of 22,572,502 units and each unit consists of one share of Class A common stock and one-half of one public warrants (the "Public Warrants"). Simultaneously with the closing of the Initial Public Offering, DCRB consummated the private sale of 6,514,500 warrants (the "Private Placement Warrants"), including 514,500 warrants as a result of the underwriters' partial exercise of their over-allotment option on November 12, 2020, at a price of $1.00 per Private Placement Warrant in a private placement to Decarbonization Plus Acquisition Sponsor, LLC (the "Sponsor"), DCRB's independent directors and an affiliate of DCRB's chief executive officer. At the closing of the Business Combination, DCRB and the Sponsor entered into a note agreement, whereby the Sponsor agreed to loan DCRB an aggregate of $1,500,000 to cover working capital requirements. The note agreement converted at the Business Combination date into 1,500,000 additional Private Placement Warrants. Upon the closing of the Business Combination, Hyzon assumed these outstanding warrants. See Note 17. Stockholders' Equity.

**Earnout**

Following the closing of the Business Combination, holders of the Company's legacy common stock and outstanding equity awards (including warrant, stock option and RSU holders) were granted the right to receive up to an aggregate amount of 23,250,000 shares of Class A common stock that would vest in three tranches of (i) 9,000,000, (ii) 9,000,000 and (iii) 5,250,000 shares if the trading price of the common stock of the Company achieves $18, $20, and $35, respectively, as its last reported sales price per share for any 20 trading days within any 30 consecutive trading day period within five years following the closing date of the Business Combination, provided that in no event will the issuance of the 5,250,000 earnout shares occur prior to the one-year anniversary of the closing date. Upon forfeiture of underlying unvested equity awards prior to occurrence of targeted trading price noted above, the associated earnout shares shall be allocated pro-rata among the remaining eligible Company's common stock and equity awards holders.

The Company recognized earnout shares to Legacy Hyzon's common stockholders as a liability. The earnout liability was $10.9 million and $103.8 million as of December 31, 2022 and 2021, respectively. The change in earnout liability was recorded within Other income (expense) in the Consolidated Statements of Operations and Comprehensive Loss. The Company recognized the earnout shares to other equity holders as separate and incremental awards from other equity holders' underlying stock-based compensation awards in accordance with ASC 718.

Certain earnout awards accounted for under ASC 718 were vested at the time of grant, and therefore recognized immediately as compensation expense. Certain other earnout awards accounted for under ASC 718 contained performance and market-based vesting conditions, and as the performance conditions are not deemed probable at December 31, 2022, no compensation expense has been recorded related to these awards. Total compensation expense related to earnout awards was $0.7 million and $14.0 million for the years ended December 31, 2022 and 2021, respectively.

**Table of Contents**

**Note 4.**
**Revenue**

The Company recognized $3.7 million in sales of FCEVs in China, hydrogen fuel cell systems in the U.S. and upfit services in Europe for the year ended December 31, 2022. For the year ended December 31, 2021, the Company recognized $0.1 million of revenue related to upfit services in Europe, offset by the recognition of $(
0.2) million of contra revenue associated with the issuance of warrants to Shanghai Hongyun for FCEV deliveries in China (See Note 17. Stockholders' Equity).

In accordance with ASC 606, the Company is required to evaluate customers' ability and intent to pay substantially all of the consideration to which the Company is entitled in exchange for the vehicles transferred to the customer, i.e., collectability of contracts with customers. The Company's customers in China are special purpose entities established in response to China's national hydrogen fuel cell vehicle pilot program. In consideration of the customers' limited operating history and extended payment terms in their contracts, the Company determined the collectability criterion is not met with respect to contract existence under ASC 606 for either customer, and therefore, an alternative method of revenue recognition has been applied to each arrangement.

The $2.5 million of revenue recognized from sales of FCEVs in China related to the delivery of 62 FCEVs for the year ended December 31, 2022. This amount is equal to the remaining consideration received after satisfying local government VAT obligations, as such amounts are non-refundable and the Company has transferred control of the 62 FCEVs to which the consideration relates and has stopped transferring goods or services to the customer. For the year ended December 31, 2022, the Company delivered 20 additional FCEVs to a different customer; however, no amounts were recognized as revenue as the consideration received was less than the amounts paid to satisfy local government VAT obligations. The Company will continue to monitor the customers and evaluate the collectability criterion as of each reporting period. The total cost of the 62 FCEVs delivered was recorded within Cost of revenue in the Consolidated Statements of Operations and Comprehensive Loss in 2021 since control of such FCEVs was transferred to the customer prior to December 31, 2021. The total cost of $2.9 million related to the additional 20 FCEVs was recorded within Cost of revenue in the Consolidated Statements of Operations and Comprehensive Loss for the year ended December 31, 2022 since control of such FCEVs was transferred at the time of delivery.

**Customer Concentration**

The Company has established relationships with a number of customers, many of whom could unilaterally terminate their relationship with the Company or materially reduce the amount of business they conduct with the Company at any time. Market competition, customer requirements, customer financial condition and customer consolidation through mergers or acquisitions also could adversely affect our ability to continue or expand these relationships. There is no guarantee that the Company will be able to retain or renew existing agreements, maintain relationships with any of the customers on acceptable terms or at all or collect amounts owed to us from insolvent customers. The loss of one or more of our major customers could adversely affect the Company's business, financial condition and results of operations.

For the year ended December 31, 2022, the Company's top two customers made up 67.0% and 20.8% of revenue, respectively.

**Contract Balances**

Contract liabilities relate to the advance consideration invoiced or received from customers for products and services prior to satisfying a performance obligation or in excess of amounts allocated to a previously satisfied performance obligation.

The current portion of contract liabilities is recorded within Contract liabilities in the Consolidated Balance Sheets and totaled $3.9 million and $10.9 million as of December 31, 2022, and 2021, respectively. The long term portion of contract liabilities is recorded within Other liabilities in the Consolidated Balance Sheets and totaled $1.9 million and $1.0 million as of December 31, 2022, and 2021, respectively.

Significant changes in the contract liabilities balances are as follows (in thousands):

|  | December 31, 2022 | December 31, 2021 |
|---|---|---|
| **Contract liabilities - beginning of period** | $ 11,865 | $ 2,608 |
| Increases during the period | 287 | 9,257 |
| Revenue recognized during the period included in contract liability balance | (3,670) | - |
| Net changes in liability for pre-existing contracts including refunds of customer payments | (2,088) | - |
| Impact of foreign currency translation | (574) | - |
| **Contract liabilities - end of period** | $ 5,820 | $ 11,865 |

**Remaining Performance Obligations**

The transaction price associated with remaining performance obligations for commercial vehicles and other contracts with customers was $13.7 million as of December 31, 2022. The Company expects to recognize approximately 72% of its remaining performance obligations as revenue over the twelve months after December 31, 2022.

**Table of Contents**

**Note 5.**
**Inventory**

Inventory consisted of the following (in thousands):

| | December 31, 2022 | December 31, 2021 |
|---|---|---|
| Raw materials | $ 24,862 | $ 16,099 |
| Work in process | 10,691 | 4,828 |
| **Total inventory** | **$ 35,553** | **$ 20,927** |

The Company writes down inventory for any excess or obsolescence, or when the Company believes that the net realizable value of inventories is less than the carrying value. A total of $
14.3 million in inventory write-downs was recognized for the year ended December 31, 2022. The Company recorded $13.1 million in Cost of revenue and $1.2 million in Research and development expense in the Consolidated Statements of Operations and Comprehensive Loss. The Company did not write down any inventory for the year ended December 31, 2021.

**Note 6.**
**Prepaid Expenses and Other Current Assets**

Prepaid expenses and other current assets consisted of the following (in thousands):

| | December 31, 2022 | December 31, 2021 |
|---|---|---|
| Deposit for fuel cell components (Note 18) | $ 6,092 | $ 5,008 |
| Vehicle inventory deposits | 2,074 | 10,171 |
| Production equipment deposits | 235 | 1,169 |
| Other prepaid expenses | 1,877 | 3,266 |
| Prepaid insurance | 3,201 | 5,079 |
| VAT receivable from government | 1,886 | 2,159 |
| **Total prepaid expenses and other current assets** | **$ 15,365** | **$ 26,852** |

**Note 7.**
**Property, Plant, and Equipment, net**

Property, plant, and equipment, net consisted of the following (in thousands):

| | December 31, 2022 | December 31, 2021 |
|---|---|---|
| Land and building | $ 2,818 | $ 2,818 |
| Machinery and equipment | 15,832 | 8,827 |
| Software | 2,350 | 507 |
| Leasehold improvements | 2,123 | 746 |
| Construction in progress | 2,499 | 2,139 |
| Total Property, plant, and equipment | 25,622 | 15,037 |
| Less: Accumulated depreciation and amortization | (3,202) | (691) |
| **Property, plant and equipment, net** | **$ 22,420** | **$ 14,346** |

Depreciation and amortization expense totaled $3.4 million and $0.7 million for the years ended December 31, 2022 and 2021, respectively. The Company recognized impairment charges of $
1.4 million for the year ended December 31, 2022. The impairment charges consist of $1.0 million for vehicles related to the Company's discontinued trial lease program in China, which is recorded in Cost of revenue, and $0.4 million of machinery and equipment for research and development activities as a result of the China restructuring effort, which is recorded in Research and development expense in the Consolidated Statements of Operations and Comprehensive Loss. There were no property, plant and equipment impairment charges for the year ended December 31, 2021.