**UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE HYZON MOTORS INC. SECURITIES LITIGATION | Case No. 6:21-cv-06612-CJS-MWP |
| *This Document Relates to:* *ALL ACTIONS* | |

**DECLARATION OF LUCAS E. GILMORE IN SUPPORT OF LEAD PLAINTIFF'S OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS THE THIRD AMENDED CONSOLIDATED COMPLAINT**

I, Lucas E. Gilmore, declare:

1.      I am a partner of the law firm Hagens Berman Sobol Shapiro LLP, attorneys for Lead Plaintiff and Lead Counsel appointed by the Court in the above-captioned action. Based on personal knowledge or discussions with counsel in my firm of the matters stated herein, if called upon, I could and would competently testify thereto.

2.      Attached hereto as Exhibit A is a true and correct copy of the Complaint filed in *SEC v. Hyzon Motors Inc., et al.*, No. 6:23-cv-06553 (W.D.N.Y.) on September 26, 2023 ("SEC Complaint").

3.      Attached hereto as Exhibit B is a true and correct copy of a press release from the SEC titled "SEC Charges Hydrogen Vehicle Co. Hyzon Motors and Two Former Executives for Misleading Investors" dated September 27, 2023.

4.      Attached hereto as Exhibit C are true and correct copies of excerpts from the Schedule 14A Proxy Statement filed by Decarbonization Plus Acquisition Corporation with the SEC on June 21, 2021. For the Court's convenience, the excerpted pages include all those cited in Lead Plaintiff and Defendants' briefs.

- 1 -

- 2 -

5.     Attached hereto as Exhibit D is a true and correct copy of the Statement of Changes in Beneficial Ownership filed by Defendant Craig Knight with the SEC on Form 4 on November 23, 2021.

6.     Attached hereto as Exhibit E is a list of the new allegations from the SEC Complaint, which Lead Plaintiff would include in an amended complaint, if deemed necessary by the Court to sustain any of Lead Plaintiff's securities law claims.

7.     Attached hereto as Exhibit F is a redline copy of a [proposed] fourth amended complaint, which incorporates the allegations from the SEC Complaint that Lead Plaintiff contends supplement and corroborate the already pled allegations in this case.

I declare that the foregoing is true and correct under penalty of perjury.


DATED:  October 25, 2023                    Signed in Berkeley, California by:


                                            _____/s/ Lucas E. Gilmore_____
                                            LUCAS E. GILMORE

- 2 -