# EXHIBIT D

Case 6:21-cv-06612-MAV-MJP   Document 95-4   Filed 10/25/23   Page 2 of 3

# SecForm4.Com

symbol, cik, or name ...    Search

## Sec Form 4 Filing - Knight Craig Matthew @ Hyzon Motors Inc. - 2021-11-22

Insider filing report for Changes in Beneficial Ownership

"Insiders might sell their shares for any number of reasons, but they buy them for only one: they think the price will rise"

- Peter Lynch

What is insider trading>>

Here is the list of insider trading transaction codes

# FORM 4

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**

Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL |
|---|
| OMB Number:3235-0287 |
| Expires:November 30, 2011 |
| Estimated average burden hours per response...     0.5 |

**Explanation of Responses:**

| 1. Name and Address of Reporting Person *<br>**Knight Craig Matthew** | 2. Issuer Name **and** Ticker or Trading Symbol<br>**Hyzon Motors Inc.** [ **HYZN**] | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable)<br>X __ Director     ____ 10% Owner<br>X __ Officer (give title    ____ Other (specify below)<br>below)<br>Chief Executive Officer |
|---|---|---|
| (Last)   (First)  (Middle)<br>C/O 475 QUAKER MEETING HOUSE ROAD | 3. Date of Earliest Transaction (MM/DD/YY)<br>11/22/2021 | |
| (Street)<br>HONEOYE FALLS, NY14472 | 4. If Amendment, Date Original Filed (MM/DD/YY) | 6. Individual or Joint/Group Filing (Check Applicable Line)<br>__ X __ Form filed by One Reporting Person<br>____ Form filed by More than One Reporting Person |
| (City) (State)  (Zip) | | |

## Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1.Title of Security (Instr. 3) | 2. Transaction Date (MM/DD/YY) | 2A. Deemed Execution Date, if any (MM/DD/YY) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 11/22/2021 | | P | | 166,000( 1) | A | $ 8.2238( 2) | 343,200 | D | |

## Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned

### ( *e.g.* , puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (MM/DD/YY) | 3A. Deemed Execution Date, if any (MM/DD/YY) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | | 6. Date Exercisable and Expiration Date (MM/DD/YY) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of Derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

### Reporting Owners

| Reporting Owner Name / Address | Relationships | | | |
|---|---|---|---|---|
| | Director | 10% Owner | Officer | Other |
| Knight Craig Matthew<br>C/O 475 QUAKER MEETING HOUSE ROAD<br>HONEOYE FALLS, NY 14472 | X | | Chief Executive Officer | |

### Signatures

/s/ John Zavoli, Attorney-in-fact

** Signature of Reporting Person

11/23/2021

Date

( 1 )On November 22, 2021, the Reporting Person purchased 166,000 shares of Common Stock, par value $0.0001 per share, of the Issuer in open market transactions.

( 2 )The price reported in Column 4 is a weighted average price. These shares were purchased at prices ranging from $8.00 to $8.42, inclusive. The Reporting Person has provided to the Issuer, and undertakes to provide any security holder of the Issuer or the staff of the Securities and Exchange Commission, upon request, full information regarding the number of shares purchased at each separate price within the range set forth in this footnote.

**Reminder:** Report on a separate line for each class of securities beneficially owned directly or indirectly.

\* If the form is filed by more than one reporting person, *see* Instruction 4(b)(v).

\*\* Intentional misstatements or omissions of facts constitute Federal Criminal Violations. *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**