UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                         :

IN RE HYZON MOTORS INC.         :     Case No. 6:21-cv-06612-CJS-MWP
SECURITIES LITIGATION         :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

DECLARATION OF LAURA KABLER OSWELL IN SUPPORT OF
HYZON DEFENDANTS' REPLY IN SUPPORT OF THEIR MOTION TO DISMISS
THE THIRD AMENDED CONSOLIDATED CLASS ACTION COMPLAINT

LAURA KABLER OSWELL hereby declares under penalty of perjury as follows:

I am a member in good standing of the Bar of the State of California and have been admitted *pro hac vice* to practice before this Court.  (ECF Nos. 42, 51.)  I am a partner of the law firm of Sullivan & Cromwell LLP, counsel to defendants Hyzon Motors Inc. ("Hyzon"), Erik Anderson, Mark Gordon, George Gu, and Craig Knight (collectively, "Defendants") in the above-captioned action.

I submit this Declaration in support of Defendants' Reply Memorandum of Law in Support of their Motion to Dismiss the Third Amended Consolidated Class Action Complaint (the "Reply"), and to put before the Court true and correct copies, to the best of my knowledge, of the documents described below and annexed hereto.  This Declaration supplements my prior Declaration in Support of Hyzon Defendants' Motion to Dismiss the Third Amended Consolidated Class Action Complaint, dated September 13, 2023.

-2-

1.      Attached as <u>Exhibit 15A</u> is a true and correct copy of excerpts[1] of a definitive proxy statement, as filed with the SEC by Decarbonization Plus Acquisition Corporation on June 21, 2021.

2.      Attached as <u>Exhibit 42</u> is a true and correct copy of the original opinion, dated September 30, 2022, issued by the Second Circuit in *Menora Mivtachim Ins. Ltd.* v. *Frutarom Indus. Ltd.*, No. 21-1076 (2d Cir.).

3.      Attached as <u>Exhibit 43</u> is a true and correct copy of the October 26, 2022 Brief for Amici Curiae Securities Law Scholars in Support of Plaintiffs-Appellants in *Menora Mivtachim Ins. Ltd.* v. *Frutarom Indus. Ltd.*, No. 21-1076 (2d Cir.).

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Palo Alto, California on November 22, 2023.

*/s/ Laura Kabler Oswell*
Laura Kabler Oswell

---

[1]      Exhibit 15A contains all excerpts from Exhibit 15, previously filed in connection with my September 13, 2023 Declaration, as well as additional excerpts cited in Defendants' Reply.