**UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE HYZON MOTORS INC. SECURITIES LITIGATION | Case No. 6:21-cv-06612-MAV-MWP |
| *This Document Relates to:* *ALL ACTIONS* | |

**[PROPOSED] ORDER GRANTING LEAD PLAINTIFF'S MOTION TO ENJOIN THE PROPOSED CLASS SETTLEMENT IN THE *MALORK* CHANCERY COURT ACTION**

After considering Lead Plaintiff's Motion to Enjoin the Proposed Class Settlement in the *Malork* Chancery Court Action, any opposition and reply thereto, and supporting documents, this Court finds there is good cause to grant the requested relief.

Accordingly, the Court ORDERS as follows:

(i)     Lead Plaintiff's Motion to Enjoin is GRANTED;

(ii)    Chancery court plaintiff John E. Malork and the administrator for the Malork Stipulation's settlement, A.B. Data, are enjoined from taking any actions in furtherance of the *Malork* settlement, including issuing the court-submitted notices to members of the putative settlement class;

(iii)   The Delaware Chancery Court overseeing the *Malork* Action is enjoined from procedurally advancing the *Malork* Stipulation, shall withdraw its scheduling order for the proposed settlement, and shall stay any deadlines or events relating to the proposed settlement (but is not stayed from proceeding with any further litigation on the merits if it or the *Malork* parties choose to do so); and

(iv) Lead Plaintiff and/or the *Malork* parties shall inform this Court should they reach any agreement to amend the proposed settlement's release of claims to specifically carve out the release of any pending federal securities law claims in this action.

[Alternative relief]

(i) Lead Plaintiff's Motion to Enjoin is GRANTED in part and DENIED in part;

(ii) The *Malork* parties shall amend the *Malork* Stipulation to create an opt-out class whereby any member of the putative federal class can opt out of the state law settlement by submitting a notice (either in writing or electronically); and

(iii) The *Malork* parties shall reform their class notices "to inform class members of the parallel actions, the important differences between those actions," their right to opt out of the state court settlement class, and that their objection to the *Malork* settlement on any grounds will in no way harm their ability to recover in either the state or federal class action. To that end, within seven (7) days of this Order, the *Malork* parties shall meet and confer with Lead Plaintiff to draft an updated notice. If no agreement can be reached, Lead Plaintiff and the *Malork* parties shall inform this Court.

**IT IS SO ORDERED.**

DATED: _____          _____
                                    HON. MEREDITH A. VACCA
                                    United States District Judge

- 1 -