**UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE HYZON MOTORS INC. SECURITIES LITIGATION | Case No. 6:21-cv-06612-MAV-MWP |
| *This Document Relates to:* *ALL ACTIONS* | |

**[PROPOSED] ORDER GRANTING LEAD PLAINTIFF'S MOTION TO EXPEDITE HEARING ON MOTION TO ENJOIN THE PROPOSED CLASS SETTLEMENT IN THE *MALORK* CHANCERY COURT ACTION**

After considering Lead Plaintiff's motion for an expedited hearing, any opposition and reply thereto, and supporting documents, this Court finds there is good cause to expedite consideration of Lead Plaintiff's Motion to Enjoin the Proposed Class Settlement in the Malork Chancery Court Action. Accordingly, the Court enters the following schedule:

A.    Defendants and Mr. John E. Malork shall have five (5) business days from the date of this order to file any response(s) to the Motion to Enjoin the Proposed Class Settlement in the *Malork* Chancery Court Action;

B.    Lead Plaintiff shall serve any reply by _____; and

C.    This Court shall hold an expedited hearing on the motion on _____.

**IT IS SO ORDERED.**

DATED: _____          _____
                                     HON. MEREDITH A. VACCA
                                     United States District Judge