**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE HYZON MOTORS INC. SECURITIES LITIGATION | Case No. 6:21-cv-06612-CJS-MWP |
| *This Document Relates to:* *ALL ACTIONS* | |

### DECLARATION OF LUCAS E. GILMORE IN SUPPORT OF LEAD PLAINTIFF'S MOTION TO ENJOIN THE PROPOSED CLASS SETTLEMENT IN THE *MALORK* CHANCERY COURT ACTION AND MOTION TO EXPEDITE HEARING

I, Lucas E. Gilmore, declare:

1.      I am a partner of the law firm Hagens Berman Sobol Shapiro LLP, attorneys for Lead Plaintiff and Lead Counsel appointed by the Court in the above-captioned action. Based on personal knowledge or discussions with counsel in my firm of the matters stated herein, if called upon, I could and would competently testify thereto.

2.      This declaration is filed in support of (1) Lead Plaintiff's Motion to Enjoin the Proposed Class Settlement in the *Malork* Chancery Court Action and (2) Lead Plaintiff's Motion to Expedite Hearing on Motion to Enjoin the Proposed Class Settlement in the *Malork* Chancery Court Action.

3.      Attached hereto as **Exhibit A** is a true and correct copy of the Stipulation and Agreement of Compromise and Settlement filed in *Malork v. Anderson et al.*, No. 2022-0260-PAF (Del. Ch.), on June 16, 2025.

4.      Attached hereto as **Exhibit B** is a true and correct copy of the Notice of Pendency and Proposed Settlement of Stockholder Class Action, Settlement Hearing, and Right to Appear filed in *Malork v. Anderson et al.*, No. 2022-0260-PAF (Del. Ch.), on June 16, 2025.

- 1 -

5.      Attached hereto as **Exhibit C** is a true and correct copy of the Summary Notice of Pendency and Proposed Settlement of Stockholder Class Action, Settlement Hearing, and Right to Appear filed in *Malork v. Anderson et al.*, No. 2022-0260-PAF (Del. Ch.), on June 16, 2025.

6.      Attached hereto as **Exhibit D** is a true and correct copy of the [Proposed] Order and Final Judgment filed in *Malork v. Anderson et al.*, No. 2022-0260-PAF (Del. Ch.), on June 16, 2025.

7.      Attached hereto as **Exhibit E** is a true and correct copy of the Scheduling Order entered by Judge Paul A. Fioravanti Jr. in *Malork v. Anderson et al.*, No. 2022-0260-PAF (Del. Ch.), on June 25, 2025.

8.      Attached hereto as **Exhibit F** is a true and correct copy of a letter from me to counsel in the *Malork* action regarding the proposed settlement sent on June 18, 2025.

9.      On June 24, 2025, I made a good-faith effort to meet and confer with plaintiff's and defendants' counsel in *Malork v. Anderson et al.*, No. 2022-0260-PAF (Del. Ch.) regarding Lead Plaintiff's concerns with the Stipulation and Agreement of Compromise and Settlement, as set forth in Exhibit F. Despite these discussions, the parties in the *Malork* action were unwilling to amend the Stipulation as requested or otherwise reach an agreement on any of Lead Plaintiff's objections, necessitating the instant motions.

I declare that the foregoing is true and correct under penalty of perjury.

DATED: June 27, 2025                    Signed in San Diego, California by:

                                        */s/ Lucas E. Gilmore*
                                        LUCAS E. GILMORE