# EXHIBIT C

EFiled: Jun 16 2025 11:34AM EDT
Transaction ID 76448955
Case No. 2022-0260-PAF

## IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE

| | |
|---|---|
| JOHN E. MALORK, Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) C.A. No. 2022-0260-PAF |
| ERIK ANDERSON, JENNIFER AAKER, JANE KEARNS, PIERRE LAPEYRE, JR., DAVID LEUSCHEN, ROBERT TICHIO, JIM McDERMOTT, JEFFREY TEPPER, MICHAEL WARREN, RIVERSTONE INVESTMENT GROUP LLC, WRG DCRB INVESTORS, LLC and DECARBONIZATION PLUS ACQUISITION SPONSOR, LLC, CRAIG M. KNIGHT, and HYZON MOTORS INC., | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

### SUMMARY NOTICE OF PENDENCY AND PROPOSED SETTLEMENT OF STOCKHOLDER CLASS ACTION, <u>SETTLEMENT HEARING, AND RIGHT TO APPEAR</u>

TO:  ALL PERSONS WHO HELD SHARES OF DECARBONIZATION PLUS ACQUISITION CORPORATION ("DECARB") CLASS A COMMON STOCK AS OF THE REDEMPTION DEADLINE ON JULY 13, 2021 AND WHO DID NOT REDEEM ALL OF THEIR SHARES, INCLUDING THEIR HEIRS, SUCCESSORS-IN-INTEREST, SUCCESSORS, TRANSFEREES, AND ASSIGNS

**THIS NOTICE WAS AUTHORIZED BY THE COURT OF CHANCERY OF THE STATE OF DELAWARE (THE "COURT").  IT IS NOT A LAWYER SOLICITATION.  PLEASE READ THIS NOTICE CAREFULLY AND IN ITS ENTIRETY.  YOUR RIGHTS WILL BE AFFECTED BY A CLASS ACTION LAWSUIT PENDING IN THE COURT.**

YOU ARE HEREBY NOTIFIED, pursuant to an Order of the Court and Court of Chancery Rule 23, that: (i) the above-captioned action (the "Action") has been preliminarily certified as a class action on behalf of a class of all holders of Decarb Class A common stock as of the Redemption Deadline, either of record or beneficially, and who did not redeem all of their shares, including their heirs, successors-in-interest, successors, transferees, and assigns, but excluding certain Excluded Persons (the "Class"); and (ii) Plaintiff and the Settling Defendants in the Action have reached an agreement to settle the Action for $8,800,000 in cash (the "Settlement").  If the Settlement is approved, it will resolve all claims in the Action against the Settling Defendants.  Any capitalized terms used in this Summary Notice that are not otherwise defined herein shall have the meanings ascribed to them in the Stipulation and Agreement of Compromise and Settlement dated June 10, 2025 (the "Stipulation"), and the Notice of Pendency and Proposed Settlement of Stockholder Class Action, Settlement Hearing, and Right to Appear ("Notice"), copies of which can be obtained at www.DCRBSpacSettlement.com.

A hearing will be held on _____, 2025, at __:__ _.m., before the Honorable Paul A. Fioravanti, Jr., Vice Chancellor, at the Court of Chancery of the State of Delaware, Leonard L. Williams Justice Center, 500 North King Street, Wilmington, DE 19801, for the purpose of determining: (i) whether to finally certify the Class for settlement purposes only, pursuant to Court of Chancery Rules 23(a),

23(b)(1), and 23(b)(2); (ii) whether Plaintiff and Plaintiff's Counsel have adequately represented the Class, and whether Plaintiff should be finally appointed as Class Representative for the Class and Plaintiff's Counsel should be finally appointed as Class Counsel for the Class; (iii) whether the proposed Settlement should be approved as fair, reasonable, and adequate to Plaintiff and the other members of the Class and in their best interests; (iv) whether the proposed Order and Final Judgment approving the Settlement, dismissing the Action with prejudice, and granting the Releases provided under the Stipulation should be entered; (v) whether the proposed Plan of Allocation of the Net Settlement Fund is fair and reasonable, and should therefore be approved; (vi) whether and in what amount any Fee and Expense Award to Plaintiff's Counsel should be paid out of the Settlement Fund, including any service award to Plaintiff to be paid solely from any Fee and Expense Award; (vii) to hear and rule on any objections to the Settlement, the proposed Plan of Allocation, Plaintiff's Counsel's application for a Fee and Expense Award, and/or any service award to Plaintiff; and (viii) to consider any other matters that may properly be brought before the Court in connection with the Settlement.

If you held shares of Decarb Class A common stock, either of record or beneficially, that were not redeemed on the Redemption Deadline on July 13, 2021, your rights may be affected by the settlement of this Action. If you have not received a detailed Notice and a copy of the Proof of Claim and Release form ("Proof of

Claim"), you may obtain copies (as well as a copy of the Stipulation) by writing to, *DCRB Spac Settlement*, Settlement Administrator, c/o A.B. Data, Ltd., P.O. Box 173102, Milwaukee, WI 53217 or by downloading this information at www.DCRBSpacSettlement.com.  If you are a member of the Class, in order to share in the distribution of the Net Settlement Fund, you must either submit a Proof of Claim online at www.DCRBSpacSettlement.com by _____, 2025, or by mail to be received no later than _____, 2025, establishing that you are entitled to a recovery.[1]

The Class is a non-"opt-out" class pursuant to Court of Chancery Rules 23(a), 23(b)(1), and 23(b)(2).  Accordingly, Class Members will be bound by any judgment entered in the Action pursuant to the terms and conditions of the Stipulation.

Any objection to the Settlement must be filed with the Register in Chancery at the address set forth below and served on Plaintiff's Counsel and the Settling Defendants' Counsel (electronically by File&Serve*Xpress*, by hand, by first-class U.S. mail, by express service, or by email) at the addresses below, such that it is received no later than _____, 2025:

---

[1]   Proofs of Claim that are legibly postmarked no later than _____, 2025 will be treated as received on the postmark date.  Please be advised that the U.S. Postal Service may not postmark mail which is not presented in person.

| REGISTER IN CHANCERY |
|---|
| Register in Chancery<br>Court of Chancery of the State of Delaware<br>Leonard L. Williams Justice Center<br>500 North King Street<br>Wilmington, DE 19801 |

| PLAINTIFF'S COUNSEL | |
|---|---|
| Erik W. Luedeke<br>Robbins Geller Rudman & Dowd LLP<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101<br>eluedeke@rgrdlaw.com<br><br>Gregory E. Del Gaizo<br>Robbins LLP<br>5060 Shoreham Place, Suite 300<br>San Diego, CA 92122<br>gdelgaizo@robbinsllp.com | David M. Sborz<br>Andrews & Springer LLC<br>4001 Kennett Pike, Suite 250<br>Wilmington, DE 19807<br>dsborz@andrewsspringer.com |
| SETTLING DEFENDANTS' COUNSEL | |
| Jeffrey Crough<br>Vinson & Elkins LLP<br>Trammell Crow Center<br>2001 Ross Avenue, Suite 3900<br>Dallas, TX 75201<br>jcrough@velaw.com | James M. Yoch, Jr.<br>Young Conaway Stargatt & Taylor, LLP<br>1000 North King Street<br>Wilmington, DE 19801<br>jyoch@ycst.com |

**PLEASE DO NOT CONTACT THE COURT, THE REGISTER IN CHANCERY, SETTLING DEFENDANTS, OR THE SETTLING DEFENDANTS' COUNSEL REGARDING THIS NOTICE**. If you have any questions about the Settlement, you may contact counsel for Plaintiff at the addresses

- 5 -

listed above, call 1-800-449-4900, email settlementinfo@rgrdlaw.com, or go to the

following website: www.DCRBSpacSettlement com.

DATED: _____

BY ORDER OF THE COURT OF CHANCERY OF THE STATE OF DELAWARE