**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE HYZON MOTORS INC. SECURITIES LITIGATION | Case No. 6:21-cv-06612-CJS-MWP |
| *This Document Relates to:* *ALL ACTIONS* | |

**DECLARATION OF LUCAS E. GILMORE IN SUPPORT OF LEAD PLAINTIFF'S MOTION TO PRELIMINARILY ENJOIN STATE COURT CLASS ACTION SETTLEMENT'S PROPOSED RELEASE OF THIS ACTION'S EXCLUSIVE FEDERAL <u>CLAIMS AND MOTION TO EXPEDITE HEARING</u>**

I, Lucas E. Gilmore, declare:

1.      I am a partner of the law firm Hagens Berman Sobol Shapiro LLP, attorneys for Lead Plaintiff and Lead Counsel appointed by the Court in the above-captioned action. Based on personal knowledge or discussions with counsel in my firm of the matters stated herein, if called upon, I could and would competently testify thereto.

2.      This declaration is filed in support of (1) Lead Plaintiff's Motion to Preliminarily Enjoin State Court Class Action Settlement's Proposed Release of This Action's Exclusive Federal Claims and (2) Lead Plaintiff's Motion to Expedite Hearing on Motion to Preliminarily Enjoin State Court Class Action Settlement's Proposed Release of This Action's Exclusive Federal Claims.

3.      Attached hereto as **Exhibit A** is a true and correct copy of the Stipulation and Agreement of Compromise and Settlement filed in *Malork v. Anderson et al.*, No. 2022-0260-PAF (Del. Ch.), on June 16, 2025.

4.      Attached hereto as **Exhibit B** is a true and correct copy of the Notice of Pendency and Proposed Settlement of Stockholder Class Action, Settlement Hearing, and Right to Appear filed in *Malork v. Anderson et al.*, No. 2022-0260-PAF (Del. Ch.), on June 16, 2025.

- 1 -

- 2 -

5.      Attached hereto as **Exhibit C** is a true and correct copy of the Summary Notice of Pendency and Proposed Settlement of Stockholder Class Action, Settlement Hearing, and Right to Appear filed in *Malork v. Anderson et al.*, No. 2022-0260-PAF (Del. Ch.), on June 16, 2025.

6.      Attached hereto as **Exhibit D** is a true and correct copy of the [Proposed] Order and Final Judgment filed in *Malork v. Anderson et al.*, No. 2022-0260-PAF (Del. Ch.), on June 16, 2025.

7.      Attached hereto as **Exhibit E** is a true and correct copy of the Scheduling Order entered by Judge Paul A. Fioravanti Jr. in *Malork v. Anderson et al.*, No. 2022-0260-PAF (Del. Ch.), on June 25, 2025.

8.      Attached hereto as **Exhibit F** is a true and correct copy of a letter from me to counsel for plaintiffs in the *Malork* action regarding the proposed settlement sent on June 18, 2025.

I declare that the foregoing is true and correct under penalty of perjury.

DATED: June 27, 2025                    Signed in San Diego, California by:


                                        */s/ Lucas E. Gilmore*
                                        LUCAS E. GILMORE

- 2 -