**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| *IN RE HYZON MOTORS INC. SECURITIES LITIGATION* | Master File No. 6:21-cv-06612-MAV-MWP |
| This document Relates to: ALL ACTIONS | |

**[PROPOSED] ORDER DENYING LEAD PLAINTIFF'S MOTION TO EXPEDITE HEARING ON MOTION TO ENJOIN THE PROPOSED CLASS SETTLEMENT IN THE *MALORK* CHANCERY COURT ACTION**

IT IS ORDERED that Lead Plaintiff's Motion to Expedite Hearing (ECF No. 111) on

Motion to Enjoin the Proposed Class Settlement in the *Malork* Chancery Court Action is

DENIED.

**IT IS SO ORDERED.**

_____
HON. MEREDITH A. VACCA
United States District Judge