IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| *IN RE HYZON MOTORS INC, SECURITIES LITIGATION*<br><br>This Document Relates to:<br>        ALL ACTIONS. | Master File No.: 21-cv-06612-CJS-MJP |

**DECLARATION OF JEFFREY CROUGH IN SUPPORT OF THE
DCRB DEFENDANTS' OPPOSITION TO LEAD PLAINTIFF'S
MOTION TO ENJOIN THE PROPOSED CLASS SETTLEMENT
IN THE *MALORK* CHANCERY ACTION**

I, Jeffrey Crough, hereby affirm under penalty of perjury that the following is true and correct:

1.      I am a member in good standing of the Bars of the States of New York and Texas and have been admitted to practice *pro hac vice* before this Court in this action.  I am a partner of the law firm of Vinson & Elkins LLP, counsel to defendants Peter Haskopoulos, Robert Tichio, Jennifer Aaker, Jane Kearns, Pierre Lapeyre, David Leuschen, Jim McDermott, Jeffrey Tepper, Michael Warren, Riverstone Investment Group LLC, Decarbonization Plus Acquisition Sponsor, LLC, and WRG DCRB Investors, LLC (collectively, the "DCRB Defendants") in the above-captioned case.

2.      I submit this Declaration in support of the DCRB Defendants' Opposition to Plaintiff's Motion to Expedite Hearing on Motion to Enjoin the Proposed Class Settlement in the *Malork* Chancery Action.

1

3.        Attached hereto as **Exhibit 1** is a true and correct copy of the Verified Class Action Complaint filed in the action styled *Malork v. Anderson et. al*, C.A. No. 2022-0260-PAF (Del. Ch.) on March 18, 2022.

4.        Attached hereto as **Exhibit 2** is a true and correct copy of the operative Verified First Amended Class Action Complaint filed in the action styled *Malork v. Anderson et. al*, C.A. No. 2022-0260-PAF (Del. Ch.) on August 2, 2022.

5.        Attached hereto as **Exhibit 3** is a true and correct copy of the Telephonic Bench Ruling on Defendants' Motion to Dismiss in the action styled *Malork v. Anderson, et al.*, C.A. No. 2022-0260-PAF (Del. Ch.), dated July 17, 2023.

6.        Attached hereto as **Exhibit 4** is a true and correct copy of the DCRB Defendants' Answer filed in the action styled *Malork v. Anderson et. al*, C.A. No. 2022-0260-PAF (Del. Ch.) on September 8, 2023.

7.        Attached hereto as **Exhibit 5** is a true and correct copy an order issued in the action styled *Malork v. Anderson et. al*, C.A. No. 2022-0260-PAF (Del. Ch.) on September 9, 2024.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Dallas, Texas on June 30, 2025.

BY: */s/ Jeffrey Crough*_____
Jeffrey Crough