# EXHIBIT 5

GRANTED

EFiled: Sep 09 2024 10:46AM EDT
Transaction ID 74259359
Case No. 2022-0260-PAF

**IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE**

|  |  |
|---|---|
| JOHN E. MALORK, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ERIK ANDERSON, JENNIFER AAKER, JANE KEARNS, PIERRE LAPEYRE, JR., DAVID LEUSCHEN, ROBERT TICHIO, JIM McDERMOTT, JEFFREY TEPPER, MICHAEL WARREN, RIVERSTONE INVESTMENT GROUP LLC, WRG DCRB INVESTORS, LLC, DECARBONIZATION PLUS ACQUISITION SPONSOR, LLC, CRAIG M. KNIGHT, and HYZON MOTORS INC.,<br><br>Defendants. | C.A. No. 2022-0260-PAF |

**STIPULATION AND [PROPOSED] ORDER
GOVERNING RESPONSE TO PLAINTIFF'S
VERIFIED SECOND AMENDED CLASS ACTION COMPLAINT**

WHEREAS, on August 5, 2024, plaintiff John E. Malork filed the Verified Second Amended Class Action Complaint ("Second Amended Complaint") (Dkt. 133);

WHEREAS, plaintiff and defendants Erik Anderson; Jennifer Aaker; Jane Kearns; Pierre Lapeyre, Jr.; David Leuschen; Robert Tichio; Jim McDermott; Jeffrey Tepper; Michael Warren; Riverstone Investment Group LLC; WRG DCRB

Investors, LLC; and Decarbonization Plus Acquisition Sponsor, LLC (together, the "DCRB Defendants") have reached a settlement-in-principle;

WHEREAS, plaintiff has named Hyzon Motors Inc. ("Hyzon") and Craig M. Knight as new defendants in the Second Amended Complaint;

WHEREAS, as of the date of this Stipulation, the undersigned counsel have been engaged by Hyzon;

WHEREAS, counsel for Mr. Knight has not yet appeared in this action, and is not currently known to the parties;

WHEREAS, plaintiff and Hyzon and the DCRB Defendants have discussed and agreed upon an extension of time for all defendants to respond to the Second Amended Complaint;

IT IS HEREBY STIPULATED AND AGREED, by and among the parties hereto, subject to the approval of the Court, that:

1.    The deadline for any defendant to answer, move, or otherwise respond to the Complaint is hereby extended to October 18, 2024.

2.    The following schedule shall govern briefing on any motion to dismiss:

- 3 -

| DATE | EVENT |
|---|---|
| On or before October 18, 2024 | Opening brief in support of motion to dismiss |
| On or before December 17, 2024 | Answering brief in opposition to motion to dismiss |
| On or before January 31, 2025 | Reply brief in further support of motion to dismiss |

3.    All defendants preserve all defenses and grounds for dismissal, including but not limited to, lack of personal jurisdiction and sufficiency of service of process.

4.    Counsel for the parties will contact the Court to schedule oral argument on any motion to dismiss following the filing of defendants' opening brief in support of any motion to dismiss.

5.    The parties may modify the dates in paragraph 2 by written agreement and without further order of the Court.

ANDREWS & SPRINGER LLC

*Of Counsel*:

*/s/ David M. Sborz*
Peter B. Andrews (#4623)
Craig J. Springer (#5529)
David M. Sborz (#6203)
Jackson E. Warren (#6957)
4001 Kennett Pike, Suite 250
Wilmington, DE 19807
(302) 504-4957

Samuel H. Rudman
Mary K. Blasy
ROBBINS GELLER RUDMAN
 & DOWD LLP
58 South Service Road, Suite 200
Melville, NY 11747
(631) 367-7100

Randall J. Baron
Benny C. Goodman III
Erik W. Luedeke
ROBBINS GELLER RUDMAN
 & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
(619) 231-1058

ROBBINS GELLER RUDMAN
 & DOWD LLP
Christopher H. Lyons (#5493)
Tayler D. Bolton (#6640)
1521 Concord Pike, Suite 301
Wilmington, DE 19803
(302) 467-2660

*Attorneys for Plaintiff*

Gregory E. Del Gaizo
Mario D. Valdovinos
ROBBINS LLP
5040 Shoreham Place
San Diego, CA 92122
(619) 525-3990

- 4 -

RICHARDS, LAYTON & FINGER, P.A.

*Of Counsel*:

*/s/ Kevin M. Gallagher*
Raymond J. DiCamillo (#3188)
Kevin M. Gallagher (#5337)
SULLIVAN & CROMWELL LLP       Alexander M. Krischik (#6233)
Laura Kabler Oswell           Edmond S. Kim (#6835)
550 Hamilton Avenue           Nicholas F. Mastria (#7085)
Palo Alto, California  94301  920 North King Street
(650) 461-5600                Wilmington, Delaware  19801
                              (302) 651-7700
Jacob M. Croke                dicamillo@rlf.com
Christopher A. Graham         gallagher@rlf.com
125 Broad Street              krischik@rlf.com
New York, New York  10004     kim@rlf.com
(212) 558-4000                mastria@rlf.com

*Attorneys for Defendant Hyzon Motors Inc.*

YOUNG CONAWAY STARGATT
    & TAYLOR, LLP.

*/s/ James M. Yoch, Jr.*
James M. Yoch, Jr. (#5251)
*Of Counsel*:               Kevin P. Rickert (#6513)
                            Rodney Square
Michael C. Holmes           1000 North King Street
Jeffrey Crough              Wilmington, Delaware 19801
VINSON & ELKINS LLP         (302) 571-6600
Trammell Crow Center        jyoch@ycst.com
2001 Ross Avenue, Suit 3900 krickert@ycst.com
Dallas, TX 75201
(214) 220-770

*Attorneys for the DCRB Defendants*

Dated:  September 6, 2024

IT IS HEREBY ORDERED this ___ day of _____, 2024.

_____
Vice Chancellor Paul A. Fioravanti, Jr.

- 5 -

This document constitutes a ruling of the court and should be treated as such.

| | |
|---|---|
| **Court:** | DE Court of Chancery Civil Action |
| **Judge:** | Paul A Fioravanti Jr |
| **File & Serve Transaction ID:** | 74253699 |
| **Current Date:** | Sep 09, 2024 |
| **Case Number:** | 2022-0260-PAF |
| **Case Name:** | CONF ORD John E. Malork v. Erik Anderson, et al. |
| **Court Authorizer:** | Paul A Fioravanti Jr |

**/s/ Judge Paul A Fioravanti Jr**