**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| *IN RE HYZON MOTORS INC.* *SECURITIES LITIGATION* | Master File No. 6:21-cv-06612-MAV-MWP |
| This document Relates to: ALL ACTIONS | |

**[PROPOSED] ORDER DENYING LEAD PLAINTIFF'S MOTION TO ENJOIN THE**
**PROPOSED CLASS SETTLEMENT IN THE *MALORK* CHANCERY COURT ACTION**

IT IS ORDERED that Lead Plaintiff's Motion to Enjoin (ECF No. 110) the Proposed

Class Settlement in the *Malork* Chancery Court Action is DENIED.

**IT IS SO ORDERED.**

_____
HON. MEREDITH A. VACCA
United States District Judge