**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| *IN RE HYZON MOTORS INC, SECURITIES LITIGATION*<br><br>This Document Relates to:<br>    ALL ACTIONS. | Master File No.: 21-cv-06612-CJS-MJP |

**DECLARATION OF JEFFREY CROUGH IN SUPPORT OF THE
DCRB DEFENDANTS' OPPOSITION TO LEAD PLAINTIFF'S
MOTION TO ENJOIN THE PROPOSED CLASS SETTLEMENT
IN THE *MALORK* CHANCERY ACTION**

I, Jeffrey Crough, hereby affirm under penalty of perjury that the following is true and correct:

1.      I am a member in good standing of the Bars of the States of New York and Texas and have been admitted to practice *pro hac vice* before this Court in this action.  I am a partner of the law firm of Vinson & Elkins LLP, counsel to defendants Peter Haskopoulos, Robert Tichio, Jennifer Aaker, Jane Kearns, Pierre Lapeyre, David Leuschen, Jim McDermott, Jeffrey Tepper, Michael Warren, Riverstone Investment Group LLC, Decarbonization Plus Acquisition Sponsor, LLC, and WRG DCRB Investors, LLC (collectively, the "DCRB Defendants") in the above-captioned case.

2.      I submit this Declaration in support of the DCRB Defendants' Opposition to Plaintiff's Motion to Enjoin the Proposed Class Settlement in the *Malork* Chancery Court Action.

3.      Attached hereto as **Exhibit 1** is a true and correct copy of the Verified Class Action Complaint filed in the action styled *Malork v. Anderson et. al*, C.A. No. 2022-0260-PAF (Del. Ch.) on March 18, 2022.

4.        Attached hereto as **Exhibit 2** is a true and correct copy of the docket in the action styled *Malork v. Anderson, et al.*, C.A. No. 2022-0260-PAF (Del. Ch.).

5.        Attached hereto as **Exhibit 3** is a true and correct copy of the Stipulation and Agreement of Compromise and Settlement in the action styled *Malork v. Anderson, et al.*, C.A. No. 2022-0260-PAF (Del. Ch.), dated June 16, 2025.

6.        Attached hereto as **Exhibit 4** is a true and correct copy of the Notice of Pendency and Proposed Settlement of Stockholder Class Action, Settlement Hearing, and Right to Appear in the action styled *Malork v. Anderson, et al.*, C.A. No. 2022-0260-PAF (Del. Ch.), dated June 18, 2025.

7.        Attached hereto as **Exhibit 5** is a true and correct copy of a letter from Lucas E. Gilmore of Hagens Berman Sobol Shapiro LLP to Erik W. Luedeke of Robbins Geller Rudman & Dowd LLP, David M. Sborz of Andrews & Springer LLC, Gregory E. Del Gaizo of Robbins LLP, Jeffrey Crough of Vinson & Elkins LLP, and James M. Yoch, Jr. of Young Conaway Stargatt & Taylor, LLP, dated June 18, 2025.

8.        Attached hereto as **Exhibit 6** is a true and correct copy of the Scheduling Order in the action styled *Malork v. Anderson, et al.*, C.A. No. 2022-0260-PAF (Del. Ch.), dated June 25, 2025.

9.        Attached hereto as **Exhibit 7** is a true and correct copy of an email sent from Lucas Gilmore of Hagens Berman Sobol Shapiro LLP to Jeffrey Crough of Vinson & Elkins LLP, dated July 15, 2025.

10.        Attached hereto as **Exhibit 8** is a true and correct copy of the Schedule 14A Proxy Statement filed by Decarbonization Plus Acquisition Corporation with the Securities and Exchange Commission, dated June 21, 2021.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Dallas, Texas on July 21, 2025.

BY: */s/ Jeffrey Crough*_____

Jeffrey Crough