# EXHIBIT 2

## *2022-0260-PAF, CONF ORD John E. Malork v. Erik Anderson, et al.*

DE Court of Chancery - Statewide

Statewide

**This case was retrieved on 07/01/2025**

## Header

**Case Number:** 2022-0260-PAF
**Date Filed:** 03/18/2022
**Date Full Case Retrieved:** 07/01/2025
**Status:** Open
**Misc:** (333) Breach of Fiduciary Duties; Civil

## Summary

**Judge**:  Paul A Fioravanti Jr
**Case Type**: Civil
**File and Serve #**: 2022-0260-PAF

## Participants

| Litigants | Attorneys |
|---|---|
| John E. Malork **Plaintiff** | Christopher Lyons Plaintiff 619-231-1058  Fax: 619-231-7423 |
| John E. Malork **Plaintiff** | Craig J Springer Plaintiff 302-504-4957  Fax: 302-397-2681 |
| | Tayler D. Bolton Esq Plaintiff 619-231-1058  Fax: 619-231-7423 |
| John E. Malork **Plaintiff** | David Sborz Plaintiff 302-504-4957  Fax: 302-397-2681 |
| John E. Malork **Plaintiff** | Jackson Warren Plaintiff 302-504-4957  Fax: 302-397-2681 |
| John E. Malork **Plaintiff** | Peter B Andrews Plaintiff 302-504-4957  Fax: 302-397-2681 |
| Craig M. Knight **Defendant** | Sam Moultrie Defendant 305-418-6200 |
| David Leuschen **Defendant** | Kevin Rickert Defendant 302-571-6693 |

2022-0260-PAF, CONF ORD John E. Malork v. Erik Anderson, et al.

| Litigants | Attorneys |
|---|---|
| | Fax: 302-571-3341 |
| | Rolin P Bissell<br>Defendant<br>302-571-6693<br>Fax: 302-571-3341 |
| | Yoch, James M<br>Defendant<br>5251 DE<br>1000 N King St<br>Wilmington, DE 19801-<br>3025763584<br>jyoch@ycst.com<br>Fax: 3025763744 |
| Decarbonization Plus Acquisition Sponsor, LLC<br>**Defendant** | Kevin Rickert<br>Defendant<br>302-571-6693<br>Fax: 302-571-3341 |
| | Rolin P Bissell<br>Defendant<br>302-571-6693<br>Fax: 302-571-3341 |
| | Yoch, James M<br>Defendant<br>5251 DE<br>1000 N King St<br>Wilmington, DE 19801-<br>3025763584<br>jyoch@ycst.com<br>Fax: 3025763744 |
| Erik Anderson<br>**Defendant** | Kevin Rickert<br>Defendant<br>302-571-6693<br>Fax: 302-571-3341 |
| | Rolin P Bissell<br>Defendant<br>302-571-6693<br>Fax: 302-571-3341 |
| | Yoch, James M<br>Defendant<br>5251 DE<br>1000 N King St<br>Wilmington, DE 19801-<br>3025763584<br>jyoch@ycst.com<br>Fax: 3025763744 |
| Jane Kearns<br>**Defendant** | Kevin Rickert<br>Defendant<br>302-571-6693<br>Fax: 302-571-3341 |
| | Rolin P Bissell<br>Defendant<br>302-571-6693 |

2022-0260-PAF, CONF ORD John E. Malork v. Erik Anderson, et al.

| Litigants | Attorneys |
|-----------|-----------|
| | Fax: 302-571-3341 |
| | Yoch, James M<br>Defendant<br>5251 DE<br>1000 N King St<br>Wilmington, DE 19801-<br>3025763584<br>jyoch@ycst.com<br> Fax: 3025763744 |
| Jeffrey Tepper<br>**Defendant** | Kevin Rickert<br>Defendant<br>302-571-6693<br> Fax: 302-571-3341 |
| | Rolin P Bissell<br>Defendant<br>302-571-6693<br> Fax: 302-571-3341 |
| | Yoch, James M<br>Defendant<br>5251 DE<br>1000 N King St<br>Wilmington, DE 19801-<br>3025763584<br>jyoch@ycst.com<br> Fax: 3025763744 |
| Jennifer Aaker<br>**Defendant** | Kevin Rickert<br>Defendant<br>302-571-6693<br> Fax: 302-571-3341 |
| | Rolin P Bissell<br>Defendant<br>302-571-6693<br> Fax: 302-571-3341 |
| | Yoch, James M<br>Defendant<br>5251 DE<br>1000 N King St<br>Wilmington, DE 19801-<br>3025763584<br>jyoch@ycst.com<br> Fax: 3025763744 |
| Jim McDermott<br>**Defendant** | Kevin Rickert<br>Defendant<br>302-571-6693<br> Fax: 302-571-3341 |
| | Rolin P Bissell<br>Defendant<br>302-571-6693<br> Fax: 302-571-3341 |
| | Yoch, James M<br>Defendant<br>5251 DE |

2022-0260-PAF, CONF ORD John E. Malork v. Erik Anderson, et al.

| Litigants | Attorneys |
|---|---|
| | 1000 N King St<br>Wilmington, DE 19801-<br>3025763584<br>jyoch@ycst.com<br> Fax: 3025763744 |
| Michael Warren<br>**Defendant** | Kevin Rickert<br>Defendant<br>302-571-6693<br> Fax: 302-571-3341 |
| | Rolin P Bissell<br>Defendant<br>302-571-6693<br> Fax: 302-571-3341 |
| | Yoch, James M<br>Defendant<br>5251 DE<br>1000 N King St<br>Wilmington, DE 19801-<br>3025763584<br>jyoch@ycst.com<br> Fax: 3025763744 |
| Pierre Lapeyre Jr.<br>**Defendant** | Kevin Rickert<br>Defendant<br>302-571-6693<br> Fax: 302-571-3341 |
| | Rolin P Bissell<br>Defendant<br>302-571-6693<br> Fax: 302-571-3341 |
| | Yoch, James M<br>Defendant<br>5251 DE<br>1000 N King St<br>Wilmington, DE 19801-<br>3025763584<br>jyoch@ycst.com<br> Fax: 3025763744 |
| Riverstone Investment Group LLC<br>**Defendant** | Kevin Rickert<br>Defendant<br>302-571-6693<br> Fax: 302-571-3341 |
| | Rolin P Bissell<br>Defendant<br>302-571-6693<br> Fax: 302-571-3341 |
| | Yoch, James M<br>Defendant<br>5251 DE<br>1000 N King St<br>Wilmington, DE 19801-<br>3025763584<br>jyoch@ycst.com<br> Fax: 3025763744 |

2022-0260-PAF, CONF ORD John E. Malork v. Erik Anderson, et al.

| Litigants | Attorneys |
|---|---|
| Robert Tichio<br>**Defendant** | Kevin Rickert<br>Defendant<br>302-571-6693<br> Fax: 302-571-3341 |
| | Rolin P Bissell<br>Defendant<br>302-571-6693<br> Fax: 302-571-3341 |
| | Yoch, James M<br>Defendant<br>5251 DE<br>1000 N King St<br>Wilmington, DE 19801-<br>3025763584<br>jyoch@ycst.com<br> Fax: 3025763744 |
| WRG DCRB Investors, LLC<br>**Defendant** | Kevin Rickert<br>Defendant<br>302-571-6693<br> Fax: 302-571-3341 |
| | Rolin P Bissell<br>Defendant<br>302-571-6693<br> Fax: 302-571-3341 |
| | Yoch, James M<br>Defendant<br>5251 DE<br>1000 N King St<br>Wilmington, DE 19801-<br>3025763584<br>jyoch@ycst.com<br> Fax: 3025763744 |
| Hyzon Motors, Inc.<br>**Interested Party** | |
| Hyzon Motors, Inc.<br>**Interested Party** | |
| Hyzon Motors, Inc.<br>**Interested Party** | |
| Hyzon Motors, Inc.<br>**Interested Party** | Kevin M Gallagher<br>Interested Party<br>302-651-7700<br> Fax: 302-651-7701 |
| Hyzon Motors, Inc.<br>**Interested Party** | Raymond J DiCamillo<br>Interested Party<br>302-651-7700<br> Fax: 302-651-7701 |
| MacLean Fitzgerald<br>**Interested Party** | Daniel Meyer<br>Interested Party<br>2125541408<br> Fax: 2125541444 |
| New Castle County, Sheriff<br>**Sheriff** | Sheriff New Castle County<br>Sheriff<br>302-395-8457<br> Fax: 302-395-8460 |

2022-0260-PAF, CONF ORD John E. Malork v. Erik Anderson, et al.

**--- Unassociated Attorneys ---**

Fowle, Candyce

1000 N King St

Wilmington, DE 19801-

3025716678

cfowle@ycst.com

# Proceedings

| Date | # | Proceeding Text | Details |
|---|---|---|---|
| 03/18/2022 | 1 | Verified Class Action Complaint for breach of fiduciary duty | |
| 03/18/2022 | 2 | Unsworn Declaration and Verification of Plaintiff John E. Malork in support of Class Action Complaint, pursuant to 10 Del. C. Sec. 3927 | |
| 03/18/2022 | 3 | Supplemental Information Sheet in support of Verified Class Action Complaint, with Statement of Good Cause | |
| 03/18/2022 | 4 | Letter to Register in Chancery from David M. Sborz requesting issuance of summonses for service upon defendants | |
| 03/21/2022 | 5 | 3.21.2022 Issued (1) 3114 summons to Special Process Server( 9 Copies). Issued (1) 18-105 Summons to Special Process Server (3 Copies). | |
| 03/22/2022 | 6 | Summons to Individual Defendants pursuant to 10 Del. C. Sec. 3114 (with Affidavit of Service) | |
| 03/22/2022 | 7 | Summons to Defendants Riverstone Investment Group LLC, WRB DCRB Investors, LLC, and Decarbonization Plus Acquisition Sponsor, LLC pursuant to 6 Del. C. Sec. 18-105 (with Affidavits of Service) | |
| 03/24/2022 | 8 | Reassignment Letter | |
| 03/24/2022 | 9 | Notice of Entry of Appearance of Daniel E. Meyer, Esq. of Bernstein Litowitz Berger & Grossmann LLP as counsel on behalf of Interested Party MacLean Fitzgerald, with certificate of service | |
| 03/24/2022 | 10 | Letter from Daniel E. Meyer, Esq. to The Honorable Kathaleen St. Jude McCormick regarding related Section 220 investigation | |
| 03/25/2022 | 11 | Register's Certificate for CA 2022-0260-KSJM pursuant to 10 Delaware Code Sect. 3114. | |
| 04/11/2022 | 12 | Defendants Motion to Dismiss Plaintiff's | |

2022-0260-PAF, CONF ORD John E. Malork v. Erik Anderson, et al.

| Date | # | Proceeding Text | Details |
|------|---|-----------------|---------|
| | | Verified Class Action Complaint with Certificate of Service | |
| 04/11/2022 | 13 | [Proposed] Order Granting Defendants Motion to Dismiss Plaintiff's Verified Class Action Complaint | |
| 04/19/2022 | 14 | Stipulation and [Proposed] Order Governing Briefing on Defendants' Motion to Dismiss | |
| 04/19/2022 | 15 | Granted (Stipulation and [Proposed] Order Governing Briefing on Defendants' Motion to Dismiss) | |
| 04/20/2022 | 16 | Baron, Randall J.: Motion for Admission Pro Hac Vice on behalf of Plaintiff John E. Malork | |
| 04/20/2022 | 17 | Goodman, Benny C. III: Motion for Admission Pro Hac Vice on behalf of Plaintiff John E. Malork | |
| 04/20/2022 | 18 | Luedeke, Erik W.: Motion for Admission Pro Hac Vice on behalf of Plaintiff John E. Malork | |
| 04/20/2022 | 19 | Baron, Randall J.: Certification in Support of Motion for Admission Pro Hac Vice on behalf of Plaintiff John E. Malork | |
| 04/20/2022 | 20 | Baron, Randall, J.: [Proposed] Order Granting Pro Hac Vice Admission on behalf of Plaintiff John E. Malork | |
| 04/20/2022 | 21 | Certificate of Service to (i) Motion for Admission Pro Hac Vice of Randall J. Baron as Counsel for Plaintiff John E. Malork; (ii) Motion for Admission Pro Hac Vice of Benny C. Goodman III as Counsel for Plaintiff John E. Malork; and (iii) Motion for Admission Pro Hac Vice of Erik W. Luedeke as Counsel for Plaintiff John E. Malork | |
| 04/20/2022 | 22 | Goodman, Benny C. III: Certification in Support of Motion for Admission Pro Hac Vice on behalf of Plaintiff John E. Malork | |
| 04/20/2022 | 23 | Goodman, Benny C. III: [Proposed] Order Granting Admission Pro Hac Vice on behalf of Plaintiff John E. Malork | |
| 04/20/2022 | 24 | Luedeke, Erik W.: Certification in Support of Motion for Admission Pro Hac Vice on behalf of Plaintiff John E. Malork | |
| 04/20/2022 | 25 | Luedeke, Erik W.: [Proposed] Order Granting Admission Pro Hac Vice on behalf of Plaintiff John E. Malork | |
| 04/21/2022 | 26 | Granted (Baron, Randall, J.: [Proposed] Order Granting Pro Hac Vice Admission on behalf of Plaintiff John E. Malork) | |
| 04/21/2022 | 27 | Granted (Goodman, Benny C. III: [Proposed] Order Granting Admission Pro Hac Vice on behalf of Plaintiff John E. Malork) | |

2022-0260-PAF, CONF ORD John E. Malork v. Erik Anderson, et al.

| Date | # | Proceeding Text | Details |
|---|---|---|---|
| 04/21/2022 | 28 | Granted (Luedeke, Erik W.: [Proposed] Order Granting Admission Pro Hac Vice on behalf of Plaintiff John E. Malork) | |
| 04/27/2022 | 29 | Del Gaizo, Gregory E.: Motion for Admission Pro Hac Vice on behalf of Plaintiff John E. Malork (with Certificate of Service) | |
| 04/27/2022 | 30 | Del Gaizo, Gregory E.: Certification in Support of Motion for Admission Pro Hac Vice on behalf of Plaintiff John E. Malork | |
| 04/27/2022 | 31 | Del Gaizo, Gregory E.: [Proposed] Order Granting Admission Pro Hac Vice on behalf of Plaintiff John E. Malork | |
| 04/27/2022 | 32 | Granted (Del Gaizo, Gregory E.: [Proposed] Order Granting Admission Pro Hac Vice on behalf of Plaintiff John E. Malork) | |
| 05/19/2022 | 33 | Undeliverable mail to Erik Anderson for CA 2022-0260-KSJM | |
| 05/26/2022 | 34 | Opening Brief in Support of Defendants' Motion to Dismiss | |
| 05/26/2022 | 35 | Certificate of Service to Opening Brief in Support of Defendants' Motion to Dismiss | |
| 05/26/2022 | 36 | Transmittal Affidavit of James M. Yoch, Jr. in Support of Opening Brief in Support of Defendants' Motion to Dismiss with certificate of service | |
| 05/27/2022 | 37 | Letter to The Honorable Lori W. Will from Kevin P. Rickert enclosing copies of Opening Brief in Support of Defendants' Motion to Dismiss and supporting documents | |
| 05/31/2022 | 38 | Letter from Daniel E. Meyer, Esq. to The Honorable Lori W. Will regarding the Stockholder's investigation, pursuant to 8 Del. C.  220 | |
| 06/08/2022 | 39 | Undeliverable mail to Robert Tichio CA 2022-0260-KSJM | |
| 08/01/2022 | 40 | Reassignment Letter | |
| 08/02/2022 | 41 | Verified First Amended Class Action Complaint | |
| 08/02/2022 | 42 | Unsworn Declaration and Verification of John E. Malork Pursuant to 10 Del C. Section 3927 in Support of Verified Amended Class Action Complaint | |
| 08/02/2022 | 43 | Exhibits 1-3 to Verified First Amended Class Action Complaint | |
| 08/02/2022 | 44 | Exhibit A to Verified First Amended Class Action Complaint (Rule 15(aa) Redline Comparison) | |
| 08/02/2022 | 45 | Certificate of Service of Verified First | |

2022-0260-PAF, CONF ORD John E. Malork v. Erik Anderson, et al.

| Date | # | Proceeding Text | Details |
|---|---|---|---|
| | | Amended Class Action Complaint | |
| 08/02/2022 | 46 | Letter from David M. Sborz to the Honorable Paul A. Fioravanti, Jr. Enclosing Courtesy Copies of the Verified First Amended Class Action Complaint | |
| 08/15/2022 | 47 | Defendants' Motion to Dismiss Plaintiff's Verified First Amended Class Action Complaint with Certificate of Service | |
| 08/15/2022 | 48 | [Proposed] Order Granting Defendants' Motion to Dismiss Plaintiff's Verified First Amended Class Action Complaint | |
| 08/23/2022 | 49 | First Amended Stipulation and [Proposed] Order Governing Briefing on Defendants Motion to Dismiss | |
| 08/24/2022 | 50 | Granted (First Amended Stipulation and [Proposed] Order Governing Briefing on Defendants Motion to Dismiss) | |
| 10/03/2022 | 51 | Opening Brief in Support of Defendants' Motion to Dismiss | |
| 10/03/2022 | 52 | Transmittal Affidavit of James M. Yoch, Jr. In Support of Opening Brief in Support of Defendants' Motion to Dismiss with certificate of service | |
| 10/03/2022 | 53 | Certificate of Service to Opening Brief in Support of Defendants' Motion to Dismiss | |
| 10/03/2022 | 54 | Exhibits 1 - 10 to Transmittal Affidavit of James M. Yoch, Jr. In Support of Opening Brief in Support of Defendants' Motion to Dismiss | |
| 10/03/2022 | 55 | Exhibits 11 - 14 to Transmittal Affidavit of James M. Yoch, Jr. In Support of Opening Brief in Support of Defendants' Motion to Dismiss | |
| 10/11/2022 | 56 | Letter to Vice Chancellor Fioravanti from Kevin P. Rickert transmitting courtesy copies of Opening Brief in Support of Defendants Motion to Dismiss and supporting papers | |
| 11/22/2022 | 57 | Plaintiff's Answering Brief in Opposition to Defendants' Motion to Dismiss | |
| 11/22/2022 | 58 | Certificate of Service to Plaintiff's Answering Brief in Opposition to Defendants' Motion to Dismiss | |
| 11/22/2022 | 59 | Letter to The Honorable Paul A. Fioravanti, Jr. from Peter B. Andrews enclosing courtesy copies of Plaintiff's Answering Brief in Opposition to Defendants' Motion to Dismiss | |
| 11/28/2022 | 60 | Letter to the Honorable Paul A. Fioravanti from James M. Yoch, Jr. Regarding Motion to Dismiss Briefing | |

2022-0260-PAF, CONF ORD John E. Malork v. Erik Anderson, et al.

| Date | # | Proceeding Text | Details |
|------|---|-----------------|---------|
| 11/28/2022 | 61 | [Proposed] Order Vacating First Amended Order Governing Briefing on Defendants' Motion to Dismiss | |
| 11/29/2022 | 62 | Letter to The Honorable Paul A. Fioravanti, Jr. from David M. Sborz in response to defendants' November 28 letter | |
| 12/01/2022 | 63 | Letter to the Honorable Paul A. Fioravanti from James M. Yoch, Jr. Regarding a Scheduling Order for Motion to Dismiss Briefing | |
| 12/22/2022 | 64 | Defendants' Reply Brief in Support of Their Motion to Dismiss Plaintiff's Amended Complaint | |
| 12/22/2022 | 65 | Exhibit 15 to Defendants' Reply Brief in Support of Their Motion to Dismiss Plaintiff's Amended Complaint | |
| 12/22/2022 | 66 | Certificate of Service to Defendants' Reply Brief in Support of Their Motion to Dismiss Plaintiff's Amended Complaint | |
| 12/27/2022 | 67 | Letter to Vice Chancellor Fioravanti from Kevin P. Rickert transmitting courtesy copies of Defendants Reply Brief in Support of Their Motion to Dismiss Plaintiffs Amended Complaint | |
| 01/05/2023 | 68 | Letter to The Honorable Paul A. Fioravanti, Jr. from David M. Sborz enclosing supplemental authority in advance of January 13 motion to dismiss hearing | |
| 01/05/2023 | 69 | Exhibit A - Motion to Dismiss Opinion in Delman v. Gigacquisitions3, LLC, C.A. No. 2021-0679-LWW | |
| 01/09/2023 | 70 | Motion for Admission Pro Hac Vice of Will Stripling to represent Defendants Erik Anderson, Jennifer Aaker, Jane Kearns, Pierre Lapeyre, Jr., David Leuschen, Robert Tichio, Jim McDermott, Jeffrey Tepper, Michael Warren, Riverstone Investment Group LLC, WRG DCRB Investors, LLC, and Decarbonization Plus Acquisition Sponsor, LLC with certificate of service | |
| 01/09/2023 | 71 | Motion for Admission Pro Hac Vice of Jeffrey Crough to represent Defendants Erik Anderson, Jennifer Aaker, Jane Kearns, Pierre Lapeyre, Jr., David Leuschen, Robert Tichio, Jim McDermott, Jeffrey Tepper, Michael Warren, Riverstone Investment Group LLC, WRG DCRB Investors, LLC, and Decarbonization Plus Acquisition Sponsor, LLC with certificate of service | |
| 01/09/2023 | 72 | Motion for Admission Pro Hac Vice of Michael C. Holmes to represent Defendants Erik Anderson, Jennifer Aaker, Jane Kearns, | |

Case 6:21-cv-06612-MAV-MJP    Document 121-2    Filed 07/21/25    Page 12 of 27

Page 11 of 26

2022-0260-PAF, CONF ORD John E. Malork v. Erik Anderson, et al.

| Date | # | Proceeding Text | Details |
|---|---|---|---|
| | | Pierre Lapeyre, Jr., David Leuschen, Robert Tichio, Jim McDermott, Jeffrey Tepper, Michael Warren, Riverstone Investment Group LLC, WRG DCRB Investors, LLC, and Decarbonization Plus Acquisition Sponsor, LLC with certificate of service | |
| 01/09/2023 | 73 | Certification of Will Stripling Pursuant to Court of Chancery Rule 170(c) to represent Defendants Erik Anderson, Jennifer Aaker, Jane Kearns, Pierre Lapeyre, Jr., David Leuschen, Robert Tichio, Jim McDermott, Jeffrey Tepper, Michael Warren, Riverstone Investment Group LLC, WRG DCRB Investors, LLC, and Decarbonization Plus Acquisition Sponsor, LLC | |
| 01/09/2023 | 74 | Stripling, Will - [Proposed] Order Granting Motion for Admission Pro Hac Vice to represent Defendants Erik Anderson, Jennifer Aaker, Jane Kearns, Pierre Lapeyre, Jr., David Leuschen, Robert Tichio, Jim McDermott, Jeffrey Tepper, Michael Warren, Riverstone Investment Group LLC, WRG DCRB Investors, LLC, and Decarbonization Plus Acquisition Sponsor, LLC | |
| 01/09/2023 | 75 | Certification of Jeffrey Crough Pursuant to Court of Chancery Rule 170(c) to represent Defendants Erik Anderson, Jennifer Aaker, Jane Kearns, Pierre Lapeyre, Jr., David Leuschen, Robert Tichio, Jim McDermott, Jeffrey Tepper, Michael Warren, Riverstone Investment Group LLC, WRG DCRB Investors, LLC, and Decarbonization Plus Acquisition Sponsor, LLC | |
| 01/09/2023 | 76 | Crough, Jeffrey - [Proposed] Order Granting Motion for Admission Pro Hac Vice to represent Defendants Erik Anderson, Jennifer Aaker, Jane Kearns, Pierre Lapeyre, Jr., David Leuschen, Robert Tichio, Jim McDermott, Jeffrey Tepper, Michael Warren, Riverstone Investment Group LLC, WRG DCRB Investors, LLC, and Decarbonization Plus Acquisition Sponsor, LLC | |
| 01/09/2023 | 77 | Certification of Michael C. Holmes Pursuant to Court of Chancery Rule 170(c) to represent Defendants Erik Anderson, Jennifer Aaker, Jane Kearns, Pierre Lapeyre, Jr., David Leuschen, Robert Tichio, Jim McDermott, Jeffrey Tepper, Michael Warren, Riverstone Investment Group LLC, WRG DCRB Investors, LLC, and Decarbonization Plus Acquisition Sponsor, LLC | |
| 01/09/2023 | 78 | Holmes, Michael C. - [Proposed] Order Granting Motion for Admission Pro Hac Vice to represent Defendants Erik Anderson, Jennifer Aaker, Jane Kearns, Pierre Lapeyre, Jr., David Leuschen, Robert Tichio, Jim McDermott, Jeffrey Tepper, Michael Warren, | |

2022-0260-PAF, CONF ORD John E. Malork v. Erik Anderson, et al.

| Date | # | Proceeding Text | Details |
|------|---|-----------------|---------|
| | | Riverstone Investment Group LLC, WRG DCRB Investors, LLC, and Decarbonization Plus Acquisition Sponsor, LLC | |
| 01/11/2023 | 79 | Granted (Stripling, Will - [Proposed] Order Granting Motion for Admission Pro Hac Vice to represent Defendants Erik Anderson, Jennifer Aaker, Jane Kearns, Pierre Lapeyre, Jr., David Leuschen, Robert Tichio, Jim McDermott, Jeffrey Tepper, Michael Warren, Riverstone Investment Group LLC, WRG DCRB Investors, LLC, and Decarbonization Plus Acquisition Sponsor, LLC) | |
| 01/11/2023 | 80 | Granted (Crough, Jeffrey - [Proposed] Order Granting Motion for Admission Pro Hac Vice to represent Defendants Erik Anderson, Jennifer Aaker, Jane Kearns, Pierre Lapeyre, Jr., David Leuschen, Robert Tichio, Jim McDermott, Jeffrey Tepper, Michael Warren, Riverstone Investment Group LLC, WRG DCRB Investors, LLC, and Decarbonization Plus Acquisition Sponsor, LLC) | |
| 01/11/2023 | 81 | Granted (Holmes, Michael C. - [Proposed] Order Granting Motion for Admission Pro Hac Vice to represent Defendants Erik Anderson, Jennifer Aaker, Jane Kearns, Pierre Lapeyre, Jr., David Leuschen, Robert Tichio, Jim McDermott, Jeffrey Tepper, Michael Warren, Riverstone Investment Group LLC, WRG DCRB Investors, LLC, and Decarbonization Plus Acquisition Sponsor, LLC) | |
| 01/11/2023 | 82 | Letter to counsel from Vice Chancellor Fioravanti. | |
| 01/17/2023 | 83 | Stipulation and [Proposed] Order Regarding Supplemental Briefing | |
| 01/17/2023 | 84 | Granted (Stipulation and [Proposed] Order Regarding Supplemental Briefing) | |
| 01/24/2023 | 85 | Plaintiff's Motion for Leave to to Supplement the Verified First Amended Class Action Complaint (with Certificate of Service) | |
| 01/24/2023 | 86 | Exhibit A to Plaintiff's Motion for Leave to to Supplement the Verified First Amended Class Action Complaint (Proposed Supplement with Verification) | |
| 01/24/2023 | 87 | [Proposed] Order Granting Plaintiff's Motion for Leave to to Supplement the Verified First Amended Class Action Complaint | |
| 01/24/2023 | 88 | Letter to The Honorable Paul A. Fioravanti, Jr. from David M. Sborz enclosing courtesy copies of Plaintiff's Motion for Leave to to Supplement the Verified First Amended Class Action Complaint | |
| 01/26/2023 | 89 | Stipulation and [Proposed] Order Regarding | |

Case 6:21-cv-06612-MAV-MJP    Document 121-2    Filed 07/21/25    Page 14 of 27

Page 13 of 26

2022-0260-PAF, CONF ORD John E. Malork v. Erik Anderson, et al.

| Date | # | Proceeding Text | Details |
|------|---|-----------------|---------|
|  |  | Plaintiff's Motion for Leave to Supplement the Verified Amended Class Action Complaint |  |
| 01/26/2023 | 90 | Granted (Stipulation and [Proposed] Order Regarding Plaintiff's Motion for Leave to Supplement the Verified Amended Class Action Complaint) |  |
| 02/03/2023 | 91 | Plaintiffs Supplemental Brief in Opposition to Defendants Motion to Dismiss |  |
| 02/03/2023 | 92 | Certificate of Service to Plaintiffs Supplemental Brief in Opposition to Defendants Motion to Dismiss |  |
| 02/03/2023 | 93 | Letter to The Honorable Paul A. Fioravanti, Jr. from David M. Sborz enclosing courtesy copies of Plaintiffs Supplemental Brief in Opposition to Defendants Motion to Dismiss |  |
| 02/03/2023 | 94 | Defendants Supplemental Submission in Support of their Motion to Dismiss |  |
| 02/03/2023 | 95 | Certificate of Service to Defendants Supplemental Submission in Support of their Motion to Dismiss |  |
| 02/06/2023 | 96 | Letter to the Honorable Paul A. Fioravanti, Jr. from Kevin P. Rickert enclosing copies of Defendants Supplemental Submission in Support of their Motion to Dismiss |  |
| 02/07/2023 | 97 | Defendants' Opposition to Plaintiff's Motion for Leave to Supplement the Verified First Amended Class Action Complaint with certificate of service |  |
| 02/07/2023 | 98 | Exhibits 1- 7 to Defendants' Opposition to Plaintiff's Motion for Leave to Supplement the Verified First Amended Class Action Complaint |  |
| 02/08/2023 | 99 | Letter to the Honorable Paul A. Fioravanti, Jr. from Kevin P. Rickert enclosing copies of Defendants Opposition to Plaintiffs Motion for Leave to Supplement the Verified First Amended Class Action Complaint |  |
| 02/14/2023 | 100 | Reply in Further Support of Plaintiffs Motion for Leave to Supplement the Verified First Amended Class Action Complaint (with Certificate of Service) |  |
| 03/01/2023 | 101 | Letter to the Honorable Paul A. Fioravanti, Jr. from James M. Yoch, Jr. Regarding Oral Argument Scheduled for March 2, 2023 |  |
| 03/01/2023 | 102 | Exhibit 1 to Letter to the Honorable Paul A. Fioravanti, Jr. from James M. Yoch, Jr. Regarding Oral Argument Scheduled for March 2, 2023 |  |
| 03/02/2023 | 103 | Denied ([Proposed] Order Granting Plaintiff's Motion for Leave to to Supplement the Verified First Amended Class Action |  |

2022-0260-PAF, CONF ORD John E. Malork v. Erik Anderson, et al.

| Date | # | Proceeding Text | Details |
|------|---|-----------------|---------|
| | | Complaint) | |
| 04/19/2023 | 104 | Letter to The Honorable Paul A. Fioravanti, Jr. from David M. Sborz enclosing additional documents in advance of the April 21, 2023 Motion to Dismiss Argument | |
| 04/19/2023 | 105 | Exhibits 1-2 to Letter to The Honorable Paul A. Fioravanti, Jr. from David M. Sborz enclosing additional documents in advance of the April 21, 2023 Motion to Dismiss Argument | |
| 04/21/2023 | 106 | March 2, 2023, Motion for Leave to Supplement the Verified First Amended Class Action Complaint. Bench Ruling Motion Denied. See Transcript. | |
| 04/24/2023 | 107 | Motion to Dismiss. Argument on the matter are taken under advisement. See Transcript. | |
| 05/03/2023 | 108 | Transcript of 4.21.23 Oral Argument on Defendants' Motion to Dismiss | |
| 06/16/2023 | 109 | Letter to The Honorable Paul A. Fioravanti, Jr. from David M. Sborz enclosing supplemental authority in further support of denying defendants' motion to dismiss | |
| 06/16/2023 | 110 | Exhibit A to Letter to The Honorable Paul A. Fioravanti, Jr. from David M. Sborz enclosing supplemental authority in further support of denying defendants' motion to dismiss | |
| 07/17/2023 | 111 | Denied ([Proposed] Order Granting Defendants' Motion to Dismiss Plaintiff's Verified First Amended Class Action Complaint) | |
| 07/24/2023 | 112 | Telephonic Bench Ruling, Motion to Dismiss is Denied. See Transcript. | |
| 08/21/2023 | 113 | Notice and Certificate of Service to (i) Plaintiffs First Request for Production of Documents Directed to All Defendants; and (ii) this Notice and Certificate of Service | |
| 08/25/2023 | 114 | Plaintiff's Subpoena Duces Tecum and Ad Testificandum to Hyzon Motors Inc. (with Affidavit of Service) | |
| 08/25/2023 | 115 | Attachments to Plaintiff's Subpoena Duces Tecum and Ad Testificandum to Hyzon Motors Inc. | |
| 08/25/2023 | 116 | Certificate of Service to Plaintiff's Subpoena Duces Tecum and Ad Testificandum to Hyzon Motors Inc. | |
| 09/08/2023 | 117 | Defendants' Answer to Plaintiff's Verified First Amended Class Action Complaint with certificate of service | |
| 09/12/2023 | 118 | Notice of Service of (1) Defendants' First Requests for Production of Documents | |

Case 6:21-cv-06612-MAV-MJP    Document 121-2    Filed 07/21/25    Page 16 of 27

Page 15 of 26

2022-0260-PAF, CONF ORD John E. Malork v. Erik Anderson, et al.

| Date | # | Proceeding Text | Details |
|------|---|-----------------|---------|
| | | Directed to Plaintiff and (2) this Notice of Service | |
| 09/20/2023 | 119 | Notice of Service of (1) Defendants' Objections and Responses to Plaintiff's First Requests for Production and (2) this Notice of Service | |
| 09/22/2023 | 120 | Stipulation and [Proposed] Order Governing Case Schedule | |
| 09/25/2023 | 121 | Entry of Appearance of Christopher H. Lyons and Tayler D. Bolton on behalf of Plaintiff John E. Malork | |
| 10/02/2023 | 122 | Granted with Modifications (Stipulation and [Proposed] Order Governing Case Schedule) | |
| 10/04/2023 | 123 | Stipulation and [Proposed] Order Governing Expert Discovery | |
| 10/04/2023 | 124 | Granted (Stipulation and [Proposed] Order Governing Expert Discovery) | |
| 10/09/2023 | 125 | Stipulation and [Proposed] Order for the Production and Exchange of Confidential Information | |
| 10/09/2023 | 126 | Exhibit A to Stipulation and [Proposed] Order for the Production and Exchange of Confidential Information (Agreement to be Bound by Stipulation and Order for the Production and Exchange of Confidential Information) | |
| 10/09/2023 | 127 | Letter to The Honorable Paul A. Fioravanti, Jr. from David M. Sborz enclosing a redline comparison between the parties' Stipulation and [Proposed] Order for the Production and Exchange of Confidential Information and the Court's sample stipulation | |
| 10/09/2023 | 128 | Granted (Stipulation and [Proposed] Order for the Production and Exchange of Confidential Information) | |
| 10/12/2023 | 129 | Notice and Certificate of Service to (i) Plaintiffs Responses and Objections to Defendants First Requests for Production of Documents Directed to Plaintiff; and (ii) this Notice and Certificate of Service | |
| 11/03/2023 | 130 | Notice and Certificate of Service to (i) Plaintiffs First Set of Interrogatories Directed to All Defendants; and (ii) this Notice and Certificate of Service | |
| 12/01/2023 | 131 | Plaintiffs Motion to Compel the SEC Production and Special Committee Documents | |
| 12/01/2023 | 132 | Transmittal Affidavit of Andrew J. Peach in Support of Plaintiffs Motion to Compel the SEC Production and Special Committee Documents | |

Case 6:21-cv-06612-MAV-MJP    Document 121-2    Filed 07/21/25    Page 17 of 27

Page 16 of 26

2022-0260-PAF, CONF ORD John E. Malork v. Erik Anderson, et al.

| Date | # | Proceeding Text | Details |
|---|---|---|---|
| 12/01/2023 | 133 | [CONFIDENTIAL FILING] Exhibit 3 to Transmittal Affidavit of Andrew J. Peach in Support of Plaintiffs Motion to Compel the SEC Production and Special Committee Documents | |
| 12/01/2023 | 134 | Exhibits 4-7 to Transmittal Affidavit of Andrew J. Peach in Support of Plaintiffs Motion to Compel the SEC Production and Special Committee Documents | |
| 12/01/2023 | 135 | [Proposed] Order Granting Plaintiffs Motion to Compel the SEC Production and Special Committee Documents | |
| 12/01/2023 | 136 | Certificate of Service to (i) Plaintiffs Motion to Compel the SEC Production and Special Committee Documents; and (ii) Transmittal Affidavit of Andrew J. Peach in Support of Plaintiffs Motion to Compel the SEC Production and Special Committee Documents | |
| 12/01/2023 | 137 | Letter to The Honorable Paul A. Fioravanti, Jr. from David M. Sborz enclosing courtesy copies of (i) Plaintiffs Motion to Compel the SEC Production and Special Committee Documents; and (ii) Transmittal Affidavit of Andrew J. Peach in Support of Plaintiffs Motion to Compel the SEC Production and Special Committee Documents | |
| 12/18/2023 | 138 | Notice of Service of (1) Defendants' Objections and Responses to Plaintiff's First Set of Interrogatories, (2) Verification of Robert Tichio, and (3) this Notice of Service | |
| 01/08/2024 | 139 | Plaintiff's Subpoena Duces Tecum and Ad Testificandum to Citigroup Global Markets Inc. (with Affidavit of Service) | |
| 01/08/2024 | 140 | Plaintiff's Subpoena Duces Tecum and Ad Testificandum to Credit Suisse Securities (USA) LLC | |
| 01/08/2024 | 141 | Attachments to Plaintiff's Subpoena Duces Tecum and Ad Testificandum to Citigroup Global Markets Inc. | |
| 01/08/2024 | 142 | Certificate of Service to Plaintiff's (i) Subpoena Duces Tecum and Ad Testificandum to Citigroup Global Markets Inc.; and (ii) Subpoena Duces Tecum and Ad Testificandum to Credit Suisse Securities (USA) LLC | |
| 01/08/2024 | 143 | Attachments to Plaintiff's Subpoena Duces Tecum and Ad Testificandum to Credit Suisse Securities (USA) LLC | |
| 01/25/2024 | 144 | Entry of Appearance of Raymond J. DiCamillo, Kevin M. Gallagher, Alexander M. Krischik, Edmond S. Kim, and Nicholas F. | |

2022-0260-PAF, CONF ORD John E. Malork v. Erik Anderson, et al.

| Date | # | Proceeding Text | Details |
|------|---|-----------------|---------|
| | | Mastria of Richards, Layton & Finger, P.A. as counsel for Non-Party Hyzon Motors, Inc. with Certificate of Service | |
| 01/25/2024 | 145 | Non-Party Hyzon Motors Inc.s Opposition to Plaintiffs Motion to Compel the SEC Productions and Special Committee Documents | |
| 01/25/2024 | 146 | Exhibit A to Non-Party Hyzon Motors Inc.s Opposition to Plaintiffs Motion to Compel the SEC Productions and Special Committee Documents | |
| 01/25/2024 | 147 | [CONFIDENTIAL] Exhibit B to Non-Party Hyzon Motors Inc.s Opposition to Plaintiffs Motion to Compel the SEC Productions and Special Committee Documents | |
| 01/25/2024 | 148 | Exhibit C to Non-Party Hyzon Motors Inc.s Opposition to Plaintiffs Motion to Compel the SEC Productions and Special Committee Documents | |
| 01/25/2024 | 149 | [CONFIDENTIAL] Exhibit D-E to Non-Party Hyzon Motors Inc.s Opposition to Plaintiffs Motion to Compel the SEC Productions and Special Committee Documents | |
| 01/25/2024 | 150 | Exhibits F-H to Non-Party Hyzon Motors Inc.s Opposition to Plaintiffs Motion to Compel the SEC Productions and Special Committee Documents | |
| 01/25/2024 | 151 | [CONFIDENTIAL] Exhibit I to Non-Party Hyzon Motors Inc.s Opposition to Plaintiffs Motion to Compel the SEC Productions and Special Committee Documents | |
| 01/25/2024 | 152 | Exhibits J-K to Non-Party Hyzon Motors Inc.s Opposition to Plaintiffs Motion to Compel the SEC Productions and Special Committee Documents | |
| 01/25/2024 | 153 | [CONFIDENTIAL] Exhibits L-O to Non-Party Hyzon Motors Inc.s Opposition to Plaintiffs Motion to Compel the SEC Productions and Special Committee Documents | |
| 01/25/2024 | 154 | Exhibits P-R to Non-Party Hyzon Motors Inc.s Opposition to Plaintiffs Motion to Compel the SEC Productions and Special Committee Documents | |
| 01/25/2024 | 155 | Certificate of Service for Non-Party Hyzon Motors Inc.s Opposition to Plaintiffs Motion to Compel the SEC Productions and Special Committee Documents | |
| 01/26/2024 | 156 | Letter to the Honorable Paul F. Fioravanti from Edmond S. Kim, Esq., enclosing courtesy copies of Non-Party Hyzon Motors Inc.s Opposition to Plaintiffs Motion to Compel the Sec Productions and Special | |

2022-0260-PAF, CONF ORD John E. Malork v. Erik Anderson, et al.

| Date | # | Proceeding Text | Details |
|------|---|-----------------|---------|
| | | Committee Documents | |
| 02/07/2024 | 157 | Plaintiff's Motion for Attorneys' Fees and Expenses (with Certificate of Service) | |
| 02/07/2024 | 158 | Exhibits 1-2 to Plaintiff's Motion for Attorneys' Fees and Expenses | |
| 02/07/2024 | 159 | [Proposed] Order Granting Plaintiff's Motion for Attorneys' Fees and Expenses | |
| 02/07/2024 | 160 | Letter to The Honorable Paul A. Fioravanti, Jr. from David M. Sborz enclosing courtesy copies of Plaintiff's Motion for Attorneys' Fees and Expenses | |
| 02/09/2024 | 161 | [CONFIDENTIAL FILING] Plaintiffs Reply in Further Support of Motion to Compel the SEC Production and Special Committee Documents | |
| 02/09/2024 | 162 | Transmittal Affidavit of Andrew J. Peach in Support of Plaintiffs Reply in Further Support of Motion to Compel the SEC Production and Special Committee Documents | |
| 02/09/2024 | 163 | Exhibits 11-12 to Transmittal Affidavit of Andrew J. Peach in Support of Plaintiffs Reply in Further Support of Motion to Compel the SEC Production and Special Committee Documents | |
| 02/09/2024 | 164 | Certificate of Service to (i) Plaintiffs Reply in Further Support of Motion to Compel the SEC Production and Special Committee Documents; and (ii) Transmittal Affidavit of Andrew J. Peach in Support of Plaintiffs Reply in Further Support of Motion to Compel the SEC Production and Special Committee Documents | |
| 02/09/2024 | 165 | Letter to The Honorable Paul A. Fioravanti, Jr. from David M. Sborz enclosing courtesy copies of (i) Plaintiffs Reply in Further Support of Motion to Compel the SEC Production and Special Committee Documents; and (ii) Transmittal Affidavit of Andrew J. Peach in Support of Plaintiffs Reply in Further Support of Motion to Compel the SEC Production and Special Committee Documents | |
| 02/15/2024 | 166 | Plaintiff's Subpoena Duces Tecum and Ad Testificandum to The Coca-Cola Company (with Affidavit of Service) | |
| 02/15/2024 | 167 | Plaintiff's Subpoena Duces Tecum and Ad Testificandum to Air Products and Chemicals, Inc. (with Affidavit of Service) | |
| 02/15/2024 | 168 | Plaintiff's Subpoena Duces Tecum and Ad Testificandum to ZeroAvia, Inc. (with Affidavit of Service) | |

2022-0260-PAF, CONF ORD John E. Malork v. Erik Anderson, et al.

| Date | # | Proceeding Text | Details |
|------|---|----------------|---------|
| 02/15/2024 | 169 | Attachments to Plaintiff's Subpoena Duces Tecum and Ad Testificandum to The Coca-Cola Company | |
| 02/15/2024 | 170 | Certificate of Service to: (i) Plaintiff's Subpoena Duces Tecum and Ad Testificandum to The Coca-Cola Company; (ii) Plaintiff's Subpoena Duces Tecum and Ad Testificandum to Air Products and Chemicals, Inc.; and (iii) Plaintiff's Subpoena Duces Tecum and Ad Testificandum to ZeroAvia, Inc. | |
| 02/15/2024 | 171 | Attachments to Plaintiff's Subpoena Duces Tecum and Ad Testificandum to Air Products and Chemicals, Inc. | |
| 02/15/2024 | 172 | Attachments to Plaintiff's Subpoena Duces Tecum and Ad Testificandum to ZeroAvia, Inc. | |
| 02/16/2024 | 173 | Public Version of Plaintiffs Reply in Further Support of Motion to Compel the SEC Production and Special Committee Documents (with Certificate of Service) | |
| 02/16/2024 | 174 | Notice of Service to (1) Defendants' First Set of Interrogatories Directed to Plaintiff, and (2) this Notice of Service | |
| 02/23/2024 | 175 | Non-Party Hyzon Motors Inc.s Opposition to Plaintiffs Motion for Attorneys Fees and Expenses, with a Certificate of Service | |
| 02/26/2024 | 176 | Letter to The Honorable Paul A. Fioravanti, Jr. from Nicholas F. Mastria Enclosing Courtesy Copies of Non-Party Hyzon Motors Inc.s Opposition To Plaintiffs Motion for Attorneys Fees and Expenses | |
| 03/04/2024 | 177 | Plaintiff's Reply in Further Support of His Motion for Attorneys' Fees and Expenses (with Certificate of Service) | |
| 03/04/2024 | 178 | Letter to The Honorable Paul A. Fioravanti, Jr. from David M. Sborz enclosing courtesy copies of Plaintiff's Reply in Further Support of His Motion for Attorneys' Fees and Expenses | |
| 03/05/2024 | 179 | Notice of Service of Plaintiff's Subpoena Duces Tecum and Ad Testificandum to Southern California Gas Co. (with Certificate of Service) | |
| 03/05/2024 | 180 | Plaintiff's Delaware and California Subpoenas Duces Tecum and Ad Testificandum to Southern California Gas Co. (with Affidavit of Service) | |
| 03/05/2024 | 181 | Motion for Admission Pro Hac Vice of Jacob M. Croke to represent Non-Party Hyzon Motors, Inc. with Certificate of Service | |

2022-0260-PAF, CONF ORD John E. Malork v. Erik Anderson, et al.

| Date | # | Proceeding Text | Details |
|---|---|---|---|
| 03/05/2024 | 182 | Motion for Admission Pro Hac Vice of Christopher A. Graham to represent Non-Party Hyzon Motors, Inc. with Certificate of Service | |
| 03/05/2024 | 183 | Motion for Admission Pro Hac Vice of Laura Kabler Oswell to represent Non-Party Hyzon Motors, Inc. with Certificate of Service | |
| 03/05/2024 | 184 | Motion for Admission Pro Hac Vice of Matthew L. Strand to represent Non-Party Hyzon Motors, Inc. with Certificate of Service | |
| 03/05/2024 | 185 | Certification in Support of Motion for Admission Pro Hac Vice of Jacob M. Croke to represent Non-Party Hyzon Motors, Inc. | |
| 03/05/2024 | 186 | Croke, Jacob M.: [Proposed] Order Granting Motion for Admission Pro Hac VIce of Jacob M. Croke to represent Non-Party Hyzon Motors, Inc. | |
| 03/05/2024 | 187 | Certification in Support of Motion for Admission Pro Hac Vice of Christopher A. Graham to represent Non-Party Hyzon Motors, Inc. | |
| 03/05/2024 | 188 | Graham, Christopher A.: [Proposed] Order Granting Motion for Admission Pro Hac Vice of Christopher A. Graham to represent Non-Party Hyzon Motors, Inc. | |
| 03/05/2024 | 189 | Certification in Support of Motion for Admission Pro Hac Vice of Laura Kabler Oswell to represent Non-Party Hyzon Motors, Inc. | |
| 03/05/2024 | 190 | Oswell, Laura Kabler: [Proposed] Order Granting Motion for Admission Pro Hac Vice of Laura Kabler Oswell to represent Non-Party Hyzon Motors, Inc. | |
| 03/05/2024 | 191 | Certification in Support of Motion for Admission Pro Hac Vice of Matthew L. Strand to represent Non-Party Hyzon Motors, Inc. | |
| 03/05/2024 | 192 | Strand, Matthew L.: [Proposed] Order Granting Motion for Admission Pro Hac Vice of Matthew L. Strand to represent Non-Party Hyzon Motors, Inc. | |
| 03/06/2024 | 193 | Granted (Croke, Jacob M.: [Proposed] Order Granting Motion for Admission Pro Hac VIce of Jacob M. Croke to represent Non-Party Hyzon Motors, Inc.) | |
| 03/06/2024 | 194 | Granted (Graham, Christopher A.: [Proposed] Order Granting Motion for Admission Pro Hac Vice of Christopher A. Graham to represent Non-Party Hyzon Motors, Inc.) | |
| 03/06/2024 | 195 | Granted (Oswell, Laura Kabler: [Proposed] | |

2022-0260-PAF, CONF ORD John E. Malork v. Erik Anderson, et al.

| Date | # | Proceeding Text | Details |
|------|---|-----------------|---------|
| | | Order Granting Motion for Admission Pro Hac Vice of Laura Kabler Oswell to represent Non-Party Hyzon Motors, Inc.) | |
| 03/06/2024 | 196 | Granted (Strand, Matthew L.: [Proposed] Order Granting Motion for Admission Pro Hac Vice of Matthew L. Strand to represent Non-Party Hyzon Motors, Inc.) | |
| 03/07/2024 | 197 | Notice of Service of Plaintiff's Subpoena Duces Tecum and Ad Testificandum to Total Transport Services Inc. (with Certificate of Service) | |
| 03/07/2024 | 198 | Plaintiff's Delaware and New York Subpoenas Duces Tecum and Ad Testificandum to Total Transport Services Inc. (with Affidavit of Service) | |
| 03/07/2024 | 199 | Granted in Part ([Proposed] Order Granting Plaintiffs Motion to Compel the SEC Production and Special Committee Documents) | |
| 03/07/2024 | 200 | Denied ([Proposed] Order Granting Plaintiff's Motion for Attorneys' Fees and Expenses) | |
| 03/08/2024 | 201 | Notice of Deposition of John E. Malork with certificate of service | |
| 03/11/2024 | 202 | Plaintiffs Motion to Compel and Cross Motions for Fees. Parties to meet & confer, with senior Delaware attorneys involved on both sides, to come up with appropriate search protocols & custodians for each body of documents. Fee shifting motions denied. See transcript. | |
| 03/18/2024 | 203 | Notice and Certificate of Service to (i) Plaintiffs Responses and Objections to Defendants First Set of Interrogatories Directed to Plaintiff; and (ii) this Notice and Certificate of Service | |
| 03/20/2024 | 204 | Notice and Certificate of Service to (i) Verification of Plaintiff John E. Malork to Plaintiffs Responses and Objections to Defendants First Set of Interrogatories Directed to Plaintiff; and (ii) this Notice and Certificate of Service | |
| 04/24/2024 | 205 | Plaintiff's Notice of Depositions of Defendants Jane Kearns, Jennifer Aaker, Michael Warren, Pierre Lapeyre, Jr., Jeffrey Tepper, David Leuschen, Jim McDermott, Robert Tichio, and Erik Anderson (with Certificate of Service) | |
| 05/14/2024 | 206 | Plaintiff's Subpoena Duces Tecum and Ad Testificandum to KPMG LLP (with Affidavit of Service) | |
| 05/14/2024 | 207 | Attachments to Plaintiff's Subpoena Duces Tecum and Ad Testificandum to KPMG LLP | |

2022-0260-PAF, CONF ORD John E. Malork v. Erik Anderson, et al.

| Date | # | Proceeding Text | Details |
|------|---|-----------------|---------|
| 05/14/2024 | 208 | Certificate of Service to Plaintiff's Subpoena Duces Tecum and Ad Testificandum to KPMG LLP | |
| 06/14/2024 | 209 | Notice of Service of (1) Defendants Supplemental Objections and Responses to Plaintiffs First Set of Interrogatories, and (2) this Notice of Service | |
| 07/15/2024 | 210 | Plaintiffs Motion for Leave to File Verified Second Amended Class Action Complaint | |
| 07/15/2024 | 211 | [CONFIDENTIAL FILING] Exhibit 1 to Plaintiffs Motion for Leave to File Verified Second Amended Class Action Complaint (Proposed Verified Second Amended Class Action Complaint) | |
| 07/15/2024 | 212 | [CONFIDENTIAL FILING] Exhibit 2 to Plaintiffs Motion for Leave to File Verified Second Amended Class Action Complaint (Rule 15(a)(3) Redline Comparison) | |
| 07/15/2024 | 213 | [Proposed] Order Granting Plaintiffs Motion for Leave to File Verified Second Amended Class Action Complaint | |
| 07/15/2024 | 214 | Letter to The Honorable Paul A. Fioravanti, Jr. from David M. Sborz enclosing courtesy copies of Plaintiffs Motion for Leave to File Verified Second Amended Class Action Complaint | |
| 08/01/2024 | 215 | Motion to Withdraw Pro Hac Vice Appearance and Admission of Matthew L. Strand as Counsel for Non-Party Hyzon Motors, Inc. | |
| 08/01/2024 | 216 | [Proposed] Order Granting Motion to Withdraw Pro Hac Vice Appearance and Admission of Matthew L. Strand as Counsel for Non-Party Hyzon Motors, Inc. | |
| 08/01/2024 | 217 | Granted ([Proposed] Order Granting Motion to Withdraw Pro Hac Vice Appearance and Admission of Matthew L. Strand as Counsel for Non-Party Hyzon Motors, Inc.) | |
| 08/02/2024 | 218 | Granted ([Proposed] Order Granting Plaintiffs Motion for Leave to File Verified Second Amended Class Action Complaint) | |
| 08/05/2024 | 219 | [CONFIDENTIAL FILING] Verified Second Amended Class Action Complaint | |
| 08/05/2024 | 220 | Verification of Plaintiff John E. Malork to Second Amended Class Action Complaint | |
| 08/05/2024 | 221 | [CONFIDENTIAL FILING] Exhibit A to Verified Second Amended Class Action Complaint (Rule 15(a)(3) Redline Comparison) | |
| 08/05/2024 | 222 | Letter to Register in Chancery from David M. | |

2022-0260-PAF, CONF ORD John E. Malork v. Erik Anderson, et al.

| Date | # | Proceeding Text | Details |
|------|---|-----------------|---------|
| | | Sborz requesting issuance of summons to defendant Craig M. Knight pursuant to 10 Del. C.  3114 | |
| 08/05/2024 | 223 | Plaintiff's Statement Pursuant to Court of Chancery Rule 4(e) Regarding Service Under 10 Del. C.  3114 | |
| 08/08/2024 | 224 | 8.8.2024 Issued 3114 Summons to Special Process Server (1 copy) (5 pages) | |
| 08/08/2024 | 225 | Affidavit of David M. Sborz of Service of Verified Second Amended Class Action Complaint on defendant Hyzon Motors Inc. | |
| 08/08/2024 | 226 | Exhibit A to Affidavit of David M. Sborz of Service of Verified Second Amended Class Action Complaint on defendant Hyzon Motors Inc. (Email Proof of Service) | |
| 08/08/2024 | 227 | Summons to Defendant Craig M. Knight pursuant to 10 Del. C.  3114 (with Affidavit of Service) | |
| 08/13/2024 | 228 | Public Version of Verified Second Amended Class Action Complaint | |
| 08/16/2024 | 229 | Register's Certificate for CA 2022-0260-PAF pursuant to 10 Del. Code Sect. 3114. | |
| 08/29/2024 | 230 | Notice of Withdrawal of Appearance of Andrew J. Peach as counsel of record for plaintiff John E. Malork | |
| 09/06/2024 | 231 | Plaintiff's Subpoena Duces Tecum and Ad Testificandum Directed to Canaccord Genuity LLC (with Affidavit of Service) | |
| 09/06/2024 | 232 | Plaintiff's Subpoena Duces Tecum and Ad Testificandum Directed to Colliers Securities LLC (with Affidavit of Service) | |
| 09/06/2024 | 233 | Plaintiff's Subpoena Duces Tecum and Ad Testificandum Directed to Analyst Hub, LLC (with Affidavit of Service) | |
| 09/06/2024 | 234 | Attachments to Plaintiff's Subpoena Duces Tecum and Ad Testificandum Directed to Canaccord Genuity LLC | |
| 09/06/2024 | 235 | Attachments to Plaintiff's Subpoena Duces Tecum and Ad Testificandum Directed to Colliers Securities LLC | |
| 09/06/2024 | 236 | Attachments to Plaintiff's Subpoena Duces Tecum and Ad Testificandum Directed to Analyst Hub, LLC | |
| 09/06/2024 | 237 | Stipulation and [Proposed] Order Governing Response to Plaintiff's Verified Second Amended Class Action Complaint | |
| 09/09/2024 | 238 | Granted (Stipulation and [Proposed] Order Governing Response to Plaintiff's Verified Second Amended Class Action Complaint) | |

2022-0260-PAF, CONF ORD John E. Malork v. Erik Anderson, et al.

| Date | # | Proceeding Text | Details |
|------|---|-----------------|---------|
| 09/11/2024 | 239 | Notice of Service of Plaintiff's Subpoena Duces Tecum and Ad Testificandum Directed to Melius Research LLC | |
| 09/11/2024 | 240 | Plaintiff's New York and Delaware Subpoenas Duces Tecum and Ad Testificandum Directed to Melius Research LLC (with Affidavit of Service) | |
| 09/12/2024 | 241 | Notice of Withdrawal of Alexander M. Krischik as counsel to Defendant Hyzon Motors, Inc. | |
| 09/16/2024 | 242 | Notice of Service of Subpoena Duces Tecum and Ad Testificandum Directed to Wedbush Securities Inc. | |
| 09/16/2024 | 243 | Subpoena Duces Tecum and Ad Testificandum Directed to Wedbush Securities Inc. and Proof of Service | |
| 09/16/2024 | 244 | Schedules A and B to Subpoena Duces Tecum and Ad Testificandum Directed to Wedbush Securities Inc. | |
| 09/16/2024 | 245 | Exhibits 1 and 2 to Subpoena Duces Tecum and Ad Testificandum Directed to Wedbush Securities Inc. | |
| 09/16/2024 | 246 | Table 1 to Subpoena Duces Tecum and Ad Testificandum Directed to Wedbush Securities Inc. | |
| 10/31/2024 | 247 | Entry of Appearance of Samuel L. Moultrie of Greenberg Traurig, LLP, as counsel for Defendant Craig M. Knight | |
| 11/01/2024 | 248 | Amended Stipulation and [Proposed] Order Governing Responses to Plaintiff's Verified Second Amended Class Action Complaint | |
| 11/04/2024 | 249 | Granted (Amended Stipulation and [Proposed] Order Governing Responses to Plaintiff's Verified Second Amended Class Action Complaint) | |
| 11/08/2024 | 250 | Joinder of Defendant Craig Knight in Hyzon Motors Inc.s Opening Brief in Support of its Motions to Dismiss Plaintiffs Second Amended Class Action Complaint | |
| 11/08/2024 | 251 | Defendant Craig Knight's Motion to Dismiss Plaintiffs Second Amended Class Action Complaint | |
| 11/08/2024 | 252 | Transmittal Affidavit of Nicholas F. Mastria, Esquire in Support of Defendant Hyzon Motors Inc.'s Motion to Dismiss Plaintiff's Second Amended Class Action Complaint | |
| 11/08/2024 | 253 | [CONFIDENTIAL] Exhibits CC-EE to Transmittal Affidavit of Nicholas F. Mastria, Esquire in Support of Defendant Hyzon Motors Inc.'s Motion to Dismiss Plaintiff's | |

2022-0260-PAF, CONF ORD John E. Malork v. Erik Anderson, et al.

| Date | # | Proceeding Text | Details |
|---|---|---|---|
| | | Second Amended Class Action Complaint | |
| 11/08/2024 | 254 | Hyzon Motors Inc.'s Motion to Dismiss Plaintiff's Second Amended Class Action Complaint | |
| 11/08/2024 | 255 | [CONFIDENTIAL] Defendant Hyzon Motors Inc.'s Opening Brief in Support of Its Motion to Dismiss Plaintiff's Second Amended Class Action Complaint | |
| 11/08/2024 | 256 | [Proposed] Order Granting Hyzon Motors Inc.'s Motion to Dismiss Plaintiff's Second Amended Class Action Complaint | |
| 11/08/2024 | 257 | Exhibits A-D to Transmittal Affidavit of Nicholas F. Mastria, Esquire in Support of Defendant Hyzon Motors Inc.'s Motion to Dismiss Plaintiff's Second Amended Class Action Complaint | |
| 11/08/2024 | 258 | [CONFIDENTIAL] Exhibits E-F to Transmittal Affidavit of Nicholas F. Mastria, Esquire in Support of Defendant Hyzon Motors Inc.'s Motion to Dismiss Plaintiff's Second Amended Class Action Complaint | |
| 11/08/2024 | 259 | Exhibits G-K to Transmittal Affidavit of Nicholas F. Mastria, Esquire in Support of Defendant Hyzon Motors Inc.'s Motion to Dismiss Plaintiff's Second Amended Class Action Complaint | |
| 11/08/2024 | 260 | Exhibits L-BB to Transmittal Affidavit of Nicholas F. Mastria, Esquire in Support of Defendant Hyzon Motors Inc.'s Motion to Dismiss Plaintiff's Second Amended Class Action Complaint | |
| 11/12/2024 | 261 | Letter to The Honorable Paul A. Fioravanti, Jr. from Nicholas F. Mastria Enclosing Courtesy Copies of (i) Hyzon Motors Inc.'s Motion to Dismiss Plaintiff's Second Amended Class Action Complaint and [Proposed] Order; (ii) Defendant Hyzon Motors Inc.'s Opening Brief in Support of Its Motion to Dismiss Plaintiff's Second Amended Class Action Complaint; and (iii) the Transmittal Affidavit of Nicholas F. Mastria and Supporting Documents | |
| 11/19/2024 | 262 | [PUBLIC VERSION] Defendant Hyzon Motors Inc.'s Opening Brief in Support of Its Motion to Dismiss Plaintiff's Second Amended Class Action Complaint | |
| 12/19/2024 | 263 | Notice of Withdrawal of Appearance of Nicholas F. Mastria, Esq. | |
| 04/04/2025 | 264 | Notice of Withdrawal of Appearance of Edmond S. Kim, Esq. on behalf of Nominal Defendant, Hyzon Motors, Inc. | |
| 05/14/2025 | 265 | Stipulation and [Proposed] Order of | |

2022-0260-PAF, CONF ORD John E. Malork v. Erik Anderson, et al.

| Date | # | Proceeding Text | Details |
|------|---|-----------------|---------|
| | | Voluntary Dismissal Without Prejudice as to Defendants Craig M. Knight and Hyzon Motors Inc. | |
| 05/14/2025 | 266 | Granted (Stipulation and [Proposed] Order of Voluntary Dismissal Without Prejudice as to Defendants Craig M. Knight and Hyzon Motors Inc.) | |
| 06/16/2025 | 267 | Stipulation and Agreement of Compromise and Settlement | |
| 06/16/2025 | 268 | [Proposed] Scheduling Order (Exhibit A to Stipulation and Agreement of Compromise and Settlement) | |
| 06/16/2025 | 269 | Notice of Pendency and Proposed Settlement of Stockholder Class Action, Settlement Hearing, and Right to Appear (Exhibit B to Stipulation and Agreement of Compromise and Settlement) | |
| 06/16/2025 | 270 | Proof of Claim and Release (Exhibit B-1 to Stipulation and Agreement of Compromise and Settlement) | |
| 06/16/2025 | 271 | Summary Notice of Pendency and Proposed Settlement of Stockholder Class Action, Settlement Hearing, and Right to Appear (Exhibit C to Stipulation and Agreement of Compromise and Settlement) | |
| 06/16/2025 | 272 | [Proposed] Order and Final Judgment (Exhibit D to Stipulation and Agreement of Compromise and Settlement) | |
| 06/16/2025 | 273 | Letter to The Honorable Paul A. Fioravanti, Jr. from David M. Sborz enclosing courtesy copies of the parties' Stipulation and Agreement of Compromise and Settlement | |
| 06/25/2025 | 274 | Granted with Modifications ([Proposed] Scheduling Order (Exhibit A to Stipulation and Agreement of Compromise and Settlement)) | |
| 07/01/2025 | 275 | Letter to The Honorable Paul A. Fioravanti, Jr. from James M. Yoch, Jr. to inform the Court of two motions filed in the Federal Securities Action | |
| 07/01/2025 | 276 | Exhibits 1 - 4 to Letter to The Honorable Paul A. Fioravanti, Jr. from James M. Yoch, Jr. to inform the Court of two motions filed in the Federal Securities Action | |

Copyright © LexisNexis CourtLink, Inc. All Rights Reserved.
*** THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY ***

End of Document