# EXHIBIT 7

**From:** Lucas Gilmore <LucasG@hbsslaw.com>
**Sent:** Tuesday, July 15, 2025 5:38 PM
**To:** Crough, Jeff <jcrough@velaw.com>; Reed Kathrein <reed@hbsslaw.com>; Steve Berman <Steve@hbsslaw.com>; Raffi Melanson <raffim@hbsslaw.com>; Brian Schall <brian@schallfirm.com>
**Cc:** Oswell, Laura Kabler <oswelll@sullcrom.com>; Graham, Chris (Sullivan Cromwell LLP) <grahamch@sullcrom.com>; Holmes, Michael <mholmes@velaw.com>; Stripling, Will <wstripling@velaw.com>
**Subject:** RE: In re Hyzon Inc. Securities Litigation, Case No. 6:21-cv-06612-MAV-MWP

[EXTERNAL]

Jeff,

We share your view that the Court's direction for the filing of answers apply to the Hyzon-related defendants, only.

As for Lead Plaintiff's Motion to Enjoin, we will not be withdrawing that motion.  The Court did not dismiss the claims against the DCRB Defendants with prejudice; rather, the Court's order provides a roadmap and grants Lead Plaintiff leave to move to amend the complaint, which we intend to do.  For the same reasons stated in our moving brief, the federal claims against the DCRB Defendants over which the Court has exclusive jurisdiction should not be compromised by the overbroad release in the *Malork* action.

--
**Lucas Gilmore** | Hagens Berman Sobol Shapiro LLP | (510) 725-3052

**From:** Crough, Jeff <jcrough@velaw.com>
**Sent:** Tuesday, July 15, 2025 11:17 AM
**To:** Lucas Gilmore <LucasG@hbsslaw.com>; Reed Kathrein <reed@hbsslaw.com>; Steve Berman <Steve@hbsslaw.com>; Raffi Melanson <raffim@hbsslaw.com>; Brian Schall <brian@schallfirm.com>
**Cc:** Oswell, Laura Kabler <oswelll@sullcrom.com>; Graham, Chris (Sullivan Cromwell LLP) <grahamch@sullcrom.com>; Holmes, Michael <mholmes@velaw.com>; Stripling, Will <wstripling@velaw.com>
**Subject:** In re Hyzon Inc. Securities Litigation, Case No. 6:21-cv-06612-MAV-MWP

Counsel,

The Court's Decision and Order ("Decision") issued yesterday dismisses all claims against the DCRB Defendants.  Accordingly, we construe the Court's direction for answers as to the remaining claims within 30 days to relate only to the Hyzon-related defendants as to whom claims have survived.  Out of abundance of caution, however, we want to confirm whether you concur or else we will seek clarification from the Court.

In addition, given the dismissal of all claims against the DCRB Defendants, can you please confirm whether you are withdrawing your Motion to Enjoin in this action to obviate needless additional rounds of briefing?

Thanks,
Jeff

**Jeff Crough**
**Partner**

Vinson&Elkins

**E** jcrough@velaw.com
**W** +1.214.220.7940
2001 Ross Avenue
Suite 3900
Dallas, TX 75201
**Vcard** | **Bio** | **velaw.com**

**CONFIDENTIALITY NOTICE:** The information in this email may be confidential and/or privileged. This email is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this email and its attachments, if any, or the information contained herein is prohibited. If you have received this email in error, please immediately notify the sender by return email and delete this email from your system.

Thank You.

PRIVILEGED & CONFIDENTIAL: This e-mail message (and any attachments) is for the exclusive use of the intended recipient(s) and likely contains confidential and privileged information. It is the property of the law firm Hagens Berman Sobol Shapiro LLP. Do not disseminate this email, its content, or any attachments without approval of Hagens Berman. If you are not the intended recipient, please do not read, distribute, or take any other action in reliance upon this message. If you have received this email in error, please notify the sender immediately by return e-mail and promptly delete this message and its attachments from your computer system. Be advised that no privileges are waived by the transmission of this message.