**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF NEW YORK**

IN RE HYZON MOTORS INC.
SECURITIES LITIGATION

Case No. 6:21-cv-06612-MAV-MWP

*This Document Relates to:*
*ALL ACTIONS*

**[PROPOSED] ORDER GRANTING LEAD PLAINTIFF'S NOTICE OF MOTION AND**
**MOTION FOR LEAVE TO FILE FOURTH AMENDED COMPLAINT**

After considering Lead Plaintiff's Notice of Motion and Motion for Leave to File Fourth

Amended Complaint, any opposition and reply thereto, and supporting documents, this Court finds

there is good cause to grant the requested relief. Lead Plaintiff is hereby ordered to file the

[Proposed] Fourth Amended Consolidated Class Action Complaint lodged as Exhibit A to his

motion within three (3) days of the date of this Order.

**IT IS SO ORDERED.**

DATED: _____        _____
                                                             HON. MEREDITH A. VACCA
                                                             United States District Judge