**UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE HYZON MOTORS INC.<br>SECURITIES LITIGATION | Case No. 6:21-cv-06612-MAV-MWP |
| *This Document Relates to:*<br>*ALL ACTIONS* | |

**DECLARATION OF LUCAS E. GILMORE IN SUPPORT OF LEAD PLAINTIFF'S
NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE
FOURTH AMENDED COMPLAINT**

I, Lucas E. Gilmore, declare:

1.      I am a partner of the law firm Hagens Berman Sobol Shapiro LLP, attorneys for Lead Plaintiff and Lead Counsel appointed by the Court in the above-captioned action. Based on personal knowledge or discussions with counsel in my firm of the matters stated herein, if called upon, I could and would competently testify thereto.

2.      This declaration is filed in support of Lead Plaintiff's Notice of Motion and Motion for Leave to File Fourth Amended Complaint.

3.      Attached hereto as **Exhibit A** is a true and correct copy of the [Proposed] Fourth Amended Consolidated Class Action Complaint for Violations of the Federal Securities Laws.

4.      Attached hereto as **Exhibit B** is a redlined version of the [Proposed] Fourth Amended Consolidated Class Action Complaint for Violations of the Federal Securities Laws.

I declare that the foregoing is true and correct under penalty of perjury.

DATED: August 15, 2025                    Signed in San Diego, California by:

                                        */s/ Lucas E. Gilmore*
                                        LUCAS E. GILMORE

- 1 -