**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| *IN RE HYZON MOTORS INC.*<br>*SECURITIES LITIGATION* | Master File No. 6:21-cv-06612-MAV |
| This document Relates to:<br>    ALL ACTIONS | |

**[PROPOSED] ORDER DENYING LEAD PLAINTIFF'S MOTION FOR LEAVE TO**
**FILE FOURTH AMENDED COMPLAINT**

IT IS ORDERED that Lead Plaintiff's Motion for Leave to File Fourth Amended

Complaint (ECF No. 125) is DENIED.

**IT IS SO ORDERED.**

_____
HON. MEREDITH A. VACCA
United States District Judge