**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *IN RE HYZON MOTORS INC, SECURITIES LITIGATION* | Master File No.: 21-cv-06612-MAV |
| This Document Relates to:<br>      ALL ACTIONS. | |

**DECLARATION OF JEFFREY CROUGH IN SUPPORT OF THE DCRB
DEFENDANTS' OPPOSITION TO LEAD PLAINTIFF'S MOTION FOR LEAVE TO
FILE FOURTH AMENDED COMPLAINT**

I, Jeffrey Crough, hereby affirm under penalty of perjury that the following is true and correct:

1.      I am a member in good standing of the Bars of the States of New York and Texas and have been admitted to practice *pro hac vice* before this Court in this action.  I am a partner of the law firm of Vinson & Elkins LLP, counsel to defendants Peter Haskopoulos, Robert Tichio, Jennifer Aaker, Jane Kearns, Pierre Lapeyre, David Leuschen, Jim McDermott, Jeffrey Tepper, Michael Warren, Riverstone Investment Group LLC, Decarbonization Plus Acquisition Sponsor, LLC, and WRG DCRB Investors, LLC (collectively, the "DCRB Defendants") in the above-captioned case.

2.      I submit this Declaration in support of the DCRB Defendants' Opposition to Plaintiff's Motion for Leave to File Fourth Amended Complaint.

3.      Attached hereto as **Exhibit 1** is a true and correct copy of the press release from the Securities Exchange Commission, titled *SEC Charges Hydrogen Vehicle Co. Hyzon Motors and Two Former Executives for Misleading Investors*, dated September 26, 2023.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Dallas, Texas on August 29, 2025.

BY: */s/ Jeffrey Crough*_____
Jeffrey Crough