**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

IN RE HYZON MOTORS INC.
SECURITIES LITIGATION

Case No. 6:21-cv-06612-MAV-MJP

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**DECLARATION OF LAURA KABLER OSWELL**
**IN SUPPORT OF HYZON DEFENDANTS' OPPOSITION TO**
**PLAINTIFF'S MOTION FOR LEAVE TO FILE A FOURTH AMENDED COMPLAINT**

LAURA KABLER OSWELL hereby declares under penalty of perjury as follows:

I am a member in good standing of the Bar of the State of California and have been admitted *pro hac vice* to practice before this Court.  (ECF Nos. 42, 51.)  I am a partner of the law firm of Sullivan & Cromwell LLP, counsel to defendants Hyzon Motors Inc. ("Hyzon"), Erik Anderson, Mark Gordon, George Gu, and Craig Knight (collectively, the "Hyzon Defendants") in the above-captioned action.

I submit this Declaration in support of the Hyzon Defendants' opposition to Plaintiff's motion for leave to file a fourth amended complaint, and to put before the Court true and correct copies, to the best of my knowledge, of the documents described below and annexed hereto.

1.      Attached as Exhibit A is a true and correct copy of an archived press release of Legacy Hyzon entitled "Hyzon Motors delivers first hydrogen-powered vehicle to support multinational dairy company's operations, transition fleet to zero-emissions," dated July 13, 2021. *See* https://web.archive.org/web/20210713095919/https://hyzonmotors.com/hyzon

-2-

-motors-to-supply-first-hydrogen-powered-vehicle-to-support-multinational-dairy-companys-operations-transition-fleet-to-zero-emissions/ (last visited Aug. 29, 2025). Exhibit A was accessed by clicking on the blue link shown in the archived social media post in Exhibit B (*i.e.*, https://hyzonmotors.com/hyzon-motors-to-supply-first-hydrogen-powered-vehicle-to-support-multinational-dairy-companys-operations-transition-fleet-to-zero-emissions), which led to Exhibit A.

2.    Attached as Exhibit B is a true and correct copy of an archived social media post of Legacy Hyzon dated July 13, 2021. *See* https://web.archive.org/web/20210713100451/https://twitter.com/hyzonmotors/status/1414888527117045761 (last visited Aug. 29, 2025). Exhibit B was accessed by entering the web address https://twitter.com/hyzonmotors/status/1414888527117045761 into the Internet Archive at archive.org.

3.    Attached as Exhibit C is a true and correct copy of a Current Report on Form 8-K, as filed with the SEC by Hyzon on March 13, 2023.

4.    Attached as Exhibit D is a true and correct copy of the complaint in *SEC* v. *Hyzon Motors Inc. et al.*, No. 6:23-cv-6553 (W.D.N.Y. Sept. 26, 2023).

Executed in Palo Alto, California on August 29, 2025.

*/s/ Laura Kabler Oswell*
Laura Kabler Oswell