# Exhibit A

The Wayback Machine - https://web.archive.org/web/20210713095919/https://hyzonmot…

# Hyzon Motors delivers first hydrogen-powered vehicle to support multinational dairy company's operations, transition fleet to zero-emissions

Jul 13, 2021

- First 55-ton hydrogen-powered milk truck delivered for use in operations by FrieslandCampina, one of the largest dairy cooperatives in the world
- In their sustainability program 'Nourishing a better planet', FrieslandCampina sets itself a few ambitious goals, including $CO_2$-neutral production by the year 2050

**ROCHESTER, N.Y., July 13, 2021 –** Hyzon Motors Inc., a leading global supplier of zero-emission hydrogen fuel cell-powered commercial vehicles, announced today that it has delivered its first 55-ton milk truck to Transport Groep Noord, a carrier providing transport for multinational dairy company Royal FrieslandCampina N.V.

The 55-ton vehicle supplied by Hyzon, a HyMax 450 Puller built on a Class-8 DAF truck chassis, is expected to have up to 520 kilometer range with motor power up to 550 kilowatt capacity. Transport Groep Noord plans to operate the truck on specific routes in the North of the Netherlands, where the first hydrogen-powered milk delivery took place last week in a Hyzon truck.

Transport Groep Noord operates 25 trucks for FrieslandCampina, leading decarbonization in its industry. This order lays the foundation for FrieslandCampina in the transition of its entire fleet to zero-emissions vehicles.

With branches in 38 and brands in over 100 countries, as well as over 20,000 employees, FrieslandCampina is one of the largest dairy cooperatives in the world. In its sustainability program 'Nourishing a better planet', FrieslandCampina sets itself a few ambitious goals, including $CO_2$-neutral production in the year 2050. As an intermediate step the dairy company wants to have reduced the greenhouse gas emissions by more than one third in the year 2030. With its wide reach and network of partners, its operational influence can be significant.

"Over five years ago, FrieslandCampina started using liquid natural gas as a cleaner fuel and we successfully stimulated filling stations all over the Netherlands to supply this type of fuel," said Hans Wieleman, FrieslandCampina's Milk Logistics Manager. "Now we try to do the same with hydrogen, in close cooperation with Hyzon and Transport Groep Noord. Transport is and will remain important to further increasing sustainability at FrieslandCampina."

For applications in which payload is critical, such as milk, beverage, and water transport, hydrogen-powered vehicles provide a compelling solution for zero-emissions transport. Hydrogen-powered trucks can carry 2-5 tons more than battery electric trucks due to lower weight of hydrogen fuel systems; additionally, Hyzon leads the industry in fuel cell power density, leading to significant advantages over both fuel cell and battery electric competitors.

"FrieslandCampina's commitment to decarbonizing their operations can serve as a model for transitioning commercial transport to hydrogen-powered vehicles," said Hyzon CEO Craig Knight. "Its existing successes demonstrate that reducing emissions is possible in the short-term. Deploying Hyzon's hydrogen fuel cell-powered trucks to a global company like FrieslandCampina provides another tangible example that companies can make a real impact in reducing fleet emissions right now."

**About Hyzon Motors Inc.**

Headquartered in Rochester, N.Y., with U.S. operations also in Chicago and Detroit, and international operations in the Netherlands, Singapore, Australia and China, Hyzon is a leader in hydrogen mobility. Hyzon is a pure-play hydrogen mobility company with an exclusive focus on hydrogen in the commercial vehicle market. Utilizing its proven and proprietary hydrogen fuel cell technology, Hyzon aims to supply zero-emission heavy duty trucks and buses to customers in North America, Europe and around the world. The company is contributing to the escalating adoption of hydrogen vehicles through its demonstrated technology advantage, leading fuel cell performance and history of rapid innovation. Visit [www.hyzonmotors.com.](www.hyzonmotors.com.)


**About Royal FrieslandCampina**

Royal FrieslandCampina daily provides millions of consumers throughout the world with dairy products containing the valuable nutrients from milk. FrieslandCampina produces and

sells consumer products such as dairy-based beverages, infant nutrition, condensed milk, cheese, and desserts. It supplies cream and butter products for professional use to bakeries and catering businesses. Furthermore, FrieslandCampina produces and sells ingredients and semi-finished products to producers of infant nutrition, the food industry, and the pharmaceutical sector. In 2020, annual revenue amounted to EUR 11.1 billion. FrieslandCampina has locations in 38 countries and employs about 23,877 employees. The Central Office is located in Amersfoort, the Netherlands. The company is fully owned by Zuivelcoöperatie FrieslandCampina U.A. and with over 16,995 member dairy farmers in the Netherlands, Germany, and Belgium is one of the largest dairy cooperatives in the world. For additional information, please visit www.frieslandcampina.com.

**Forward-Looking Statements**

This press release includes "forward-looking statements" within the meaning of Section 27A of the Securities Act of 1933, as amended, and Section 21E of the Securities Exchange Act of 1934, as amended. All statements, other than statements of present or historical fact included in this press release, including those regarding Decarbonization Plus Acquisition Corporation's ("DCRB") proposed acquisition of Hyzon and DCRB's ability to consummate the transaction, are forward-looking statements. When used in this press release, the words "could," "should," "will," "may," "believe," "anticipate," "intend," "estimate," "expect," "project," the negative of such terms and other similar expressions are intended to identify forward-looking statements, although not all forward-looking statements contain such identifying words. These forward-looking statements are based on management's current expectations and assumptions about future events and are based on currently available information as to the outcome and timing of future events. Except as otherwise required by applicable law, DCRB and Hyzon disclaim any duty to update any forward –looking statements, all of which are expressly qualified by the statements in this section, to reflect events or circumstances after the date of this press release. DCRB and Hyzon caution you that these forward-looking statements are subject to numerous risks and uncertainties, most of which are difficult to predict and many of which are beyond the control of either DCRB or Hyzon, including risks and uncertainties described in the "Risk Factors" section of Exhibit 99.3 of DCRB's Current Report on Form 8-K filed with the U.S. Securities and Exchange Commission (the "SEC") on February 9, 2021, the "Risk Factors" section of DCRB's definitive proxy statement on Schedule 14A filed with the SEC on June 21, 2021, and other documents filed by DCRB from time to time with the SEC. These filings identify and address other important risks and uncertainties

that could cause actual events and results to differ materially from those contained in the forward-looking statements, such as risks related to the ability to convert non-binding memoranda of understanding into binding orders or sales (including because of the current or prospective financial resources of the counterparties to Hyzon's non-binding memoranda of understanding and letters of intent), or the ability to identify additional potential customers and convert them to paying customers. Hyzon gives no assurance that Hyzon will achieve its expectations.

## Important Information for Investors and Stockholders

In connection with the proposed business combination, DCRB filed a proxy statement and other relevant documents with the SEC. Stockholders and other interested persons are urged to read the proxy statement and any other relevant documents filed with the SEC because they contain important information about DCRB, Hyzon and the proposed business combination. Stockholders may obtain a free copy of the proxy statement, as well as other filings containing information about DCRB, Hyzon and the proposed business combination, without charge, at the SEC's website located at www.sec.gov.

## Participants in the Solicitation

DCRB, Hyzon and their directors and executive officers and other persons may be deemed to be participants in the solicitations of proxies from DCRB's stockholders in respect of the proposed business combination and the other matters set forth in the proxy statement. Information regarding DCRB's directors and executive officers is available in DCRB's Annual Report on Form 10-K for the annual period ended December 31, 2020, and under the heading "Information About DCRB" in DCRB's definitive proxy statement related to the proposed business combination filed with the SEC on June 21, 2021. Additional information regarding the participants in the proxy solicitation and a description of their direct and indirect interests, by security holdings or otherwise, is set forth in the proxy statement relating to the proposed business combination.

## Media contacts

## Hyzon Motors

For U.S., Europe and Asia media:

Caroline Curran

Hill+Knowlton Strategies

+1 256-653-5811

caroline.curran@hkstrategies.com

For Australasian media:

Fraser Beattie

Cannings Purple

+61 421 505 557

fbeattie@canningspurple.com.au

For investors:

Caldwell Bailey

ICR, Inc.

HyzonMotorsIR@icrinc.com