# Exhibit B



**Hyzon Motors**
@hyzonmotors

Follow

Today we delivered first hydrogen-powered milk truck to Transport Groep Noord, to support @FriesIndCampina transitioning to zero-emissions.

Read more: hyzonmotors.com/hyzon-motors-t ...

https://hyzonmotors.com/hyzon-motors-to-supply-first-hydrogen-powered-vehicle-to-support-multinational-dairy-companys-operations-transition-fleet-to-zero-emissions/



3:04 AM - 13 Jul 2021

**Hyzon Motors**
@hyzonmotors

Hyzon supports the decarbonization imperative by focusing on renewable hydrogen for its vehicles to achieve end-to-end decarbonization of mobility.

Rochester, New York

hyzonmotors.com

Joined December 2019

Accelerating the Energy Transition

© 2021 Twitter   About   Help Center   Terms   Privacy policy   Cookies   Ads info

© 2021 Twitter   About   Help Center   Terms   Privacy policy   Cookies   Ads info